# Exhibit 1

Int. Cls.: 24 and 25

Prior U.S. Cls.: 22, 39, 42, and 50

**United States Patent and Trademark Office**

Reg. No. 2,024,707

Registered Dec. 17, 1996

## TRADEMARK
## PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION)
1–22 AKASAKA 8-CHOME, MINATO-KU
TOKYO 107, JAPAN ASSIGNEE OF SONY COR-
PORATION (JAPAN CORPORATION)
TOKYO, JAPAN

FOR: BED SHEETS, BED BLANKETS, BED-
SPREADS, PILLOWCASES, BED COMFORT-
ERS, PILLOW SHAMS, HANDKERCHIEFS
AND TOWELS, IN CLASS 24 (U.S. CLS. 42 AND
50).

FIRST USE 12–31–1994; IN COMMERCE
12–31–1994.

FOR: BEDCLOTHES; NAMELY, PAJAMAS,
NIGHTGOWNS, SLEEPSHIRTS, NIGHTCAPS
AND NIGHTDRESSES; GLOVES, MUFFLERS,
NECKTIES, SCARVES, SOCKS, STOCKINGS,
JACKETS AND T-SHIRTS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 12–31–1994; IN COMMERCE
12–31–1994.

OWNER OF U.S. REG. NO. 1,903,261.

THE STIPPLING SHOWN IN THE DRAWING
IS A FEATURE OF THE MARK AND DOES
NOT INDICATE COLOR.

THE MARK CONSISTS OF THE STYLIZED
LETTERS "PS" AND DESIGN.

SN 74–802,644, FILED 2–4–1994.

G. T. GLYNN, EXAMINING ATTORNEY

**Int. Cls.: 24 and 25**

**Prior U.S. Cls.: 22, 39, 42, and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,024,707**

**Registered Dec. 17, 1996**

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION)
1-22 AKASAKA 8-CHOME, MINATO-KU
TOKYO 107, JAPAN ASSIGNEE OF SONY COR-
PORATION (JAPAN CORPORATION)
TOKYO, JAPAN

FOR: BED SHEETS, BED BLANKETS, BED-
SPREADS, PILLOWCASES, BED COMFORT-
ERS, PILLOW SHAMS, HANDKERCHIEFS
AND TOWELS, IN CLASS 24 (U.S. CLS. 42 AND
50).

FIRST USE 12-31-1994; IN COMMERCE
12-31-1994.

FOR: BEDCLOTHES; NAMELY, PAJAMAS,
NIGHTGOWNS, SLEEPSHIRTS, NIGHTCAPS
AND NIGHTDRESSES; GLOVES, MUFFLERS,
NECKTIES, SCARVES, SOCKS, STOCKINGS,
JACKETS AND T-SHIRTS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 12-31-1994; IN COMMERCE
12-31-1994.

OWNER OF U.S. REG. NO. 1,903,261.

THE STIPPLING SHOWN IN THE DRAWING
IS A FEATURE OF THE MARK AND DOES
NOT INDICATE COLOR.

THE MARK CONSISTS OF THE STYLIZED
LETTERS "PS" AND DESIGN.

SN 74-802,644, FILED 2-4-1994.

G. T. GLYNN, EXAMINING ATTORNEY

**Int. Cls.: 24 and 25**

**Prior U.S. Cls.: 22, 39, 42, and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,053,625**

**Registered Apr. 15, 1997**

## TRADEMARK
### PRINCIPAL REGISTER

# PlayStation

KABUSHIKI KAISHA SONY COMPUTER ENTER-
TAINMENT (JAPAN CORPORATION)
1-22 AKASAKA 8-CHOME, MINATO-KU
TOKYO 107, JAPAN

FOR: BED SHEETS, BED BLANKETS, BED-
SPREADS, PILLOWCASES, BED COMFORTERS, PIL-
LOW SHAMS, HANDKERCHIEFS AND TOWELS, IN
CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

FOR: BED CLOTHES, NAMELY, PAJAMAS,
NIGHT SHIRTS AND NIGHTGOWNS; GLOVES,
CLOTHING MUFFLERS, NECKTIES, SCARVES,
SOCKS, STOCKINGS, JACKETS AND T-SHIRTS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

SN 75-975,035, FILED 3-14-1994.

G. T. GLYNN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# PlayStation

**Reg. No. 5,929,333**

**Registered Dec. 10, 2019**

**Int. Cl.: 11, 20**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc. (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 11: Sockets for electric lights; LED flashlights; light-emitting diode (LED) luminaires; light-emitting diode (LED) lighting installations; light-emitting diode (LED) light bulbs; LED safety lamps; light-emitting diodes (LED) lighting apparatus being lighting installations; LED light bulbs; arc lamps; carbon for arc lamps being lighting fixtures; motorcycle lights; overhead lamps; off-road light bars for automobile vehicles; flameless candles; klieg lights; electric lights for Christmas trees; chandeliers; lighting devices for showcases; spotlights; diving lights; downlights; lighted disco balls; trailer lights for trailers; light panels for vehicles; halogen lamps; ultraviolet halogen metal vapor lamps; halogen light bulbs; flat panel lighting apparatus; standard lamps; penlights; boat trailer lights; running lights for boats; electric track lighting units; flameless light-emitting diode (LED) candles; LED safety lamps; accent lights for indoor use; electric flashlights; street lamps; germicidal lamps for purifying air; portable headlamps; LED landscape lights; fluorescent lamps; fluorescent lamp tubes; fiber optic lighting apparatus in the nature of lighting fixtures and installations; lighting apparatus incorporating optical fibers, namely, lighting fixtures; safety lamps for underground use; lighting installations for air vehicles; navigation lights for aircraft, namely, lighting installations for air vehicles; high-intensity searchlights; string lights for festive decoration; fairy lights for festive decoration; electric lighting fixtures; LED lighting fixtures; germicidal lamps, namely, germicidal lamps for purifying air; ultraviolet ray lamps, not for medical purposes; mobile light towers; bicycle lights; bicycle lamps; dynamo lights for bicycles, namely, vehicle dynamo lights; directional lights for bicycles; headlights for automobiles; interior lights for automobiles; hand-held spotlights; fish-luring lights; lamps for festive decoration; electric holiday lights; compact fluorescent electric light bulbs (CFLs); electric luminaires; filters for use with lighting apparatus; lighting fixtures; magnesium filaments for lighting; light shades; lighting apparatus, namely, lighting installations; color filters for lighting apparatus; filters for lighting apparatus; light diffusers; luminous tubes for lighting; discharge tubes, electric, for lighting; uplighters; light bulbs for directional signals for vehicles; spot lights for use on vehicles; taillights for vehicles; map-reading lights for vehicles; vehicle brake lights; vehicle headlights; lights for vehicles; lighting apparatus for vehicles; vehicle dynamo lamps; fitted anti-dazzle devices for vehicles in the nature of lamp fittings; mercury-vapor lamps; aquarium lights; LED underwater lights; infrared lamp fixtures; infrared illuminators; infrared fixtures; infrared lamps, not for medical purposes; solar powered lamps; sun lamps; table lamps; searchlights; ceiling lights; electric Chinese lanterns; electric candelabras; electric lanterns; electric candles; electric night lights; electric luminaires; electric lamps; fluorescent electric light bulbs; filaments for electric lamps; electronic candles; laser light projectors; floodlights; miniature light bulbs; head torches; motion sensitive security lights; book lights; tanning lamps; incandescent lamps; filters for stage lighting; decorative light in the nature of electrically illuminated figurines; theatrical stage lighting apparatus; sconce lighting fixtures; lights for wall mounting; discharge tubes, electric, for lighting; organic light emitting diodes (OLED) lighting devices; taillights for land vehicles; running lights for land vehicles; backup lights for land vehicles; lamps for tents; floor lamps; lamps; globes for lamps; lamp bases; lamp glasses; lamp casings; lamp mantles; lamp shades; lampshade holders; lamp reflectors; candle lamps; curling lamps;



Director of the United States
Patent and Trademark Office

chemiluminescent light sticks; miners' lamps; laboratory lamps; desk lamps; reflector lamps; wall lamps; lamps for outdoor use; portable Japanese paper lanterns (chochin)

CLASS 20: Non-metal pulls; porcelain pulls; ceramic pulls; stone pulls; glass pulls; drafting tables; furniture fittings, not of metal; non-metal bed fittings; U-shaped pillows; air mattresses, not for medical purposes; spring mattresses; sleeping pads; sleeping mats; latex pillows; latex mattresses; straw mattress; chair cushions; air cushions, not for medical purposes; air pillows, not for medical purposes; inflatable pillows; seat cushions; sleeping mats for use by children; neck support cushions; neck-supporting pillows; inflatable neck support cushions; neck pillows; nursing pillows; mattresses made of flexible wood; bedding, namely, beds, bed pillows, bed rests, bed rails except linen; accent pillows; bolsters; head-supporting pillows; head supporting pillows; head support cushions for babies; anti-roll cushions for babies; baby bolsters; head positioning pillows for babies; baby changing mats; maternity pillows; back support cushions, not for medical purposes; inflatable mattresses for use when camping; cushions filled with hair; pillows; cushions being furniture; mattresses; mats for infant playpens; air mattresses for use when camping; nameplates, not of metal; tool boxes, not of metal, empty; bumper guards for furniture; storage racks for athletic training equipment; antique reproduction furniture; kimono racks; chairs in the nature of seats; chair legs; chair beds; hydrostatic beds, not for medical purposes; air beds, not for medical purposes; ottomans; diaper changing stations; chests for toys; counters height tables; drawer pulls of glass, porcelain or earthenware; furniture for camping; shoe cabinets; coatstands; console tables; computer workstations comprising tables and seating; carts for computers being furniture; computer furniture; surfboard display racks; surfboard storage racks; side tables; sideboards; shoe racks; furniture, namely, showcases; storage racks for ski and sports equipment; storage racks for video game equipment; stools; sofas; sofa beds; shelves for typewriters; typing desks; mirror tiles; towel stands being furniture; cask stands, not of metal; chests of drawers; storage racks for dumb-bells; furniture chests; cabinets for tea services; tea tables; coffee tables; tea trolleys; non-metal trestles for supporting tables; wooden trestles for use as table supports; drum thrones; drum stools; saw benches being furniture; barstools; high chairs; banqueting chairs; piano benches; bean bag chairs; shaving mirrors; billiard cue racks; filing cabinets; beds; bedsprings; bed headboards; bed frames; bedsteads of wood; bed bases; head-rests being furniture; wooden bedsteads; bed rails; non-metal baby safety gates; playpens for babies; pool cue racks; box springs; magazine racks; massage tables; mattress foundations; lounge chairs; lounge furniture; reclining chairs; reclining armchairs; lockers; locker mirrors; rocking chairs; wine racks; trolleys being furniture; easy-chairs; arm rests for furniture; costume stands; covers for clothing in the nature of wardrobes; clothes rails; clothes drying racks being furniture; racks for hanging clothes; medicine cabinets; drawers as furniture parts; drawer pulls, not of metal; dividers for drawers; storage racks for exercise weights; storage racks for athletic equipment; dressing tables; adjustable beds; furniture; mirrors being items of furniture; furniture frames; non-metal door handles comprised of plastics for furniture; legs for furniture; furniture partitions; furniture handles, not of metal, namely, non-metal handles comprised of wood for cabinets, doors and furniture; furniture shelves; doors for furniture; furniture partitions of wood; trestle tables; flower-stands being furniture; luggage racks being furniture; luggage stands being furniture; extendible sofas; school furniture; desks; living room furniture; mirrors being looking glasses; mirrored cabinets; mirror frames; dressers being dressing tables; bentwood furniture; metal cabinets; metal furniture for camping; dog gates of metal; furniture of metal; cabinets of metal; tool cabinets of metal; seats of metal; tables of metal; shelving of metal; storage cabinets of metal; metal display stands; inflatable chairs; inflatable furniture; slanted shelves; stands for calculating machines; stands for television sets; key cabinets; stone pulls for cabinets, drawers and furniture; furniture made from steel tubing; seats; seating furniture; fitted cupboards; fitted kitchen furniture; work benches; index cabinets being furniture; three-mirror dressing tables; umbrella stands; cheval glasses; booster seats; cabinet work; fodder racks; office desks; office tables; office armchairs; office chairs; office furniture; office seats; portable desks; portable folding stadium seats; drawer pulls of porcelain; toilet mirrors being hand-held mirrors; chests, not of metal; book rests being furniture; bookshelves; shelves for file cabinets; paper racks being office furniture; furniture for displaying goods; display cases for merchandise; cots; valet stands; storage racks to hold vehicle mats; plant racks; plant stands; stands for flower pots; flower-pot pedestals; cupboards; plate racks; dinner wagons being furniture; dining tables; table tops; dining chairs; meat safes; divans; bedroom furniture; newspaper display stands; storage racks for firewood; chairs adapted for use by those with

mobility difficulties; library shelves; silvered glass mirrors; storage racks for water sports equipment; trays, not of metal, for domestic use; folding shelves; folding tables for games; folding beds; folding chairs; washstands being furniture; decorative mirrors; foot stools; kitchen cabinets; display racks; non-metal shelving; bamboo furniture; cupboards for tea-things (chadansu); chaise longues; nagamochi chests; display cases; display stands; showshelves; display boards; display cabinets, namely cabinets for display purposes; display tables; fishing chairs, namely, fishing stools; wall-mounted panel units for exhibitions, displays and partitioning; point-of-purchase displays being furniture; mirrors enhanced by electric lights; electric piano keyboard benches; ceramic pulls for drawers; ceramic pulls for furniture; ceramic pulls for cabinets; love seats; bunk beds; safety gates, not of metal, for babies, children, and pets; safety gates of metal for babies, children, and pets; infant beds; cots for babies; baby changing platforms; worktops; sales counters; storage racks for storing works of art; lap desks; armchairs; writing desks; hospital beds; bottle racks; upholstered furniture; wood chopping blocks being tables; wall units being furniture; wall-mounted tool racks; wall-mounted diaper and baby napkin changing platforms; wall-mounted baby changing platforms; shelves for storage; jewellery organizer displays; hat stands; shelves for books; bookcases; book stands; vice benches being furniture; furniture made from substitutes for wood; wood bedsteads; furniture made from wood; wooden beds; saw horses; furniture made of wood or wood substitutes; baseball bat racks; baseball and softball bat racks; baby changing tables; high chairs for babies; fitted crib rail covers; wardrobes; bathroom mirrors; bathroom furniture; standing desks; movable office partitions being furniture; freestanding partitions being furniture; free-standing office partitions being furniture; room dividers; deck chairs; outdoor furniture; porch swings; plastic furniture for gardens; garden furniture; curtain tie-backs in the nature of non-textile curtain holders; blinds of reed, rattan or bamboo (sudare); dreamcatchers as decoration; decorative mobiles; slatted indoor blinds; indoor window shades being furniture; indoor window blinds being shades, all being furniture; internal Venetian blinds; paper blinds; interior textile window blinds; metal indoor window blinds; interior Venetian blinds; bamboo blinds; slatted indoor blinds for windows; bead curtains for decoration; decorative mobiles; bamboo curtains; woven timber blinds being furniture; wall plaques made of plastic or wood; wind chimes as decoration; wind chimes; screens being furniture; oriental folding partition screens (byoubu); screens of reed; screens made of reed or reed substitutes being furniture; decorative plastic boxes; decorative wooden boxes for game machines; golf course benches; benches; benches for sports fields; inflatable publicity objects; signboards of plastic; plastic holders for signboards; wooden holders for signboards; wooden signboards; placards of wood or plastics; upright signboards of wood or plastics; signboards of wood or plastics; inflatable mattresses for use when camping

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 07-03-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1447464 DATED 07-24-2018, EXPIRES 07-24-2028

SER. NO. 79-250,934, FILED 07-24-2018

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: 9 and 28

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38 and 50

Reg. No. 3,003,228

## United States Patent and Trademark Office

Registered Oct. 4, 2005

### TRADEMARK
### PRINCIPAL REGISTER

## PSP

KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.
1-1, AKASAKA 7-CHOME, MINATO-KU
TOKYO 107-0052, JAPAN

FOR: VIDEO GAMES WITH TELEVISION FOR
PERSONAL USE; COMPUTERS; IMAGE RECOR-
DERS AND PLAYERS; MUSIC RECORDERS AND
PLAYERS; OPTICAL DISCS FOR VIDEO GAMES
WITH TELEVISION FOR PERSONAL USE; PORTA-
BLE VIDEO GAMES WITH TELEVISION WITH A
CRYSTAL DISPLAY, COMPUTERS, IMAGE AND
MUSIC PLAYERS; BLANK DISCS FOR RECORD-
ING SOUND AND IMAGES, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FOR: ARCHERY IMPLEMENTS, NAMELY, BOW-
STRINGS, ARCHERY GLOVES, TARGETS FOR
ARCHERY, ARROWS FOR ARCHERY, QUIVERS
FOR ARCHERY, YUMI (BOWS FOR JAPANESE
ARCHERY), BOWS FOR ARCHERY; BACKGAM-
MON GAMES; BALLS FOR GAMES; BAR-BELLS;
BASEBALL GLOVES; BATS FOR GAMES; BELLS
FOR CHRISTMAS TREES; BILLIARD BALLS; BIL-
LIARD CUE TIPS; BILLIARD CUES; BILLIARD
MARKERS; BILLIARD TABLE CUSHIONS; BIL-
LIARD TABLES; BLADDERS OF BALLS FOR
GAMES; BOARD GAMES; BOB-SLEIGHS; BODY-
BUILDING APPARATUS, NAMELY, EXERCISE
BARS, AND EXERCISE BENCHES; BOWLING AP-
PARATUS AND MACHINERY, NAMELY, BOWL-
ING GLOVES, BOWLING BALL CASES, BOWLING
BALLS; BOXING GLOVES; BUILDING GAMES;
CANDLE HOLDERS FOR CHRISTMAS TREES;
CHALK FOR BILLIARD CUES; CHECKERBOARDS;
CHESS GAMES; CHESSBOARDS; CHRISTMAS
TREE STANDS; CHRISTMAS TREES OF SYNTHET-
IC MATERIAL; CLAY PIGEON TRAPS; CLIMBERS'
HARNESS; COIN-OPERATED BILLIARD TABLES;
CONJURING APPARATUS, NAMELY, MAGIC
TRICKS; CRICKET BAGS; CUPS FOR DICE; DARTS;
DECOYS FOR HUNTING OR FISHING; DICE; DIS-
CUSES FOR SPORTS; DOLLS; DOLLS' BEDS;
DOLLS' CLOTHES; DOLLS' FEEDING BOTTLES;

DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES;
DRAUGHT BOARDS; DUMB-BELLS; EDGES OF
SKIS; ELECTRONIC TARGETS FOR GAME; FEN-
CING GAUNTLETS; FENCING MASKS; FENCING
WEAPONS, NAMELY SABRES, EPEE, FOILS; FISH
HOOKS; FISHING TACKLE; FLIPPERS FOR SWIM-
MING; FLOATS FOR FISHING; FOILS FOR FEN-
CING; HAND-HELD TYPED GAME WITH LIQUID
CRYSTAL; HANDY ELECTRONIC GAMES;
GLOVES FOR GAMES; GOLF BAGS WITH OR
WITHOUT WHEELS; GOLF CLUBS; GOLF GLOVES;
GUT FOR FISHING; GUT FOR RACKETS; HANG
GLIDERS; HOCKEY STICKS; HORSESHOE GAMES;
ICE SKATES; KITE REELS; KITES; LANDING NETS
FOR ANGLERS; LINES FOR FISHING; LURES FOR
HUNTING OR FISHING; MAHJONG; MARBLES
FOR GAMES; MARIONETTES; MEN'S ATHLETIC
SUPPORTERS[SPORTS ARTICLES]; NETS FOR
SPORTS; NINEPINS; PARAGLIDERS; PARLOR
GAMES; PARLOR GAMES; PLAY BALLOONS;
PLAYING BALLS; PLUSH TOYS; PUPPETS;
QUOITS; RACKETS; REELS FOR FISHING; RING
GAMES; ROCKING HORSES; RODS FOR FISHING;
ROLLER SKATES; ROLLERS FOR STATIONARY
EXERCISE BICYCLES; SAILBOARDS; SCALE MOD-
EL VEHICLES; SCRAPERS FOR SKIS; SHUTTLE-
COCKS; SKATEBOARDS; SKATING BOOTS WITH
SKATES ATTACHED; SKI BINDINGS; SKIS; SKIT-
TLES; SOLE COVERINGS FOR SKIS; STATIONARY
EXERCISE BICYCLES; STRINGS FOR RACKETS;
SURF BOARDS; SURF SKIS; SWINGS; TABLES FOR
INDOOR FOOTBALL; TABLES FOR TABLE TEN-
NIS; TARGETS; TEDDY BEARS; TENNIS NETS;
THEATRICAL MASKS; TOY MASKS; TOY PISTOLS;
TOY VEHICLES; TOYS FOR DOMESTIC PETS;
TWIRLING BATONS; WATERSKIS; WAX FOR SKIS,
IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF JAPAN REG. NO. 4833162, DATED 1-
21-2005, EXPIRES 1-21-2015.

SER. NO. 76-513,697, FILED 5-12-2003.

RONALD AIKENS, EXAMINING ATTORNEY

SER. NO. 76-513,697, FILED 5-12-2003.

RONALD AIKENS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,730,542

Registered June 24, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# PlayStation

KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.,
1-1, AKASAKA 7-CHOME
MINATO-KU, TOKYO, JAPAN 107-0052

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS,
SWEATERS, PARKAS, OUTER COATS, PANTS,

ATHLETIC SUITS, SHORTS, HATS, HOODS, SHOES
AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

SN 76-975,417, FILED 12-11-2001.

MICHAEL ENGEL, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,730,542**

## United States Patent and Trademark Office

Registered June 24, 2003

### TRADEMARK
### PRINCIPAL REGISTER

# PlayStation

KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.,
1-1, AKASAKA 7-CHOME
MINATO-KU, TOKYO, JAPAN 107-0052

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS,
SWEATERS, PARKAS, OUTER COATS, PANTS,

ATHLETIC SUITS, SHORTS, HATS, HOODS, SHOES
AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

SN 76-975,417, FILED 12-11-2001.

MICHAEL ENGEL, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,431,970

## United States Patent and Trademark Office

Registered Feb. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## DUAL SHOCK

KABUSHIKI KAISHA SONY COMPUTER ENTER-
TAINMENT (JAPAN CORPORATION), TA SONY
COMPUTER ENTERTAINMENT, INC.,
1–1, AKASAKA 7-CHOME
MINATO-KU
TOKYO, JAPAN

FOR: ELECTRONIC MACHINES AND INSTRU-
MENTS, NAMELY, PERIPHERAL EQUIPMENT FOR
COMPUTERS; PROGRAMMED-DATA-CARRYING
ELECTRONIC CD-ROMS FOR VIDEO GAMES;
GAME EQUIPMENT CONTAINING MEMORY DE-
VICES, NAMELY, ELECTRONIC MAGNETIC DISCS;
CD-ROM RECORDED VIRTUAL REALITY GAME

SOFTWARE; CD-ROM ENCODED VIDEO GAME
SOFTWARE; CD-ROM ENCODED COMPUTER
GAME SOFTWARE; VIDEO GAME MACHINE FOR
USE WITH TELEVISIONS FOR PERSONAL USE,
VIDEO GAME MACHINES FOR USE WITH TELE-
VISIONS FOR COMMERCIAL USE; ANALOG CON-
TROLLERS FOR VIDEO GAME; VIDEO GAME
DISCS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 4–30–1997; IN COMMERCE 4–30–1998.

SN 75–400,063, FILED 12–4–1997.

PRISCILLA MILTON, EXAMINING ATTORNEY

Int. Cls.: **6, 14, 16, 18, 21, 26, and 28**

Prior U.S. Cls.: **1, 2, 3, 5, 12, 13, 14, 22, 23, 25, 27, 28, 29, 30, 33, 37, 38, 39, 40, 41, 42, and 50**

**Reg. No. 2,259,732**

## United States Patent and Trademark Office

Registered July 6, 1999

## TRADEMARK
### PRINCIPAL REGISTER

# PlayStation

KABUSHIKI KAISHA SONY COMPUTER EN-TERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT, INC.,
1–22, AKASAKA 8-CHOME
MINATO-KU, TOKYO, JAPAN

FOR: METAL BADGES FOR WEAR, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 7–0–1998; IN COMMERCE 7–0–1998.
FOR: CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 1–0–1997; IN COMMERCE 1–0–1997.
FOR: STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 3–0–1998; IN COMMERCE 3–0–1998.
FOR: UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12–0–1997; IN COMMERCE 12–0–1997.
FOR: BEER MUGS; TEA CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).
FIRST USE 11–0–1995; IN COMMERCE 11–0–1995.
FOR: EMBROIDERED EMBLEMS FOR WEAR NOT OF PRECIOUS METAL, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).
FIRST USE 5–0–1998; IN COMMERCE 5–0–1998.
FOR: SOFTBALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).
FIRST USE 4–0–1998; IN COMMERCE 4–0–1998.

SN 75–131,519, FILED 7–9–1996.

PRISCILLA MILTON, EXAMINING ATTOR-NEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,087,964
Registered Aug. 12, 1997

## TRADEMARK
### PRINCIPAL REGISTER

# PlayStation

KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION)
1–22 AKASAKA 8-CHOME, MINATO-KU
TOKYO 107, JAPAN ASSIGNEE OF SONY COR-
PORATION (JAPAN CORPORATION)
TOKYO, JAPAN

FOR: PRINTED BOOKS AND MAGAZINES
FEATURING COMPUTER GAME SOFTWARE

AND HARDWARE; STATIONERY, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1–29–1997; IN COMMERCE
1–29–1997.

SN 74–500,363, FILED 3–14–1994.

G. T. GLYNN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,279,163**

**Registered Jan. 16, 2024**

**Int. Cl.: 9, 28, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan, Minato-ku
Tokyo, JAPAN 108-0075

CLASS 9: Downloadable game software; recorded game software; downloadable computer game software; downloadable virtual computer reality game software; recorded virtual computer reality game software; downloadable computer application software for mobile phones and handheld computers, namely, software for communicating with other users, viewing content in the field of gaming, and managing and controlling video game consoles; downloadable computer application software for mobile phones and handheld computers, namely, software for searching, viewing, streaming, and downloading videos, movies, and televisions shows; virtual reality headsets; electronic docking stations; battery chargers used for controllers for game consoles; external computer hard drives; magnetically encoded gift cards; electronic control systems for machines, and replacement parts therefor; batteries, electric; battery chargers for video game machines; conductors, electric; telecommunication machines and apparatus, namely, fax machines; personal computers; computers and computer peripheral devices; virtual reality headsets adapted for use in playing video games; video cameras for video game consoles; gaming headsets specially adapted for use in playing video games

FIRST USE 9-00-1995; IN COMMERCE 9-00-1995

CLASS 28: Video game consoles; controllers for game consoles; game controllers for computer games; video game interactive hand held remote controls for playing electronic games; controllers for game consoles in the nature of motion controllers; video game interactive remote control units

FIRST USE 9-00-1995; IN COMMERCE 9-00-1995

CLASS 35: On-line retail store services for video games, video game consoles, controllers for game consoles, headsets, accessories for video game consoles, clothing,

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



bags, dishware, drinking vessels, hats, toys, and books; retail store services featuring downloadable games, audio, and video; retail store services featuring virtual goods in the nature of tools, weapons, currency, emoticons, badges, images, vehicles, icons, and skins for use in video games; arranging subscriptions to audiovisual content transmitting, streaming, and downloading services; arranging audiovisual content transmitting, streaming, and downloading subscriptions for others

FIRST USE 11-00-2006; IN COMMERCE 11-00-2006

CLASS 38: Transmission and delivery of video, and audiovisual content via a subscription service in the fields of gaming, entertainment, and general interest; electronic transmission and streaming of digital media content for others via cloud-based computer networks; streaming of audio, visual and audiovisual material via a computer network in the fields of gaming, entertainment, and general interest; video-on-demand transmission services in the fields of gaming, entertainment, and general interest; providing virtual private network (VPN) services in which users can interact through computers or video game consoles; video streaming services via the internet, featuring movies and television shows; streaming of audio, video, and audiovisual material on the internet; providing electronic telecommunication connections; telecommunication services, namely, transmitting streamed sound and audiovisual recordings via the internet

FIRST USE 11-00-2006; IN COMMERCE 11-00-2006

CLASS 41: Providing on-line computer games; entertainment services, namely, providing on-line video and computer games; entertainment services, namely, on-line game services in the nature of computer game tournaments and providing online video games; online gaming services in the nature of computer and video game tournaments; entertainment and educational services, namely, providing non-downloadable movies via a video-on-demand service; distribution of television shows; entertainment services, namely, providing information via an online network in the field of gaming relating to electronic computer games

FIRST USE 11-00-2006; IN COMMERCE 11-00-2006

The mark consists of the stylized letters "PS", where the "P" is standing upright and "S" appears on a horizontal axis behind the letter "P".

SER. NO. 97-844,497, FILED 03-17-2023

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,171,803**

**Registered Sep. 26, 2023**

**Int. Cl.: 9, 28, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 9: Batteries for home video game consoles used with televisions; straps for mobile phones; head-mounted video displays; downloadable computer game programs via mobile computer terminals; downloadable game programs via mobile computer terminals; downloadable game programs for mobile phones; memory cards for home video game consoles used with televisions; downloadable computer game programs; downloadable game programs for home video game consoles used with televisions; downloadable game character images featuring video games and computer games; downloadable electronic publications in the nature of books, manuals, magazines, newspapers in the field of video games, game software, music and video movies; earphones for home video game consoles used with televisions; headphones for home video game consoles used with televisions; microphones for home video game consoles used with televisions; web cameras exclusively for use with home video game consoles used with televisions

CLASS 28: Toy action figures; cards for trading card games; home video game consoles used with televisions; joysticks exclusively for use with home video game consoles used with televisions; parts and accessories for home video game consoles used with televisions, namely, external cooling fans for game consoles and controllers for game consoles; protective carrying cases specially adapted for handheld video games; game cards; game equipment, namely, controllers for game consoles; joysticks for video games; playing cards; trading card games

CLASS 38: Electronic exchange of data stored in databases accessible via telecommunication networks; providing internet chatrooms; providing telecommunications connections to the Internet; providing telecommunications connections to a global computer network; providing access to computer databases; computer aided transmission of information and images; electronic transmission exchange of image and sound data via a video-on-demand service; communication by electronic computer terminals, video game consoles and hand-held games with liquid crystal displays; broadcasting services and provision of telecommunication access to video and audio content provided via a video-on-demand service via the Internet; communication by mobile telephone; providing e-mail services, namely, electronic transmission of email; communication by computer terminals; digital transmission services for transmitting video content stored on data storage area of users' servers to users' video game consoles, hand-held games with liquid crystal displays, cellular phones, set-top boxes and computer terminals via a video-on-demand service; television broadcasting; cable television broadcasting; radio broadcasting; broadcasting of television programs provided via a video-on-demand; news agency services for

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



electronic transmission

CLASS 41: Providing non-downloadable electronic publications, namely, electronic dictionaries, electronic books in the field of computer games, movies and providing non-downloadable entertainment videos and online-non-downloadable electronic magazines in the field of computer games, movies and entertainment; providing non-downloadable electronic publications in the nature of manuals in the field of video game machines and computer game programs; provision of non-downloadable films, movies and television programs via an online video on-demand service; provision of non-downloadable images and videos via an online video-on-demand service; producing and distributing videos in the field of computer games and video games; entertainment services, namely, providing non-downloadable image graphics, pictures, sounds in the nature of ringtones and pre-recorded music on the Internet or via computer networks via telecommunication networks; entertainment services, namely, providing on-line video games with systems ranking and distributing scores to users' terminals in real time; rental of electronic magazines and other electronic publications in the nature of books, manuals, and newspapers in the field of video games, game software, music and video movies; rental of memory media recorded video game programs for home video game consoles used with televisions; rental of memory media recorded video game programs; rental of game machines and apparatus

The mark consists of the wording "PS4" in stylized text.

OWNER OF INTERNATIONAL REGISTRATION 1189769 DATED 02-19-2013, EXPIRES 02-19-2033

SER. NO. 79-338,446, FILED 02-28-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,770,227**

**Registered Jun. 28, 2022**

**Int. Cl.: 14, 18, 20, 21, 24, 25, 26**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc. (JAPAN CORPORATION)
1-7-1 Konan, Minato-ku
Tokyo 108-0075
JAPAN

CLASS 14: Key rings; clocks and watches; ornaments of precious metal in the nature of jewellery; ornamental lapel pins; tie pins; precious metals

CLASS 18: Bags, namely, daypacks, knapsacks, hiking bags, hipsacks, travelling bags, all-purpose carrying bags, tote bags, shoulder bags, messenger bags, handbags, clutch bags, boston bags, gladstone bags, and sports bags; backpacks; briefcases; luggage; purses; wallets; umbrellas; vanity cases, not fitted; key cases

CLASS 20: Cushions; pillows; tables; desks; chairs; stools; mirrors; bookshelves; furniture, namely, display shelves; sofas; furniture

CLASS 21: Household and kitchen utensils, namely, bottle openers, kitchen tongs, cooking forks, serving forks, serving tongs and turners; cooking utensils, non-electric, namely, basting spoons, grills, batter dispenser and wire baskets; beverage glassware; crystal being glassware, namely, beverage glassware; mugs; coffee cups

CLASS 24: Towels of textile; bath towels; handkerchiefs of textile; woollen blankets; blankets for outdoor use; bed blankets; covers for cushions; travelling rugs; pillowcases; coasters of textile; table napkins of textile; dish towels for drying; tapestries of textile; furnishing fabrics; labels of textile

CLASS 25: Clothing, namely, jerseys, sweaters, rainwear, sweatshirts, tee-shirts, shirts, pants, socks, skirts and dresses; coats; sweaters; shirts; nightwear; underwear; tee-shirts; gloves and mittens; neckties; bandanas; mufflers as neck scarves; socks; shoes; headwear, namely, hats and visors; caps being headwear; belts being clothing

CLASS 26: Arm bands; pins, other than jewellery, being hair pins and hat pins; brooches for clothing; ornamental adhesive patches for jackets; buckles for clothing; buckles of precious metal; ornamental novelty badges; hair bands; buttons; buttons for clothing; charm bags

The mark consists of the wording "PS5" in stylized text.

PRIORITY DATE OF 01-29-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1613860 DATED 04-09-2021, EXPIRES 04-09-2031

SER. NO. 79-320,578, FILED 04-09-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,279,642**

**Registered Mar. 02, 2021**

**Corrected Apr. 13, 2021**

**Int. Cl.: 9, 16, 28, 37, 38, 41, 42, 45**

**Service Mark**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 9: Downloadable video game software; recorded video game software; downloadable arcade video game programs; downloadable and installable computer and video game programs for arcade video game machines; downloadable and installable electronic image data files containing artwork for arcade video game machines; batteries for hand-held games with liquid crystal displays; batteries for home video game machines; batteries for mobile computer terminals; batteries; ear buds for mobile computer terminals; cleaning discs for cleaning the lens of optical disc drives used in computers and digital video recorders; ear phones; loudspeakers; home theater systems comprising television receivers, DVD players, audio amplifiers and audio speakers; audio recorders; video recorders; digital cameras; television receivers; modems; headphones; microphones for telecommunication apparatus; headphones for mobile computer terminals; microphones for mobile computer terminals; straps for mobile phones; smartphones; mobile telephones; set-top boxes; optical disc players; optical disc recorders; DVD players; DVD recorders; compact disc players; compact disc recorders; navigation apparatus for vehicles being on-board computers; electric capacitors for telecommunication apparatus; receiving tuners for television broadcasting; webcams; videocameras, namely, camcorders; cameras for video game consoles; head-mounted video displays; virtual reality headsets with built in display adapted for use in playing video games; motion sensor for virtual reality headsets with built in display adapted for use in playing video games; camera accessories, namely, electric AC adapters, electric AC power cords, high definition multimedia interface cables, USB cables, headphones, earphones, and user manuals for the foregoing goods in electronic format for virtual reality headsets with built in display adapted for use in playing video games; 3D spectacles adapted for use with televisions; three-dimensional television monitors; three-dimensional video monitors; three-dimensional LCD monitors; three-dimensional computer monitors; video baby monitors; video monitors; digital video recorders; video reproducing apparatus; combination video players and recorders; digital audio recorders; digital audio players; digital video players; video disc players; thin film transistor liquid crystal display (TFT-LCD) panels; protective films adapted for liquid crystal display screens; audio amplifiers, audio receivers, electrical audio cables, electrical speaker cables, electrical audio connectors, and electrical speaker connectors; downloadable video game programs via mobile computer terminals; downloadable computer game programs via mobile computer terminals; computer keyboards; memory cards exclusively for use with hand-held games with liquid crystal displays; downloadable electronic game programs via portable computer terminal; portable computer terminals; keyboards for mobile computer terminals; mouse for mobile computer terminals; memory cards for mobile computer terminals; remote controllers



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



for mobile computer terminals; battery chargers for mobile computer terminals; chargers used for controllers for game consoles; downloadable computer game programs for mobile phones; downloadable computer game programmes; memory cards for home video game consoles used with televisions; computer optical mouse; electronic tags for goods; personal digital assistants; touch panels for computer; tablet computers; computer operating programs, recorded; downloadable and installable computer game programs; downloadable and installable computer and video game programs for mobile phone; downloadable and installable computer and video game programs by personal digital assistance; downloadable computer game programs for mobile phones; electronic book readers; downloadable game programs for home video computer game consoles used with televisions; ear phones for home video game machines; headphones specially adapted for home video game machines; microphones specially adapted for home video game machines; [ mouse specially adapted for home video game machines; ] webcams specially adapted for video game machines; microphones specially adapted for use with hand-held games with liquid crystal displays [ ; computer mice specially adapted for use with hand-held games with liquid crystal displays; ] electric connectors for chargers for home video game machines; downloadable computer game software for hand-held games with liquid crystal display; downloadable and installable computer and video game programs for home video game machines; downloadable and installable electronic image data files containing artwork for home video game machines; downloadable and installable computer and video game programs for hand-held games with liquid crystal displays; downloadable and installable electronic image data files containing artwork for hand-held games with liquid crystal displays; downloadable image files containing artwork, text, audio, video and Internet Web links relating to video games; recorded video discs and video tapes featuring entertainment in the nature of action adventure, drama, comedy, romance, science fiction, horror and mystery; downloadable video recordings containing video games; prerecorded music compact discs; phonograph records featuring music; downloadable music files; downloadable musical sound recordings; downloadable ring tones for mobile phones; ring tones, computer graphics and music files downloadable via a global computer network and wireless devices; downloadable ring tones and computer graphics for mobile telephones; downloadable electronic publications in the nature of books, manuals, magazines, newspapers in the field of video games, game software, music and video movies; battery chargers for controllers for home game consoles; battery charging stand for controllers for home game consoles

CLASS 16: Addressing machines; typewriters, electric or non-electric; inking ribbons; envelope sealing machines for offices; automatic stamp affixing machines being office requisites in the nature of office labeling machines; electric staplers for offices; stamp shredding machines for office use; drawing instruments; relief duplicators in the nature of duplicating machines; paper shredders for office use; franking machines for office use; rotary duplicators; electric pencil sharpeners; hygienic hand towels of paper; towels of paper; table napkins of paper; handkerchiefs of paper; hand towels of paper; filter paper; toilet paper; postcard paper; printing paper; paper and cardboard; bookmarkers; photographic albums; blank cards being stationery; crayons; felt writing pens; seals, stationery; mechanical pencils; sketch books; stickers being stationery; note books; pen cases; stationery cases; stapling presses, non-electric; ball-point pens; pocket memorandum books; memo pads containing adhesive on one side of the sheets for attachment to surfaces; pencils; plastic underlays for writing paper in the nature of writing pads; picture postcards; painting sets for artists; rubber erasers; adhesive tapes for stationery or household purposes; drafting rulers; pen and pencil holders; envelopes for stationery use; writing pads; paper tags containing adhesive on one side of the sheets for attachment to surfaces; catalogues in the fields of video games, music and cinemas; calendars; newsletters in the field of computer games, music and videos; pamphlets in the field of video games, computer games, music and cinemas; specification manuals for video game programs; strategic manuals for video games; song books; printed sheet music; magazines in the field of video games, computer games, music and cinemas; printed timetables; instruction manuals in the field of video games and computer games; books in the field of video games, computer games, music and cinemas; newspapers;

geographical maps; diaries; graphic art prints; photographs, printed; photograph stands

CLASS 28: Coin-operated arcade video game machines; arcade video game machines; action figure toys; cards for trading card games; electronic educational game machines for children; consumer video game consoles for use with an external display screen or monitor; home video game consoles used with televisions; video game consoles; mounts specially adapted for home video game machines; controllers for home game consoles; controllers for game consoles; controllers for game consoles in the nature of keyboards and mice sold together as a unit; controllers for game consoles in the nature of motion controllers; controllers for game consoles in the nature of flight sticks; controllers for game consoles in the nature of racing steering wheels; joysticks exclusively for use with home video game consoles used with televisions; protective carrying cases specially adapted for handheld video games; portable games with liquid crystal displays; mounts connectable to AC adapters and High-Definition Multimedia Interface cables exclusively for use with hand-held games with liquid crystal displays; mounts specially adapted for use with hand-held games with liquid crystal displays; stands and protective covers for hand-held game with liquid crystal displays; molded toy figures; toy models; radio control receivers and transmitters for radio-controlled model toys; player-operated electronic motor controllers for model toys; dolls; dice games; game cards; parlour games; chess games; checker sets; playing cards; trading card games; dominoes; conjuring apparatus in the nature of magic tricks; billiard equipment; chest expanders; golf ball markers; golf clubs; golf bags; surfboards; ski cases; ski bindings; golf tees; paragliders; bowling bags; boxing gloves; rackets for tennis or badminton; table tennis bats; guts for rackets for tennis or badminton; racket cases for tennis or badminton; table tennis paddle cases; roller skates; stationary exercise bicycles and rollers therefor; water skis; baseball gloves; archery bows; fishing rods; fishing tackle; face plates for home game consoles; camera accessories, namely, toy cameras for home game consoles * ; mouse specially adapted for home video game machines; computer mice specially adapted for use with hand-held games with liquid crystal displays *

CLASS 37: Repair and maintenance of arcade video game machines; repair and maintenance of parts and accessories of arcade video game machines; repair and maintenance of home video game machines; repair and maintenance of parts and accessories of home video game machines; repair and maintenance of portable games with liquid crystal displays; repair and maintenance of parts and accessories of portable games with liquid crystal displays; repair and maintenance of toys or dolls; repair and maintenance of telecommunication machines and apparatus; repair and maintenance of parts and accessories for telecommunication machines and apparatus; repair or maintenance of electronic machines and apparatus; repair or maintenance of parts and accessories for electronic machines and apparatus; repair or maintenance of computers; repair or maintenance of parts and accessories for computers; repair and maintenance of telephone; repair and maintenance of parts and accessories for telephone; repair and maintenance of mobile phone; repair and maintenance of parts and accessories for mobile phone

CLASS 38: Transmitting streamed sound, audiovisual recordings, video, films, images, picture, texts, video content and audio content via the Internet; communication by electronic computer terminals and video game consoles; teleconferencing and videoconferencing services; digital transmission services for audio and video data; communication via satellite; providing e-mail services, namely, electronic transmission of e-mail; providing telecommunications connections to a global computer network; electronic bulletin board services; video-on-demand transmission services for images and voices; data transmission and reception services via telecommunication means; providing information relating to data communications; providing information relating to computer communication via computer databases; providing information in the field of telecommunication other than broadcasting; transmission and broadcasting of video files of quiz programs, game programs and other entertainment programs via Internet; transmission of voice, data, graphics, images, audio and video by means of computer networks, and the Internet; broadcasting of television programs using video-on-demand

and pay-per-view television services; broadcasting and transmission of pay-per-view television programs; cable radio broadcasting; satellite television broadcasting; broadcasting services and provision of telecommunication access to video and audio content provided via a video-on-demand service via the Internet; transmission and broadcasting of audio and video data files via Internet; broadcasting of television programmes provided via a video-on-demand; cable television broadcasting of television programmes provided via a video-on-demand; cable television and radio broadcasting via video on demand service; digital terrestrial television broadcasting via a video-on-demand; terrestrial digital one-segment audio, video and data broadcasting services via interactive communication using mobile phones; broadcasting of television and radio programs via satellite or digital terrestrial television broadcasting; television broadcasting; providing information about cable television broadcasting, radio broadcasting and digital terrestrial television broadcasting; providing information about broadcasting of radio and television programs via computer or mobile communications networks; rental of set-top boxes for use with televisions; rental of equipment for broadcasting, other than rental of TV and radio receivers; rental of modems; rental of cable modems; rental of telecommunication equipment including telephones and facsimile apparatus; providing information relating to rental of telecommunication equipment including telephones and facsimile apparatus

CLASS 41: Providing on-line non-downloadable music and films via a video-on-demand service via communications networks by means of computer terminals, fiber optic networks and telephones; provision of non-downloadable films and television programs via a video-on-demand source; providing on-line non-downloadable videos in the field of video games and music via a video-on-demand service via communications networks by means of computer terminals, fiber optic networks and telephones; providing on-line non-downloadable images and pictures about fictional characters appearing in games and animations; providing non-downloadable photographic images containing artwork via communications networks by means of computer terminals, fiber optic networks and telephones; providing non-downloadable videos in the field of education, culture, entertainment or sports via communications networks by means of computer terminals, fiber optic networks and telephones; providing non-downloadable music and video featuring television programs using a video-on-demand service via computer network communications; providing non-downloadable music and video featuring television programs using video-on-demand and pay-per-view television services; movie showing, movie film production, and movie film distribution; providing non-downloadable video and audio for computer games via communications networks by means of computer terminals, fiber optic networks and telephones; providing non-downloadable music via the Internet or computer network; providing non-downloadable music via the Internet, computer network, cable network, computer network using an on-demand service and interactive communication using mobile phones; providing non-downloadable audio and video featuring presentation of theatrical performances via the Internet, computer network, cable network, computer network using an on-demand service and interactive communication using mobile phones; providing non-downloadable photographic images and animation films via the Internet, computer network, cable network, computer network using an on demand service and interactive communication using mobile phones; providing computer games via the Internet, computer network, cable network, computer network using an on-demand service and interactive communication using mobile phones; providing non-downloadable video, still and moving images containing film and television programs and artwork by streaming via the Internet; providing non-downloadable films via the Internet or computer network; providing on-line non-downloadable music via an on-demand service and information relating thereto; providing non-downloadable videos in the field of video games for a television program featuring regional information via the Internet or computer network; providing non-downloadable videos containing television programs via the Internet or computer network; providing non-downloadable films via an on-demand service via cable network, computer network and the Internet; providing non-downloadable videos containing films and television programs via an on-demand service via cable network, computer network and the Internet; providing non-

downloadable films via an on-demand service via interactive communication using mobile phones; direction or presentation of live show performances; organization, arranging and conducting of live music concerts; live performances by a musical group; presentation of musical performances; production and distribution of interactive television programs; production and distribution of cable television or television programs; production and distribution of radio programs; production and distribution of television programs for cable television providers; production and distribution of television quiz programs, television prize programs, television game programs, and television entertainment programs for others; production and distribution of programs for television, cable television, radio, satellite radio, movies and film; production and distribution of educational television programs by means of computer networks; production and distribution of television programs in the field of news; production and distribution of radio or television programs featuring regional information; production and distribution of radio or television programs featuring traditional Japanese culture; production of radio or television programs; organization of sporting events in the field of football, hockey, golf, car races, basketball, baseball, soccer, lacrosse, volleyball, tennis, curling, squash, swimming, cycling; organization of sports competition; organization, production, presentation and conducting of events for the purpose of cultural exchange between people and region; organization, production, presentation and conducting of events related to cultural exchange between Japan and overseas; organization, production, presentation and conducting of live talk show events; organization of social entertainment events excluding movies, shows, plays, musical performances, sports, horse races, bicycle races, boat races and auto races; entertainment in the nature of video game competitions; providing non-downloadable videos, music and lyrics for karaoke via communications networks by means of computer terminals, fiber optic networks and telephones; providing amusement facilities; providing online, non-downloadable electronic match games via communications networks by means of computer terminals, fiber optic networks and telephones; providing online, non-downloadable electronic games via communications networks by means of home video game machines and personal computers; providing online, non-downloadable electronic games via communications networks by means of mobile telephone or computer terminals; game services, namely, provision of online electronic games provided by means of communications by computer terminals, optical fiber networks or mobile telephone; rental of cinematographic machines and apparatus; rental of cine-films; rental of records or sound-recorded magnetic tapes; rental of image-recorded magnetic tapes; news reporters services using the Internet; news reporters services and providing information relating thereto; news reporters services

CLASS 42: Providing meteorological information; design of home video game machines; design services in the field of video game consoles; data conversion from physical to electronic media; duplication of computer programs; rental of system security computer software programs for home video game consoles used with televisions which is recorded on magnetic tapes, CD-ROMs, DVD-ROMs or optical discs; video game software programming services for others for video game machines for use with television for business and personal use; computer programming; information services relating to computer programming in order to protect the security of the computer network to protect the system from unauthorized access; rental of measuring apparatus; rental of web servers; rental of web server's memory for entry of diaries and schedules of individuals and corporations and storage of electronic data; rental of web server's memory; rental of computers; rental of computer programs; installation of computer software; providing temporary use of online non-downloadable computer software for database management; software as a service (SAAS) services featuring software for database management; platform as a service (PAAS) services featuring software platforms for database management; hosting of computer software platforms on the internet for database management; providing user authentication and identification services using single-sign-on technology in e-commerce transactions via a global computer network for others; providing temporary use of non-downloadable game software

CLASS 45: Providing information via a web site in the fields of personal social introduction services for social network users; Internet-based dating, matchmaking and personal social introduction services; Internet based marriage partner introduction or dating services; on-line social networking services; Internet based social networking, introduction, and dating services; marriage partner introduction or dating services; introduction services in the fields of personal relationships and dating for the purpose of social networking provided via a communication network; personal body guarding by using global navigation system (GPS); providing information relating to personal background investigations; providing information relating to investigation on background profiles; provision of present location information for others about lost property by using communication terminal for the purpose of aiding in recovery of lost property; provision of location information in relation to lost objects and animals via communication terminal for the purpose of aiding in recovery of lost property and pets

PRIORITY DATE OF 12-02-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1541193 DATED 02-28-2020, EXPIRES 02-28-2030

SER. NO. 79-289,707, FILED 02-28-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



Reg. No. 6,279,642

Registered Mar. 02, 2021

Int. Cl.: 9, 16, 28, 37, 38, 41, 42, 45

Service Mark

Trademark

Principal Register

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 9: Downloadable video game software; recorded video game software; downloadable arcade video game programs; downloadable and installable computer and video game programs for arcade video game machines; downloadable and installable electronic image data files containing artwork for arcade video game machines; batteries for hand-held games with liquid crystal displays; batteries for home video game machines; batteries for mobile computer terminals; batteries; ear buds for mobile computer terminals; cleaning discs for cleaning the lens of optical disc drives used in computers and digital video recorders; ear phones; loudspeakers; home theater systems comprising television receivers, DVD players, audio amplifiers and audio speakers; audio recorders; video recorders; digital cameras; television receivers; modems; headphones; microphones for telecommunication apparatus; headphones for mobile computer terminals; microphones for mobile computer terminals; straps for mobile phones; smartphones; mobile telephones; set-top boxes; optical disc players; optical disc recorders; DVD players; DVD recorders; compact disc players; compact disc recorders; navigation apparatus for vehicles being on-board computers; electric capacitors for telecommunication apparatus; receiving tuners for television broadcasting; webcams; videocameras, namely, camcorders; cameras for video game consoles; head-mounted video displays; virtual reality headsets with built in display adapted for use in playing video games; motion sensor for virtual reality headsets with built in display adapted for use in playing video games; camera accessories, namely, electric AC adapters, electric AC power cords, high definition multimedia interface cables, USB cables, headphones, earphones, and user manuals for the foregoing goods in electronic format for virtual reality headsets with built in display adapted for use in playing video games; 3D spectacles adapted for use with televisions; three-dimensional television monitors; three-dimensional video monitors; three-dimensional LCD monitors; three-dimensional computer monitors; video baby monitors; video monitors; digital video recorders; video reproducing apparatus; combination video players and recorders; digital audio recorders; digital audio players; digital video players; video disc players; thin film transistor liquid crystal display (TFT-LCD) panels; protective films adapted for liquid crystal display screens; audio amplifiers, audio receivers, electrical audio cables, electrical speaker cables, electrical audio connectors, and electrical speaker connectors; downloadable video game programs via mobile computer terminals; downloadable computer game programs via mobile computer terminals; computer keyboards; memory cards exclusively for use with hand-held games with liquid crystal displays; downloadable electronic game programs via portable computer terminal; portable computer terminals; keyboards for mobile computer terminals; mouse for mobile computer terminals; memory cards for mobile computer terminals; remote controllers





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

for mobile computer terminals; battery chargers for mobile computer terminals; chargers used for controllers for game consoles; downloadable computer game programs for mobile phones; downloadable computer game programmes; memory cards for home video game consoles used with televisions; computer optical mouse; electronic tags for goods; personal digital assistants; touch panels for computer; tablet computers; computer operating programs, recorded; downloadable and installable computer game programs; downloadable and installable computer and video game programs for mobile phone; downloadable and installable computer and video game programs by personal digital assistance; downloadable computer game programs for mobile phones; electronic book readers; downloadable game programs for home video computer game consoles used with televisions; ear phones for home video game machines; headphones specially adapted for home video game machines; microphones specially adapted for home video game machines; mouse specially adapted for home video game machines; webcams specially adapted for video game machines; microphones specially adapted for use with hand-held games with liquid crystal displays; computer mice specially adapted for use with hand-held games with liquid crystal displays; electric connectors for chargers for home video game machines; downloadable computer game software for hand-held games with liquid crystal display; downloadable and installable computer and video game programs for home video game machines; downloadable and installable electronic image data files containing artwork for home video game machines; downloadable and installable computer and video game programs for hand-held games with liquid crystal displays; downloadable and installable electronic image data files containing artwork for hand-held games with liquid crystal displays; downloadable image files containing artwork, text, audio, video and Internet Web links relating to video games; recorded video discs and video tapes featuring entertainment in the nature of action adventure, drama, comedy, romance, science fiction, horror and mystery; downloadable video recordings containing video games; prerecorded music compact discs; phonograph records featuring music; downloadable music files; downloadable musical sound recordings; downloadable ring tones for mobile phones; ring tones, computer graphics and music files downloadable via a global computer network and wireless devices; downloadable ring tones and computer graphics for mobile telephones; downloadable electronic publications in the nature of books, manuals, magazines, newspapers in the field of video games, game software, music and video movies; battery chargers for controllers for home game consoles; battery charging stand for controllers for home game consoles

CLASS 16: Addressing machines; typewriters, electric or non-electric; inking ribbons; envelope sealing machines for offices; automatic stamp affixing machines being office requisites in the nature of office labeling machines; electric staplers for offices; stamp shredding machines for office use; drawing instruments; relief duplicators in the nature of duplicating machines; paper shredders for office use; franking machines for office use; rotary duplicators; electric pencil sharpeners; hygienic hand towels of paper; towels of paper; table napkins of paper; handkerchiefs of paper; hand towels of paper; filter paper; toilet paper; postcard paper; printing paper; paper and cardboard; bookmarkers; photographic albums; blank cards being stationery; crayons; felt writing pens; seals, stationery; mechanical pencils; sketch books; stickers being stationery; note books; pen cases; stationery cases; stapling presses, non-electric; ball-point pens; pocket memorandum books; memo pads containing adhesive on one side of the sheets for attachment to surfaces; pencils; plastic underlays for writing paper in the nature of writing pads; picture postcards; painting sets for artists; rubber erasers; adhesive tapes for stationery or household purposes; drafting rulers; pen and pencil holders; envelopes for stationery use; writing pads; paper tags containing adhesive on one side of the sheets for attachment to surfaces; catalogues in the fields of video games, music and cinemas; calendars; newsletters in the field of computer games, music and videos; pamphlets in the field of video games, computer games, music and cinemas; specification manuals for video game programs; strategic manuals for video games; song books; printed sheet music; magazines in the field of video games, computer games, music and cinemas; printed timetables; instruction manuals in the field of video games and computer games; books in the field of video games, computer games, music and cinemas; newspapers;

geographical maps; diaries; graphic art prints; photographs, printed; photograph stands

CLASS 28: Coin-operated arcade video game machines; arcade video game machines; action figure toys; cards for trading card games; electronic educational game machines for children; consumer video game consoles for use with an external display screen or monitor; home video game consoles used with televisions; video game consoles; mounts specially adapted for home video game machines; controllers for home game consoles; controllers for game consoles; controllers for game consoles in the nature of keyboards and mice sold together as a unit; controllers for game consoles in the nature of motion controllers; controllers for game consoles in the nature of flight sticks; controllers for game consoles in the nature of racing steering wheels; joysticks exclusively for use with home video game consoles used with televisions; protective carrying cases specially adapted for handheld video games; portable games with liquid crystal displays; mounts connectable to AC adapters and High-Definition Multimedia Interface cables exclusively for use with hand-held games with liquid crystal displays; mounts specially adapted for use with hand-held games with liquid crystal displays; stands and protective covers for hand-held game with liquid crystal displays; molded toy figures; toy models; radio control receivers and transmitters for radio-controlled model toys; player-operated electronic motor controllers for model toys; dolls; dice games; game cards; parlour games; chess games; checker sets; playing cards; trading card games; dominoes; conjuring apparatus in the nature of magic tricks; billiard equipment; chest expanders; golf ball markers; golf clubs; golf bags; surfboards; ski cases; ski bindings; golf tees; paragliders; bowling bags; boxing gloves; rackets for tennis or badminton; table tennis bats; guts for rackets for tennis or badminton; racket cases for tennis or badminton; table tennis paddle cases; roller skates; stationary exercise bicycles and rollers therefor; water skis; baseball gloves; archery bows; fishing rods; fishing tackle; face plates for home game consoles; camera accessories, namely, toy cameras for home game consoles

CLASS 37: Repair and maintenance of arcade video game machines; repair and maintenance of parts and accessories of arcade video game machines; repair and maintenance of home video game machines; repair and maintenance of parts and accessories of home video game machines; repair and maintenance of portable games with liquid crystal displays; repair and maintenance of parts and accessories of portable games with liquid crystal displays; repair and maintenance of toys or dolls; repair and maintenance of telecommunication machines and apparatus; repair and maintenance of parts and accessories for telecommunication machines and apparatus; repair or maintenance of electronic machines and apparatus; repair or maintenance of parts and accessories for electronic machines and apparatus; repair or maintenance of computers; repair or maintenance of parts and accessories for computers; repair and maintenance of telephone; repair and maintenance of parts and accessories for telephone; repair and maintenance of mobile phone; repair and maintenance of parts and accessories for mobile phone

CLASS 38: Transmitting streamed sound, audiovisual recordings, video, films, images, picture, texts, video content and audio content via the Internet; communication by electronic computer terminals and video game consoles; teleconferencing and videoconferencing services; digital transmission services for audio and video data; communication via satellite; providing e-mail services, namely, electronic transmission of e-mail; providing telecommunications connections to a global computer network; electronic bulletin board services; video-on-demand transmission services for images and voices; data transmission and reception services via telecommunication means; providing information relating to data communications; providing information relating to computer communication via computer databases; providing information in the field of telecommunication other than broadcasting; transmission and broadcasting of video files of quiz programs, game programs and other entertainment programs via Internet; transmission of voice, data, graphics, images, audio and video by means of computer networks, and the Internet; broadcasting of television programs using video-on-demand and pay-per-view television services; broadcasting and transmission of pay-per-view television programs; cable radio broadcasting; satellite television broadcasting;

broadcasting services and provision of telecommunication access to video and audio content provided via a video-on-demand service via the Internet; transmission and broadcasting of audio and video data files via Internet; broadcasting of television programmes provided via a video-on-demand; cable television broadcasting of television programmes provided via a video-on-demand; cable television and radio broadcasting via video on demand service; digital terrestrial television broadcasting via a video-on-demand; terrestrial digital one-segment audio, video and data broadcasting services via interactive communication using mobile phones; broadcasting of television and radio programs via satellite or digital terrestrial television broadcasting; television broadcasting; providing information about cable television broadcasting, radio broadcasting and digital terrestrial television broadcasting; providing information about broadcasting of radio and television programs via computer or mobile communications networks; rental of set-top boxes for use with televisions; rental of equipment for broadcasting, other than rental of TV and radio receivers; rental of modems; rental of cable modems; rental of telecommunication equipment including telephones and facsimile apparatus; providing information relating to rental of telecommunication equipment including telephones and facsimile apparatus

CLASS 41- Providing on-line non-downloadable music and films via a video-on-demand service via communications networks by means of computer terminals, fiber optic networks and telephones; provision of non-downloadable films and television programs via a video-on-demand source; providing on-line non-downloadable videos in the field of video games and music via a video-on-demand service via communications networks by means of computer terminals, fiber optic networks and telephones; providing on-line non-downloadable images and pictures about fictional characters appearing in games and animations; providing non-downloadable photographic images containing artwork via communications networks by means of computer terminals, fiber optic networks and telephones; providing non-downloadable videos in the field of education, culture, entertainment or sports via communications networks by means of computer terminals, fiber optic networks and telephones; providing non-downloadable music and video featuring television programs using a video-on-demand service via computer network communications; providing non-downloadable music and video featuring television programs using video-on-demand and pay-per-view television services; movie showing, movie film production, and movie film distribution; providing non-downloadable video and audio for computer games via communications networks by means of computer terminals, fiber optic networks and telephones; providing non-downloadable music via the Internet or computer network; providing non-downloadable music via the Internet, computer network, cable network, computer network using an on-demand service and interactive communication using mobile phones; providing non-downloadable audio and video featuring presentation of theatrical performances via the Internet, computer network, cable network, computer network using an on-demand service and interactive communication using mobile phones; providing non-downloadable photographic images and animation films via the Internet, computer network, cable network, computer network using an on demand service and interactive communication using mobile phones; providing computer games via the Internet, computer network, cable network, computer network using an on-demand service and interactive communication using mobile phones; providing non-downloadable video, still and moving images containing film and television programs and artwork by streaming via the Internet; providing non-downloadable films via the Internet or computer network; providing on-line non-downloadable music via an on-demand service and information relating thereto; providing non-downloadable videos in the field of video games for a television program featuring regional information via the Internet or computer network; providing non-downloadable videos containing television programs via the Internet or computer network; providing non-downloadable films via an on-demand service via cable network, computer network and the Internet; providing non-downloadable videos containing films and television programs via an on-demand service via cable network, computer network and the Internet; providing non-downloadable films via an on-demand service via interactive communication using mobile phones; direction or presentation of live show performances; organization,

arranging and conducting of live music concerts; live performances by a musical group; presentation of musical performances; production and distribution of interactive television programs; production and distribution of cable television or television programs; production and distribution of radio programs; production and distribution of television programs for cable television providers; production and distribution of television quiz programs, television prize programs, television game programs, and television entertainment programs for others; production and distribution of programs for television, cable television, radio, satellite radio, movies and film; production and distribution of educational television programs by means of computer networks; production and distribution of television programs in the field of news; production and distribution of radio or television programs featuring regional information; production and distribution of radio or television programs featuring traditional Japanese culture; production of radio or television programs; organization of sporting events in the field of football, hockey, golf, car races, basketball, baseball, soccer, lacrosse, volleyball, tennis, curling, squash, swimming, cycling; organization of sports competition; organization, production, presentation and conducting of events for the purpose of cultural exchange between people and region; organization, production, presentation and conducting of events related to cultural exchange between Japan and overseas; organization, production, presentation and conducting of live talk show events; organization of social entertainment events excluding movies, shows, plays, musical performances, sports, horse races, bicycle races, boat races and auto races; entertainment in the nature of video game competitions; providing non-downloadable videos, music and lyrics for karaoke via communications networks by means of computer terminals, fiber optic networks and telephones; providing amusement facilities; providing online, non-downloadable electronic match games via communications networks by means of computer terminals, fiber optic networks and telephones; providing online, non-downloadable electronic games via communications networks by means of home video game machines and personal computers; providing online, non-downloadable electronic games via communications networks by means of mobile telephone or computer terminals; game services, namely, provision of online electronic games provided by means of communications by computer terminals, optical fiber networks or mobile telephone; rental of cinematographic machines and apparatus; rental of cine-films; rental of records or sound-recorded magnetic tapes; rental of image-recorded magnetic tapes; news reporters services using the Internet; news reporters services and providing information relating thereto; news reporters services

CLASS 42: Providing meteorological information; design of home video game machines; design services in the field of video game consoles; data conversion from physical to electronic media; duplication of computer programs; rental of system security computer software programs for home video game consoles used with televisions which is recorded on magnetic tapes, CD-ROMs, DVD-ROMs or optical discs; video game software programming services for others for video game machines for use with television for business and personal use; computer programming; information services relating to computer programming in order to protect the security of the computer network to protect the system from unauthorized access; rental of measuring apparatus; rental of web servers; rental of web server's memory for entry of diaries and schedules of individuals and corporations and storage of electronic data; rental of web server's memory; rental of computers; rental of computer programs; installation of computer software; providing temporary use of online non-downloadable computer software for database management; software as a service (SAAS) services featuring software for database management; platform as a service (PAAS) services featuring software platforms for database management; hosting of computer software platforms on the internet for database management; providing user authentication and identification services using single-sign-on technology in e-commerce transactions via a global computer network for others; providing temporary use of non-downloadable game software

CLASS 45: Providing information via a web site in the fields of personal social introduction services for social network users; Internet-based dating, matchmaking and

personal social introduction services; Internet based marriage partner introduction or dating services; on-line social networking services; Internet based social networking, introduction, and dating services; marriage partner introduction or dating services; introduction services in the fields of personal relationships and dating for the purpose of social networking provided via a communication network; personal body guarding by using global navigation system (GPS); providing information relating to personal background investigations; providing information relating to investigation on background profiles; provision of present location information for others about lost property by using communication terminal for the purpose of aiding in recovery of lost property; provision of location information in relation to lost objects and animals via communication terminal for the purpose of aiding in recovery of lost property and pets

PRIORITY DATE OF 12-02-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1541193 DATED 02-28-2020, EXPIRES 02-28-2030

SER. NO. 79-289,707, FILED 02-28-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,044,484**

**Registered May 05, 2020**

**Int. Cl.: 11, 20**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc. (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 11: Sockets for electric lights; LED flashlights; light-emitting diode (LED) luminaires; light-emitting diode (LED) lighting installations; light-emitting diode (LED) light bulbs; LED safety lamps; light-emitting diodes (LED) lighting apparatus being lighting installations; LED light bulbs; arc lamps; carbon arc lamps being lighting fixtures; motorcycle lights; overhead lamps; off-road light bars for automobile vehicles; flameless candles; klieg lights; electric lights for Christmas trees; chandeliers; lighting devices for showcases; spotlights; diving lights; downlights; lighted disco balls; trailer lights for trailers; light panels for vehicles; halogen lamps; ultraviolet halogen metal vapor lamps; halogen light bulbs; flat panel lighting apparatus; standard lamps; penlights; boat trailer lights; running lights for boats; electric track lighting units; flameless light-emitting diode (LED) candles; LED safety lamps; accent lights for indoor use; electric flashlights; street lamps; germicidal lamps for purifying air; portable headlamps; LED landscape lights; fluorescent lamps; fluorescent lamp tubes; fiber optic lighting apparatus in the nature of lighting fixtures and installations; lighting apparatus incorporating optical fibers, namely, lighting fixtures; safety lamps for underground use; lighting installations for air vehicles; navigation lights for aircraft, namely, lighting installations for air vehicles; high-intensity searchlights; string lights for festive decoration; fairy lights for festive decoration; electric lighting fixtures; LED lighting fixtures; germicidal lamps, namely, germicidal lamps for purifying air; ultraviolet ray lamps, not for medical purposes; mobile light towers; bicycle lights; bicycle lamps; dynamo lights for bicycles, namely, vehicle dynamo lights; directional lights for bicycles; headlights for automobiles; interior lights for automobiles; hand-held spotlights; fish-luring lights; lamps for festive decoration; electric holiday lights; compact fluorescent electric light bulbs (CFLs); electric luminaires; filters for use with lighting apparatus; lighting fixtures; magnesium filaments for lighting; light shades; lighting apparatus, namely, lighting installations; color filters for lighting apparatus; filters for lighting apparatus; light diffusers; luminous tubes for lighting; discharge tubes, electric, for lighting; uplighters; light bulbs for directional signals for vehicles; spot lights for use on vehicles; taillights for vehicles; map-reading lights for vehicles; vehicle brake lights; vehicle headlights; lights for vehicles; lighting apparatus for vehicles; vehicle dynamo lamps; fitted anti-dazzle devices for vehicles in the nature of lamp fittings; mercury-vapor lamps; aquarium lights; LED underwater lights; infrared lamp fixtures; infrared illuminators; infrared lighting fixtures; infrared lamps, not for medical purposes; solar powered lamps; sun lamps; table lamps; searchlights; ceiling lights; electric Chinese lanterns; electric candelabras; electric lanterns; electric candles; electric night lights;



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



electric luminaires; electric lamps; fluorescent electric light bulbs; filaments for electric lamps; electronic candles; laser light projectors; floodlights; miniature light bulbs; head torches; motion sensitive security lights; book lights; tanning lamps; incandescent lamps; filters for stage lighting; decorative light in the nature of electrically illuminated figurines; theatrical stage lighting apparatus; sconce lighting fixtures; lights for wall mounting; discharge lamps; organic light emitting diodes (OLED) lighting devices; taillights for land vehicles; running lights for land vehicles; backup lights for land vehicles; lamps for tents; floor lamps; lamps; globes for lamps; lamp bases; lamp glasses; lamp casings; lamp mantles; lamp shades; lampshade holders; lamp reflectors; candle lamps; curling lamps; chemiluminescent light sticks; miners' lamps; laboratory lamps; desk lamps; reflector lamps; wall lamps; lamps for outdoor use; portable Japanese paper lanterns (chochin)

CLASS 20: Non-metal pulls; porcelain pulls; ceramic pulls; stone pulls; glass pulls; drafting tables; furniture fittings, not of metal; non-metal bed fittings; U-shaped pillows; air mattresses, not for medical purposes; spring mattresses; sleeping pads; sleeping mats; latex pillows; latex mattresses; straw mattress; chair cushions; air cushions, not for medical purposes; air pillows, not for medical purposes; inflatable pillows; seat cushions; sleeping mats for use by children; neck support cushions; neck-supporting pillows; inflatable neck support cushions; neck pillows; nursing pillows; mattresses made of flexible wood; bedding, namely, beds, bed pillows, bed rests, bed rails except linen; accent pillows; bolsters; head-supporting pillows; head supporting pillows; head support cushions for babies; anti-roll cushions for babies; baby bolsters; head positioning pillows for babies; baby changing mats; maternity pillows; back support cushions, not for medical purposes; inflatable mattresses for use when camping; cushions filled with hair; pillows; cushions being furniture; mattresses; mats for infant playpens; air mattresses for use when camping; nameplates, not of metal; tool boxes, not of metal, empty; bumper guards for furniture; storage racks for athletic training equipment; antique reproduction furniture; kimono racks; chair legs; chair beds; hydrostatic beds, not for medical purposes; air beds, not for medical purposes; ottomans; diaper changing stations; chests for toys; counters height tables; drawer pulls of glass, porcelain or earthenware; furniture for camping; shoe cabinets; coatstands; console tables; computer workstations comprising tables and seating; carts for computers being furniture; computer furniture; surfboard storage racks; side tables; sideboards; shoe racks; storage racks for ski and sports equipment; storage racks for video game equipment; stools; sofas; sofa beds; shelves for typewriters; typing desks; mirror tiles; towel stands being furniture; cask stands, not of metal; chests of drawers; storage racks for dumb-bells; furniture chests; cabinets for tea services; tea tables; coffee tables; tea trolleys; non-metal trestles for supporting tables; wooden trestles for use as table supports; drum thrones; drum stools being furniture; saw benches being furniture; barstools; high chairs; piano benches; bean bag chairs; shaving mirrors; billiard cue racks; filing cabinets; beds; bedsprings; bed headboards; bed frames; bedsteads of wood; bed bases; head-rests being furniture; wooden bedsteads; bed rails; non-metal baby safety gates; playpens for babies; pool cue racks; box springs; magazine racks; massage tables; mattress foundations; lounge chairs; lounge furniture; reclining chairs; reclining armchairs; lockers; locker mirrors; rocking chairs; wine racks; trolleys being furniture; easy-chairs; arm rests for furniture; costume stands; covers for clothing in the nature of wardrobes; clothes rails, namely, garment rails, not of metal; clothes racks being furniture, namely, clothes rods; racks for hanging clothes, namely, clothes rods; medicine cabinets; drawers as furniture parts; drawer pulls, not of metal; dividers for drawers; storage racks for athletic equipment; dressing tables; adjustable beds; mirrors being items of furniture; furniture frames; non-metal door handles comprised of plastics for furniture; legs for furniture; furniture partitions; furniture handles, not of metal, namely, non-metal handles comprised of wood for cabinets, doors and furniture; furniture shelves; doors for furniture; furniture partitions of wood; trestle tables; flower-stands being furniture; luggage racks being furniture; luggage stands being furniture; extendible sofas; school furniture; desks; living room furniture; mirrors being looking glasses; mirrored cabinets; mirror frames; dressers being dressing tables; bentwood furniture; metal cabinets; metal furniture for camping; furniture primarily of metal, namely, dog gates of metal; cabinets of metal; tool cabinets of metal; shelving of metal; storage cabinets of metal; inflatable chairs; inflatable furniture; slanted shelves; stands for calculating machines; stands for television sets; key cabinets; stone pulls for cabinets, drawers and furniture; furniture made from steel tubing; fitted cupboards; fitted kitchen furniture; work benches; index cabinets being furniture; three mirror dressing tables; umbrella stands; cheval glasses; booster seats; cabinet work; fodder racks; office

desks; office tables; office armchairs; office chairs; office furniture; office seats; portable desks; portable folding stadium seats; drawer pulls of porcelain; toilet mirrors being hand-held mirrors; chests, not of metal; book rests being furniture; bookshelves; shelves for file cabinets; paper racks being office furniture; cots; valet stands; storage racks to hold vehicle mats; plant racks; plant stands; stands for flower pots; flower-pot pedestals; cupboards; plate racks; dinner wagons being furniture; meat safes; divans; bedroom furniture; storage racks for firewood; chairs adapted for use by those with mobility difficulties; library shelves; silvered glass mirrors; storage racks for water sports equipment; folding shelves; folding beds; washstands being furniture; decorative mirrors; foot stools; kitchen cabinets; non-metal shelving; bamboo furniture; cupboards for tea-things (chadansu); chaise longues; nagamochi chests; fishing chairs, namely, fishing stools; mirrors enhanced by electric lights; electric piano keyboard benches; ceramic pulls for drawers; ceramic pulls for furniture; ceramic pulls for cabinets; love seats; bunk beds; safety gates, not of metal, for babies, children, and pets; safety gates being furniture of metal for babies, children, and pets; infant beds; cots for babies; baby changing platforms; worktops; sales counters; storage racks for storing works of art; lap desks; armchairs; writing desks; hospital beds; bottle racks; wood chopping blocks being tables; wall units being furniture; wall-mounted tool racks; wall-mounted diaper and baby napkin changing platforms; wall-mounted baby changing platforms; shelves for storage; hat stands; shelves for books; bookcases; book stands; vice benches being furniture; wood bedsteads; wooden beds; saw horses; baseball bat racks; baseball and softball bat racks; baby changing tables; high chairs for babies; fitted crib rail covers; wardrobes; bathroom mirrors; bathroom furniture; standing desks; movable office partitions being furniture; freestanding partitions being furniture; free-standing office partitions being furniture; room dividers; deck chairs; outdoor furniture; porch swings; plastic furniture for gardens; garden furniture; curtain tie-backs in the nature of non-textile curtain holders; blinds of reed, rattan or bamboo (sudare); dreamcatchers as decoration; decorative mobiles; slatted indoor blinds; indoor window shades being furniture; indoor window blinds being shades, all being furniture; internal Venetian blinds; paper blinds; interior textile window blinds; metal indoor window blinds; interior Venetian blinds; bamboo blinds; slatted indoor blinds for windows; bead curtains for decoration; decorative mobiles; bamboo curtains; woven timber indoor blinds being furniture; wall plaques made of plastic or wood; wind chimes as decoration; wind chimes; screens being furniture; oriental folding partition screens (byoubu); screens of reed; screens made of reed or reed substitutes being furniture; decorative plastic boxes; golf course benches; benches; benches for sports fields; inflatable publicity objects; signboards of plastic; plastic holders for signboards; wooden holders for signboards; wooden signboards; placards of wood or plastics; upright signboards of wood or plastics; signboards of wood or plastics; inflatable mattresses for use when camping

The mark consists of the stylized letters "PS", where the "P" is standing upright and "S" appears on a horizontal axis behind the letter "P".

PRIORITY DATE OF 07-03-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1447842 DATED 07-24-2018, EXPIRES 07-24-2028

SER. NO. 79-251,114, FILED 07-24-2018

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# ꟼ⧾VITA

**Reg. No. 5,635,158**

**Registered Dec. 25, 2018**

**Corrected Feb. 12, 2019**

**Int. Cl.: 14, 18, 21, 24, 25, 26**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc. (JAPAN CORPORATION)
1-7-1, Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 14: Iridium; osmium; palladium; ruthenium; rhodium; processed or semi-processed precious metals; precious metals; precious metal alloys; ingots of precious metals; alloys of precious metal; gold; gold alloys; gold alloy ingots; gold ingots; silver; silver alloy ingots; silver ingots; platinum; platinum alloy ingots; platinum ingots; silver, unwrought or beaten; precious metals, unwrought or semi-wrought; gold, unworked or semi-worked; diamond, unwrought; unwrought agate; gemstones; precious jewels; spinel; diamonds; synthetic precious stones; semi-precious stones; precious stones; gems; jet, unwrought or semi-wrought; key rings as trinkets or fobs; key holders of precious metals; fancy key rings of precious metal; split rings of precious metal for keys; key chains as jewellery, trinkets or fobs; identity plates of precious metal; small jewellery boxes of precious metals; jewelry caskets of precious metal; jewel cases of precious metal; jewelry boxes of metal; presentation boxes for jewelry; jewelry boxes; wooden jewelry boxes; decorative boxes made of precious metal; boxes of precious metal; statues of precious metal and their alloys; busts of precious metal; figures of precious metal; statues of precious metal; works of art of precious metal; non-monetary coins; commemorative medals; copper tokens in the nature of collectible coins; earrings; cameos; clip earrings; chains being jewelry; tie pins; tie clips; neck chains; necklaces; bangles; bracelets; jewelry brooches; pendants; medals; lockets; lapel pins; charms in precious metals or coated therewith for jewelry; insignias of precious metal; tie clips of precious metal; ornamental lapel pins made of precious metal; badges of precious metal; hat jewelry of precious metal; ornamental lapel pins; gold rings being jewelry; silver rings being jewelry; wedding bands; charms for jewelry; rings; ear studs; ornamental pins of precious metal; jewelry for the head; scarf clips being jewelry; pins being jewelry; jewelry hat pins; jewelry stickpins; jewelry chains; amulets; jewel pendants; personal ornaments of precious metal in the nature of jewelry; ornaments of jet; jewelry ornaments; ornaments of precious metal in the nature of jewelry; clasps for jewelry; glass jewelry; jewelry of yellow amber; jewelry plated with precious metals; jewellery made of precious metals; jewelry made of gold; women's jewelry; paste jewellery; personal jewellery; jewelry; jewellery, including imitation jewellery and plastic jewellery; beads for making jewelry; imitation jewellery; watch bracelets; cufflinks; cufflinks of precious metal; cufflinks made of porcelain; emeralds; cabochons; olivine; sapphires; opal; jade; peridot; agate as jewellery; ruby; topaz; gold thread jewelry; spun silver; pearls; cabochons for making jewelry; cut diamonds; chronometers; stopwatches; sports watches; watch and clock springs; dress watches; clocks incorporating radios; apparatus for timing sports events; pocket watches; watchstraps made of leather; watches made of precious metals or coated therewith; gold watches; watch straps of metal; watch straps of metal, leather or plastic; silver watches; chronometric instruments; horological instruments; cases for chronometric instruments; component parts for horological and chronometric instruments; atomic clocks; clocks; watches; watch glasses; watch springs; pendulums for clock- and watchmaking; clock hands; watch hands; clock dials; watch clasps; watch crowns; watch bands; buckles for watchstraps; watch chains; clock cases being parts of clocks; watch pouches; cases adapted for holding watches; anchors as parts of pendulums used in clock- and watchmaking; barrels as parts of pendulums used in clock- and watchmaking; clock housings; watch movements; presentation boxes for watches; cases for horological instruments; clockworks being parts of clocks; automatic watches; women's



Director of the United States
Patent and Trademark Office

watches; small clocks; pendulum clocks; master clocks; diving watches; table clocks; wall clocks; clocks and watches, electric; watches containing an electronic game function; sundials; chronoscopes; dials for clock-and-watch-making; watch faces; jewelry watches; alarm clocks; watches for outdoor use; travel clocks; wristwatches; watches containing a game function; mechanical watches

CLASS 18: Slings for carrying infants; sling bags for carrying babies; sling bags for carrying infants; baby carrying bags; baby carriers worn on the body; back frames for carrying children; pouch baby carriers; backpacks for carrying babies; leather straps; leather twist straps; leather thread; leather laces; all-purpose leather straps; leatherboard; all-purpose straps, of leather; bags in the nature of envelopes and pouches of leather, for packaging; hat boxes of leather; boxes of leather or leatherboard; cases of imitation leather; pouches, of leather, for packaging; leather cases; collars for pets; clothing for pets; collars for pets bearing medical information; dog shoes; dog collars; clothing for dogs; dog bellybands; coats for dogs; dog leads; dog leashes; bags for carrying animals; leggings for animals; costumes for animals; animal leashes; leather leads; collars for animals; coats for cats; collars for cats; fly masks for animals; harness for animals; covers for animals; equine boots; training leads for horses; attache cases; bum bags; waist pouches; wallets with card compartments; business card cases; key cases; key pouches; rucksacks on castors; all-purpose carrying bags for use by campers; courier bags; clutch bags; gladstone bags; credit card cases; credit card wallets; carriers for suits, shirts and dresses; suitcases; suitcase handles; suit bags; suit carriers; bags for sports; duffle bags; daypacks; tote bags; knapsacks; tie cases; hiking bags; hiking rucksacks; all-purpose carrying bags; backpacks; barrel bags; handbags; beach bags; hipsacks; flight bags; briefcases; briefcase-type portfolios; schoolchildren's backpacks; rucksacks; overnight suitcases; attache cases made of leather; leather bags; leather cases for keys; leather credit card cases; shopping bags made of skin; leather suitcases; luggage golf bag tags of leather; leather wallets; travelling cases of leather; garment bags for travel made of leather; leather handbags; leather briefcases; leather pouches; leather shoulder straps; leather shoulder belts; leather purses; leather shopping bags; travelling bags; travelling bag sets in the nature of leatherware; music cases; purses of precious metal; wallets of precious metal; key cases of imitation leather; shoulder bags; shoulder straps; key bags; chain mesh purses; purses; purses not made of precious metal; billfolds; haversacks; banknote holders; wheeled bags; wheeled shopping bags; wrist mounted carryall bags; wrist mounted purses; carry-on bags; hunting bags; hunters' game bags; document cases; book bags; briefcases for documents; small clutch purses; small suitcases; small backpacks; coin purses; coin purses, not of precious metals; attache cases made of imitation leather; imitation leather bags for sports; folding briefcases; handbags for men; small bags for men; school bags; school knapsacks; all-purpose bags for use by climbers; rucksacks for mountaineers; reusable shopping bags; string bags for shopping; reticules; handbags for ladies; textile shopping bags; carrying cases for documents; net bags for shopping; travelling bags; luggage; travel baggage; luggage tags; duffle bags for travel; travelling trunks; garment bags for travel; shoe bags for travel; valises; pouches for holding make-up, keys and other personal items; unfitted vanity cases; vanity cases, not fitted; outdoor umbrellas; golf umbrellas; patio umbrellas; beach umbrellas; umbrellas; umbrella covers; umbrella frames; umbrella sticks; umbrella rings; umbrella handles; frames for umbrellas or parasols; umbrella or parasol ribs; umbrellas for children; rainproof parasols; telescopic umbrellas; parasols; covers specifically adapted for parasols; frames for umbrellas; bags for umbrellas; canes; walking sticks; walking cane handles; walking stick handles; walking stick seats; rattan canes; stirrups; stirrup leathers; parts of rubber for stirrups; head-stalls as parts of bridles; muzzles; covers for horse saddles; fastenings for saddles; saddle trees; bridoons; reins; bits for animals; whips; pads for horse saddles; saddletrees; girths of leather; jockey sticks; cat o' nine tails; blinders for horses; lunge reins; riding saddles; saddle covers; riding crops; halters for horses; bridles; harness traces; horse collars; saddlery; harness straps; harness fittings of iron; harness fittings; saddlecloths for horses; knee-pads for horses; horse blankets; saddlery of leather; faux fur; moleskin being imitation of leather; semi-worked fur; fur pelts

CLASS 21: Crystal beverage glassware; painted beverage glassware; appliances for removing make-up, electric; make-up removing appliances; corkscrews, electric and non-electric; bottle openers, electric and non-electric; bottle openers; tie presses; electric combs; toothbrushes, electric; electric hair combs; brushes, namely, bath brushes, floor brushes, hair brushes, pastry brushes, pet brushes; brush goods, namely, busting brushes, eyelash brushes; cleaning brushes

for household use; electric brushes, namely, hair brushes and cleaning brushes; cosmetic utensils, namely, cosmetic spatulas; water apparatus for cleaning teeth and gums for home use; brushes for cleaning tanks and containers; polishing materials for making shiny, except preparations, paper and stone, namely, polishing cloths; gloves for household purposes; household gloves for cleaning purposes; kitchen utensils, namely, kitchen tongs, ice cream scoops, splatter screens; utensils for household purposes, namely, sieves, skimmers, spatulas; flasks; glass flasks; containers for household use, namely, glass bulbs; glasses as beverage receptacles; refrigerating bottles sold empty; boxes of glass; perfume bottles sold empty; majolica, namely, ceramic vases, vessels, bowls; ceramics for household purposes, namely, tissue box; porcelain ware, namely, mugs and flower pots; earthenware, namely, saucepans, mugs and jars; kettles, non-electric; non-electric coffee drippers for brewing coffee; non-electric coffee percolators; non-electric coffee filters, not of paper, for brewing coffee; stew-pans; steamer baskets; saucepans; pots; closures for pot lids; coffee percolators, non-electric; butter pans; mess-tins being rice cooking canteens; frying pans; plates to prevent milk boiling over; non-electric autoclaves for cooking; rice cooking pots, non-electric; food steamers, non-electric; cauldrons; woks; cooking pots; non-electric cooking steamers; non-electric griddles; whistling kettles; coffee filters not of paper being part of non-electric coffee makers; earthenware saucepans; earthen pots; cooking pans, non-electric; deep fryers, non-electric; heaters for feeding bottles, non-electric; coffeepots, non-electric; kitchen utensils, namely, pouring and straining spouts; pot lids; thermally insulated containers for food; thermal insulated containers for food or beverages; heat-insulated containers for household use; household containers of precious metal; containers for household or kitchen use; containers for household use; kitchen containers; mess-tins; hot pots, not electrically heated; non-electric cooking utensils, namely, griddles and cooking spoons; candy boxes; plates for hors d'oeuvre; cocktail glasses; cups, not of precious metal; demitasse sets comprised of cups and saucers; fruit bowls of glass; glass dishes; glass carafes; glass bowls; Japanese style tea-serving pots (kyusu); drinking glasses; coffee cups; coffee mugs; drinking cups, not of precious metal; drinking vessels; salad bowls; sandwich boxes; champagne flutes; mugs; mugs, not of precious metal; shot glasses; soup bowls; tumblers for use as drinking glasses; cheese-dish covers; urns; kitchen urns, not of precious metal; tea cups; teapots; decanters; butter dishes; butter-dish covers; bread baskets, for domestic use; bread boxes for kitchen use; beer mugs; beer glasses; pilsner drinking glasses; tankards; plastic cups; lunch boxes made of plastic; snifters; cups for fruit; fruit bowls; margarita glasses; ramekins; liqueur sets consisting of beverage glassware, beverage stirrers; roasting dishes; wine glasses; drinking horns; Japanese style tea-serving pots of precious metal (kyusu); tea pots of precious metal; tankards of precious metal; boxes of precious metal for sweets; saucers made of precious metals; Japanese rice bowls of precious metal (chawan); lunch boxes made of metal; cardboard cups; boxes for sweetmeats; dishes; dish covers; disposable table plates; paper cups; paper plates; cups of paper or plastic; saucers; small jugs; services being dishes; dishware; table plates; jugs; coupes; shallow bowls; biodegradable cups; plates not of precious metal; Japanese rice bowls not of precious metal (chawan); tea caddies; teacups (yunomi); sake serving bottles (tokkuri); sake cups, not of precious metal; basins being receptacles; lunch boxes; dishes for vegetables; cookie jars; whisky glasses; cream jugs; coffee services in the nature of tableware; coffee services of ceramic; tea services in the nature of tableware; fitted picnic baskets, including dishes; bowls; coffee services of precious metal; tea services of precious metal; bowls made of precious metal; coffee services of china; tableware, other than knives, forks and spoons, namely, coffee scoops; biodegradable bowls; baskets for domestic use; metal baskets for domestic use; epergnes; epergnes of precious metals; drinking bottles for sports; bread bins; hip flasks; heat-insulated containers for beverages; non-electric portable coldboxes; reusable stainless steel water bottles sold empty; reusable plastic water bottles sold empty; food preserving jars of glass; thermal insulated bags for food or beverages; water bottles sold empty; insulated isothermic bags for food or beverage for domestic use; vacuum bottles; ice cream scoops; ice pails; oven mitts; cocktail shakers; mustard pots; kitchen mitts; camping grills; cookie cutters; cake domes; cake tins; non-electrical coffee grinders; coffee scoops; pepper pots; cooking strainers; mixing bowls; salad spinners; colanders; shaker bottles sold empty; potato ricers; rice paddles; cooking funnels; tart scoops; tea cosies; coasters, not of paper or textile; tortilla presses, non-electric; knife rests; napkin holders; napkin rings, not of precious metal; potholders; garlic presses; cork screws; cocktail stirrers; barbecue mitts; pie servers; pie tins; chopsticks; chopstick cases; honey dippers; crumb trays; bread boards; pizza peels; pizza stones; finger bowls; household cooking sieves; baking mats; spatulas being kitchen utensils; bulb basters; cutting boards; mixing cups; non-electric milk

frothers; menu card holders; toothpicks; toothpick holders; cake rings; lemon squeezers; wine aerators; wine openers; non-electric coolers for wine; wine buckets; waffle irons, non-electric; ice cube moulds; drinking straws; salt shakers; graters for household purposes; strainers for household purposes; dumpling moulds for household use; cheese graters for household purposes; fruit presses, non-electric, for household purposes; non-electric food mixers for household purposes; sieves for household purposes; food blenders, non-electric, for household purposes; trays for domestic purposes, of paper; salt and pepper mills for domestic purposes, hand-operated; whisks, non-electric, for household purposes; trays for domestic purposes; confectioners' decorating bags; pastry cutters; pastry brushes; cake molds; rotary cheese graters; lazy susans; ice cube trays; ice cube molds; napkin holders of precious metal; napkin rings of precious metal; cruets of precious metal; toothpick holders of precious metal; salt shakers of precious metal; sugar bowls of precious metal; cruet stands made of precious metals; egg cups of precious metal; tea infusers of precious metal; tea infusers not of precious metal; tea balls; cooking skewers; spice racks; sugar bowls; serving scoops; serving scoops being household or kitchen utensil; hand- operated coffee grinders; pepper mills, hand-operated; hand operated sushi makers in the nature of rice molds; salt mills, hand operated; noodle machines, hand-operated, in the nature of grinders; grills in the nature of cooking utensils; gridiron supports, in the nature of dish stands; knife blocks for the table; salt cellars; trivets; vinegar cruets; dish drainers; graters for kitchen use; kitchen grinders, non-electric; cutting boards for the kitchen; cooking graters; siphon bottles for carbonated water; tea strainers; rolling pins of metal for cooking; cooking skewers of metal; cookery molds; non-electric rice cookers for use in microwave ovens; cooking pots for use in microwave ovens; non-electric meat grinders; dripping pans; basting spoons, for kitchen use; basting brushes; ice buckets; fitted liners for ice buckets; vessels of metal for making ices and iced drinks, namely, non-electric ice cream makers; ice scoops; knife blocks; whisks, non-electric; egg beaters, non-electric; cabarets being serving trays; rolling pins, domestic; cruets not of precious metal; cruet stands; cruet sets for oil and vinegar; cruet stands for oil and vinegar; egg separators, non-electric, for household purposes; non-electric egg beaters; egg cups; food basters; coolers being ice pails; buckets; pails; buckets made of woven fabrics; diaper pails; trash cans; grill scrapers; garbage pails; garbage cans; dustbins; saucepan scourers of metal; carpet sweepers, non-electric; carpet rakes; steel wool; cleaning brushes for sports equipment; waste baskets; dust-pans; polishing leather; toilet brushes; toilet plungers; dusters; crumb-sweepers; brooms; mops; mop heads; mop wringer buckets; lamp-glass brushes; lint rollers; apparatus for floor wax-polishing, non-electric; feather-dusters; furniture dusters; waste bins for household use; polishing apparatus and machines, for household purposes, non-electric, namely, floor polish applicators mounted on mop handles; non-metal recycling bins for household use; drying racks for washing; cloths for cleaning; dishwashing brushes; baskets for waste paper litter; waste paper baskets; polishing gloves; dust gloves; carpet beaters, hand instruments; cleaning instruments, hand-operated, namely, cleaning sponges; cloth for washing floors; dusting cloths; steel wool for cleaning; skins of chamois for cleaning; pads for cleaning; pads of metal for cleaning; cleaning cloth; buckskin cloth for cleaning; car washing mitts; cleaning pads; scrubbing brushes; clothes-pegs; washing brushes; washing boards; drying racks for laundry; washtubs; wash basins, not parts of sanitary installations, in the nature of bowls; dusting apparatus, non-electric, namely, dusting cloths; abrasive pads for kitchen purposes; drying boards for washed, starched and then stretched pieces of kimono (hari-ita); plungers for clearing blocked drains; clothes racks, for drying; clothes drying hangers; scouring sponges; scouring pads; sponge holders; loofahs for household purposes; sponges for household purposes; window boxes; watering cans; roses for watering cans; nozzles for watering cans; nozzles for sprinkler hose; sprinklers for watering flowers and plants; grass and lawn sprinklers; nozzles for watering hose; watering devices, namely, watering pots; porcelain flower pots; indoor terrariums for plants; flower pots; saucers for flower pots; flower-pot covers, not of paper; dog food scoops; bird cages for domestic birds; cages for household pets; litter trays for pets; brushes for pets; toothbrushes for pets; animal activated livestock feeders; animal activated livestock waterers; feeding vessels for pets; non-mechanized pet waterers in the nature of portable water and fluid dispensers for pets; bird cages; bird baths being bowls for birds to bathe in; nest eggs, artificial; birdcages; perches for bird cages; litter boxes for pets; combs for animals; currycombs; horse brushes; chamber pots; soap dispensers; napkin dispensers for household use; dispensers for liquid soap for household purposes; boot jacks; boxes for dispensing paper towels for household use; water tanks for live fish; aquarium covers; aquarium hoods; aquarium ornaments of porcelain, glass, ceramics, earthenware and terracotta; glass bowls for live goldfish; indoor aquaria; toilet

paper dispensers; toilet paper holders; powder compacts sold empty; combs; comb cases; soap holders; soap boxes; nail brushes; shaving brushes; holders for shaving brushes; shaving brush stands; hair brushes; sponges for applying body powder; eyebrow brushes; toilet cases, namely, fitted vanity cases; sponges used for applying make-up; powder puffs; make-up brushes; cosmetic spatulas; appliances for removing make-up, non-electric; exfoliating pads; exfoliating mitts; powder compacts of precious metal, sold empty; combs for back-combing hair; fitted vanity cases; lip brushes; perfume sprayers, empty; interdental brushes for cleaning the teeth; toothbrushes, non-electric; toothbrush cases; scalp scratchers; deodorising apparatus for personal use, namely, bath brushes; large-toothed combs for the hair; abrasive sponges for scrubbing the skin; wall soap dishes; bath sponges; shoe trees; boot trees; shoe stretchers; shoe horns; shoe shine cloths; shoe brushes; non-electric wax-polishing appliances for shoes not containing shoe polish; brushes for footwear; portable pots and pans for camping; portable cooking kits for outdoor use

CLASS 24: Esparto fabric; gauze fabric; fibreglass fabrics for textile use; calico; crepe fabric; crepon fabric; corduroy fabrics; elastic yarn mixed fabrics; chenille fabric; zephyr fabric; diapered linen; taffeta; canvas for tapestry or embroidery; damask; cheese cloth; cheviots cloth; dimity; denim fabric; drugget fabric; cloth trellis; piled fabrics; velvet; fustian; flannel; frieze; bolting cloth; brocades; marabout fabric; mesh-woven fabrics; moleskin fabric not for medical use; traced cloths for embroidery; ramie fabric; tick linen; rayon fabric; flax fabrics; linen cloth; sanitary flannel; jute fabric; chemical fiber fabrics; bunting fabric; metal fiber fabrics; silk fabrics; hand spun silk fabrics; spun silk fabrics; silk-cotton mixed fabrics; silk-wool mixed fabrics; synthetic fiber fabrics; chemical fiber base mixed fabrics; silk base mixed fabrics; mixed fiber fabrics; hemp base mixed fabrics; cotton base mixed fabrics; wool base mixed fabrics; regenerated fiber yarn fabrics; narrow woven fabrics; paper yarn fabrics for textile use; fiberglass fabrics for textile use; true hemp fabrics; elastic woven fabrics; printed calico cloth; silk fabrics for printing patterns; semi-synthetic fiber fabrics; elastic fabrics for clothing; hat linings, of textile; woollen fabric; hemp-silk mixed fabrics; hemp yarn fabrics; hemp cloth; hemp-cotton mixed fabrics; hemp-wool mixed fabrics; inorganic fiber mixed fabrics; cotton fabrics; woollen cloth; haircloth being sackcloth; wool-cotton mixed fabrics; tulle; waste cotton fabrics; worsted fabrics; woven fabrics; textile material in the nature of woven fabrics of cotton for textile use; textile fabrics for lingerie; lingerie fabric; furnishing fabrics; lining fabric for shoes; precut fabrics for needlecraft; upholstery fabrics; textile fabric of animal skins imitations; heat-activated adhesive fabrics; adhesive fabric for application by heat; textile used as lining for clothing; fabrics for textile use; fabric of imitation animal skins; nap raised cotton cloth; fabric for footwear; textile used as linings for clothing; cloth for tatami mat edging ribbons; jersey fabric; knitted fabrics; knitted fabrics of chemical-fiber yarn; knitted fabrics of silk yarn; jersey fabrics for clothing; knitted fabric; knitted fabrics of cotton yarn; knitted fabrics of wool yarn; felt; press felt; woven felt; non-woven textile fabrics; towels of textile; terry towels; bath towels; handkerchiefs of textile or plastic; beach towels; washcloths; face towels made of textile materials; children's towels; hand towels; handkerchiefs of textile; face towels of textile; hand-towels made of textile fabrics; large bath towels; bath linen, except clothing; household linen; afghans; woolen blankets; covers for cushions; bed and bath sheets; towel sheet; quilts made of towels; tricot quilts; lap rugs; lap blankets; bed sheets of plastic, not being incontinence sheets; textile bed pads; bed linen; bed clothes in the nature of bed linen; bed blankets; contour sheets; contoured mattress covers; pillowcases; mattress covers; covers for mattresses; eiderdowns; duvet covers; mosquito nets; quilts; quilt covers; blanket throws; silk bed blankets; silk blankets; insecticide-treated mosquito nets; children's blankets; cot sheets; throws; quilts of textile; sleeping bags; pillow shams; diaper changing cloths for babies; bed sheets; pillow cases; blankets for outdoor use; crib sheets; travelling rugs; travelling blankets; coasters being table linen; tablemats of textile; textile lace table mats not made of paper; coasters of textile; table napkins of textile; individual place mats made of textile; place mats of textile material; place mats of textile; table linen of textile; table linen, not of paper; glass cloths being towels; dish towels for drying; shower curtains; shower curtains of textile or plastic; towelling coverlets; tapestry, of textile; tablecloths, not of paper; draperies; drapery; vinyl curtains; curtains of plastic; furniture coverings made of plastic materials; bed covers; bed skirts; bed throws; unfitted fabric covers for furniture; unfitted fabric slipcovers for furniture; furniture coverings of plastic; furniture coverings of textile; bed covers of paper; curtains of textile; curtain holders of textile material; curtain loops of textile material; tapestries of textile; table cloth of textile; curtains made of textile fabrics; small curtains made of textile materials;

fabric table runners; wall hangings of textile; curtains of textile or plastic; table runners not of paper; door curtains; fabric bed valances; fabric valances; net curtains; labels of textile for bar codes; labels of cloth; printed textile labels; textile labels; labels of textile for identifying clothing

CLASS 25: Jerseys; pinafore dresses; evening coats; evening dresses; wedding dresses; warm-up suits; overalls; overcoats; over-trousers; cargo pants; cardigans; cuffs; kilts; coats; golf shirts; golf trousers; saris; sarongs; jerkins; jackets; shirt jacs; shirt fronts; shirt yokes; jumper dresses; jump suits; chemisettes; jogging suits; jogging pants; sweatshirts; sweatsuits; trousers for sweating; sweatpants; suits; suede jackets; skirts; skirt suits; ski pants; ski shorts; snow suits; snowboard jackets; sports jackets; sport shirts; sports vests; trousers; smoking jackets; smocks; slacks; sweaters; sailor suits; down jackets; tuxedos; dust coats; duffel coats; chasubles; tennis wear; topcoats; track suits; dresses; dress shirts; dress suits; trench coats; knit jackets; polo knit tops; parkas; bermuda shorts; pea coats; pique shirts; blouses; pullovers; blousons; blazers; vests; pelisses; boleros; polo shirts; ponchos; morning coats; raincoats; rain suits; leisure suits; long jackets; shirts for suits; rainwear; rain trousers; open-necked shirts; suits of leather; leather trousers; dresses made from skins; light-reflecting coats; light-reflecting jackets; heavy jackets; detachable collars; coats for women; women's suits; men's suits; long sleeve pullovers; long sleeved vests; fishing vests; winter coats; breeches for wear; sports shirts with short sleeves; wind vests; waterproof jackets; waterproof pants; coats made of cotton; infants' trousers; gowns; camisoles; short sets; shorts; slipovers; tank tops; tee-shirts; tops as clothing; knit shirts; bustiers; bottoms as clothing; leotards; shirts; beach clothes, namely, bathing suits; short-sleeved shirts; undershirts; girdles; corselets; g-strings; chemises; short petticoats; strapless bras; underpants; dress shields; dressing gowns; nightgowns; knitted underwear; negligees; pajamas; panties; brassieres; petticoats; boxer shorts; boxer briefs; underclothing; sweat-absorbent underclothing; women's underwear; bathing costumes for women; nightwear; swimming costumes; woollen tights; tights; sleep masks; ascots; woollen socks; aprons; motorcycle gloves; gaiters; sashes for wear; shawls; scarfs; stoles; socks; neckties; neckerchieves; pantyhose; maniples; mufflers as neck scarves; mittens; leg warmers; sweat-absorbent socks; ear muffs; gloves as clothing; Japanese style socks (tabi); ankle socks; men's socks; bow ties; fur stoles; fur muffs; golf caps; headgear for wear, namely, headwear; hoods; garters; braces for clothing being suspenders; waistbands; belts; footwear; ankle boots; overshoes; heels; galoshes; rubber shoes; sneakers; snow boots; deck-shoes; half-boots; hiking boots; ballet shoes; ballet slippers; beach shoes; boots; moccasins; leisure shoes; rain boots; training shoes; leather shoes; inner soles; shoe soles; work boots; ladies' boots; anglers' shoes; women's shoes; lace boots; winter boots; canvas shoes; infants' boots; tips for footwear; welts for footwear; sandals; mules; slippers; slipper soles; Japanese style sandals of felt; leather slippers; Japanese style sandals of leather; toe straps for Japanese style wooden clogs; masquerade costumes; anoraks; sports overuniforms; golf shoes; cycling shoes; soccer boots; ski suits for competition; ski boots; ski gloves; snowboard boots; snowboard gloves; tennis shoes; trekking boots; basketball sneakers; volleyball shoes; handball shoes; bib shorts; football shoes; studs for football boots; headbands for clothing; bowling shoes; hockey shoes; wind-jackets; rugby shoes; sport stockings; karate suits; gymnastic shoes; mountaineering boots; head sweatbands; baseball uniforms; footwear for track and field athletics; horse-riding boots; wetsuits for water-skiing; waterskiing suits

CLASS 26: [ Shuttles for making fishing nets; needles for wool combing machines; ] hair curlers, other than hand implements; sewing kits; darning needles; crochet hooks; bodkins; marking pins; sewing machine needles; sewing needles with an oval eye; lacing needles; shoemakers' needles; embroidery needles; hand-knitting needles; tatami needles; needles; entomological pins; binding needles; saddlers' needles; canvas needles; knitting needles; sewing needles; rug hooks; haberdashery, except thread, namely, appliques; corset busks; eyelets for clothing; ribbons being haberdashery; ribbons of textile materials; decorative ribbons for hair; elastic ribbons; ribbons of textile for packaging and for wrapping; jacquard lace; lace, except embroidery lace; frills for attachment to clothing being lacework; lace for edgings; festoons being embroidery; gold embroidery; silver embroidery; embroidery; frills for attachment to clothing; chenille; flounces in the nature of frills for attachments to skirts; tinsels being trimmings for clothing; false hems, namely, hem tape; picot being lace; lace trimmings; cords for trimming, for clothing; trimming for clothing; passementerie; tassels; edgings for clothing; fringes; braids; woollen laces; darning lasts; needle cases of precious

metal; boxes of precious metal for needles; sewing boxes; sewing thimbles; bobbins for retaining embroidery floss or wool, not parts of machines; pin cushions; needle cases; boxes for needles; boxes, not of precious metal, for needles; cases adapted to hold knitting needles; artificial garlands; artificial flowers; trouser clips for cyclists; expanding bands for holding sleeves; armbands for holding sleeves; arm bands; appliques; artificial corsages; scarf clips not being jewelry; buckles being clothing accessories; pins, other than jewellery, being hair and hat pins; brooches for clothing; belt buckles; bonnet pins not of precious metal; monogram tabs for marking linen in the nature of marking pins; ornamental adhesive patches for jackets; clothing buckles; ornamental novelty badges for wear, not of precious metal; haberdashery ribbons, namely, rosettes; brooches for clothing; belt buckles of precious metal for clothing; buckles of precious metal; prize ribbons; heat adhesive patches for repairing textile articles; heat adhesive patches for decoration of textile articles; ornamental novelty badges; artificial blossoms for attachment to clothing; ostrich feathers; feathers for ornamentation; birds' feathers as clothing accessories; hat trimmings, not of precious metal; brassards; false hair; oriental hair pins; hair ornaments in the form of combs; rubber bands for hair; toupees; hair buckles; hair extensions; hair grips; hair scrunchies; hair nets; hair bands; hair pins; ponytail holders and hair ribbons; bobby pins; pigtail ribbons for Korean hair style (daeng-gi); arts and crafts findings, namely, pompoms; beard restraints for the food service industry; bows for the hair; hair curling pins; clam clips for hair; hair pieces; hair slides; hair elastics; hair ornaments in the form of combs; decorative articles for the hair in the form of combs; zippers for bags; hooks for corsets; zip fasteners; zipper pulls; shirt buttons; stud buttons; snap fasteners; fastenings for suspenders; slide fasteners being zippers; fasteners for dresses in the nature of hooks, snaps, zips; beads, other than for making jewellery; zipper fasteners; hook and loop fasteners; blouse fasteners in the nature of stud buttons; belt clasps; buttons; hooks for haberdashery; mica spangles; collar stays; novelty buttons; spangles for clothing; buttons for clothing; fastenings for clothing in the nature of hook, buttons and loop fasteners; strap buckles; hook and pile fastening tapes; artificial plants, other than Christmas trees; outdoor artificial foliage; artificial fruit; artificial topiaries; artificial flowers of textile; artificial flowers of plastics; artificial flowers of paper; artificial trees other than Christmas trees; human hair extensions; artificial vegetables; hair curling papers; hair coloring caps; false beards; false moustaches; shoe buckles; shoe eyelets; shoe laces; metal fasteners for shoes and boots; shoe trimmings, not of precious metal; shoe fasteners; shoe fasteners being hooks

The mark consists of the wording "PSVITA" in stylized font.

PRIORITY DATE OF 12-02-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1393438 DATED 12-16-2016, EXPIRES 12-16-2026

SER. NO. 79-228,626, FILED 12-16-2016

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PSVITA

**Reg. No. 5,635,158**

**Registered Dec. 25, 2018**

**Int. Cl.: 14, 18, 21, 24, 25, 26**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1, Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 14: Iridium; osmium; palladium; ruthenium; rhodium; processed or semi-processed precious metals; precious metals; precious metal alloys; ingots of precious metals; alloys of precious metal; gold; gold alloys; gold alloy ingots; gold ingots; silver; silver alloy ingots; silver ingots; platinum; platinum alloy ingots; platinum ingots; silver, unwrought or beaten; precious metals, unwrought or semi-wrought; gold, unworked or semi-worked; diamond, unwrought; unwrought agate; gemstones; precious jewels; spinel; diamonds; synthetic precious stones; semi-precious stones; precious stones; gems; jet, unwrought or semi-wrought; key rings as trinkets or fobs; key holders of precious metals; fancy key rings of precious metal; split rings of precious metal for keys; key chains as jewellery, trinkets or fobs; identity plates of precious metal; small jewellery boxes of precious metals; jewelry caskets of precious metal; jewel cases of precious metal; jewelry boxes of metal; presentation boxes for jewelry; jewelry boxes; wooden jewelry boxes; decorative boxes made of precious metal; boxes of precious metal; statues of precious metal and their alloys; busts of precious metal; figures of precious metal; statues of precious metal; works of art of precious metal; non-monetary coins; commemorative medals; copper tokens in the nature of collectible coins; earrings; cameos; clip earrings; chains being jewelry; tie pins; tie clips; neck chains; necklaces; bangles; bracelets; jewelry brooches; pendants; medals; lockets; lapel pins; charms in precious metals or coated therewith for jewelry; insignias of precious metal; tie clips of precious metal; ornamental lapel pins made of precious metal; badges of precious metal; hat jewelry of precious metal; ornamental lapel pins; gold rings being jewelry; silver rings being jewelry; wedding bands; charms for jewelry; rings; ear studs; ornamental pins of precious metal; jewelry for the head; scarf clips being jewelry; pins being jewelry; jewelry hat pins; jewelry stickpins; jewelry chains; amulets; jewel pendants; personal ornaments of precious metal in the nature of jewelry; ornaments of jet; jewelry ornaments; ornaments of precious metal in the nature of jewelry; clasps for jewelry; glass jewelry; jewelry of yellow amber; jewelry plated with precious metals; jewellery made of precious metals; jewelry made of gold; women's jewelry; paste jewellery; personal jewellery; jewelry; jewellery, including imitation jewellery and plastic jewellery; beads for making jewelry; imitation jewellery; watch bracelets; cufflinks; cufflinks of precious metal; cufflinks made of porcelain; emeralds; cabochons; olivine; sapphires; opal; jade; peridot; agate as jewellery; ruby; topaz; gold thread jewelry; spun silver; pearls; cabochons for making jewelry; cut diamonds; chronometers; stopwatches; sports watches; watch and clock springs; dress watches; clocks incorporating radios; apparatus for timing sports events; pocket watches; watchstraps made of leather; watches made of precious metals or coated therewith; gold watches; watch straps of metal; watch straps of metal, leather or plastic; silver watches; chronometric instruments; horological instruments; cases for chronometric instruments; component parts for horological and chronometric instruments; atomic clocks; clocks; watches; watch glasses; watch springs; pendulums for clock- and watchmaking; clock hands; watch hands; clock dials; watch clasps; watch crowns; watch bands; buckles for watchstraps; watch chains; clock cases being parts of clocks; watch pouches; cases adapted for holding watches; anchors as parts of pendulums used in clock- and watchmaking; barrels as parts of pendulums used in clock- and watchmaking; clock housings; watch movements; presentation boxes for watches; cases for horological instruments; clockworks being parts of clocks; automatic watches; women's



Director of the United States
Patent and Trademark Office

watches; small clocks; pendulum clocks; master clocks; diving watches; table clocks; wall clocks; clocks and watches, electric; watches containing an electronic game function; sundials; chronoscopes; dials for clock-and-watch-making; watch faces; jewelry watches; alarm clocks; watches for outdoor use; travel clocks; wristwatches; watches containing a game function; mechanical watches

CLASS 18: Slings for carrying infants; sling bags for carrying babies; sling bags for carrying infants; baby carrying bags; baby carriers worn on the body; back frames for carrying children; pouch baby carriers; backpacks for carrying babies; leather straps; leather twist straps; leather thread; leather laces; all-purpose leather straps; leatherboard; all-purpose straps, of leather; bags in the nature of envelopes and pouches of leather, for packaging; hat boxes of leather; boxes of leather or leatherboard; cases of imitation leather; pouches, of leather, for packaging; leather cases; collars for pets; clothing for pets; collars for pets bearing medical information; dog shoes; dog collars; clothing for dogs; dog bellybands; coats for dogs; dog leads; dog leashes; bags for carrying animals; leggings for animals; costumes for animals; animal leashes; leather leads; collars for animals; coats for cats; collars for cats; fly masks for animals; harness for animals; covers for animals; equine boots; training leads for horses; attache cases; bum bags; waist pouches; wallets with card compartments; business card cases; key cases; key pouches; rucksacks on castors; all-purpose carrying bags for use by campers; courier bags; clutch bags; gladstone bags; credit card cases; credit card wallets; carriers for suits, shirts and dresses; suitcases; suitcase handles; suit bags; suit carriers; bags for sports; duffle bags; daypacks; tote bags; knapsacks; tie cases; hiking bags; hiking rucksacks; all-purpose carrying bags; backpacks; barrel bags; handbags; beach bags; hipsacks; flight bags; briefcases; briefcase-type portfolios; schoolchildren's backpacks; rucksacks; overnight suitcases; attache cases made of leather; leather bags; leather cases for keys; leather credit card cases; shopping bags made of skin; leather suitcases; luggage golf bag tags of leather; leather wallets; travelling cases of leather; garment bags for travel made of leather; leather handbags; leather briefcases; leather pouches; leather shoulder straps; leather shoulder belts; leather purses; leather shopping bags; travelling bags; travelling bag sets in the nature of leatherware; music cases; purses of precious metal; wallets of precious metal; key cases of imitation leather; shoulder bags; shoulder straps; key bags; chain mesh purses; purses; purses not made of precious metal; billfolds; haversacks; banknote holders; wheeled bags; wheeled shopping bags; wrist mounted carryall bags; wrist mounted purses; carry-on bags; hunting bags; hunters' game bags; document cases; book bags; briefcases for documents; small clutch purses; small suitcases; small backpacks; coin purses; coin purses, not of precious metals; attache cases made of imitation leather; imitation leather bags for sports; folding briefcases; handbags for men; small bags for men; school bags; school knapsacks; all-purpose bags for use by climbers; rucksacks for mountaineers; reusable shopping bags; string bags for shopping; reticules; handbags for ladies; textile shopping bags; carrying cases for documents; net bags for shopping; travelling bags; luggage; travel baggage; luggage tags; duffle bags for travel; travelling trunks; garment bags for travel; shoe bags for travel; valises; pouches for holding make-up, keys and other personal items; unfitted vanity cases; vanity cases, not fitted; outdoor umbrellas; golf umbrellas; patio umbrellas; beach umbrellas; umbrellas; umbrella covers; umbrella frames; umbrella sticks; umbrella rings; umbrella handles; frames for umbrellas or parasols; umbrella or parasol ribs; umbrellas for children; rainproof parasols; telescopic umbrellas; parasols; covers specifically adapted for parasols; frames for umbrellas; bags for umbrellas; canes; walking sticks; walking cane handles; walking stick handles; walking stick seats; rattan canes; stirrups; stirrup leathers; parts of rubber for stirrups; head-stalls as parts of bridles; muzzles; covers for horse saddles; fastenings for saddles; saddle trees; bridoons; reins; bits for animals; whips; pads for horse saddles; saddletrees; girths of leather; jockey sticks; cat o' nine tails; blinders for horses; lunge reins; riding saddles; saddle covers; riding crops; halters for horses; bridles; harness traces; horse collars; saddlery; harness straps; harness fittings of iron; harness fittings; saddlecloths for horses; knee-pads for horses; horse blankets; saddlery of leather; faux fur; moleskin being imitation of leather; semi-worked fur; fur pelts

CLASS 21: Crystal beverage glassware; painted beverage glassware; appliances for removing make-up, electric; make-up removing appliances; corkscrews, electric and non-electric; bottle openers, electric and non-electric; bottle openers; tie presses; electric combs; toothbrushes, electric; electric hair combs; brushes, namely, bath brushes, floor brushes, hair brushes, pastry brushes, pet brushes; brush goods, namely, busting brushes, eyelash brushes; cleaning brushes

for household use; electric brushes, namely, hair brushes and cleaning brushes; cosmetic utensils, namely, cosmetic spatulas; water apparatus for cleaning teeth and gums for home use; brushes for cleaning tanks and containers; polishing materials for making shiny, except preparations, paper and stone, namely, polishing cloths; gloves for household purposes; household gloves for cleaning purposes; kitchen utensils, namely, kitchen tongs, ice cream scoops, splatter screens; utensils for household purposes, namely, sieves, skimmers, spatulas; flasks; glass flasks; containers for household use, namely, glass bulbs; glasses as beverage receptacles; refrigerating bottles sold empty; boxes of glass; perfume bottles sold empty; majolica, namely, ceramic vases, vessels, bowls; ceramics for household purposes, namely, tissue box; porcelain ware, namely, mugs and flower pots; earthenware, namely, saucepans, mugs and jars; kettles, non-electric; non-electric coffee drippers for brewing coffee; non-electric coffee percolators; non-electric coffee filters, not of paper, for brewing coffee; stew-pans; steamer baskets; saucepans; pots; closures for pot lids; coffee percolators, non-electric; butter pans; mess-tins being rice cooking canteens; frying pans; plates to prevent milk boiling over; non-electric autoclaves for cooking; rice cooking pots, non-electric; food steamers, non-electric; cauldrons; woks; cooking pots; non-electric cooking steamers; non-electric griddles; whistling kettles; coffee filters not of paper being part of non-electric coffee makers; earthenware saucepans; earthen pots; cooking pans, non-electric; deep fryers, non-electric; heaters for feeding bottles, non-electric; coffeepots, non-electric; kitchen utensils, namely, pouring and straining spouts; pot lids; thermally insulated containers for food; thermal insulated containers for food or beverages; heat-insulated containers for household use; household containers of precious metal; containers for household or kitchen use; containers for household use; kitchen containers; mess-tins; hot pots, not electrically heated; non-electric cooking utensils, namely, griddles and cooking spoons; candy boxes; plates for hors d'oeuvre; cocktail glasses; cups, not of precious metal; demitasse sets comprised of cups and saucers; fruit bowls of glass; glass dishes; glass carafes; glass bowls; Japanese style tea-serving pots (kyusu); drinking glasses; coffee cups; coffee mugs; drinking cups, not of precious metal; drinking vessels; salad bowls; sandwich boxes; champagne flutes; mugs; mugs, not of precious metal; shot glasses; soup bowls; tumblers for use as drinking glasses; cheese-dish covers; urns; kitchen urns, not of precious metal; tea cups; teapots; decanters; butter dishes; butter-dish covers; bread baskets, for domestic use; bread boxes for kitchen use; beer mugs; beer glasses; pilsner drinking glasses; tankards; plastic cups; lunch boxes made of plastic; snifters; cups for fruit; fruit bowls; margarita glasses; ramekins; liqueur sets consisting of beverage glassware, beverage stirrers; roasting dishes; wine glasses; drinking horns; Japanese style tea-serving pots of precious metal (kyusu); tea pots of precious metal; tankards of precious metal; boxes of precious metal for sweets; saucers made of precious metals; Japanese rice bowls of precious metal (chawan); lunch boxes made of metal; cardboard cups; boxes for sweetmeats; dishes; dish covers; disposable table plates; paper cups; paper plates; cups of paper or plastic; saucers; small jugs; services being dishes; dishware; table plates; jugs; coupes; shallow bowls; biodegradable cups; plates not of precious metal; Japanese rice bowls not of precious metal (chawan); tea caddies; teacups (yunomi); sake serving bottles (tokkuri); sake cups, not of precious metal; basins being receptacles; lunch boxes; dishes for vegetables; cookie jars; whisky glasses; cream jugs; coffee services in the nature of tableware; coffee services of ceramic; tea services in the nature of tableware; fitted picnic baskets, including dishes; bowls; coffee services of precious metal; tea services of precious metal; bowls made of precious metal; coffee services of china; tableware, other than knives, forks and spoons, namely, coffee scoops; biodegradable bowls; baskets for domestic use; metal baskets for domestic use; epergnes; epergnes of precious metals; drinking bottles for sports; bread bins; hip flasks; heat-insulated containers for beverages; non-electric portable coldboxes; reusable stainless steel water bottles sold empty; reusable plastic water bottles sold empty; food preserving jars of glass; thermal insulated bags for food or beverages; water bottles sold empty; insulated isothermic bags for food or beverage for domestic use; vacuum bottles; ice cream scoops; ice pails; oven mitts; cocktail shakers; mustard pots; kitchen mitts; camping grills; cookie cutters; cake domes; cake tins; non-electrical coffee grinders; coffee scoops; pepper pots; cooking strainers; mixing bowls; salad spinners; colanders; shaker bottles sold empty; potato ricers; rice paddles; cooking funnels; tart scoops; tea cosies; coasters, not of paper or textile; tortilla presses, non-electric; knife rests; napkin holders; napkin rings, not of precious metal; potholders; garlic presses; cork screws; cocktail stirrers; barbecue mitts; pie servers; pie tins; chopsticks; chopstick cases; honey dippers; crumb trays; bread boards; pizza peels; pizza stones; finger bowls; household cooking sieves; baking mats; spatulas being kitchen utensils; bulb basters; cutting boards; mixing cups; non-electric milk

frothers; menu card holders; toothpicks; toothpick holders; cake rings; lemon squeezers; wine aerators; wine openers; non-electric coolers for wine; wine buckets; waffle irons, non-electric; ice cube moulds; drinking straws; salt shakers; graters for household purposes; strainers for household purposes; dumpling moulds for household use; cheese graters for household purposes; fruit presses, non-electric, for household purposes; non-electric food mixers for household purposes; sieves for household purposes; food blenders, non-electric, for household purposes; trays for domestic purposes, of paper; salt and pepper mills for domestic purposes, hand-operated; whisks, non-electric, for household purposes; trays for domestic purposes; confectioners' decorating bags; pastry cutters; pastry brushes; cake molds; rotary cheese graters; lazy susans; ice cube trays; ice cube molds; napkin holders of precious metal; napkin rings of precious metal; cruets of precious metal; toothpick holders of precious metal; salt shakers of precious metal; sugar bowls of precious metal; cruet stands made of precious metals; egg cups of precious metal; tea infusers of precious metal; tea infusers not of precious metal; tea balls; cooking skewers; spice racks; sugar bowls; serving scoops; serving scoops being household or kitchen utensil; hand- operated coffee grinders; pepper mills, hand-operated; hand operated sushi makers in the nature of rice molds; salt mills, hand operated; noodle machines, hand-operated, in the nature of grinders; grills in the nature of cooking utensils; gridiron supports, in the nature of dish stands; knife blocks for the table; salt cellars; trivets; vinegar cruets; dish drainers; graters for kitchen use; kitchen grinders, non-electric; cutting boards for the kitchen; cooking graters; siphon bottles for carbonated water; tea strainers; rolling pins of metal for cooking; cooking skewers of metal; cookery molds; non-electric rice cookers for use in microwave ovens; cooking pots for use in microwave ovens; non-electric meat grinders; dripping pans; basting spoons, for kitchen use; basting brushes; ice buckets; fitted liners for ice buckets; vessels of metal for making ices and iced drinks, namely, non-electric ice cream makers; ice scoops; knife blocks; whisks, non-electric; egg beaters, non-electric; cabarets being serving trays; rolling pins, domestic; cruets not of precious metal; cruet stands; cruet sets for oil and vinegar; cruet stands for oil and vinegar; egg separators, non-electric, for household purposes; non-electric egg beaters; egg cups; food basters; coolers being ice pails; buckets; pails; buckets made of woven fabrics; diaper pails; trash cans; grill scrapers; garbage pails; garbage cans; dustbins; saucepan scourers of metal; carpet sweepers, non-electric; carpet rakes; steel wool; cleaning brushes for sports equipment; waste baskets; dust-pans; polishing leather; toilet brushes; toilet plungers; dusters; crumb-sweepers; brooms; mops; mop heads; mop wringer buckets; lamp-glass brushes; lint rollers; apparatus for floor wax-polishing, non-electric; feather-dusters; furniture dusters; waste bins for household use; polishing apparatus and machines, for household purposes, non-electric, namely, floor polish applicators mounted on mop handles; non-metal recycling bins for household use; drying racks for washing; cloths for cleaning; dishwashing brushes; baskets for waste paper litter; waste paper baskets; polishing gloves; dust gloves; carpet beaters, hand instruments; cleaning instruments, hand-operated, namely, cleaning sponges; cloth for washing floors; dusting cloths; steel wool for cleaning; skins of chamois for cleaning; pads for cleaning; pads of metal for cleaning; cleaning cloth; buckskin cloth for cleaning; car washing mitts; cleaning pads; scrubbing brushes; clothes-pegs; washing brushes; washing boards; drying racks for laundry; washtubs; wash basins, not parts of sanitary installations, in the nature of bowls; dusting apparatus, non-electric, namely, dusting cloths; abrasive pads for kitchen purposes; drying boards for washed, starched and then stretched pieces of kimono (hari-ita); plungers for clearing blocked drains; clothes racks, for drying; clothes drying hangers; scouring sponges; scouring pads; sponge holders; loofahs for household purposes; sponges for household purposes; window boxes; watering cans; roses for watering cans; nozzles for watering cans; nozzles for sprinkler hose; sprinklers for watering flowers and plants; grass and lawn sprinklers; nozzles for watering hose; watering devices, namely, watering pots; porcelain flower pots; indoor terrariums for plants; flower pots; saucers for flower pots; flower-pot covers, not of paper; dog food scoops; bird cages for domestic birds; cages for household pets; litter trays for pets; brushes for pets; toothbrushes for pets; animal activated livestock feeders; animal activated livestock waterers; feeding vessels for pets; non-mechanized pet waterers in the nature of portable water and fluid dispensers for pets; bird cages; bird baths being bowls for birds to bathe in; nest eggs, artificial; birdcages; perches for bird cages; litter boxes for pets; combs for animals; currycombs; horse brushes; chamber pots; soap dispensers; napkin dispensers for household use; dispensers for liquid soap for household purposes; boot jacks; boxes for dispensing paper towels for household use; water tanks for live fish; aquarium covers; aquarium hoods; aquarium ornaments of porcelain, glass, ceramics, earthenware and terracotta; glass bowls for live goldfish; indoor aquaria; toilet

paper dispensers; toilet paper holders; powder compacts sold empty; combs; comb cases; soap holders; soap boxes; nail brushes; shaving brushes; holders for shaving brushes; shaving brush stands; hair brushes; sponges for applying body powder; eyebrow brushes; toilet cases, namely, fitted vanity cases; sponges used for applying make-up; powder puffs; make-up brushes; cosmetic spatulas; appliances for removing make-up, non-electric; exfoliating pads; exfoliating mitts; powder compacts of precious metal, sold empty; combs for back-combing hair; fitted vanity cases; lip brushes; perfume sprayers, empty; interdental brushes for cleaning the teeth; toothbrushes, non-electric; toothbrush cases; scalp scratchers; deodorising apparatus for personal use, namely, bath brushes; large-toothed combs for the hair; abrasive sponges for scrubbing the skin; wall soap dishes; bath sponges; shoe trees; boot trees; shoe stretchers; shoe horns; shoe shine cloths; shoe brushes; non-electric wax-polishing appliances for shoes not containing shoe polish; brushes for footwear; portable pots and pans for camping; portable cooking kits for outdoor use

CLASS 24: Esparto fabric; gauze fabric; fibreglass fabrics for textile use; calico; crepe fabric; crepon fabric; corduroy fabrics; elastic yarn mixed fabrics; chenille fabric; zephyr fabric; diapered linen; taffeta; canvas for tapestry or embroidery; damask; cheese cloth; cheviots cloth; dimity; denim fabric; drugget fabric; cloth trellis; piled fabrics; velvet; fustian; flannel; frieze; bolting cloth; brocades; marabout fabric; mesh-woven fabrics; moleskin fabric not for medical use; traced cloths for embroidery; ramie fabric; tick linen; rayon fabric; flax fabrics; linen cloth; sanitary flannel; jute fabric; chemical fiber fabrics; bunting fabric; metal fiber fabrics; silk fabrics; hand spun silk fabrics; spun silk fabrics; silk-cotton mixed fabrics; silk-wool mixed fabrics; synthetic fiber fabrics; chemical fiber base mixed fabrics; silk base mixed fabrics; mixed fiber fabrics; hemp base mixed fabrics; cotton base mixed fabrics; wool base mixed fabrics; regenerated fiber yarn fabrics; narrow woven fabrics; paper yarn fabrics for textile use; fiberglass fabrics for textile use; true hemp fabrics; elastic woven fabrics; printed calico cloth; silk fabrics for printing patterns; semi-synthetic fiber fabrics; elastic fabrics for clothing; hat linings, of textile; woollen fabric; hemp-silk mixed fabrics; hemp yarn fabrics; hemp cloth; hemp-cotton mixed fabrics; hemp-wool mixed fabrics; inorganic fiber mixed fabrics; cotton fabrics; woollen cloth; haircloth being sackcloth; wool-cotton mixed fabrics; tulle; waste cotton fabrics; worsted fabrics; woven fabrics; textile material in the nature of woven fabrics of cotton for textile use; textile fabrics for lingerie; lingerie fabric; furnishing fabrics; lining fabric for shoes; precut fabrics for needlecraft; upholstery fabrics; textile fabric of animal skins imitations; heat-activated adhesive fabrics; adhesive fabric for application by heat; textile used as lining for clothing; fabrics for textile use; fabric of imitation animal skins; nap raised cotton cloth; fabric for footwear; textile used as linings for clothing; cloth for tatami mat edging ribbons; jersey fabric; knitted fabrics; knitted fabrics of chemical-fiber yarn; knitted fabrics of silk yarn; jersey fabrics for clothing; knitted fabric; knitted fabrics of cotton yarn; knitted fabrics of wool yarn; felt; press felt; woven felt; non-woven textile fabrics; towels of textile; terry towels; bath towels; handkerchiefs of textile or plastic; beach towels; washcloths; face towels made of textile materials; children's towels; hand towels; handkerchiefs of textile; face towels of textile; hand-towels made of textile fabrics; large bath towels; bath linen, except clothing; household linen; afghans; woolen blankets; covers for cushions; bed and bath sheets; towel sheet; quilts made of towels; tricot quilts; lap rugs; lap blankets; bed sheets of plastic, not being incontinence sheets; textile bed pads; bed linen; bed clothes in the nature of bed linen; bed blankets; contour sheets; contoured mattress covers; pillowcases; mattress covers; covers for mattresses; eiderdowns; duvet covers; mosquito nets; quilts; quilt covers; blanket throws; silk bed blankets; silk blankets; insecticide-treated mosquito nets; children's blankets; cot sheets; throws; quilts of textile; sleeping bags; pillow shams; diaper changing cloths for babies; bed sheets; pillow cases; blankets for outdoor use; crib sheets; travelling rugs; travelling blankets; coasters being table linen; tablemats of textile; textile lace table mats not made of paper; coasters of textile; table napkins of textile; individual place mats made of textile; place mats of textile material; place mats of textile; table linen of textile; table linen, not of paper; glass cloths being towels; dish towels for drying; shower curtains; shower curtains of textile or plastic; towelling coverlets; tapestry, of textile; tablecloths, not of paper; draperies; drapery; vinyl curtains; curtains of plastic; furniture coverings made of plastic materials; bed covers; bed skirts; bed throws; unfitted fabric covers for furniture; unfitted fabric slipcovers for furniture; furniture coverings of plastic; furniture coverings of textile; bed covers of paper; curtains of textile; curtain holders of textile material; curtain loops of textile material; tapestries of textile; table cloth of textile; curtains made of textile fabrics; small curtains made of textile materials;

fabric table runners; wall hangings of textile; curtains of textile or plastic; table runners not of paper; door curtains; fabric bed valances; fabric valances; net curtains; labels of textile for bar codes; labels of cloth; printed textile labels; textile labels; labels of textile for identifying clothing

CLASS 25: Jerseys; pinafore dresses; evening coats; evening dresses; wedding dresses; warm-up suits; overalls; overcoats; over-trousers; cargo pants; cardigans; cuffs; kilts; coats; golf shirts; golf trousers; saris; sarongs; jerkins; jackets; shirt jacs; shirt fronts; shirt yokes; jumper dresses; jump suits; chemisettes; jogging suits; jogging pants; sweatshirts; sweatsuits; trousers for sweating; sweatpants; suits; suede jackets; skirts; skirt suits; ski pants; ski shorts; snow suits; snowboard jackets; sports jackets; sport shirts; sports vests; trousers; smoking jackets; smocks; slacks; sweaters; sailor suits; down jackets; tuxedos; dust coats; duffel coats; chasubles; tennis wear; topcoats; track suits; dresses; dress shirts; dress suits; trench coats; knit jackets; polo knit tops; parkas; bermuda shorts; pea coats; pique shirts; blouses; pullovers; blousons; blazers; vests; pelisses; boleros; polo shirts; ponchos; morning coats; raincoats; rain suits; leisure suits; long jackets; shirts for suits; rainwear; rain trousers; open-necked shirts; suits of leather; leather trousers; dresses made from skins; light-reflecting coats; light-reflecting jackets; heavy jackets; detachable collars; coats for women; women's suits; men's suits; long sleeve pullovers; long sleeved vests; fishing vests; winter coats; breeches for wear; sports shirts with short sleeves; wind vests; waterproof jackets; waterproof pants; coats made of cotton; infants' trousers; gowns; camisoles; short sets; shorts; slipovers; tank tops; tee-shirts; tops as clothing; knit shirts; bustiers; bottoms as clothing; leotards; shirts; beach clothes, namely, bathing suits; short-sleeved shirts; undershirts; girdles; corselets; g-strings; chemises; short petticoats; strapless bras; underpants; dress shields; dressing gowns; nightgowns; knitted underwear; negligees; pajamas; panties; brassieres; petticoats; boxer shorts; boxer briefs; underclothing; sweat-absorbent underclothing; women's underwear; bathing costumes for women; nightwear; swimming costumes; woollen tights; tights; sleep masks; ascots; woollen socks; aprons; motorcycle gloves; gaiters; sashes for wear; shawls; scarfs; stoles; socks; neckties; neckerchieves; pantyhose; maniples; mufflers as neck scarves; mittens; leg warmers; sweat-absorbent socks; ear muffs; gloves as clothing; Japanese style socks (tabi); ankle socks; men's socks; bow ties; fur stoles; fur muffs; golf caps; headgear for wear, namely, headwear; hoods; garters; braces for clothing being suspenders; waistbands; belts; footwear; ankle boots; overshoes; heels; galoshes; rubber shoes; sneakers; snow boots; deck-shoes; half-boots; hiking boots; ballet shoes; ballet slippers; beach shoes; boots; moccasins; leisure shoes; rain boots; training shoes; leather shoes; inner soles; shoe soles; work boots; ladies' boots; anglers' shoes; women's shoes; lace boots; winter boots; canvas shoes; infants' boots; tips for footwear; welts for footwear; sandals; mules; slippers; slipper soles; Japanese style sandals of felt; leather slippers; Japanese style sandals of leather; toe straps for Japanese style wooden clogs; masquerade costumes; anoraks; sports overuniforms; golf shoes; cycling shoes; soccer boots; ski suits for competition; ski boots; ski gloves; snowboard boots; snowboard gloves; tennis shoes; trekking boots; basketball sneakers; volleyball shoes; handball shoes; bib shorts; football shoes; studs for football boots; headbands for clothing; bowling shoes; hockey shoes; wind-jackets; rugby shoes; sport stockings; karate suits; gymnastic shoes; mountaineering boots; head sweatbands; baseball uniforms; footwear for track and field athletics; horse-riding boots; wetsuits for water-skiing; waterskiing suits

CLASS 26: Shuttles for making fishing nets; needles for wool combing machines; hair curlers, other than hand implements; sewing kits; darning needles; crochet hooks; bodkins; marking pins; sewing machine needles; sewing needles with an oval eye; lacing needles; shoemakers' needles; embroidery needles; hand-knitting needles; tatami needles; needles; entomological pins; binding needles; saddlers' needles; canvas needles; knitting needles; sewing needles; rug hooks; haberdashery, except thread, namely, appliques; corset busks; eyelets for clothing; ribbons being haberdashery; ribbons of textile materials; decorative ribbons for hair; elastic ribbons; ribbons of textile for packaging and for wrapping; jacquard lace; lace, except embroidery lace; frills for attachment to clothing being lacework; lace for edgings; festoons being embroidery; gold embroidery; silver embroidery; embroidery; frills for attachment to clothing; chenille; flounces in the nature of frills for attachments to skirts; tinsels being trimmings for clothing; false hems, namely, hem tape; picot being lace; lace trimmings; cords for trimming, for clothing; trimming for clothing; passementerie; tassels; edgings for clothing; fringes; braids; woollen laces; darning lasts; needle cases of precious

metal; boxes of precious metal for needles; sewing boxes; sewing thimbles; bobbins for retaining embroidery floss or wool, not parts of machines; pin cushions; needle cases; boxes for needles; boxes, not of precious metal, for needles; cases adapted to hold knitting needles; artificial garlands; artificial flowers; trouser clips for cyclists; expanding bands for holding sleeves; armbands for holding sleeves; arm bands; appliques; artificial corsages; scarf clips not being jewelry; buckles being clothing accessories; pins, other than jewellery, being hair and hat pins; brooches for clothing; belt buckles; bonnet pins not of precious metal; monogram tabs for marking linen in the nature of marking pins; ornamental adhesive patches for jackets; clothing buckles; ornamental novelty badges for wear, not of precious metal; haberdashery ribbons, namely, rosettes; brooches for clothing; belt buckles of precious metal for clothing; buckles of precious metal; prize ribbons; heat adhesive patches for repairing textile articles; heat adhesive patches for decoration of textile articles; ornamental novelty badges; artificial blossoms for attachment to clothing; ostrich feathers; feathers for ornamentation; birds' feathers as clothing accessories; hat trimmings, not of precious metal; brassards; false hair; oriental hair pins; hair ornaments in the form of combs; rubber bands for hair; toupees; hair buckles; hair extensions; hair grips; hair scrunchies; hair nets; hair bands; hair pins; ponytail holders and hair ribbons; bobby pins; pigtail ribbons for Korean hair style (daeng-gi); arts and crafts findings, namely, pompoms; beard restraints for the food service industry; bows for the hair; hair curling pins; clam clips for hair; hair pieces; hair slides; hair elastics; hair ornaments in the form of combs; decorative articles for the hair in the form of combs; zippers for bags; hooks for corsets; zip fasteners; zipper pulls; shirt buttons; stud buttons; snap fasteners; fastenings for suspenders; slide fasteners being zippers; fasteners for dresses in the nature of hooks, snaps, zips; beads, other than for making jewellery; zipper fasteners; hook and loop fasteners; blouse fasteners in the nature of stud buttons; belt clasps; buttons; hooks for haberdashery; mica spangles; collar stays; novelty buttons; spangles for clothing; buttons for clothing; fastenings for clothing in the nature of hook, buttons and loop fasteners; strap buckles; hook and pile fastening tapes; artificial plants, other than Christmas trees; outdoor artificial foliage; artificial fruit; artificial topiaries; artificial flowers of textile; artificial flowers of plastics; artificial flowers of paper; artificial trees other than Christmas trees; human hair extensions; artificial vegetables; hair curling papers; hair coloring caps; false beards; false moustaches; shoe buckles; shoe eyelets; shoe laces; metal fasteners for shoes and boots; shoe trimmings, not of precious metal; shoe fasteners; shoe fasteners being hooks

The mark consists of the wording "PSVITA" in stylized font.

PRIORITY DATE OF 12-02-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1393438 DATED 12-16-2016, EXPIRES 12-16-2026

SER. NO. 79-228,626, FILED 12-16-2016

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,619,630**

**Registered Dec. 04, 2018**

**Int. Cl.: 14, 18, 21, 24, 25, 26**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku
Tokyo, JAPAN 108-0075

CLASS 14: Iridium; osmium; palladium; ruthenium; rhodium; processed or semi-processed precious metals; precious metals; precious metal alloys; ingots of precious metals; alloys of precious metal; gold; gold alloys; gold alloy ingots; gold ingots; silver; silver alloy ingots; silver ingots; platinum in the nature of metal; platinum alloy ingots; platinum ingots; silver, unwrought or beaten; precious metals, unwrought or semi-wrought; gold, unworked or semi-worked; diamond, unwrought; unwrought agate; gemstones; precious jewels; spinel in the nature of precious stones; diamonds; synthetic precious stones; semi-precious stones; precious stones; gems; jet, unwrought or semi-wrought; key rings with trinkets or fobs; key holders of precious metals; fancy key rings of precious metal; split rings of precious metal for keys; key chains as jewellery, trinkets or fobs; identity plates of precious metal; small jewellery boxes of precious metals; jewelry caskets of precious metal; jewel cases of precious metal; jewelry boxes of metal; presentation boxes for jewelry; jewelry boxes; wooden jewelry boxes; decorative boxes made of precious metal; boxes of precious metal; statues of precious metal and their alloys; busts of precious metal; figures of precious metal; statues of precious metal; works of art of precious metal; coins, namely, collectible and commemorative coins; commemorative medals; metal tokens for use in vending or game machines; copper tokens for wear as jewelry; earrings; cameos in the nature of jewelry; clip earrings; chains in the nature of jewelry; tie pins; tie clips; neck chains; necklaces in the nature of jewellery; bangles; bracelets in the nature of jewelry; jewelry brooches; pendants; medals; lockets in the nature of jewelry; lapel pins in the nature of jewelry; charms in precious metals or coated therewith, in the nature of jewelry; insignias of precious metal; tie clips of precious metal; ornamental pins made of precious metal; badges of precious metal; hat ornaments of precious metal; ornamental lapel pins; gold rings in the nature of jewelry; silver rings in the nature of jewelry; wedding bands; charms in the nature of jewelry; rings in the nature of jewelry; ear studs; ornamental pins; jewelry for the head; scarf clips being jewelry; pins being jewelry; jewelry hat pins; jewelry stickpins; jewelry chains; amulets in the nature of jewellery; jewel pendants; personal ornaments of precious metal in the nature of jewelry; ornaments of jet; jewelry ornaments; ornaments of precious metal in the nature of jewelry; clasps for jewelry; glass jewelry; jewelry of yellow amber; jewelry plated with precious metals; jewellery made of precious metals; jewelry made of gold; women's jewelry; paste jewellery; personal jewellery; jewelry; jewellery, including imitation jewellery and plastic jewellery; beads for making jewelry; imitation jewellery; watch bracelets; cufflinks; cufflinks of precious metal; cufflinks made of porcelain; emeralds; cabochons; olivine in the nature of gems; sapphires; opal; jade in the nature of jewellery; peridot; agate as jewellery; ruby; topaz; gold thread jewelry; spun silver as jewelry in the nature of silver wire; pearls in the nature of jewellery; ivory jewelry; cabochons for making jewelry; cut diamonds; chronometers; stopwatches; sports watches; watch and clock springs; dress watches; clocks incorporating radios; apparatus for timing sports events; pocket watches; watchstraps made of leather; watches made of precious metals or coated therewith; gold watches; watch straps of metal; watch straps of metal, leather or plastic; silver watches; chronometric instruments; horological instruments; cases for chronometric instruments; component parts for horological and chronometric instruments; atomic clocks; clocks; watches; watch glasses; watch springs;



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

pendulums for clock- and watchmaking; clock hands; watch hands; clock dials; watch clasps; watch crowns; watch bands; buckles for watchstraps; watch chains; clock cases being parts of clocks; watch pouches; cases adapted for holding watches; anchor escapements for clock- and watchmaking; barrels for clock- and watchmaking; clock housings; watch movements; presentation boxes for watches; cases for horological instruments; clockworks being parts of clocks; automatic watches; women's watches; small clocks; pendulum clocks; master clocks; diving watches; table clocks; wall clocks; clocks and watches, electric; watches containing an electronic game function; sundials; chronoscopes; dials for clock-and-watch- making; watch faces; jewelry watches; alarm clocks; watches for outdoor use; travel clocks; wristwatches; watches containing a game function; mechanical watches

CLASS 18: Slings for carrying infants; sling bags for carrying babies; sling bags for carrying infants; baby carriers worn on the body; back frames for carrying children; pouch baby carriers; backpacks for carrying babies; leather straps; leather twist, namely, twisted leather straps; leather thread; leather laces; all-purpose leather straps; leather board boxes; chin straps, of leather; gut for making sausages; bags, namely, envelopes, pouches of leather, for packaging; hat boxes of leather; boxes of leather or leather board; cases of imitation leather; gut for making food casings; artificial sausage skins; pouches, of leather, for packaging; leather cases; collars for pets; clothing for pets; collars for pets bearing medical information; dog shoes; dog collars; clothing for dogs; dog bellybands; coats for dogs; dog leads; dog leashes; bags for carrying animals; leggings for animals; costumes for animals; animal leashes; leather leads; collars for animals; coats for cats; collars for cats; fly masks for animals; harness for animals; covers for animals; equine boots; training leads for horses; attache cases; bum bags; waist pouches; wallets with card compartments; card cases for carrying business cards and credit cards; key cases; key pouches; rucksacks on casters; all-purpose carrying bags for campers; courier bags; clutch bags; gladstone bags; credit card cases; credit card wallets; carriers for suits, shirts and dresses; suitcases; suitcase handles; suit bags; suit carriers; bags for sports; duffle bags; daypacks; tote bags; knapsacks; tie cases; hiking bags; hiking rucksacks; all-purpose carrying bags; backpacks; barrel bags; handbags; beach bags; hipsacks; flight bags; briefcases; briefcases in the nature of leatherware; briefcase-type portfolios; schoolchildren's backpacks; rucksacks; overnight suitcases; attache cases made of leather; leather bags; leather cases for keys; leather credit card cases; shopping bags made of skin; leather suitcases; golf bag tags of leather; leather wallets; travelling cases of leather; garment bags for travel made of leather; leather handbags; leather briefcases; leather pouches; leather shoulder straps; leather shoulder belts; leather purses; leather shopping bags; travelling bags in the nature of leatherware; travelling bag sets in the nature of leatherware; music cases; purses of precious metal; wallets of precious metal; key cases of imitation leather; shoulder bags; shoulder straps; key bags; chain mesh purses; purses; purses not made of precious metal; billfolds; haversacks; banknote holders in the nature of leatherware; wheeled bags; wheeled shopping bags; wrist mounted carryall bags; wrist mounted purses; carry-on bags; hunting bags; game bags (hunting accessories); document cases; book bags; briefcases for documents; small clutch purses; small suitcases; small backpacks; coin purses; coin purses, not of precious metals; attache cases made of imitation leather; imitation leather bags; folding briefcases; handbags for men; small bags for men; school bags; school knapsacks; bags for climbers in the nature of all-purpose carrying bags; rucksacks for mountaineers; reusable shopping bags; string bags for shopping; reticules; handbags for ladies; textile shopping bags; carrying cases for documents; business card cases; net bags for shopping, namely, mesh shopping bags; travelling bags; luggage; travel baggage; luggage tags; duffle bags for travel; travelling trunks; garment bags for travel; shoe bags for travel; valises; pouches for holding make-up, keys and other personal items; unfitted vanity cases; vanity cases, not fitted; outdoor umbrellas; golf umbrellas; patio umbrellas; beach umbrellas; umbrellas; umbrella covers; umbrella frames; umbrella sticks; umbrella rings; umbrella handles; frames for umbrellas or parasols; umbrella or parasol ribs; umbrellas for children; rainproof parasols; telescopic umbrellas; parasols; covers for parasols; frames for umbrellas; bags for umbrellas; canes; walking sticks; walking cane handles; walking stick handles; walking stick seats; rattan canes; stirrups; horse tack, namely, stirrup leathers; parts of rubber for stirrups; horse tack, namely, head-stalls; muzzles; covers for horse saddles; fastenings for saddles; saddle trees; bridoons; reins; bits for animals for use with a harness; whips; pads for horse saddles; saddletrees; girths of leather; jockey sticks; cat o' nine tails; blinders for use with an animal harness; lunge reins; riding saddles; saddle covers; riding crops; horse halters; horse tack, namely, bridles; harness traces; horse collars; saddlery;

harness traces; harness straps; harness fittings of iron; harness fittings; saddlecloths for horses; knee-pads for horses; horse blankets; saddlery of leather; faux fur; moleskin in the nature of imitation of leather; semi-worked fur; fur

CLASS 21: Crystal beverage glassware; painted beverage glassware; appliances for removing make-up, electric; make-up removing appliances; corkscrews, electric and non-electric; bottle openers, electric and non-electric; bottle openers; tie presses; electric combs; toothbrushes, electric; electric hair combs; brushes, namely, bath brushes, floor brushes, hair brushes, pastry brushes, pet brushes; brush goods, namely, busting brushes, eyelash brushes; cleaning brushes for household use; electric brushes, except parts of machines, namely, electric face cleaning brushes, electric pet brushes, electric toothbrushes; electric hair brushes; cosmetic utensils, namely electric applicators for applying cosmetics to eyelashes; water apparatus for cleaning teeth and gums for home use; brushes for cleaning tanks and containers; polishing materials for making shiny, except preparations, paper and stone, namely, polishing cloths and gloves; gloves for household purposes; household gloves for cleaning purposes; kitchen utensils, namely, kitchen tongs, ice cream scoops, splatter screens; utensils for household purposes, namely, sieves, skimmers, spatulas; flasks; glass flasks in the nature of containers; glass bulbs as receptacles; glasses as beverage receptacles; refrigerating bottles, namely, insulated beverage bottles sold empty; boxes of glass; perfume bottles sold empty; majolica, namely, ceramic vases, vessels, bowls, plates and pots; ceramics for household purposes, namely, tissue box covers and coffee services; porcelain ware, namely, mugs and flower pots; earthenware, namely, saucepans, mugs and jars; kettles, non-electric; non-electric coffee drippers for brewing coffee; non-electric coffee percolators; coffee filters not of paper being part of non-electric coffee makers; stew-pans; steamer baskets; saucepans; pots; closures for pot lids, namely, tension closing devices for pot lids; coffee percolators, non-electric; butter pans; mess tin, namely, rice cooking canteens; frying pans; plates to prevent milk boiling over; kettles, non-electric; non-electric autoclaves for cooking; rice cooking pots, non-electric; food steamers, non-electric; cauldrons; woks; cooking pots; non-electric cooking steamers; non-electric griddles in the nature of cooking utensils; whistling kettles; coffee filters not of paper being part of non-electric coffee makers; earthenware saucepans; earthen pots; cooking pans, non-electric; deep fryers, non-electric; heaters for feeding bottles, non-electric; coffeepots, non-electric; pouring spouts for household use; pot lids; thermally insulated containers for food; thermal insulated containers for food or beverages; heat-insulated containers for household use; household containers of precious metal; containers for household or kitchen use; containers for household use; kitchen containers; mess-tins; hot pots, not electrically heated; cooking utensils, non-electric, namely, griddles and cooking spoons; candy boxes; plates for hors d'oeuvre; cocktail glasses; cups, not of precious metal; demitasse sets comprised of cups and saucers; fruit bowls of glass; glass dishes; glass carafes; glass bowls; Japanese style tea-serving pots (kyusu); drinking glasses; coffee cups; coffee mugs; drinking cups, not of precious metal; drinking vessels; salad bowls; sandwich boxes; champagne flutes; mugs; mugs, not of precious metal; shot glasses; soup bowls; tumblers for use as drinking glasses; cheese-dish covers; urns; kitchen urns, not of precious metal; tea cups; teapots; decanters; butter dishes; butter-dish covers; bread baskets, domestic; beer mugs; beer glasses; pilsner drinking glasses; tankards; plastic cups; lunch boxes made of plastic; snifters; dishes, namely, fruit cups; fruit bowls; margarita glasses; ramekins; liqueur sets consisting of beverage glassware; roasting dishes; wine glasses; drinking horns; Japanese style tea-serving pots of precious metal (kyusu); tea pots of precious metal; tankards of precious metal; boxes of precious metal for sweets; saucers made of precious metals; Japanese rice bowls of precious metal (chawan); lunch boxes made of metal; cardboard cups; boxes for sweetmeats; dishes; dish covers; disposable table plates; paper cups; paper plates; cups of paper or plastic; saucers; small jugs; serving dishes; dishware; table plates; jugs; coupes; shallow bowls; biodegradable cups; plates not of precious metal; Japanese rice bowls not of precious metal (chawan); tea caddies; teacups (yunomi); sake serving bottles (tokkuri); sake cups, not of precious metal; basins in the nature of receptacles; lunch boxes; vegetable dishes, namely, dishes for serving vegetables; cookie jars; whisky glasses; cream jugs; coffee services in the nature of tableware; coffee services of ceramic; tea services in the nature of tableware; fitted picnic baskets, including dishes; bowls; coffee services of precious metal; tea services of precious metal; bowls made of precious metal; coffee services of china; tableware, other than knives, forks and spoons, namely, coffee spoons; biodegradable bowls; baskets for domestic use; metal baskets for domestic use; epergnes; epergnes of precious metals; drinking bottles for sports; bread bins; hip flasks; heat-insulated containers for

beverages; non-electric portable coldboxes; reusable stainless steel water bottles sold empty; reusable plastic water bottles sold empty; food preserving jars of glass; thermal insulated bags for food or beverages; water bottles sold empty; isothermic bags for food or beverages; vacuum bottles; ice cream scoops; ice pails; oven mitts; cocktail shakers; mustard pots; kitchen mitts; camping grills; cookie cutters; cake domes; cake tins; non-electrical coffee grinders; coffee scoops; pepper pots; cooking strainers; mixing bowls; salad spinners; colanders; shaker bottles sold empty; potato ricers; rice paddles; cooking funnels; tart scoops; tea cosies; coasters, not of paper and other than table linen; non-electric tortilla presses; knife rests; napkin holders; napkin rings, not of precious metal; potholders; cork screws; cocktail stirrers; barbecue mitts; pie servers; pie tins; chopsticks; chopstick cases; honey dippers; crumb trays; bread boards; pizza peels; pizza stones; finger bowls; hand-operated cooking sieves; baking mats; spatulas as kitchen utensils; bulb basters; cutting boards; mixing cups; non-electric milk frothers; menu card holders; toothpicks; toothpick holders; cake rings; lemon squeezers; non-electric citrus juicers; wine aerators; wine openers; non-electric coolers for wine; wine buckets; waffle irons, non-electric; ice cube moulds; drinking straws; salt shakers; graters for household purposes; strainers for household purposes; dumpling moulds for household use; cheese graters for household purposes; fruit presses, non-electric, for household purposes; non-electric food mixers for household purposes; sieves for household purposes; blenders, non-electric, for household purposes; trays for domestic purposes, of paper; salt and pepper mills for domestic purposes, hand-operated; whisks, non-electric, for household purposes; trays for domestic purposes; confectioners' decorating bags; pastry cutters; pastry brushes; cake molds; rotary cheese graters; lazy susans; ice cube trays; ice cube molds; napkin holders of precious metal; napkin rings of precious metal; cruets of precious metal; toothpick holders of precious metal; salt shakers of precious metal; sugar bowls of precious metal; cruet stands made of precious metals; egg cups of precious metal; tea infusers of precious metal; tea infusers not of precious metal; tea balls; cooking skewers; spice racks; sugar bowls; tableware scoops; serving scoops as household or kitchen utensil; hand-operated coffee grinders; pepper mills, hand-operated; hand operated sushi makers; salt mills, hand operated; noodle machines, hand-operated; grills in the nature of cooking utensils; parts of grills in the nature of cooking utensils, namely, gridiron supports; knife rests for the table; salt cellars; trivets as table utensils; vinegar cruets; dish drainers; graters for kitchen use; kitchen grinders, non-electric; cutting boards for the kitchen; cooking graters; siphon bottles for carbonated water; tea strainers; cooking pins of metal, namely, rolling pins for cooking; cooking skewers of metal; cookery molds; rice cookers for use in microwave ovens; cooking pots for use in microwave ovens; non-electric meat grinders; dripping pans; basting spoons, for kitchen use; basting brushes; ice buckets; fitted liners for ice buckets; vessels of metal for making ices and iced drinks; ice scoops as barware; knife blocks; whisks, non-electric; egg beaters, non-electric; cabarets in the nature of trays; rolling pins, domestic; cruets not of precious metal; cruet stands; cruet sets for oil and vinegar; cruet stands for oil and vinegar; egg separators; non-electric egg beaters; egg cups; food basters; coolers, namely, ice pails; buckets; pails; buckets made of woven fabrics; diaper pails; trash cans; grill scrapers as cleaning articles; garbage pails; garbage cans; dustbins; saucepan scourers of metal; carpet sweepers, non-electric; carpet rakes; steel wool; cleaning brushes for sports equipment; waste baskets; dust-pans; polishing leather; toilet brushes; toilet plungers; dusters; crumb-sweepers; brooms; mops; mop heads; mop wringer buckets; lamp-glass brushes; lint rollers; apparatus for wax-polishing, non-electric, namely, floor polish applicators; feather-dusters; furniture dusters; waste bins for household use; polishing apparatus and machines, for household purposes, non-electric, namely, tooth polishing apparatus; non-metal recycling bins for household use; drying racks for washing; cloths for cleaning; dishwashing brushes; baskets for waste paper litters; waste paper baskets; polishing gloves; dust gloves; carpet beaters, hand instruments; cleaning instruments, hand-operated, namely, sponges, rags and cloths; cloth for washing floors; dusting cloths; steel wool for cleaning; skins of chamois for cleaning; pads for cleaning; pads of metal for cleaning; cleaning cloth; buckskin for cleaning; car washing mitts; cleaning pads; scrubbing brushes; clothes-pegs; washing brushes; washing boards; drying racks for laundry; washtubs; wash basins in the nature of bowls, not parts of sanitary installations; dusting apparatus, non-electric, namely, dusting cloths, dust bins and dust gloves; abrasive pads for kitchen purposes; drying boards for washed, starched and then stretched pieces of kimono (hari-ita); plungers for clearing blocked drains; clothes racks, for drying; clothes drying hangers; scouring sponges; scouring pads; sponge holders; loofahs for household purposes; sponges for household purposes; window boxes; window-boxes; watering cans; roses for watering cans; nozzles for watering cans; nozzles for sprinkler hose;

sprinklers for watering flowers and plants; grass and lawn sprinklers; nozzles for watering hose; watering devices, namely, watering pots; porcelain flower pots; indoor terrariums for plants; flower pots; saucers for flower pots; flower-pot covers, not of paper; dog food scoops; bird cages for domestic birds; cages for household pets; litter trays for pets; brushes for pets; toothbrushes for pets; animal activated livestock feeders; animal activated livestock waterers; feeding vessels for pets; non-mechanized pet waterers in the nature of portable water and fluid dispensers for pets; bird cages; bird baths, being bowls for birds to bathe in; nest eggs, artificial; birdcages; perches for bird cages; litter boxes in the nature of trays for pets; combs for animals; currycombs; horse brushes; chamber pots; soap dispensers; napkin dispensers for household use; dispensers for liquid soap for household purposes; bootjacks; boxes for dispensing paper towels; water tanks for live fish; aquarium covers; aquarium hoods; aquarium ornaments of porcelain, glass, ceramics, earthenware and terracotta; glass bowls for live goldfish; indoor aquaria; toilet paper dispensers; toilet paper holders; powder compacts sold empty; combs; comb cases; soap holders; soap boxes; nail brushes; shaving brushes; holders for shaving brushes; shaving brush stands; hair brushes; sponges for applying body powder; eyebrow brushes; make-up sponges; powder puffs; make-up brushes; cosmetic spatulas; appliances for removing make-up, non-electric; exfoliating pads; exfoliating mitts; powder compacts of precious metal, sold empty; combs for back-combing hair; fitted vanity cases; lip brushes; perfume sprayers, empty; interdental brushes for cleaning the teeth; toothbrushes, non-electric; toothbrush cases; scalp scratchers; deodorising apparatus for personal use, namely, bath brushes; large-toothed combs for the hair; abrasive sponges for scrubbing the skin; wall soap dishes; bath sponges; shoe trees, namely, stretchers; boot trees, namely, stretchers; shoe stretchers; shoe horns; shoe shine cloths; shoe brushes; wax-polishing appliances, non-electric, for shoes; brushes for footwear; portable pots and pans for camping; portable cooking kits for outdoor use

CLASS 24: Esparto fabric; gauze cloth; fibreglass fabrics for textile use; calico; crepe fabric; crepon; corduroy fabrics; elastic yarn mixed fabrics; chenille fabric; zephyr cloth; diapered linen fabric; taffeta cloth; canvas for tapestry or embroidery; damask; cheese cloth; cheviots cloth; dimity; denim fabric; drugget fabric; trellis cloth; pile fabrics; velvet; fustian; flannel fabric; frieze cloth; bolting cloth; brocades; marabouts cloth; mesh-woven fabrics; moleskin fabric; traced cloths for embroidery; ramie fabric; tick linen; rayon fabric; flax fabrics; linen cloth; flannel for making sanitary pads; jute fabric; chemical fiber fabrics; bunting fabric; metal fiber fabrics; silk fabrics; hand spun silk fabrics; spun silk fabrics; silk-cotton mixed fabrics; silk-wool mixed fabrics; synthetic fiber fabrics; chemical fiber base mixed fabrics; silk base mixed fabrics; mixed fiber fabrics; hemp base mixed fabrics; cotton base mixed fabrics; wool base mixed fabrics; regenerated fiber yarn fabrics; narrow woven fabrics; paper yarn fabrics for textile use; fiberglass fabrics for textile use; true hemp fabrics; elastic woven fabric; printed calico cloth; silk fabrics for printing patterns; semi-synthetic fiber fabrics; elastic fabrics for clothing; fabric for hat linings, of textile, in the piece; woollen fabric; hemp-silk mixed fabrics; hemp yarn fabrics; hemp cloth; hemp-cotton mixed fabrics; hemp-wool mixed fabrics; inorganic fiber mixed fabrics; cotton fabrics; woollen cloth; haircloth, namely, sackcloth; wool-cotton mixed fabrics; tulle; waste cotton fabrics; worsted fabrics; woven fabrics; curtains and towels of textile material; textile fabrics for lingerie; lingerie fabric; furnishing fabrics; lining fabric for shoes; precut fabrics for needlecraft; upholstery fabrics; textile fabric of animal skins imitations; heat-activated adhesive fabrics; adhesive fabric for application by heat; textile used as lining for clothing; fabrics for textile use; fabric of imitation animal skins; cloth with raised nap; fabric for footwear; textile used as clothing linings; cloth for tatami mat edging ribbons; jersey fabric; knitted fabrics; knitted fabrics of chemical-fiber yarn; knitted fabrics of silk yarn; jersey fabrics for clothing; knitted fabric; knitted fabrics of cotton yarn; knitted fabrics of wool yarn; felt; press felt; woven felt; non-woven textile fabrics; towels of textile; terry towels; bath towels; handkerchiefs; beach towels; washcloths; face towels made of textile materials; children's towels; hand towels; handkerchiefs of textile; face towels of textile; hand-towels made of textile fabrics; large bath towels; bath linen, except clothing; household linen; afghans; woollen blankets; covers for cushions; bed sheets of textile; bed sheets of towel; bed quilts of towel; tricot quilts; lap rugs; lap blankets; bed sheets of plastic, not being incontinence sheets; textile bed pads; bed linen; bed clothes, namely, bed sheets and blankets; bed blankets; contour sheets; contoured mattress covers; pillowcases; mattress covers; covers for mattresses; eiderdowns, namely, down coverlets; duvet covers; mosquito nets; quilts; quilt covers; blanket throws; silk bed blankets; silk blankets; insecticide-treated mosquito nets; children's blankets; cot sheets;

throws; quilts of textile; sleeping bags in the nature of sheeting; pillow shams; diaper changing cloths for babies; bed sheets; pillow cases; blankets for outdoor use; crib sheets; travelling rugs, namely, lap robes; travelling blankets; coasters as table linen; tablemats, not of paper; lace table mats not made of paper; coasters of textile; table napkins of textile; individual place mats made of textile; place mats of textile material; place mats, not of paper; table linen of textile; table linen, not of paper; glass cloths being towels; dish towels for drying; shower curtains; shower curtains of textile or plastic; towelling coverlets; tapestry, of textile; tablecloths, not of paper; draperies, namely, thick drop curtains; drapery; vinyl curtains; curtains of plastic; furniture coverings made of plastic materials; bed covers; bed skirts; bed throws; unfitted loose covers of textile or plastic for furniture; unfitted fabric slipcovers for furniture; unfitted furniture coverings of plastic; unfitted furniture coverings of textile; bed covers of paper; curtains of textile; curtain holders of textile material; curtain loops of textile material; tapestries of textile; table cloth of textile; curtains made of textile fabrics; small curtains made of textile materials; fabric table runners; wall hangings of textile; curtains of textile or plastic; table runners not of paper; door curtains; fabric bed valances; fabric valances; net curtains; labels of textile for bar codes; labels of cloth; printed textile labels; textile labels; labels of textile for identifying clothing

CLASS 25: Jerseys as clothing; pinafore dresses; evening coats; evening dresses; wedding dresses; warm-up suits; overalls; overcoats; over-trousers; cargo pants; cardigans; cuffs; kilts; coats; golf shirts; golf trousers; saris; sarongs; jerkins; jackets as clothing; shirt-jacs; shirt fronts; shirt yokes; jumper dresses; jump suits; chemisettes; jogging suits; jogging pants; sweatshirts; sweatsuits; trousers for sweating; sweatpants; suits; suede jackets; skirts; skirt suits; ski pants; skorts; snow suits; snowboard jackets; sports jackets; sport shirts; sports vests; trousers; smoking jackets; smocks; slacks; sweaters; sailor suits; down jackets; tuxedos; dust coats; duffel coats; chasubles; tennis wear; topcoats; track suits; dresses; dress shirts; dress suits; trench coats; knit jackets; polo knit tops; parkas; bermuda shorts; pea coats; pique shirts; blouses; pullovers; blousons; blazers; vests; pelisses; boleros; polo shirts; ponchos; morning coats; raincoats; rain suits; leisure suits; long jackets; shirts for suits; rainwear; rain trousers; open-necked shirts; suits of leather; leather trousers; dresses made from skins; light-reflecting coats; light-reflecting jackets; heavy jackets; detachable collars; coats for women; women's suits; men's suits; long sleeve pullovers; long sleeved vests; fishing vests; winter coats; breeches for wear; sports shirts with short sleeves; wind vests; waterproof jackets; waterproof pants; coats made of cotton; infants' trousers; gowns; camisoles; short sets as clothing; shorts; slipovers; tank tops; tee-shirts; tops as clothing; knit shirts; bustiers; bottoms as clothing; leotards; shirts; beach clothes, namely, beach coverups; short-sleeved shirts; undershirts; girdles; corselets; g-strings; chemises; short petticoats; strapless bras; underpants; dress shields; dressing gowns; nightgowns; knitted underwear; negligees; pajamas; panties; brassieres; petticoats; boxer shorts; boxer briefs; underclothing; sweat absorbent underclothing; women's underwear; bathing costumes for women; nightwear; swimming costumes; woollen tights; tights; sleep masks; ascots; woollen socks; aprons as clothing; motorcycle gloves; gaiters; sashes for wear; shawls; scarfs; stoles; socks; neckties; neckerchieves; pantyhose; maniples; mufflers; mittens; leg warmers; sweat absorbent socks; ear muffs; gloves as clothing; Japanese style socks (tabi); ankle socks; men's socks; bow ties; fur stoles; fur muffs; golf caps; headgear, namely, headwear; hoods; garters; braces for clothing, namely, suspenders; waistbands; belts for clothing; footwear; ankle boots; overshoes; heels; galoshes; rubber shoes; sneakers; snow boots; deck-shoes; half-boots; hiking shoes; ballet shoes; ballet slippers; beach shoes; boots; moccasins; leisure shoes; rain boots; training shoes; leather shoes; inner soles; shoe soles; work boots; ladies' boots; anglers' shoes; women's shoes; lace boots; winter boots; canvas shoes; infants' boots; tips for footwear; welts for footwear; sandals; mules; slippers; slipper soles; Japanese style sandals of felt; leather slippers; Japanese style sandals of leather; toe straps for Japanese style wooden clogs; masquerade costumes; anoraks; sports overuniforms; golf shoes; cycling shoes; soccer boots; ski suits for competition; ski boots; ski gloves; snowboard boots; snowboard gloves; tennis shoes; trekking boots; basketball sneakers; volleyball shoes; handball shoes; bib shorts; football shoes; studs for football boots; headbands for clothing; bowling shoes; hockey shoes; wind-jackets; rugby shoes; sport stockings; karate suits; gymnastic shoes; mountaineering boots; head sweatbands; baseball uniforms; footwear for track and field athletics; horse-riding boots; wetsuits for waterskiing; waterskiing suits

CLASS 26: Shuttles for making fishing nets; needles for wool combing machines; hair

curlers, other than hand implements; sewing kits; darning needles; crochet hooks; bodkins; marking pins; sewing machine needles; sewing needles with an oval eye; lacing needles; shoemakers' needles; embroidery needles; hand-knitting needles; tatami needles; needles; entomological pins; binding needles; saddlers' needles; canvas needles; knitting needles; sewing needles; rug hooks; haberdashery, except thread, namely, appliques; corset busks; whalebones for corsets; eyelets for clothing; ribbons as haberdashery; ribbons of textile materials; decorative ribbons; elastic ribbons of textile; ribbons of textile for packaging and for wrapping; jacquard lace; lace, except embroidery lace; frills as lacework for attachment to clothing; lace for edgings; festoons in the nature of embroidery; gold embroidery; silver embroidery; embroidery; frills for clothing; chenille, namely, passementerie; skirt flounces; tinsels as trimmings for clothing; false hems for clothing; picot as lace; lace trimmings; cords for rimming, for clothing; twisted cords for rimming clothing; passementerie; tassels as haberdashery; edgings for clothing; fringes; braids; woollen laces; darning lasts; needle cases of precious metal; boxes of precious metal for needles; sewing boxes; sewing thimbles; bobbins for retaining embroidery floss or wool, not parts of machines; pin cushions; needle cases; boxes for needles; boxes, not of precious metal, for needles; cases adapted to hold knitting needles; artificial garlands; artificial flowers; trouser clips for cyclists; expanding bands for holding sleeves; reins for guiding children; armbands for holding sleeves; arm bands as clothing accessories; appliques as haberdashery; artificial corsages; scarf clips not being jewelry; buckles as clothing accessories; pins, other than jewellery, namely, sewing pins, hair pins and safety pins; brooches as clothing accessories; belt buckles; bonnet pins not of precious metal; monogram tabs for marking linen; ornamental adhesive patches for jackets; clothing buckles; ornamental novelty badges for wear, not of precious metal; rosettes as haberdashery; brooches for clothing; belt buckles of precious metal for clothing; buckles of precious metal as clothing accessories; prize ribbons; heat adhesive patches for repairing textile articles; heat adhesive patches for decoration of textile articles in the nature of haberdashery; ornamental novelty badges, namely, buttons; artificial blossoms for attachment to clothing; ostrich feathers as clothing accessories; feathers as clothing accessories; birds' feathers as clothing accessories; hat ornaments, not of precious metal; brassards; false hair; oriental hair pins; hair ornaments in the form of combs; rubber bands for hair; toupees, namely, false hair; hair buckles; hair extensions; hair grips; hair scrunchies; hair nets; hair bands; hair pins; ponytail holders and hair ribbons; bobby pins; pigtail ribbons for Korean hair style (daeng-gi); top-knots as arts and craft findings, namely, pompoms; beard restraints for the food service industry; bows for the hair; hair curling pins; claw clips for hair; hair pieces; hair slides; hair elastics; hair ornaments; decorative articles for the hair, namely, hair bows; zippers for bags; hooks for corsets; zip fasteners; zipper pulls; shirt buttons; stud buttons; snap fasteners; fastenings for suspenders; slide fasteners, namely, zippers; dress body fasteners, namely, hooks; beads, other than for making jewellery; zipper fasteners; hook and loop fasteners; blouse fasteners, namely, buttons; belt clasps; buttons; hooks as haberdashery; mica spangles; collar supports, namely, collar stays; novelty buttons; spangles for clothing; buttons for clothing; fastenings for clothing, namely, buttons and hooks; hook and pile fastening tapes; artificial plants; outdoor artificial foliage; artificial fruit; artificial topiaries; artificial flowers of textile; artificial flowers of plastics; artificial flowers of paper; artificial trees other than Christmas trees; human hair; artificial vegetables; hair curling papers; hair coloring caps; false beards; false moustaches; shoe buckles; shoe eyelets; shoe laces; metal fasteners for shoes and boots; shoe ornaments, not of precious metal; shoe fasteners; shoe hooks for fastening shoes

The mark consists of the stylized wording "PS4".

PRIORITY DATE OF 12-02-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1382555 DATED 12-16-2016, EXPIRES 12-16-2026

SER. NO. 79-224,108, FILED 12-16-2016

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PS VITA

**Reg. No. 4,741,506**

**Registered May 26, 2015**

**Int. Cls.: 9, 16, 28, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

KABUSHIKI KAISHA SONY COMPUTER ENTERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT INC.
1-7-1 KONAN, MINATO-KU
TOKYO, JAPAN

FOR: OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, MICROSCOPES, TELESCOPES; BATTERIES FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; STRAPS FOR MOBILE PHONES; HEAD CLEANING TAPES FOR VIDEO TAPE RECORDERS; HEAD CLEANING TAPES FOR VIDEO RECORDER; OPTICAL PICKUP LENS CLEANING DISCS; CLEANING DISCS FOR DVD; DIGITAL CAMERAS; HEADPHONES; EARPHONES; MICROPHONES; CONSUMER ELECTRONIC PRODUCTS, NAMELY, AUDIO AMPLIFIERS, AUDIO SPEAKERS, AUDIO RECEIVERS, ELECTRICAL AUDIO AND SPEAKER CABLES AND CONNECTORS, AUDIO DECODERS, VIDEO DECODERS, POWER CONVERSION DEVICES, POWER CONVERTERS AND POWER INVERTERS; HOME THEATER SYSTEMS COMPRISING TELEVISION RECEIVERS, DVD PLAYERS, AUDIO AMPLIFIERS AND AUDIO SPEAKERS; MOBILE COMPUTER TERMINAL; REMOTE CONTROLLERS FOR MOBILE COMPUTER TERMINALS; HEADPHONES FOR MOBILE COMPUTER TERMINALS; MOUSE FOR MOBILE COMPUTER TERMINALS; KEYBOARDS FOR MOBILE COMPUTER TERMINALS; BATTERIES FOR MOBILE COMPUTER TERMINALS; EARPHONES FOR MOBILE COMPUTER TERMINALS; MICROPHONES FOR MOBILE COMPUTER TERMINALS; MEMORY CARDS FOR MOBILE COMPUTER TERMINALS; HANDSET CRADLES FOR MOBILE COMPUTER TERMINALS; DOWNLOADABLE COMPUTER GAME PROGRAMS VIA MOBILE COMPUTER TERMINALS; DOWNLOADABLE COMPUTER GAME PROGRAMS VIA MOBILE COMPUTER TERMINALS; COMPUTER GAME PROGRAMS FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; KEYBOARDS FOR COMPUTERS; OPTICAL MOUSE; CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; COMPUTER GAME PROGRAMS FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; COMPUTER GAME PROGRAMS FOR HANDHELD GAMES WITH LIQUID CRYSTAL DISPLAYS; GAME CONTROLLERS FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; HEADPHONES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; MOUSE FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR. KEYBOARDS FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; BATTERIES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; EARPHONES FOR

**Reg. No. 4,741,506**   CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; MICROPHONES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; MEMORY CARDS FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; HANDSET CRADLES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; PHONOGRAPH RECORDS FEATURING MUSIC; DOWNLOADABLE MUSIC FILES VIA THE INTERNET; EXPOSED CINEMATOGRAPHIC FILMS; ELECTRONIC PUBLICATIONS, NAMELY, BOOKS, MAGAZINES AND MANUALS FEATURING VIDEO GAME, MUSIC AND DRAMAS RECORDED ON COMPUTER MEDIA; MOUSE EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; KEYBOARDS EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; MEMORY CARDS EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; HEADPHONES EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; EARPHONES EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; MICROPHONES EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; MOUNTS CONNECTABLE TO AC ADAPTERS AND D-TERMINAL CABLES EXCLUSIVELY FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; MOUNTS EXCLUSIVELY FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; BLUEPRINTING MACHINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: ADDRESSING MACHINES; ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES; PHOTOGRAPHIC ALBUMS; SCRAPBOOK ALBUMS; BALL-POINT PENS; BOOKMARKERS; BOOKS IN THE FIELD OF MUSIC, VIDEO-GAMES AND CINEMAS; CALENDARS; STATIONERY IN THE NATURE OF GREETING CARDS; CRAYONS; DIARIES; ELECTRIC PENCIL SHARPENERS; ELECTRIC STAPLERS FOR OFFICES; FELT WRITING PENS; GEOGRAPHICAL MAPS; HAND TOWELS OF PAPER; HANDKERCHIEFS OF PAPER; HYGIENIC PAPER; INKING RIBBONS COMPUTER GAME INSTRUCTION MANUALS; MAGAZINES IN THE FIELD OF VIDEO GAME, MUSIC AND CINEMAS; MECHANICAL PENCILS; MEMO PADS CONTAINING ADHESIVE ON ONE SIDE OF THE SHEETS FOR ATTACHMENT TO SURFACES; NEWSLETTERS IN THE FIELD OF COMPUTER GAMES, MUSIC AND VIDEOS; NEWSPAPERS; NOTE BOOKS; PEN CASES; PENCILS; PHOTOGRAPH STANDS; PHOTOGRAPHS; PICTURE POSTCARDS; POCKET MEMORANDUM BOOKS; PRINTING PAPER; TOILET PAPER; FILTER PAPER; POSTCARD PAPER; RUBBER ERASERS; DRAWING OR DRAFTING RULERS FOR STATIONERY AND OFFICE USE; STATIONERY SEALS; SKETCHBOOKS; INSTRUCTIONAL SPECIFICATION MANUALS FOR VIDEO GAME PROGRAMS; STANDS FOR PENS AND PENCILS; STAPLING PRESSES, NON-ELECTRIC; STATIONERY STICKERS; STRATEGIC INSTRUCTIONAL MANUALS FOR VIDEO GAMES; TABLE NAPKINS OF PAPER; TOWELS OF PAPER; WRITING PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: AMUSEMENT MACHINES FOR USE IN AMUSEMENT PARKS OTHER THAN ARCADE VIDEO GAME MACHINES; HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; CARDS FOR TRADING CARD GAMES; ASTRONAUT-SHAPED TOY ACTION FIGURES; RADIO CONTROLLED TOY PARTS, NAMELY, RADIO CONTROL RECEIVERS AND TRANSMITTERS AND MOTOR CONTROLLERS FOR MODEL TOYS; TOY MODEL ROCKETS; MODEL TOY VEHICLES; TOY ACTION FIGURES; MOLDED TOY FIGURES; DOLLS; DICE GAMES; CHESS GAMES; DOMINOES; PLAYING CARDS; TRADING CARD GAMES; GAME CARDS; GAME EQUIPMENT SET SOLD AS A UNIT COMPRISED PRIMARILY OF A PLAYING BOARD AND PLAYING CARDS AND ALSO INCLUDING RULES OF PLAY, DRY ERASE BOARDS AND ERASERS, MARKERS, A TIMER AND T-SHIRTS; ARCHERY BOWS; BASEBALL GLOVES; BOWLING BAGS; BOXING GLOVES; CHEST EXPANDERS; GOLF BAGS; GOLF BALL MARKERS; GOLF CLUBS; GOLF TEES; GUTS FOR RACKETS FOR TENNIS OR BADMINTON; PARAGLIDERS; RACKET CASES FOR TENNIS OR BADMINTON; RACKETS FOR TENNIS OR BADMINTON; ROLLER SKATES; SKI BINDINGS; SKI CASES; SURF BOARDS; WATERSKIS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**Reg. No. 4,741,506**   FOR: AMUSEMENT PARK AND THEME PARK SERVICES; ARRANGING AND CONDUCT-ING OF CONCERTS; ARRANGING AND CONDUCTING OF SEMINARS IN THE FIELD OF COMPUTER GAMES; ARRANGING AND CONDUCTING OF WORKSHOPS FOR TRAINING IN THE FIELD OF VIDEO GAMES AND COMPUTER GAMES SOFTWARE; BOOKING OF SEATS FOR SHOWS; BOOKING OF THEATRE TICKETS; PRESENTATION OF CINEMA, NAMELY, PROVIDING MOVIE THEATERS AND CINEMA THEATERS; CONDUCTING SEMINARS IN THE FIELD OF VIDEO GAMES; GAME SERVICES PROVIDED ON-LINE FROM A COMPUTER NETWORK, NAMELY, PROVIDING AN ON-LINE COMPUTER GAME; INFORMATION RELATING TO ENTERTAINMENT AND EDUCATION, PROVIDED ON-LINE FROM A COMPUTER DATABASE OR THE INTERNET; MOBILE LIBRARY SERVICES; ONLINE ELECTRONIC PUBLISHING OF BOOKS AND PERIODICALS; ORGANIZATION OF VIDEO GAMES; ORGANIZATION OF COMPETITIONS OF VIDEO GAMES; PLANNING OR ARRANGEMENT OF SHOWING MOVIES, SHOWS, PLAYS OR MUSICAL PERFORM-ANCES; PRODUCTION OF RADIO OR TELEVISION PROGRAMS; PRODUCTION OF SOUND AND IMAGE RECORDINGS ON SOUND AND IMAGE CARRIERS; GAME SERVICES PROVIDED ON-LINE FROM A COMPUTER NETWORK, NAMELY, PROVIDING AN ON-LINE COMPUTER GAME; PROVISION OF NON-DOWNLOADABLE FILMS, MOVIES AND TELEVISION PROGRAMS VIA AN ONLINE VIDEO-ON-DEMAND SERVICE; PUBLICATION OF BOOKS, OF MAGAZINES, OF JOURNALS, OF NEWSPAPERS, OF PERIODICALS, OF CATALOGS, OF BROCHURES; PUBLICATION OF ELECTRONIC NEWSPAPERS ACCESS-IBLE VIA A GLOBAL COMPUTER NETWORK; REFERENCE LIBRARIES OF LITERATURE AND DOCUMENTARY RECORDS; RENTAL OF CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; RENTAL OF MOTION PICTURES; TELEVISION ENTERTAINMENT, NAMELY, PRODUCTION AND DISTRIBUTION OF ONGOING TELEVISION PROGRAMS IN THE FIELD TELEVISION NEWS SHOWS, OPERAS, TELEVISION SHOWS, PLAYS; TICKET RESERVATION AND BOOKING SERVICES FOR ENTERTAINMENT, SPORTING AND CULTURAL EVENTS; VIDEO RECORDING SERVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE COMPUTER GAMES; PROVIDING GAME SERVICES FOR ENABLING TEMPORARY USE OF GAME PROGRAMS TRANSMITTED BY ACCESSING NETWORKS AND TO PLAY REPEATEDLY UNTIL POWER SUPPLY DISCONNECTION OF CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; PROVIDING INFORM-ATION ABOUT RENTAL OF ELECTRONIC MAGAZINES AND OTHER ELECTRONIC PUBLICATIONS; RENTAL OF MEMORY MEDIUM RECORDED GAME PROGRAMS FOR VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MON-ITOR AND ELECTRONIC GAME MACHINES WITH LIQUID CRYSTAL DISPLAY; RENTAL OF TOYS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: COMPUTER RENTAL; COMPUTER SOFTWARE DESIGN; COMPUTER PROGRAM-MING; MAINTENANCE OF COMPUTER SOFTWARE; COMPUTER SOFTWARE DESIGN, COMPUTER PROGRAMMING OR MAINTENANCE OF COMPUTER SOFTWARE FOR AMUSEMENT APPARATUS ADAPTED FOR USE WITH TELEVISION RECEIVERS ONLY; CREATING OR MAINTAINING OF WEBSITES FOR OTHERS; DATA CONVERSION FROM PHYSICAL TO ELECTRONIC MEDIA; DATA CONVERSION OF COMPUTER PROGRAMS AND DATA, NOT PHYSICAL CONVERSION; DESIGNING OF MACHINES, APPARATUS AND INSTRUMENTS OR SYSTEMS COMPOSED OF SUCH MACHINES, APPARATUS AND INSTRUMENTS; DESIGNING OF CONSUMER VIDEO GAME CONSOLES ADOPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; DUPLICATION OF COM-PUTER PROGRAMS; INSTALLATION OF COMPUTER SOFTWARE; PROVIDING TEMPOR-ARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR USE IN DATABASE MANAGEMENT, FOR USE AS A SPREADSHEET, AND FOR WORD PROCESSING; PROVIDING INFORMATION ABOUT COMPUTER SOFTWARE DESIGN, COMPUTER PROGRAMMING, OR MAINTENANCE OF COMPUTER SOFTWARE FOR DEFENDING SYSTEM FROM UNLAWFUL COMPUTER ACCESS AND FOR PROTECTING SECURITY OF COMPUTER NETWORKS; RENTAL OF COMPUTER PROGRAMS; RENTAL OF CD-ROMS FEATURING PROGRAMS FOR COMPUTER SYSTEM SECURITY OF VIDEO GAME CONSOLES ADOPTED FOR USE WITH TELEVISION FOR PERSONAL USE; RENTAL OF

**Reg. No. 4,741,506** SPACE IN A COMPUTER CO-LOCATION FACILITY FOR CONTAINERIZED DATA CENTERS OF OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

PRIORITY CLAIMED UNDER SEC. 44(D) ON INDIA APPLICATION NO. 2141771, FILED 5-9-2011.

OWNER OF AUSTRALIA REG. NO. 1429215, DATED 6-3-2011, EXPIRES 6-3-2021.

OWNER OF U.S. REG. NOS. 1,975,267, 3,087,016 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED LETTERING "PSVITA".

SER. NO. 85-338,282, FILED 6-5-2011.

ANNE FARRELL, EXAMINING ATTORNEY

<div style="border:1px solid black">

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,017,554**

**Registered Aug. 30, 2011**

**Int. Cls.: 9, 16, 28, 35, 38, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



David J. Kappos

Director of the United States Patent and Trademark Office

KABUSHIKI KAISHA SONY COMPUTER ENTERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT INC.

2-6-21, MINAMI-AOYAMA, MINATO-KU

TOKYO, JAPAN 107-0062

FOR: OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, MICROSCOPES, TELE-SCOPES, SURVEILLANCE AND SECURITY CAMERAS AND APPARATUS, NAMELY, SECURITY ALARM CONTROLLERS AND ELECTRIC AND ELECTRONIC VIDEO SURVEIL-LANCE INSTALLATIONS; BATTERIES FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; STRAPS FOR MOBILE PHONES; HEAD CLEANING TAPES FOR VIDEO TAPE RECORDERS; HEAD CLEANING TAPES FOR AUDIO RECORDER OR VIDEO RECORDER; OPTICAL PICKUP LENS CLEANING DISCS; CHARGER CRADLES FOR RECHARGING BATTERIES AND CONNECTING TO CONSUMER VIDEO GAME CONSOLES AND HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; HEAD CLEANING DISCS FOR CD, DVD OR OTHER OPTICAL DISC PLAYERS; DIGITAL CAMERAS; DOCKING/CHARGING CRADLES FOR THE WIRELESS RECEIPT AND/OR TRANSMISSION OF DATA; HEAD-PHONES; EARPHONES; MICROPHONES; CONSUMER ELECTRONIC PRODUCTS, NAMELY, AUDIO AMPLIFIERS, AUDIO SPEAKERS, AUDIO RECEIVERS, ELECTRICAL AUDIO AND SPEAKER CABLES AND CONNECTORS, AUDIO DECODERS, VIDEO DECODERS, SPEAKERS, POWER CONVERSION DEVICES, POWER CONVERTERS, AND POWER IN-VERTERS; HOME THEATER SYSTEMS COMPRISING TELEVISION RECEIVERS, DVD PLAYERS, AUDIO AMPLIFIERS AND AUDIO SPEAKERS; MOBILE COMPUTER TERMIN-ALS AND THEIR PARTS AND ACCESSORIES, NAMELY, CONTROLLERS, HEADPHONES, COMPUTER MOUSE, KEYBOARDS, BATTERIES AND EARPHONES FOR MOBILE COM-PUTER TERMINALS; CONTROLLERS FOR MOBILE COMPUTER TERMINALS; HEAD-PHONES FOR MOBILE COMPUTER TERMINALS; MOUSE FOR MOBILE COMPUTER TERMINALS; KEYBOARDS FOR MOBILE COMPUTER TERMINALS; BATTERIES FOR MOBILE COMPUTER TERMINALS; EARPHONES FOR MOBILE COMPUTER TERMINALS; MICROPHONES FOR MOBILE COMPUTER TERMINALS; MEMORY CARDS FOR MOBILE COMPUTER TERMINALS; HANDSET CRADLES FOR MOBILE COMPUTER TERMINALS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS AND COMPUTER GAME PROGRAMS VIA MOBILE COMPUTER TERMINALS; COMPUTER GAME PROGRAMS FOR MOBILE PHONES; COMPUTER KEYBOARDS; OPTICAL COMPUTER MOUSE; CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; PARTS AND ACCESSORIES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, NAMELY, CONTROLLERS, HEAD-PHONES, MOUSE, KEYBOARDS, BATTERIES AND EARPHONES FOR MOBILE COMPUTER

**Reg. No. 4,017,554**   TERMINALS; COMPUTER GAME PROGRAMS FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; COMPUTER GAME PROGRAMS FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; GAME CONTROLLERS FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERN-AL DISPLAY SCREEN OR MONITOR; HEADPHONES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; MOUSE FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; KEYBOARDS FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; BATTERIES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MON-ITOR; EARPHONES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EX-TERNAL DISPLAY SCREEN OR MONITOR; MICROPHONES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; MEMORY CARDS FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EX-TERNAL DISPLAY SCREEN OR MONITOR; ELECTRICAL MOUNTING CRADLES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; AUDIO AND VISUAL CABLES FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; AC ADAPTORS FOR CONSUMER VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; PHONOGRAPH RECORDS FEATURING MUSIC; METRONOMES; ELEC-TRONIC CIRCUITS AND CD-ROMS, ALL ENCODED WITH AUTOMATIC PLAYING PRO-GRAMS FOR ELECTRONIC MUSICAL INSTRUMENTS; DOWNLOADABLE MUSIC FILES VIA THE INTERNET; EXPOSED CINEMATOGRAPHIC FILMS; EXPOSED SLIDE FILMS; SLIDE FILM MOUNTS; DOWNLOADABLE IMAGE FILES CONTAINING ARTWORK, PHOTO DATA RELATING TO COMPUTER GAME PROGRAMS VIA THE INTERNET; PRE-RECORDED VIDEO DISCS AND VIDEO TAPES FEATURING MUSIC, MUSICALS AND MOVIES; ELECTRONIC PUBLICATIONS, NAMELY, BOOK, MAGAZINE AND MANUAL FEATURING VIDEO GAME, MUSIC AND DRAMAS RECORDED ON COMPUTER MEDIA; HEADPHONES EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; MOUSE EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; KEYBOARDS EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; EARPHONES EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; MICROPHONES EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; MEMORY CARDS EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; INDUSTRIAL PACKAGING CONTAINERS OF PAPER; HYGIENIC HAND TOWELS OF PAPER; TOWELS OF PAPER; NAPKINS OF PAPER; HAND TOWELS OF PAPER; HANDKERCHIEFS OF PAPER; PAPER AND CARDBOARD; ADHESIVE TAPE DISPENSERS; BALL-POINT PENS; INDEX CARDS; GREETING CARDS; NOTE CARDS; DATE STAMPS; FELT MARKING PENS; FOUNTAIN PENS; INK ERASERS; INKING PADS; NOTE BOOKS; NUMBERING STAMPS; PAPER FOLDERS; PAPER STATIONERY; PAPERWEIGHTS; PEN AND PENCIL CASES AND BOXES; PENCIL POINT PROTECTORS; PENCILS; POCKET MEMORANDUM BOOKS; RUBBER ERASERS; SEALS; SEALING STAMPS; SKETCHBOOKS; STAMP CASES; STAMP STANDS; STANDS FOR PEN AND PENCIL; STAPLING PRESSES; STICKERS; TERRESTRIAL GLOBES; THUMBTACKS; WRAPPING PAPER; WRITING IMPLEMENTS; WRITING PADS; TRADING CARDS; STRATEGIC MANUALS FOR VIDEO GAME MACHINES AND BOOKS CONTAINING A LISTING OF TRADING CARDS; PRINTED MATTER, NAMELY, NEWSPA-PERS, PHOTOGRAPHS, MAGAZINES, BOOKS, PRINTED PERIODICALS, NEWSLETTERS, AND BROCHURES ALL IN THE FIELDS OF VIDEO GAMES, MUSIC AND CINEMAS; PHOTOGRAPHS; PHOTOGRAPH STANDS; DISPOSABLE WIPES NOT IMPREGNATED WITH CHEMICALS OR COMPOUNDS FOR USE IN CLEANING OPTICAL PICKUP LENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: AMUSEMENT GAME MACHINES FOR USE IN AMUSEMENT PARKS OTHER THAN ARCADE VIDEO GAME MACHINES; TOYS FOR DOMESTIC PETS; MOUNTING CRADLES

**Reg. No. 4,017,554**  EXCLUSIVELY FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR HANDHELD VIDEO GAMES; ASTRONAUT-SHAPED TOY ACTION FIGURES; MINI TOY CARS; TOY MODEL ROCKETS; MODEL TOYS, NAMELY, TOY MODEL CARS, TOY MODEL HOBBYCRAFT KITS, TOY MODEL KIT CARS, TOY MODEL TRAIN SETS, TOY MODEL VEHICLES AND RELATED ACCESSORIES SOLD AS UNITS; TOY ACTION FIGURES; MOLDED TOY FIGURES; TOYS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN WHICH FEATURES ANIMATION AND SOUND EFFECTS; DOLLS; DICE GAMES; CHESS GAMES; CHECKER SETS; CONJURING APPARATUS, NAMELY, MAGIC TRICKS; DOMINOES; PLAYING CARDS; TRADING CARD GAMES; PLAYING CARDS AND CARD GAMES; GAME EQUIPMENT SET SOLD AS A UNIT COMPRISED PRIMARILY OF A PLAYING BOARD AND PLAYING CARDS AND ALSO INCLUDING RULES OF PLAY, DRY ERASE BOARDS AND ERASERS, MARKERS, A TIMER AND T-SHIRTS; BILLIARD EQUIPMENT; ARCHERY BOWS; BASEBALL GLOVES; BOWLING BAGS; BOXING GLOVES; CHEST EXPANDERS; GOLF BAGS; GOLF BALL MARKERS; GOLF CLUBS; GOLF TEES; GUTS FOR RACKETS FOR TENNIS OR BADMINTON; PARAGLIDERS; RACKET CASES FOR TENNIS OR BADMINTON; RACKETS FOR TENNIS OR BADMINTON; RADIO-CONTROLLED TOY VEHICLES; ELECTRONIC REMOTE CONTROLLED TOYS, NAMELY, CARS, RACE CARS, AIRPLANES, BOATS; ROLLER SKATES; SKI BINDINGS; SKI CASES; STATIONARY EXERCISE BICYCLES AND ROLLERS THEREFOR; SURF BOARDS; WATERSKIS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ADVERTISING VIA THE INTERNET; ADVERTISING; ADVERTISING INFORMATION AGENCIES; RENTAL OF ADVERTISING SPACE ON THE INTERNET; ORGANIZATION OF EXHIBITIONS FOR RECORDED VIDEO DISCS AND VIDEOTAPES ON THE INTERNET FOR COMMERCIAL OR ADVERTISING PURPOSES; RETAIL STORE SERVICES FEATURING CONSUMER VIDEO GAME MACHINES AND GAME PROGRAMS FOR CONSUMER VIDEO GAME MACHINES; RETAIL STORE SERVICES FEATURING HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS AND GAME PROGRAMS FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; RETAIL STORE SERVICES FEATURING TOYS, DOLLS AND AMUSEMENT GAME MACHINES; RETAIL STORE SERVICES FEATURING PRERECORDED DVD OR OPTICAL DISC VIDEO SOFTWARE; ADVERTISING SERVICES RELATING TO THE SALE OF TOYS, GAMES AND AMUSEMENT GAME MACHINES; PROVISION OF SALES ANALYSES IN THE NATURE OF MARKET ANALYSES OF MEMORY MEDIA RECORDED WITH GAME SOFTWARE; PROVISION OF SALES ANALYSES IN THE NATURE OF MARKET ANALYSES OF GAME SOFTWARE; ORGANIZING, PROMOT-ING AND CONDUCTING EVENTS FOR SALES PROMOTION PURPOSE OF GAME COM-MODITIES FOR OTHERS; PROVIDING INFORMATION IN THE FIELD OF THE MARKET TRENDS OF VIDEO GAME INDUSTRIES AND COMPUTER GAME INDUSTRIES; PROVI-SION OF SALES ANALYSES IN THE NATURE OF MARKET ANALYSES OF HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS, AND ELECTRONIC CIRCUITS AND CD-ROMS RECORDED WITH PROGRAMS FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; ARRANGING MAIL ORDERS OF COMMODITIES VIA THE INTERNET, NAMELY, MAIL ORDER SERVICES FEATURING VIDEO GAMES, MUSIC AND VIDEO DISCS; AGENCIES AND BROKERAGE FOR SALES CONTRACTS OF PRODUCTS VIA ONLINE SHOPPING MALL, NAMELY, PROCURING OF CONTRACTS FOR THE PURCHASE AND SALE OF PRODUCTS; PROVIDING BUSINESS INFORMATION SERVICES ABOUT SALES OF SOUND RECORDED CDS AND MAGNETIC TAPES; PROVISION OF SALES ANALYSES IN THE NATURE OF MARKET ANALYSES OF VIDEO RECORDED VIDEO DISCS AND VIDEO TAPES; PROVIDING BUSINESS INFORMATION ON COMMODITY SALES PROVIDED IN THE FORM OF ONLINE SHOPPING MALL ON THE INTERNET WEBSITES; PROVIDING BUSINESS INFORMATION ON COMMODITY SALES VIA THE COMMUNICATIONS BY MOBILE PHONES AND COMPUTER TERMINALS; PROVIDING BUSINESS INFORMATION ON COMMODITY SALES; ORGANIZATION OF AUCTIONS ON THE INTERNET; CLERICAL SERVICES FOR COMMODITY SALES VIA THE INTERNET; AGENCIES FOR PROVIDING GENERAL CLERICAL SERVICES; CLERICAL AGENCIES PROVIDING CLERICAL SERVICES FOR ORDER, RECEPTION AND DELIVERY OF GOODS BY MAIL ORDER VIA THE INTERNET; CLERICAL SERVICES FOR BOOKS, MUSIC,

**Reg. No. 4,017,554**  GAMES, COMPUTER SOFTWARE, MOBILE COMPUTERS, COMPUTER ACCESSORIES AND COMPUTER PERIPHERAL DEVICES OF ONLINE MAIL ORDER; COMPILATION AND SYSTEMIZATION OF INFORMATION INTO DATABASES FOR COMPUTERS AND CONSUMER VIDEO GAME MACHINES; ORGANIZATION OF FASHION SHOWS FOR COMMERCIAL PURPOSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: BROADCAST OF CABLE TELEVISION PROGRAMS; BROADCASTING OF VIDEO AND AUDIO PROGRAMMING OVER THE INTERNET; BROADCASTING SERVICES AND PROVISION OF TELECOMMUNICATION ACCESS TO VIDEO AND AUDIO CONTENT PROVIDED VIA A VIDEO-ON-DEMAND SERVICE VIA THE INTERNET; CABLE TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATION BY ELECTRONIC COMPUTER TERMINALS; COMMUNICATION BY MOBILE TELEPHONE; COMMUNICATION VIA COMPUTER TERMINALS, BY DIGITAL TRANSMISSION OR BY SATELLITE; COMMUNICATION VIA RADIO, TELEGRAPH, TELEPHONE AND TELEVISION TRANSMISSIONS; DATA COMMUNICATION BY ELECTRONIC MAIL; DATA TRANSMISSION AND RECEPTION SERVICES VIA TELECOMMUNICATION MEANS; ELECTRONIC DATA TRANSMISSION; ELECTRONIC EXCHANGE OF DATA STORED IN DATABASES ACCESSIBLE VIA TELECOMMUNICATION NETWORKS; ELECTRONIC MESSAGE SENDING; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; FACSIMILE TRANSMISSION; INFORMATION TRANSMISSION VIA ELECTRONIC COMMUNICATIONS NETWORKS; INTERNET RADIO BROADCASTING SERVICES; MOBILE RADIO TELEPHONE SERVICES; PROVIDING ACCESS TO DIGITAL MUSIC WEBSITES ON THE INTERNET; PROVIDING ACCESS TO TELECOMMUNICATION NETWORKS; PROVIDING E-MAIL SERVICES; PROVIDING ELECTRONIC TELECOMMUNICATION CONNECTIONS; PROVIDING MULTIPLE USER ACCESS TO GLOBAL COMPUTER INFORMATION NETWORKS FOR THE TRANSFER AND DISSEMINATION OF A WIDE RANGE OF INFORMATION; PROVIDING THIRD PARTY USERS WITH ACCESS TO TELECOMMUNICATION INFRASTRUCTURE; PROVISION OF ACCESS TO A GLOBAL COMPUTER NETWORK; PROVISION OF ACCESS TO DATA OR DOCUMENTS STORED ELECTRONICALLY IN CENTRAL FILES FOR REMOTE CONSULTATION; RADIO BROADCASTING; RADIO PROGRAM BROADCASTING; RENTAL OF ACCESS TIME TO GLOBAL COMPUTER NETWORKS; RENTAL OF APPARATUS FOR TRANSMITTING IMAGES; RENTAL OF COMMUNICATION APPARATUS AND IMPLEMENTS; RENTAL OF EQUIPMENT FOR TELECOMMUNICATIONS; RENTAL OF TELECOMMUNICATION EQUIPMENT; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF TELECOMMUNICATIONS LINES; SATELLITE TELEVISION BROADCASTING; SATELLITE, CABLE, NETWORK TRANSMISSION OF SOUNDS, IMAGES, SIGNALS AND DATA; SECURE E-MAIL SERVICES; TELECOMMUNICATION ACCESS SERVICES; TELEPHONE COMMUNICATIONS; TELEVISION BROADCASTING; TRANSFER OF DATA BY TELECOMMUNICATION; TRANSMISSION OF DATA, SOUND AND IMAGES BY SATELLITE; TRANSMISSION OF INFORMATION BY ELECTRONIC COMMUNICATIONS NETWORKS; TRANSMISSION OF INFORMATION THROUGH VIDEO COMMUNICATION SYSTEMS; TRANSMISSION OF MESSAGES OVER ELECTRONIC MEDIA; TRANSMISSION OF SOUND, PICTURE AND DATA SIGNALS; VIDEO CONFERENCING SERVICES; VIDEO-ON-DEMAND TRANSMISSION SERVICES VIA THE INTERNET; VIRTUAL CHATROOMS ESTABLISHED VIA TEXT MESSAGING; WIRELESS ELECTRONIC TRANSMISSION OF VOICE SIGNALS, DATA, FACSIMILES, IMAGES AND INFORMATION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: AMUSEMENT PARK AND THEME PARK SERVICES; ARRANGING AND CONDUCTING OF CONCERTS; ARRANGING AND CONDUCTING OF SEMINARS IN THE FIELD OF COMPUTER GAMES; ARRANGING AND CONDUCTING OF WORKSHOPS FOR TRAINING IN THE FIELD OF VIDEO GAMES AND COMPUTER GAME SOFTWARE; ART EXHIBITION SERVICES; AUDIO AND VIDEO RECORDING SERVICES; BOOKING OF SEATS FOR SHOWS; BOOKING OF THEATRE TICKETS; CINEMA PRESENTATIONS, NAMELY, CINEMA THEATERS; CONDUCTING SEMINARS IN THE FIELD OF VIDEO GAMES; DIGITAL IMAGING SERVICES; DUBBING; EDITING OF RADIO AND TELEVISION PROGRAMS; EDUCATION INFORMATION; GAME SERVICES PROVIDED ON-LINE FROM A

**Reg. No. 4,017,554** COMPUTER NETWORK, NAMELY, PROVIDING AN ON-LINE COMPUTER GAME; IN-
FORMATION RELATING TO ENTERTAINMENT AND EDUCATION, PROVIDED ON-LINE
FROM A COMPUTER DATABASE OR THE INTERNET; LENDING OF BOOKS AND OTHER
PUBLICATIONS; MAGAZINE PUBLISHING; MOBILE LIBRARY SERVICES; MOTION
PICTURE AND VIDEO RENTAL SERVICES; MUSEUM SERVICES; ONLINE ELECTRONIC
PUBLISHING OF BOOKS AND PERIODICALS; ORGANIZATION OF GAMES; ORGANIZA-
TION OF VIDEO GAME COMPETITIONS; ORGANIZATION OF FASHION SHOWS FOR
ENTERTAINMENT PURPOSES; PLANNING AND ARRANGEMENT OF MOVIE SHOWS,
SHOWS, PLAYS OR MUSICAL PERFORMANCES; PRODUCTION OF RADIO OR TELEVI-
SION PROGRAMS; PRODUCTION OF SOUND AND IMAGE RECORDINGS ON SOUND
AND IMAGE CARRIERS; PROVIDING ON-LINE ELECTRONIC PUBLICATIONS IN THE
NATURE OF BOOKS, MAGAZINES IN THE FIELD OF VIDEO GAME, MUSIC, NOT
DOWNLOADABLE; PUBLICATION OF BOOKS, OF MAGAZINES, OF JOURNALS, OF
NEWSPAPERS, OF PERIODICALS, OF CATALOGS, OF BROCHURES; PUBLICATION OF
ELECTRONIC NEWSPAPERS ACCESSIBLE VIA A GLOBAL COMPUTER NETWORK;
REFERENCE LIBRARIES OF LITERATURE AND DOCUMENTARY RECORDS; RENTAL
OF AMUSEMENT MACHINES AND APPARATUS; RENTAL OF AUDIO EQUIPMENT;
RENTAL OF CINE-FILMS; RENTAL OF GAME MACHINES AND APPARATUS; RENTAL
OF IMAGE-RECORDED MAGNETIC TAPES; RENTAL OF PHONOGRAPHIC AND MUSIC
RECORDINGS; RENTAL OF RADIO AND TELEVISION SETS; RENTAL OF RECORDS OR
SOUND-RECORDED MAGNETIC TAPES; RENTAL OF SPORTS EQUIPMENT; RENTAL
OF VIDEO TAPES AND MOTION PICTURES; TELEVISION ENTERTAINMENT, NAMELY,
PRODUCTION AND DISTRIBUTION OF ONGOING TELEVISION PROGRAMS IN THE
FIELD TELEVISION NEWS SHOWS, OPERAS, TELEVISION SHOWS, PLAYS; TICKET
RESERVATION AND BOOKING SERVICES FOR ENTERTAINMENT, SPORTING AND
CULTURAL EVENTS; VIDEO RECORDING SERVICES; PROVIDING GAME SERVICES
VIA THE INTERNET OR COMPUTER NETWORKS, NAMELY, PROVIDING AN ON-LINE
COMPUTER GAME; PROVIDING GAME SERVICES FOR ENABLING TEMPORARY USE
OF NON-DOWNLOADABLE COMPUTER GAME PROGRAMS, ACCESSED FROM COM-
PUTER NETWORKS OR THE INTERNET, VIA VIDEO GAME CONSOLES FOR USE WITH
AN EXTERNAL DISPLAY SCREEN OR MONITOR, AND TO BE PLAYED REPEATEDLY
UNTIL POWER SUPPLY DISCONNECTION; PROVIDING INFORMATION ABOUT RENTAL
OF ELECTRONIC MAGAZINES AND OTHER ELECTRONIC PUBLICATIONS; RENTAL OF
MEMORY MEDIUM RECORDED GAME PROGRAMS FOR VIDEO GAME MACHINES AND
ELECTRONIC GAME MACHINES WITH LIQUID CRYSTAL DISPLAY; RENTAL OF TOYS,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: AUTHENTICATING WORKS OF ART; COMPUTER SOFTWARE CONSULTANCY;
COMPUTER SYSTEMS ANALYSIS; COMPUTER SOFTWARE DESIGN; COMPUTER PRO-
GRAMMING AND MAINTENANCE OF COMPUTER SOFTWARE; COMPUTER VIRUS
PROTECTION SERVICES; CREATING AND MAINTAINING WEB SITES FOR OTHERS;
DATA CONVERSION OF COMPUTER PROGRAMS AND DATA, NOT PHYSICAL CONVER-
SION; DESIGNING OF MACHINES, APPARATUS AND INSTRUMENTS OR SYSTEMS
COMPOSED OF SUCH MACHINES, APPARATUS AND INSTRUMENTS; DESIGNING
CONSUMER VIDEO GAME MACHINES; DRESS DESIGNING; DUPLICATION OF COM-
PUTER PROGRAMS; GRAPHIC ARTS DESIGNING; INSTALLATION OF COMPUTER
SOFTWARE; ONLINE VERIFICATION AND ATTESTATION OF USERS IN RELATION TO
ELECTRONIC COMMERCE, NAMELY, PROVIDING ELECTRONIC VERIFICATION OF
ON-LINE ORDERS OF DIGITAL CONTENT AND GENERATING ELECTRONIC PERMISSION
CODES WHICH THEN ALLOW USERS TO ACCESS SAID DIGITAL CONTENT; PACKAGING
DESIGN; PROVIDING ELECTRONIC VERIFICATION OF ON-LINE ORDERS OF DIGITAL
CONTENT AND GENERATING ELECTRONIC PERMISSION CODES WHICH THEN ALLOW
USERS TO ACCESS SAID DIGITAL CONTENT; PROVIDING METEOROLOGICAL INFORM-
ATION; PROVIDING SEARCH ENGINES FOR THE INTERNET; RECOVERY OF COMPUTER
DATA; RENTAL OF COMPUTERS; RENTAL OF MEASURING APPARATUS; RENTAL OF
WEB SERVERS; UPDATING OF COMPUTER SOFTWARE, IN CLASS 42 (U.S. CLS. 100
AND 101).

**Reg. No. 4,017,554** OWNER OF ERPN CMNTY TM OFC REG. NO. 008496325, DATED 3-16-2010, EXPIRES 8-18-2019.

OWNER OF U.S. REG. NOS. 1,975,267, 2,898,446 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED LETTERS "PS" FOLLOWED A STYLIZED NUMBER "3".

SER. NO. 77-807,316, FILED 8-18-2009.

MARIAM MAHMOUDI, EXAMINING ATTORNEY

<div style="text-align: center; border: 1px solid;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="text-align: center; border: 1px solid;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cls.: 9, 18, 21 and 28

Prior U.S. Cls.: 1, 2, 3, 13, 21, 22, 23, 26, 29, 30, 33, 36, 38, 40, 41 and 50

Reg. No. 3,482,765

## United States Patent and Trademark Office

Registered Aug. 12, 2008

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.
2-6-21, MINAMI-AOYAMA
MINATO-KU, TOKYO 107-0062, JAPAN

FOR: EAR PLUGS, NOT FOR MEDICAL USE;
OZONISERS; ELECTROLYSERS; EGG-CANDLERS;
CASH REGISTERS; COIN COUNTING OR SORTING
MACHINES; ELECTRIC SIGN BOARDS FOR DIS-
PLAYING TARGET FIGURES, CURRENT OUT-
PUTS OR THE LIKE PROGRESS IN WORK;
PHOTO-COPYING MACHINES; MANUALLY OP-
ERATED COMPUTING APPARATUS; ELECTRO-
NIC DRAWING OR DRAFTING MACHINES AND
APPARATUS; TIME AND DATE STAMPING MA-
CHINES; PUNCHED CARD OFFICE MACHINES;
VOTING MACHINES; AUTOMATED BILLING MA-
CHINES; POSTAGE STAMP CHECKING APPARA-
TUS; VENDING MACHINES; GASOLINE STATION
EQUIPMENT, NAMELY METERED GASOLINE
DISTRIBUTION PUMPS FOR SERVICE STATIONS
AND GASOLINE GAUGES; COIN-OPERATED
GATES FOR CAR PARKS OR PARKING LOTS; LIFE
JACKETS; FIRE EXTINGUISHER; FIRE HY-
DRANTS; FIRE HOSE NOZZLES; SPRINKLER SYS-
TEMS FOR FIRE PROTECTION; FIRE ALARMS;
GAS ALARMS; ANTI-THEFT WARNING APPARA-
TUS; PROTECTIVE HELMETS; RAILWAY SIG-
NALS; VEHICLE BREAKDOWN WARNING
TRIANGLES; LUMINOUS OR MECHANICAL
ROAD SIGNS; DIVERS' MASKS; DIVING SUITS;
AMUSEMENT VIDEO GAME MACHINES ADAP-
TED FOR USE WITH TELEVISION RECEIVERS
ONLY; ELECTRIC DOOR OPENERS; SIMULATORS

FOR THE STEERING AND CONTROL OF VEHI-
CLES; SPORTS TRAINING SIMULATORS; CON-
STANT TEMPERATURE INCUBATORS FOR
LABORATORY; ONE-TIME USE CAMERA WITH
UNEXPOSED FILMS; PHOTOGRAPHIC CAMERAS;
LENS FOR PHOTOGRAPHIC CAMERAS; MOVIE
PROJECTORS; CINEMATOGRAPHIC CAMERAS;
BINOCULARS; TELESCOPES; SPEED INDICATORS;
ALTIMETERS; VOLTMETERS; CURRENT RECTI-
FIERS; ELECTRIC TRANSFORMERS; ROTARY
CONVERTERS; PHASE MODIFIERS; BATTERIES
AND CELLS; AMMETERS; WATTMETERS; ELEC-
TRIC FLAT IRONS FOR HOUSEHOLD USE; ELEC-
TRIC HAIR-CURLERS FOR HOUSEHOLD USE;
ELECTRIC BUZZERS; DIGITAL STILL CAMERAS;
RECEIVING TUNERS FOR SATELLITE TELEVI-
SION BROADCASTING; TELEVISION TUNERS; OP-
TICAL DISC PLAYERS AND THEIR ACCESSORIES
INCLUDING PLAYER-OPERATED CONTROL-
LERS; OPTICAL DISC RECORDERS AND THEIR
ACCESSORIES INCLUDING PLAYER-OPERATED
CONTROLLERS; DVD-ROM PLAYERS AND THEIR
ACCESSORIES INCLUDING PLAYER-OPERATED
CONTROLLERS; CD RECORDERS AND THEIR
ACCESSORIES INCLUDING PLAYER-OPERATED
CONTROLLERS; RECHARGEABLE BATTERIES
FOR USE WITH PORTABLE AUDIO-VISUAL PLAY-
ERS ONLY; REMOTE CONTROLLERS FOR USE
WITH PORTABLE AUDIO-VISUAL PLAYERS
ONLY; BATTERY CHARGERS FOR USE WITH
PORTABLE AUDIO-VISUAL PLAYERS ONLY; POU-
CHES, CASES AND BAGS ESPECIALLY DESIGNED
FOR PORTABLE AUDIO-VISUAL PLAYERS; HAND
STRAPS, NECK STRAPS AND OTHER STRAPS

ESPECIALLY DESIGNED FOR PORTABLE AUDIO-VISUAL PLAYERS; CAR ADAPTERS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; MEMORY CARDS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; LIQUID CRYSTAL MONITORS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; LIQUID CRYSTAL DISPLAYS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; KEYBOARDS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; MICROPHONES FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; DIGITAL CAMERAS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; MODEMS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; SPEAKERS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; AMPLIFIERS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; HARD DISK DRIVES FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; AV CABLES FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; SUPPORTIVE STANDS ESPECIALLY DESIGNED FOR PORTABLE AUDIO-VISUAL PLAYERS; SATELLITE NAVIGATIONAL SYSTEM, NAMELY, A GLOBAL POSITIONING SYSTEM FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; TOUCH PANELS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; ANGULAR VELOCITY AND/OR ACCELERATION SENSORS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; RECEIVING TUNERS FOR TERRESTRIAL DIGITAL BROADCASTING FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; STRAPS FOR CASES ESPECIALLY DESIGNED FOR PORTABLE AUDIO-VISUAL PLAYERS; CASES ESPECIALLY DESIGNED FOR PORTABLE AUDIO-VISUAL PLAYERS; FM RADIO TRANSMITTERS FOR USE WITH PORTABLE AUDIO-VISUAL PLAYERS ONLY; RECHARGEABLE BATTERIES FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; REMOTE CONTROLLERS FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; BATTERY CHARGERS FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; POUCHES, CASES AND BAGS ESPECIALLY DESIGNED FOR PORTABLE DIGITAL AUDIO PLAYERS; HAND STRAPS, NECK STRAPS AND OTHER STRAPS ESPECIALLY DESIGNED FOR PORTABLE DIGITAL AUDIO PLAYERS; CAR ADAPTERS ESPECIALLY DESIGNED FOR PORTABLE DIGITAL AUDIO PLAYERS; MEMORY CARDS FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; KEYBOARDS FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; PORTABLE DIGITAL AUDIO PLAYERS; MICROPHONES FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; MODEMS FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; SPEAKERS FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; AMPLIFIERS FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; HARD DISK DRIVES FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; CABLES ESPECIALLY FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; SUPPORTIVE STANDS ESPECIALLY DESIGNED FOR PORTABLE DIGITAL AUDIO PLAYERS; TOUCH PANELS FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; STRAPS FOR CASES ESPECIALLY DESIGNED FOR PORTABLE DIGITAL AUDIO PLAYERS; CASES ESPECIALLY DESIGNED FOR PORTABLE DIGITAL AUDIO PLAYERS; FM RADIO TRANSMITTERS FOR USE WITH PORTABLE DIGITAL AUDIO PLAYERS ONLY; STRAPS FOR CELLULAR PHONES; BLANK OPTICAL DISCS; OPTICAL SCANNERS; CONTROLLERS, JOYSTICKS, MEMORY CARDS AND VOLUME CONTROLLERS FOR PERSONAL COMPUTERS; HARD DISC DRIVES; HARD DISC RECORDERS; LIQUID CRYSTAL MONITORS FOR USE WITH COMPUTERS; LIQUID CRYSTAL DISPLAYS FOR USE WITH COMPUTERS; DISPLAYS FOR USE WITH COMPUTERS; KEYBOARDS FOR USE WITH COMPUTERS; MICROPHONES FOR USE WITH COMPUTERS; CAMERAS FOR USE WITH COMPUTERS; MODEMS FOR USE WITH COMPUTERS; SPEAKERS FOR USE WITH COMPUTERS; AMPLIFIER FOR USE WITH COMPUTERS; HARD DISK DRIVES FOR USE WITH COMPUTERS; CABLES FOR USE WITH COMPUTERS; SUPPORTIVE STANDS DESIGNED FOR COMPUTERS; REMOTE CONTROLLERS FOR USE WITH COMPUTERS; RECHARGEABLE BATTERIES FOR USE WITH COMPUTERS; HEADPHONES FOR USE WITH COMPUTERS; BATTERY CHARGERS FOR USE WITH COMPUTERS; POUCHES, CASES AND BAGS ESPECIALLY DESIGNED FOR COMPUTERS; HAND STRAPS, NECK STRAPS AND OTHER STRAPS ESPECIALLY DESIGNED FOR COMPUTERS; CAR ADAPTERS FOR USE WITH COMPUTERS; SATELLITE NAVIGATIONAL SYSTEM, NAMELY, GLOBAL POSITIONING SYSTEM FOR USE WITH COMPUTERS; TOUCH PANELS FOR USE WITH COMPUTERS; ANGULAR VELOCITY SENSORS AND/OR ACCELERATION SENSORS DESIGNED FOR COMPUTERS; RECEIVING TUNERS FOR TERRESTRIAL DIGITAL BROADCASTING FOR USE WITH COMPUTERS; STRAPS FOR CASES FOR USE WITH COMPUTERS; CASES ESPECIALLY DESIGNED FOR COMPUTERS; FM RADIO TRANSMITTERS FOR USE WITH COMPUTERS; MOUSES FOR COMPUTERS; ROUTERS FOR COMPUTERS; COMPUTER GAME PROGRAMS; RECORDED OPTICAL DISCS FEATURING COMPUTER GAME PROGRAMS; MAGNETIC CORES; RESISTANCE WIRES; ELECTRODES; FIRE BOATS; MOTOR FIRE ENGINES; CIGAR LIGHTERS FOR AUTOMOBILES; PROTECTIVE WORK GLOVES, NAMELY, GLOVES FOR PROTECTION AGAINST ACCIDENTS; DUST MASKS; GAS MASKS; WELDING MASKS; FIREPROOF GARMENTS; SPECTACLES; PROGRAMS FOR AMUSEMENT VIDEO GAME MACHINES; ELECTRONIC CIRCUITS RECORDING PROGRAMS FOR VIDEO GAMES WITH TELEVISION FOR PERSONAL USE; ELECTRONIC CIRCUITS RECORDING PROGRAMS FOR HAND-HELD GAMES WITH CRYSTAL LIQUID DISPLAYS; LIQUID CRYSTAL MONITORS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISIONS FOR PERSONAL USE ONLY; LIQUID CRYSTAL DISPLAYS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISIONS FOR PERSONAL USE ONLY; KEYBOARDS FOR USE WITH VIDEO GAMES FOR

USE WITH TELEVISION FOR PERSONAL USE ONLY; MICROPHONES FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; DIGITAL CAMERAS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; MODEMS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; SPEAKERS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; AMPLIFIERS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; HARD DISK DRIVES FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; CABLES FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; SUPPORTIVE STANDS ESPECIALLY DESIGNED FOR VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE; REMOTE CONTROLLERS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; RECHARGEABLE BATTERIES FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; HEADPHONES FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; BATTERY CHARGERS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY, POUCHES, CASES AND BAGS ESPECIALLY DESIGNED FOR VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; HAND STRAPS, NECK STRAPS AND OTHER STRAPS ESPECIALLY DESIGNED FOR VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; CAR ADAPTERS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; SATELLITE NAVIGATIONAL SYSTEM, NAMELY, GLOBAL POSITIONING SYSTEM FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; TOUCH PANELS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; ANGULAR VELOCITY SENSORS AND/OR ACCELERATION SENSORS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; RECEIVING TUNERS FOR TERRESTRIAL DIGITAL BROADCASTING FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; STRAPS FOR CASES ESPECIALLY DESIGNED FOR VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; CASES ESPECIALLY DESIGNED FOR VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; FM RADIO TRANSMITTERS FOR USE WITH VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE ONLY; RECHARGEABLE BATTERIES FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; REMOTE CONTROLLERS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; BATTERY CHARGERS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; CAR ADAPTERS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; MEMORY CARDS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; LI-

QUID CRYSTAL MONITORS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; LIQUID CRYSTAL DISPLAYS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; KEYBOARDS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; MICROPHONES FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; DIGITAL CAMERAS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; MODEMS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; SPEAKERS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; AMPLIFIERS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; HARD DISK DRIVES FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; AV CABLES FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; SATELLITE NAVIGATIONAL SYSTEM, NAMELY, GLOBAL POSITIONING SYSTEM FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; TOUCH PANELS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; ANGULAR VELOCITY SENSORS AND/OR ACCELERATION SENSORS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; RECEIVING TUNERS FOR TERRESTRIAL DIGITAL BROADCASTING FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; FM RADIO TRANSMITTERS FOR USE WITH HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS ONLY; SLOT MACHINES; WEIGHT BELTS FOR SCUBA DIVING; PROTECTIVE HELMETS FOR SPORTS; AIR TANKS FOR SCUBA DIVING; REGULATORS FOR SCUBA DIVING; SOUND RECORDED MAGNETIC CARDS, MAGNETIC SHEETS, MAGNETIC DISCS, OPTICAL DISCS AND MAGNETIC TAPES; SOUND RECORDED COMPACT DISCS FEATURING MUSIC; CD-ROMS FEATURING RECORDED AUTOMATIC PERFORMANCE PROGRAMS FOR ELECTRONIC MUSICAL INSTRUMENTS; DOWNLOADABLE MUSICAL SOUND RECORDINGS; SLIDE-RULES; EXPOSED CINEMATOGRAPHIC FILMS; EXPOSED SLIDE FILMS; SLIDE FILM MOUNTS; PRE-RECORDED DVD-ROMS FEATURING CINEMA; PRE-RECORDED OPTICAL DISCS FEATURING CINEMA; PRE-RECORDED OPTICAL MAGNETIC DISCS FEATURING CINEMA; DOWNLOADABLE ELECTRONIC PUBLICATION IN THE NATURE OF MAGAZINES, BOOKS AND NEWSPAPERS IN THE FIELD OF MUSIC, VIDEO AND VIDEO GAME; DOWNLOADABLE MAPS, PICTURES AND DRAWINGS; DOWNLOADABLE VIDEO IMAGES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINES, BOOKS IN THE FIELD OF MUSIC, VIDEO AND VIDEO GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: METAL BAG CLASPS; PURSE CLASPS; INDUSTRIAL PACKAGING CONTAINERS OF LEATHER; CLOTHING FOR DOMESTIC PETS; FELT POUCHES AND POUCHES OF LEATHER; DAY PACKS; FOLDING BRIEFCASES; SHOULDER

BAGS; CARRY-ON BAGS; TRUNKS; HANDBAGS; BOSTON BAGS; BACKPACKS; NAME CARD CASES; CREDIT CARD CASES; KEY CASES; WALLETS NOT OF PRECIOUS METAL; BUSINESS CARD CASES; FELT POUCHES; POUCHES OF LEATHER; TOOL POUCHES SOLD EMPTY; DRAWSTRING POUCHES; VANITY CASES, NOT FITTED SOLD EMPTY; UMBRELLAS; WALKING STICKS; CANES; METAL PARTS OF CANES AND WALKING-STICKS; HANDLES OF CANES OR WALKING-STICKS; SADDLERY; RAWHIDE CHEWS FOR DOGS; TOILET CASES, SOLD EMPTY; UNWORKED OR SEMI-WORKED LEATHER; VANITY CASES SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: DENTAL FLOSS; UNWORKED OR SEMI-WORKED GLASS NOT FOR BUILDING; MANGERS FOR ANIMALS; POULTRY RINGS; COOKING SKEWERS; TUB BRUSHES; BRUSHES FOR PIPES; SHIP-SCRUBBING BRUSHES; HOUSEHOLD GLOVES FOR GENERAL PURPOSES; INDUSTRIAL PACKAGING CONTAINERS OF GLASS OR PORCELAIN FOR MEDICINES, FOODS, COSMETICS AND BEVERAGES; DRINKING GLASSES NOT OF PRECIOUS METAL; DISHES AND PLATES NOT OF PRECIOUS METAL; BEER MUGS NOT OF PRECIOUS METAL; HOUSEHOLD CANS FOR CONFECTIONERY NOT OF PRECIOUS METAL; KITCHEN URNS NOT OF PRECIOUS METAL; PORTABLE COLDBOXES, NON-ELECTRIC; RICE CHESTS; FOOD PRESERVING JARS OF GLASS; DRINKING FLASKS FOR TRAVELERS; VACUUM BOTTLES; CLOTHS FOR CLEANING VIDEO GAMES FOR USE WITH TELEVISION FOR PERSONAL USE; CLOTHS FOR CLEANING COMPUTERS; CLOTHS FOR CLEANING HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; CLOTHS FOR CLEANING PORTABLE DIGITAL AUDIO PLAYERS; WASTE BASKETS; BUCKETS; IRONING BOARDS; STIRRERS FOR HOT BATHTUB WATER; BATHROOM STOOLS; BATHROOM PAILS; CANDLE EXTINGUISHERS AND CANDLE-STANDS NOT OF PRECIOUS METAL; FLY SWATTERS; MOUSE TRAPS; FLOWER POTS; WATERING CANS; FEEDING VESSELS FOR PETS; BRUSHES FOR PETS; BIRD CAGES; BIRD BATHS; CLOTHES BRU-

SHES; CHAMBER POTS; TOILET PAPER HOLDERS; BOXES OF METAL FOR DISPENSING PAPER TOWELS; BOOT JACKS; SOAP DISPENSERS; FLOWER VASES AND BOWLS NOT OF PRECIOUS METAL; WIND CHIMES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; PERFUME BURNERS; COMBS; FITTED VANITY CASES; POWDER COMPACTS NOT OF PRECIOUS METAL, SOLD EMPTY; SOAP HOLDERS AND BOXES; TOOTHBRUSHES; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; SHOE-TREES; PORTABLE COOKING KITS FOR OUTDOOR USE; PIG BRISTLES; INSECT COLLECTING IMPLEMENTS, NAMELY, INSECT TRAPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: WAX FOR SKIS; AMUSEMENT MACHINES AND APPARATUS FOR USE IN AMUSEMENT PARKS OTHER THAN ARCADE VIDEO GAME MACHINES; TOYS FOR DOMESTIC PETS; POCKET-SIZED ELECTRONIC GAMES; PORTABLE GAMES WITH LIQUID CRYSTAL DISPLAYS INCLUDING EXCLUSIVE EARPHONES CONNECTED TO AND USED FOR SUCH GAMES AND OTHER ACCESSORIES THEREFOR; POUCHES, CASES AND BAGS ESPECIALLY DESIGNED FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; HAND STRAPS, NECK STRAPS AND OTHER STRAPS ESPECIALLY DESIGNED FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; SUPPORTIVE STANDS ESPECIALLY DESIGNED FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; STRAPS FOR CASES ESPECIALLY DESIGNED FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; CASES ESPECIALLY DESIGNED FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; GOLF BALLS; GOLF TEES; GOLF GLOVES; FISHING TACKLE , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF AUSTRALIA REG. NO. 1060351, DATED 6-15-2005, EXPIRES 6-15-2015.

SER. NO. 76-641,547, FILED 6-24-2005.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,128,286

Registered Aug. 15, 2006

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-TERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT INC.
1-1, AKASAKA 7-CHOME
MINATO-KU
TOKYO, JAPAN 107-0052

FOR: ELECTRIC SWITCHES; ELECTRIC RE-LAYS; CIRCUIT BREAKERS; POWER CONTROL-LERS; CURRENT RECTIFIERS; ELECTRIC CONNECTORS; ELECTRIC CIRCUIT CLOSERS; ELECTRIC CAPACITOR; ELECTRIC RESISTORS; LOCAL SWITCHES; POWER DISTRIBUTING BOXES; SWITCHBOARDS; FUSES FOR ELECTRIC TRANSFORMERS; INDUCTION VOLTAGE REGU-LATORS; ROTARY INVERTORS; DRY CELL BAT-TERIES; WET CELL BATTERIES; ACCUMULATORS; PHOTOVOLTAIC CELLS; ELEC-TRIC WIRES; ELECTRIC CABLES; PHOTOGRAPH-IC APPARATUS AND INSTRUMENTS, NAMELY, PHOTOGRAPHIC CAMERAS, PHOTOGRAPHIC PROJECTORS, AND PHOTOGRAPHIC SLIDE TRANSPARENCIES; CINEMATOGRAPHIC APPA-RATUS, NAMELY, MOTION PICTURE CAMERAS AND VIDEO RECORDERS; OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, OPTICAL INSPEC-TION APPARATUS FOR INDUSTRIAL USE, OPTI-CAL LENS SIGHTS, OPTICAL MIRRORS, AND CONTACT LENSES; TELEPHONE ANSWERING MACHINES AND TELEPHONE; TELETYPEWRI-TERS; FACSIMILE MACHINES; BROADCASTING APPARATUS, NAMELY, RADIO, TELEVISION SETS, AMPLIFIERS, AND AUDIO SPEAKERS; RADIO COMMUNICATION APPARATUS, NAME-LY, TRANSMITTERS AND RECEIVERS; REMOTE CONTROL TELEMETERING UNITS; AUDIO FRE-QUENCY APPARATUS, NAMELY, TAPE RECOR-DERS, DISK RECORDERS, RECORD PLAYERS, AND COMPACT DISK PLAYERS; VIDEO FRE-QUENCY APPARATUS, NAMELY, TAPE RECOR-DERS, DISK RECORDERS, RECORD PLAYERS, AND COMPACT DISK PLAYERS; VIDEO FRE-QUENCY APPARATUS, NAMELY, VIDEO CAM-ERAS; ANTENNA; LOUDSPEAKERS; PHONOGRAPHIC RECORDERS FEATURING MU-SIC; ENCODED MAGNETIC CARDS; ENCODED MAGNETIC SHEETS; PRERECORDED COMPACT DISCS FEATURING MUSIC; PRERECORDED MAGNETIC TAPE FEATURING MUSIC; METRO-NOMES; JACKETS FOR COMPACT DISKS; ELEC-TROSTATIC COPYING MACHINES; COMPUTERS; COMPUTERS PERIPHERALS; COMPUTER SOFT-WARE FOR USE IN DATABASE MANAGEMENT, FOR USE AS A SPREADSHEET AND FOR USE IN DEVELOPMENT OF VIDEO GAME SOFTWARE; ELECTRON MICROSCOPES; CALCULATORS; WORD PROCESSORS; VACUUM TUBES; RECTIFI-ER TUBES; CATHODE RAY TUBES; DISCHARGE TUBES; THERMISTORS; DIODES; TRANSISTORS; INTEGRATED CIRCUITS; LARGE SCALE INTE-GRATED CIRCUITS; VIDEO GAME SOFTWARE; SLOT MACHINES; MAGNETIC CORES; ELECTRI-CAL WIRES; NAMELY, RESISTANCE WIRES; EX-POSED CINEMATOGRAPHIC FILMS; EXPOSED SLIDE FILMS; PHOTOGRAPHIC SLIDE TRANS-PARENCIES; SLIDE FILM MOUNTS; PUNCHED CARD OFFICE MACHINES, COMPACT DISCS, OP-TICAL DISCS AND MAGNETIC DISCS ALL FEA-TURING NEWS, SPORTS, MUSIC AND ENTERTAINMENT; VIDEO GAMES ACCESSORIES, NAMELY, CONTROLLERS, JOYSTICKS, MEMORY CARDS, VOLUME CONTROLLERS, VIDEO GAME CARTRIDGES AND COMPUTER MOUSE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

OWNER OF JAPAN REG. NO. 4456856, DATED 3-2-2001, EXPIRES 3-2-2011.

SER. NO. 76-061,084, FILED 6-2-2000.

PRISCILLA MILTON, EXAMINING ATTORNEY

Int. Cls.: 14, 20, 21, 25, 28 and 30

Prior U.S. Cls.: 2, 13, 22, 23, 25, 27, 28, 29, 30, 32, 33, 38, 39, 40, 46 and 50

Reg. No. 3,036,993

United States Patent and Trademark Office

Registered Jan. 3, 2006
OG Date July 4, 2006

Corrected

## TRADEMARK
## PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER ENTERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT, INC.,

1-22, AKASAKA 8-CHOME
MINATO-KU, TOKYO, JAPAN

OWNER OF JAPAN REG. NO. 4098354, DATED 12-26-1997, EXPIRES 12-26-2007.

OWNER OF JAPAN REG. NO. 4440718, DATED 12-15-2000, EXPIRES 12-15-2010.

OWNER OF JAPAN REG. NO. 4106143, DATED 1-23-1998, EXPIRES 1-23-2008.

OWNER OF JAPAN REG. NO. 4068011, DATED 10-9-1997, EXPIRES 10-9-2007.

OWNER OF JAPAN REG. NO. 4710453, DATED 7-24-1998, EXPIRES 7-24-2008.

OWNER OF JAPAN REG. NO. 4124490, DATED 3-13-1998, EXPIRES 3-13-2008.

OWNER OF JAPAN REG. NO. 4068009, DATED 10-9-1997, EXPIRES 10-9-2007.

THE MARK CONSISTS OF THE STYLIZED LETTERS "P" AND "S".

FOR: TABLEWARE OF PRECIOUS METAL, NAMELY, TEAPOTS, DRINKING GLASSES, RICE WINE CUPS, DISHES, SALAD BOWLS, DECANTERS, BEER MUGS, JUGS, PITCHERS, TEA CUPS, BOWLS, PEPPER POTS OF PRECIOUS METAL, SUGAR BOWLS OF PRE-

CIOUS METAL, SALT SHAKERS OF PRECIOUS METAL, EGG CUPS OF PRECIOUS METAL, NAPKIN HOLDERS OF PRECIOUS METAL, NAPKIN RINGS OF PRECIOUS METAL, SERVING TRAYS OF PRECIOUS METAL, TOOTHPICK HOLDERS OF PRECIOUS METAL, CLOTHING EMBLEMS OF PRECIOUS METAL, BADGES OF PRECIOUS METAL, WATCHES, CLOCKS PARTS AND ACCESSORIES THEREOF; NUTCRACKERS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50). .

FOR: FURNITURE, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50). .

FOR: PANS, NAMELY, FRYING PANS, SAUCE PANS AND METAL COOKING PANS, NON-ELECTRIC COFFEE POTS, NON-ELECTRIC KETTLES, TABLEWARE NOT OF PRECIOUS METAL, NAMELY, TEAPOTS, DRINKING GLASSES, RICE WINE CUPS, DISHES, SALAD BOWLS, DECANTERS, BEER MUGS, JUGS, PITCHERS, TEA CUPS, BOWLS, ICE PAILS, NON-ELECTRIC WHISKS FOR HOUSEHOLD PURPOSE, HOUSEHOLD UTENSILS, NAMELY, STRAINERS, PEPPER POTS NOT PRE-

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 4, 2006.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

CIOUS METAL, SUGAR BOWLS AND SALT SHAKERS, EGG CUPS, NAPKIN HOLDERS AND NAPKIN RINGS, SERVING TRAYS FOR DOMESTIC PURPOSES, TOOTHPICK HOLDERS, BAMBOO BOWLS, SHAKERS, PEPPER SHAKERS, COCKTAIL SHAKERS, RICE SCOOPS, HAND-OPERATED PEPPER MILLS, FUNNELS, DINING TRAYS/ STANDS, BOTTLE OPENERS, HOUSE-HOLD UTENSILS, NAMELY, GRATERS, TART SCOOPS, PAN MATS/TRIVETS, KITCHEN LADLES/DIPPERS, HOUSE-HOLD UTENSILS, NAMELY, SIEVES, FLOUR SIFTERS, WOOD CHOPPING BOARDS FOR KITCHEN USE, ROLLING PINS, COOKING UTENSILS, NAMELY, GRILLS, TOOTHPICKS, LEMON SQUEE-ZERS, NON-ELECTRIC WAFFLE IRONS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50). .

FOR: SHOES AND BOOTS *NOT IN-CLUDING SPORTS RELATED SHOES* , IN CLASS 25 (U.S. CLS. 22 AND 39). .

FOR: SPORTING AND GYMNASTIC EQUIPMENT, NAMELY, BASEBALL OR SOFTBALL BATS, BASEBALL AND SOFTBALL GLOVES, BASEBALLS AND SOFTBALL BALLS, TENNIS AND BAD-MINTON RACKETS, [ TENNIS, SHUT-TLECOCKS AND BADMINTON BALLS, GUTS FOR RACKETS, TENNIS AND BADMINTON NETS, TABLE TENNIS RACKETS, TABLES FOR TABLE TENNIS, GOLF CLUBS, GOLF GLOVES, GOLF BAGS, GOLF BALLS, ] BOWLING BALLS, BOWLING GLOVES, SKIS, SKI BIND-INGS, WATERSKIS, WAX FOR SKIS, SKATING BOOTS WITH SKATES AT-TACHED, BOXING GLOVES, BOWS FOR ARCHERY, SAILS AND SAILBOARDS FOR BOARDSAILING, SURF BOARD, EXPANDERS, WAKE BOARDS, PARA-GLIDERS, HANGLIDERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). .

FOR: CONFECTIONERY, NAMELY, ICE CANDY, ICE CREAM, CARAMELS, CANDY, ICE-CREAM CONES, SHER-BETS, SORBETS, CREAM PUFFS, SPONGE CAKE, TOFFEE, CHEWING GUM, CHOCOLATE, DOUGHNUTS, LO-ZENGES/PASTILLES, NOUGAT, PIES, BALL CAKE, PANCAKE, MARSHMAL-LOWS, RUSKS AND WAFFLES, IN CLASS 30 (U.S. CL. 46).

SER. NO. 75-131,520, FILED 7-9-1996.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 4, 2006.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cls.: **14, 20, 21, 25, 28 and 30**

Prior U.S. Cls.: **2, 13, 22, 23, 25, 27, 28, 29, 30, 32, 33, 38, 39, 40, 46 and 50**

Reg. No. 3,036,993

## United States Patent and Trademark Office

Registered Jan. 3, 2006

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-TERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT, INC.

1-22, AKASAKA 8-CHOME

MINATO-KU, TOKYO, JAPAN

FOR: TABLEWARE OF PRECIOUS METAL, NAMELY, TEAPOTS, DRINKING GLASSES, RICE WINE CUPS, DISHES, SALAD BOWLS, DECAN-TERS, BEER MUGS, JUGS, PITCHERS, TEA CUPS, BOWLS, PEPPER POTS OF PRECIOUS METAL, SUGAR BOWLS OF PRECIOUS METAL, SALT SHA-KERS OF PRECIOUS METAL, EGG CUPS OF PRE-CIOUS METAL, NAPKIN HOLDERS OF PRECIOUS METAL, NAPKIN RINGS OF PRECIOUS METAL, SERVING TRAYS OF PRECIOUS METAL, TOOTH-PICK HOLDERS OF PRECIOUS METAL, CLOTH-ING EMBLEMS OF PRECIOUS METAL, BADGES OF PRECIOUS METAL, WATCHES, CLOCKS PARTS AND ACCESSORIES THEREOF; NUTCRACKERS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: FURNITURE, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: PANS, NAMELY, FRYING PANS, SAUCE PANS AND METAL COOKING PANS, NON-ELEC-TRIC COFFEE POTS, NON-ELECTRIC KETTLES, TABLEWARE NOT OF PRECIOUS METAL, NAME-LY, TEAPOTS, DRINKING GLASSES, RICE WINE CUPS, DISHES, SALAD BOWLS, DECANTERS, BEER MUGS, JUGS, PITCHERS, TEA CUPS, BOWLS, ICE PAILS, NON-ELECTRIC WHISKS FOR HOUSE-HOLD PURPOSE, HOUSEHOLD UTENSILS, NAME-LY, STRAINERS, PEPPER POTS NOT PRECIOUS

METAL, SUGAR BOWLS AND SALT SHAKERS, EGG CUPS, NAPKIN HOLDERS AND NAPKIN RINGS, SERVING TRAYS FOR DOMESTIC PURPO-SES, TOOTHPICK HOLDERS, BAMBOO BOWLS, SHAKERS, PEPPER SHAKERS, COCKTAIL SHA-KERS, RICE SCOOPS, HAND-OPERATED PEPPER MILLS, FUNNELS, DINING TRAYS/STANDS, BOT-TLE OPENERS, HOUSEHOLD UTENSILS, NAME-LY, GRATERS, TART SCOOPS, PAN MATS/TRIVETS, KITCHEN LADLES/DIPPERS, HOUSE-HOLD UTENSILS, NAMELY, SIEVES, FLOUR SIF-TERS, WOOD CHOPPING BOARDS FOR KITCHEN USE, ROLLING PINS, COOKING UTENSILS, NAMELY, GRILLS, TOOTHPICKS, LEMON SQUEE-ZERS, NON-ELECTRIC WAFFLE IRONS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: SHOES AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: SPORTING AND GYMNASTIC EQUIP-MENT, NAMELY, BASEBALL OR SOFTBALL BATS, BASEBALL AND SOFTBALL GLOVES, BASEBALLS AND SOFTBALL BALLS, TENNIS AND BADMIN-TON RACKETS, TENNIS, SHUTTLECOCKS AND BADMINTON BALLS, GUTS FOR RACKETS, TEN-NIS AND BADMINTON NETS, TABLE TENNIS RACKETS, TABLES FOR TABLE TENNIS, GOLF CLUBS, GOLF GLOVES, GOLF BAGS, GOLF BALLS, BOWLING BALLS, BOWLING GLOVES, SKIS, SKI BINDINGS, WATERSKIS, WAX FOR SKIS, SKAT-ING BOOTS WITH SKATES ATTACHED, BOXING GLOVES, BOWS FOR ARCHERY, SAILS AND SAIL-BOARDS FOR BOARDSAILING, SURF BOARD, EXPANDERS, WAKE BOARDS, PARAGLIDERS,

HANGLIDERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: CONFECTIONERY, NAMELY, ICE CANDY, ICE CREAM, CARAMELS, CANDY, ICE-CREAM CONES, SHERBETS, SORBETS, CREAM PUFFS, SPONGE CAKE, TOFFEE, CHEWING GUM, CHOCOLATE, DOUGHNUTS, LOZENGES/PASTILLES, NOUGAT, PIES, BALL CAKE, PANCAKE, MARSHMALLOWS, RUSKS AND WAFFLES, IN CLASS 30 (U.S. CL. 46).

OWNER OF JAPAN REG. NO. 4098354, DATED 12-26-1997, EXPIRES 12-26-2007.

OWNER OF JAPAN REG. NO. 4440718, DATED 12-15-2000, EXPIRES 12-15-2010.

OWNER OF JAPAN REG. NO. 4106143, DATED 1-23-1998, EXPIRES 1-23-2008.

OWNER OF JAPAN REG. NO. 4068011, DATED 10-9-1997, EXPIRES 10-9-2007.

OWNER OF JAPAN REG. NO. 4710453, DATED 7-24-1998, EXPIRES 7-24-2008.

OWNER OF JAPAN REG. NO. 4124490, DATED 3-13-1998, EXPIRES 3-13-2008.

OWNER OF JAPAN REG. NO. 4068009, DATED 10-9-1997, EXPIRES 10-9-2007.

THE MARK CONSISTS OF THE STYLIZED LETTERS "P" AND "S".

SER. NO. 75-131,520, FILED 7-9-1996.

PRISCILLA MILTON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,029,955

## United States Patent and Trademark Office

Registered Dec. 13, 2005

### TRADEMARK
#### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.,
1-1, AKASAKA 7-CHOME
MINATO-KU
TOKYO, JAPAN 107-0052

FOR: VIDEO GAME MACHINES FOR USE WITH
TELEVISION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 7-7-2000; IN COMMERCE 9-0-2000.

SN 76-976,803, FILED 6-2-2000.

PRISCILLA MILTON, EXAMINING ATTORNEY

Int. Cls.: 9 and 28

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,025,454

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-TERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT INC.
2-6-21, MINAMI-AOYAMA, MINATO-KU
TOKYO, 107-0062, JAPAN

FOR: CD PLAYERS; AUDIO-VIDEO COMPACT DISCS FEATURING MUSIC ENTERTAINMENT FILMS, ANIMATION AND COMPUTER GAMES; CONSUMER VIDEO GAME MACHINES ADAPTED FOR USE WITH TELEVISION RECEIVERS ONLY; CONTROLLERS, JOYSTICKS, MEMORY CARDS, VOLUME CONTROLLERS AND MICE FOR CON-SUMER VIDEO GAME MACHINES ADAPTED FOR USE WITH TELEVISION RECEIVERS ONLY; DVD PLAYER; COMPUTER SOFTWARE FEATURING DOWNLOADABLE IMAGE AND CHARACTER DATA OF MAGAZINES, BOOKS, NEWSPAPERS, MAPS, PICTURES AND DRAWINGS; DOWNLOAD-ABLE SOUND RECORDINGS FEATURING MUSIC; DOWNLOADABLE VIDEO RECORDINGS FEA-TURING IMAGES OF VIDEO GAMES; ELECTRO-NIC INTEGRATED CIRCUITS, CD-ROMS AND OTHER MEMORY MEDIUM RECORDED PRO-GRAMS, NAMELY COMPUTER GAME PRO-GRAMS, FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; ELECTRONIC PUB-LICATIONS, NAMELY MANUALS FOR VIDEO GAMES AND MAGAZINES FOR VIDEO GAMES RECORDED ON COMPUTER MEDIA; COMPUTER

PROGRAMS FOR ARCADE VIDEO GAME MA-CHINES; COMPUTER PROGRAMS FOR CONSU-MER VIDEO GAMES; RECORDED DVD-ROM FEATURING MUSICAL ENTERTAINMENT FILMS, ANIMATION AND COMPUTER GAMES; RECOR-DED VIDEO DISCS AND TAPES FEATURING MU-SICAL ENTERTAINMENT FILMS, ANIMATION AND COMPUTER GAMES; SOUND RECORDED MAGNETIC CARDS, SHEETS AND TAPES; SOUND RECORDED OPTICAL DISCS FEATURING MUSIC AND SPECIAL EFFECTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: HAND-HELD GAMES WITH LIQUID CRYS-TAL DISPLAYS INCLUDING EXCLUSIVE EAR-PHONES CONNECTED AND USED FOR HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS AND OTHER ACCESSORIES; POCKET-SIZED ELECTRONIC GAMES, NAMELY HAND-HELD UNIT FOR PLAYING ELECTRONIC GAMES , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF JAPAN REG. NO. 4762588, DATED 4-9-2004, EXPIRES 4-9-2014.

SER. NO. 76-588,654, FILED 4-23-2004.

SUE LAWRENCE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,770,203**

**Registered Jun. 28, 2022**

**Corrected Feb. 13, 2024**

**Int. Cl.: 28, 38**

**Service Mark**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 28: Video game consoles; controllers for game consoles; game controllers for computer games; video game interactive hand held remote controls for playing electronic games; controllers for game consoles in the nature of motion controllers; [ gaming headsets adapted for use in playing video games; ] video game interactive remote control units; toy cars, figures, whistles; action figure toys; cards for trading card games; portable games with liquid crystal displays; game cards

CLASS 38: Transmission and delivery of video, and audiovisual content via a subscription service in the fields of gaming, entertainment, and general interest; electronic transmission and streaming of digital media content for others via cloud-based computer networks; streaming of audio, visual and audiovisual material via a computer network in the fields of gaming, entertainment, and general interest; video-on-demand transmission services for images and voices; providing virtual private network (VPN) services in which users can interact through computers or video game consoles; video streaming services via the internet, featuring movies and television shows; streaming of audio, video, and audiovisual material on the internet; telecommunication services, namely transmitting streamed sound and audiovisual recordings via the internet

The mark consists of the grey device.

The mark consists of a grey cross background with an outline of a grey triangle at the top of the cross, an outline of a grey circle to the right arm of the cross, a grey X at the bottom leg of the cross, and a grey outline of a square at the left arm of the cross. The background gray cross is also shaded in a darker gray to the left and bottom of the cross to create a three-dimensional look.

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



PRIORITY DATE OF 03-26-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1607751 DATED 04-28-2021, EXPIRES 04-28-2031

SER. NO. 79-318,021, FILED 04-28-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# ASTRO'S PLAYROOM

**Reg. No. 6,895,984**

**Registered Nov. 08, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Sony Interactive Entertainment LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94404

CLASS 9: Recorded video game software; downloadable video game software

FIRST USE 6-11-2020; IN COMMERCE 11-12-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-165,494, FILED 09-08-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,805,555**

**Registered Aug. 02, 2022**

**Int. Cl.: 9, 14, 16, 18, 20, 25, 28**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 9: Mobile phones; compact disc players; DVD players; DVD recorders; electric capacitors for telecommunication apparatus; headphones; intercoms; loudspeakers; microphones for telecommunication apparatus; navigation apparatus for vehicles (on-board computers); pickups for telecommunication apparatus; radio receivers; record players; telephone sets; stands and racks adapted for telecommunication machines and apparatus; television receivers (TV sets); videocameras (camcorders); videodisc players; optical disc players; digital cameras; phonograph records featuring music; sound recorded magnetic cards, sheets and tapes; compact discs featuring music; cathode ray tubes; computers; downloadable computer game programs; integrated circuits; large scale integrated circuits; optical character readers; shield cases for magnetic disks; magnetic discs, optical discs, magnet-optical discs, CD-ROM and magnetic tapes recorded with magazines, books, newspapers, maps, pictures and images in the field of video games; video discs and video tapes with recorded animated cartoons; prerecorded video tapes featuring music; videotapes and video discs recorded with animation, drama and music; electronic circuits, magnetic discs, optical discs, magnet-optical discs, CD-ROM and magnetic tapes with recorded game programs for arcade games adapted for use with an external display screen or monitor; electronic circuits, magnetic discs, optical discs, magnet-optical discs, CD-ROM and magnetic tapes with recorded programs for amusement apparatus for use with liquid crystal screens; game controllers, joysticks, memory cards, volume controllers and mice exclusively for use with amusement apparatus for use with liquid crystal screens; consumer game apparatus for adopted for use with an external display screen or monitor; blank optical discs

CLASS 14: Jewellery cases; jewelry caskets of precious metal; shoe jewelry; badges of precious metal; earrings; medallions; medals; necklaces; pendants; rings; tie clips; tie pins; jewellery; alarm clocks; automobile clocks; cases being parts of watches and



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



clocks; stopwatches; table clocks; watch bands and straps; watch chains; watches; precious metal trophies; fancy keyrings of precious metals

CLASS 16: colorboard being colored paperboard; napkin paper; postcard paper; writing paper; corrugated cardboard boxes; fiberboard boxes; industrial packaging containers of paper; paper bags and sacks; paperboard boxes for industrial packaging; garbage bags of paper for household use; garbage bags of plastics for household use; hygienic paper; table napkins of paper; hand towels of paper; face towels of paper; table cloths of paper; printed calendars; printed diaries; printed newspapers; printed timetables; printed sheet music; printed song books; printed books in the field of video games, music, movies, dance and figurative arts; printed magazines in the fields of video games, music, movies, dance and figurative arts; engravings and their reproductions; paintings and calligraphic works; paintings and their reproductions; printed photographs; desk stands for photograph; ball-point pens; canvas for painting; crayons; date stamps; envelopes; felt marking pens; felt writing pens; finger-stalls for office use; fountain pens; inking pads; letter racks; loose-leaf pads; printed notebooks; numbering stamps; palettes for painters; paper folders; hand-held paper knives; paper stationery; paperweights; pen and pencil cases and boxes; pen nibs; pencil point protectors; pencil sharpeners; pencils; pocket memorandum books; protractors for stationery and office use; rubber erasers; printed score books; printed score cards; scrap books; seal ink pads; sealing stamps; seals (stationery); sketch books; stamp stands; stands for pens and pencils; stapling presses (non-electric staplers); stickers; terrestrial globes; thumbtacks; writing implements (writing instruments); writing pads; pastes and other adhesives for stationery or household purposes; drawing instruments; decorators' paintbrushes; marking templates

CLASS 18: Backpacks; beach bags; Boston bags; briefcases; business card cases; carry-on bags; folding briefcases; Gladstone bags; handbags; key cases; purses; schoolchildren's backpacks; shoulder bags; suitcases; unfitted vanity cases; bags for umbrellas; beach umbrellas; parasols; rainproof parasols; telescopic umbrellas; umbrella covers; umbrella handles; umbrellas and their parts; canes; handles of canes and walking-sticks; metal parts of canes and walking-sticks; walking-sticks; reins; riding saddles; saddlery; whips; clothing for domestic pets; dog collars; dog shoes; purses and wallets of precious metal

CLASS 20: Curtain rods, rollers and hooks; binding screws, not of metal, for cables; cushions; mattresses; pillows; packaging containers of plastic; drinking straws; nameplates, not of metal; hand-held flat fans; hand-held folding fans; beds for household pets; bottle racks for wine; beds; bookshelves; cheval glasses; cupboards; dining chairs; dining tables; dressers (dressing tables); easy chairs; furniture; hand mirrors as part of a dresser; high chairs for babies; magazine racks; mirrors being furniture; office desks; shoe cabinets; show shelves; stools; three-mirror dressing tables; towel closets; toy boxes and chests; umbrella stands; writing desks; indoor window blinds; screens (furniture); benches; cradles; sleeping bags for camping; picture frames

CLASS 25: Evening dresses; jackets (clothing); jogging pants; sweat pants; ski jackets; ski pants; mantles; raincoats; school uniforms; cardigans; undershirts; chemises; sport shirts; underpants; sweaters; nightgowns; negligees; panties, shorts and briefs; blouses; polo shirts; shirts for suits; shirts; open-necked shirts; nightwear; swimming caps; mufflers as neck scarves; neckerchieves; puttees and neck gaiters; scarfs; socks and stockings; aprons; stoles; shawls; gloves as clothing; ties as clothing; bandanas; ear muffs; hoods; nightcaps; sedge hats (suge-gasa); headwear, namely, caps; fur hats; paper hats for use as clothing items; fashion hats for parties; rain hats; small hats; woolly hats; sock suspenders; belts (clothing); suspenders; waistbands; infants' shoes and boots; insoles; overshoes; rain boots; training shoes; winter boots; women's shoes; work shoes and boots; sandals and beach shoes; baseball shoes; basketball sneakers; bowling shoes; boxing shoes; climbing boots (mountaineering boots); footwear for track and field athletics; golf shoes; handball shoes; hockey shoes; rugby shoes; ski suits for competition; soccer shoes; sports over uniforms; tennis shoes; volleyball shoes; wind-jackets; wristbands as clothing

CLASS 28: Hand-held games with liquid crystal displays; clockwork toys; jigsaw puzzles; kites; lever action toys; stuffed toys; handheld unit for playing electronic games other than those adapted for use with an external display screen or monitor; video game cartridges exclusively used with hand-held games with liquid crystal displays; earphones exclusively connected to hand-held games with liquid crystal displays; parts and accessories exclusively for use with hand-held games with liquid crystal displays, namely, stands and protective covers; dice; dominoes; playing cards; baseball bat cases; baseball bats; baseball gloves; baseball mitts; batting gloves; golf bags; golf ball markers; golf clubs; golf tees; men's athletic supporters (sports articles); paragliders; putting practice mats (golf implement); stationary exercise bicycles and rollers therefor; surfboards; swim fins; wax for skis; fishing floats; fishing lines; fishing reels; fishing rod cases; fishing rods; fishing sinkers; fishing tackle; landing nets (for anglers); lures for fishing; amusement game machines for use in amusement parks; playing cards and card games

The mark consists of a square, triangle, X, and a circle. The square appears to the left of the triangle. The X appears below the square, and the circle appears below the triangle.

OWNER OF INTERNATIONAL REGISTRATION 1029172 DATED 11-27-2009, EXPIRES 11-27-2029

SER. NO. 79-312,028, FILED 04-09-2021

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,770,229**
**Registered Jun. 28, 2022**
**Int. Cl.: 14, 16, 18, 25, 30**
**Trademark**
**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 14: Jewelry cases; jewelry caskets of precious metal; shoe jewelry; badges of precious metal; earrings; medallions; medals; necklaces; pendants; rings being jewelry; tie clips; tie pins; jewelry; alarm clocks; automobile clocks; cases being parts of watches and clocks; stopwatches; table clocks; watch bands and straps; watch chains; watches; precious metal trophies; fancy keyrings of precious metals

CLASS 16: colored paperboard, namely, colorboard; napkin paper; postcard paper; writing paper; corrugated cardboard boxes; fiberboard boxes; industrial packaging containers of paper; paper bags and sacks; paperboard boxes for industrial packaging; garbage bags of paper for household use; garbage bags of plastics for household use; hygienic paper; table napkins of paper; hand towels of paper; face towels of paper; table cloths of paper; printed calendars; printed diaries; printed newspapers; printed timetables; printed sheet music; printed song books; printed books in the field of video games, music, movies, dance and figurative arts; printed magazines in the fields of video games, music, movies, dance and figurative arts; engravings and their reproductions; paintings and calligraphic works; paintings and their reproductions; printed photographs; desk stands for photograph; ball-point pens; canvas for painting; crayons; daters, namely, date stamps; envelopes; felt marking pens; felt writing pens; office requisites, namely, finger-stalls; fountain pens; inking pads; letter racks; loose-leaf pads; printed notebooks; numbering stamps; palettes for painters; paper folders; letter openers, namely, hand-held paper knives; paper stationery; paperweights; pen and pencil cases and boxes; pen nibs; pencil point protectors; pencil sharpeners; pencils; pocket memorandum books; protractors for stationery and office use; rubber erasers; printed score books; printed score cards; scrap books; seal ink pads; stationery, namely, sealing stamps; stationery, namely, seals; sketch books; stamp stands; stands for pens and pencils; non-electric staplers, namely, stapling presses; stationery, namely, stickers; terrestrial globes; thumbtacks; writing instruments; writing pads; pastes and other adhesives for stationery or household purposes; drawing instruments; decorators' paintbrushes; marking templates

CLASS 18: Backpacks; beach bags; Boston bags; briefcases; business card cases; carry-on bags; folding briefcases; Gladstone bags; handbags; key cases; purses; schoolchildren's backpacks; shoulder bags; suitcases; unfitted vanity cases; bags for umbrellas; beach umbrellas; parasols; rainproof parasols; telescopic umbrellas; umbrella covers; umbrella handles; umbrellas and their parts; canes; handles of canes and walking-sticks; metal parts of canes and walking-sticks; walking-sticks; reins; riding saddles; saddlery; whips; clothing for domestic pets; dog collars; dog shoes; purses and



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



wallets of precious metal

CLASS 25: Evening dresses; jackets; jogging pants; sweat pants; ski jackets; ski pants; mantles; raincoats; school uniforms; cardigans; undershirts; chemises; sport shirts; underpants; sweaters; nightgowns; negligees; panties, shorts and briefs; blouses; polo shirts; shirts for suits; shirts; open-necked shirts; nightwear; swimming caps; mufflers as neck scarves; neckerchieves; puttees and neck gaiters; scarfs; socks and stockings; aprons; stoles; shawls; gloves as clothing; ties as clothing; bandanas; ear muffs; hoods; nightcaps; caps being headwear; fur hats; paper hats for use as clothing items; fashion hats for parties; rain hats; small hats; woolly hats; sock suspenders; belts; suspenders; waistbands; infants' shoes and boots; insoles for shoes and boots; overshoes; rain boots; training shoes; winter boots; women's shoes; work shoes and boots; sandals and beach shoes; baseball shoes; basketball sneakers; bowling shoes; boxing shoes; climbing boots; footwear for track and field athletics; golf shoes; handball shoes; hockey shoes; rugby shoes; ski suits for competition; soccer shoes; sports over uniforms; tennis shoes; volleyball shoes; wind-jackets; wristbands as clothing

CLASS 30: Coffee; cocoa; coffee beans, tea; cube sugar; rock sugar; sugar; maltose for food; honey; powdered candy; starch syrup for culinary purposes; table salt mixed with sesame seeds; cooking salt; ground sesame seeds for use as seasonings; celery salt; chemical seasonings for culinary purposes; spices; aromatic preparations for food, namely, baking spices, processed herbs and food flavourings other than essential oils; spaghetti; sandwiches; hamburger sandwiches; pizzas; confectionery, namely, candy, pastilles, fondants, frozen confectionery; breads

The mark consists of a triangle, circle, X, and a square.

OWNER OF INTERNATIONAL REGISTRATION 1036100 DATED 01-18-2010, EXPIRES 01-18-2030

SER. NO. 79-320,695, FILED 07-02-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,770,203**

**Registered Jun. 28, 2022**

**Int. Cl.: 28, 38**

**Service Mark**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 28: Video game consoles; controllers for game consoles; game controllers for computer games; video game interactive hand held remote controls for playing electronic games; controllers for game consoles in the nature of motion controllers; gaming headsets adapted for use in playing video games; video game interactive remote control units; toy cars, figures, whistles; action figure toys; cards for trading card games; portable games with liquid crystal displays; game cards

CLASS 38: Transmission and delivery of video, and audiovisual content via a subscription service in the fields of gaming, entertainment, and general interest; electronic transmission and streaming of digital media content for others via cloud-based computer networks; streaming of audio, visual and audiovisual material via a computer network in the fields of gaming, entertainment, and general interest; video-on-demand transmission services for images and voices; providing virtual private network (VPN) services in which users can interact through computers or video game consoles; video streaming services via the internet, featuring movies and television shows; streaming of audio, video, and audiovisual material on the internet; telecommunication services, namely transmitting streamed sound and audiovisual recordings via the internet

The mark consists of the grey device.

The mark consists of a grey cross background with an outline of a grey triangle at the top of the cross, an outline of a grey circle to the right arm of the cross, a grey X at the bottom leg of the cross, and a grey outline of a square at the left arm of the cross. The background gray cross is also shaded in a darker gray to the left and bottom of the cross to create a three-dimensional look.



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



PRIORITY DATE OF 03-26-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1607751 DATED 04-28-2021, EXPIRES 04-28-2031

SER. NO. 79-318,021, FILED 04-28-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,082,275**

**Registered Jun. 23, 2020**

**Int. Cl.: 11, 20**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc. (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 11: Sockets for electric lights; LED flashlights; light-emitting diode (LED) luminaires; light-emitting diode (LED) lighting installations; light-emitting diode (LED) light bulbs; LED safety lamps; light-emitting diodes (LED) lighting apparatus being lighting installations; LED light bulbs; arc lamps; carbon for arc lamps being lighting fixtures; motorcycle lights; overhead lamps; off-road light bars for automobile vehicles; flameless candles; klieg lights; electric lights for Christmas trees; chandeliers; lighting devices for showcases; spotlights; diving lights; downlights; lighted disco balls; trailer lights for trailers; light panels for vehicles; halogen lamps; ultraviolet halogen metal vapor lamps; halogen light bulbs; flat panel lighting apparatus; standard lamps; outdoor portable lighting products, namely, lights for helmets; penlights; boat trailer lights; running lights for boats; electric track lighting units; flameless light-emitting diode (LED) candles; accent lights for indoor use; electric flashlights; street lamps; lights for security use; germicidal lamps for purifying air; portable headlamps; LED landscape lights; fluorescent lamps; fluorescent lamp tubes; fiber optic lighting apparatus in the nature of lighting fixtures and installations; lighting apparatus incorporating optical fibers, namely, lighting fixtures; safety lamps for underground use; lighting installations for air vehicles; navigation lights for aircraft, namely, lighting installations for air vehicles; high-intensity searchlights; string lights for festive decoration; fairy lights for festive decoration; electric lighting fixtures; LED lighting fixtures; germicidal lamps, namely, germicidal lamps for purifying air; ultraviolet ray lamps, not for medical purposes; mobile light towers; bicycle lights; bicycle lamps; dynamo lights for bicycles, namely, vehicle dynamo light; directional lights for bicycles; headlights for automobiles; interior lights for automobiles; hand-held spotlights; fish-luring lights; lamps for festive decoration; electric holiday lights; compact fluorescent electric light bulbs (CFLs); electric luminaires; filters for use with lighting apparatus; lighting fixtures; magnesium filaments for lighting; light shades; lighting apparatus, namely, lighting installations; color filters for lighting apparatus; filters for lighting apparatus; light diffusers; luminous tubes for lighting; discharge tubes, electric, for lighting; uplighters; light bulbs for directional signals for vehicles; spot lights for use on vehicles; taillights for vehicles; map-reading lights for vehicles; vehicle brake lights; vehicle headlights; lights for vehicles; lighting apparatus for vehicles; vehicle dynamo lamps; fitted anti-dazzle devices for vehicles in the nature of lamp fittings; mercury-vapor lamps; aquarium lights; LED underwater lights; infrared lamp fixtures; infrared illuminators; infrared lighting fixtures; infrared lamps, not for medical purposes; solar powered lamps; sun lamps; table lamps; searchlights; ceiling lights; electric Chinese lanterns; electric candelabras; electric lanterns; electric candles; electric night lights; electric lamps; fluorescent electric light bulbs; filaments for electric lamps; electronic candles; laser light projectors; floodlights; miniature light bulbs; head torches; motion sensitive security lights; book lights; tanning lamps; incandescent lamps; filters for stage lighting; decorative lights in the nature of electrically illuminated figurines; theatrical stage lighting apparatus; sconce lighting fixtures; lights for wall mounting; discharge lamps; organic light emitting diodes (OLED) lighting devices; taillights for land vehicles; running lights for land vehicles; backup lights for land vehicles; lamps for tents; floor lamps; lamps;



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



globes for lamps; lamp bases; lamp glasses; lamp casings; lamp mantles; lamp shades; lampshade holders; lamp reflectors; candle lamps; curling lamps; chemiluminescent light sticks; miners' lamps; laboratory lamps; desk lamps; reflector lamps; wall lamps; lamps for outdoor use; portable Japanese paper lanterns (chochin)

CLASS 20: Non-metal pulls; porcelain pulls; ceramic pulls; stone pulls; glass pulls; drafting tables; furniture fittings, not of metal; non-metal bed fittings; U-shaped pillows; air mattresses, not for medical purposes; spring mattresses; sleeping pads; sleeping mats; latex pillows; latex mattresses; straw mattress; chair cushions; air cushions, not for medical purposes; air pillows, not for medical purposes; inflatable pillows; seat cushions; sleeping mats for use by children; neck support cushions; neck-supporting pillows; inflatable neck support cushions; neck pillows; nursing pillows; mattresses made of flexible wood; bedding, namely, beds, bed pillows, bed rests, bed rails except linen; accent pillows; bolsters; head-supporting pillows; head supporting pillows; head support cushions for babies; anti-roll cushions for babies; baby bolsters; head positioning pillows for babies; baby changing mats; maternity pillows; back support cushions, not for medical purposes; inflatable mattresses for use when camping; cushions filled with hair; pillows; cushions being furniture; mattresses; mats for infant playpens; air mattresses for use when camping; nameplates, not of metal; tool boxes, not of metal, empty; bumper guards for furniture; storage racks for athletic training equipment; antique reproduction furniture; kimono racks; chairs in the nature of seats; chair legs; chair beds; hydrostatic beds, not for medical purposes; air beds, not for medical purposes; ottomans; diaper changing stations; chests for toys; counters height tables; drawer pulls of glass, porcelain or earthenware; furniture for camping; shoe cabinets; coatstands; console tables; computer workstations comprising tables and seating in the nature of tables, namely, desks; carts for computers being furniture; computer furniture; surfboard display racks; surfboard storage racks; side tables; sideboards; shoe racks; furniture, namely, showcases; storage racks for ski and sports equipment; storage racks for video game equipment; stools; sofas; sofa beds; shelves for typewriters; typing desks; mirror tiles; towel stands being furniture; cask stands, not of metal; chests of drawers; storage racks for dumb-bells; furniture chests; cabinets for tea services; tea tables; coffee tables; tea trolleys; non-metal trestles for supporting tables; wooden trestles for use as table supports; drum thrones; drum stools; saw benches being furniture; barstools; high chairs; banqueting chairs; piano benches; bean bag chairs; shaving mirrors; billiard cue racks; filing cabinets; beds; bedsprings; bed headboards; bed frames; bedsteads of wood; bed bases; head-rests being furniture; wooden bedsteads; bed rails; non-metal baby safety gates; playpens for babies; pool cue racks; box springs; magazine racks; massage tables; mattress foundations; lounge chairs; lounge furniture; reclining chairs; reclining armchairs; lockers; locker mirrors; rocking chairs; wine racks; trolleys being furniture, namely, serving trolleys and tea trolleys; easy-chairs; arm rests for furniture; costume stands; covers for clothing in the nature of wardrobes; closet accessories, namely, sliding clothes rails; clothes drying racks being furniture; racks as furniture for hanging clothes not used for drying; medicine cabinets; drawers as furniture parts; drawer pulls, not of metal; dividers for drawers; storage racks for exercise weights; storage racks for athletic equipment; dressing tables; adjustable beds; furniture; mirrors being items of furniture; furniture frames; non-metal door handles comprised of plastics for furniture; legs for furniture; furniture partitions; furniture handles, not of metal, namely, non-metal handles comprised of wood for cabinet, door and furniture; furniture shelves; doors for furniture; furniture partitions of wood; trestle tables; flower-stands being furniture; luggage racks being furniture; luggage stands being furniture; extendible sofas; school furniture; desks; living room furniture; mirrors being looking glasses; mirrored cabinets; mirror frames; dressers being dressing tables; bentwood furniture; metal cabinets; metal furniture for camping; furniture primarily of metal, namely, dog gates of metal; furniture of metal; cabinets of metal; tool cabinets of metal; seats of metal; tables of metal; shelving of metal; storage cabinets of metal; metal display stands; inflatable chairs; inflatable furniture; slanted shelves; stands for calculating machines; stands for television sets; key cabinets; stone pulls for cabinets, drawers and furniture; furniture made from steel tubing; seats; seating furniture; fitted cupboards; fitted kitchen furniture; work benches; index cabinets being furniture; three-mirror dressing tables; umbrella stands; cheval glasses; booster seats; cabinet work; fodder racks; office desks; office tables; office armchairs; office chairs; office furniture; office seats; portable desks; portable folding stadium seats; drawer pulls of porcelain; toilet mirrors being hand-held mirrors; chests, not of metal; book rests being furniture; bookshelves; shelves for file cabinets; paper racks being office furniture; furniture for displaying goods; display cases

for merchandise; cots; valet stands; storage racks to hold vehicle mats; plant racks; plant stands; stands for flower pots; flower-pot pedestals; cupboards; plate racks; dinner wagons being furniture; dining tables; table tops; dining chairs; meat safes; divans; bedroom furniture; newspaper display stands; storage racks for firewood; chairs adapted for use by those with mobility difficulties; library shelves; silvered glass mirrors; storage racks for water sports equipment; folding shelves; folding tables for games; folding beds; folding chairs; washstands being furniture; decorative mirrors; foot stools; kitchen cabinets; display racks; non-metal shelving; bamboo furniture; cupboards for tea-things (chadansu); chaise longues; nagamochi chests; display cases; display stands; showshelves; display boards; display cabinets, namely, cabinets for display purposes; display tables; fishing chairs, namely, fishing stools; wall-mounted panel units for exhibitions, displays and partitioning; point-of-purchase displays being furniture; mirrors enhanced by electric lights; electric piano keyboard benches; ceramic pulls for drawers; ceramic pulls for furniture; ceramic pulls for cabinets; love seats; bunk beds; safety gates, not of metal, for babies, children, and pets; infant beds; cots for babies; baby changing platforms; worktops; furniture, namely sales counters; storage racks for storing works of art; lap desks; armchairs; writing desks; hospital beds; bottle racks; upholstered furniture; wood chopping block being tables; wall units being furniture; wall-mounted tool racks; wall-mounted diaper and baby napkin changing platforms; wall-mounted baby changing platforms; shelves for storage; jewellery organizer displays; hat stands; shelves for books; bookcases; book stands; vice benches being furniture; furniture made from substitutes for wood; wood bedsteads; furniture made from wood; wooden beds; saw horses; furniture made of wood or wood substitutes; baseball bat racks; baseball and softball bat racks; baby changing tables; high chairs for babies; fitted crib rail covers; wardrobes; bathroom mirrors; bathroom furniture; standing desks; movable office partitions being furniture; freestanding partitions being furniture; free-standing office partitions being furniture; room dividers; deck chairs; outdoor furniture; porch swings; plastic furniture for gardens; garden furniture; curtain tie-backs in the nature of non-textile curtain holders; blinds of reed, rattan or bamboo (sudare); dreamcatchers as decoration; decorative mobiles; slatted indoor blinds; indoor window shades being furniture; indoor window blinds being shades all being furniture; internal Venetian blinds; paper blinds; interior textile window blinds; metal indoor window blinds; interior Venetian blinds; bamboo blinds; slatted indoor blinds for windows; bead curtains for decoration; bamboo curtains; woven timber blinds being furniture; wall plaques made of plastic or wood; wind chimes as decoration; wind chimes; screens being furniture; oriental folding partition screens (byoubu); screens of reed; screens made of reed or reed substitutes being furniture; decorative plastic boxes; decorative wooden boxes for game machines; golf course benches; benches; benches for sports fields; inflatable publicity objects; signboards of plastic; plastic holders for signboards; wooden holders for signboards; wooden signboards; placards of wood or plastics; upright signboards of wood or plastics; signboards of wood or plastics

The mark consists of four geometric shapes, namely, a triangle, a circle, and "X" and a square all in a row.

PRIORITY DATE OF 07-03-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1451861 DATED 07-24-2018, EXPIRES 07-24-2028

SER. NO. 79-252,718, FILED 07-24-2018

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,748,316**

**Registered May 14, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1, Konan Minato-ku
Tokyo, JAPAN

CLASS 28: Hand-held games with liquid crystal displays; hand-held units for playing electronic games other than those adapted for use with television receivers only; protective carrying cases specially adapted for handheld video games; parts and accessories exclusively used with hand-held games with liquid crystal display; consumer video game consoles for use with an external display screen or monitor; game controllers for consumer video game consoles; controllers for consumer game consoles; handheld units for playing electronic games, other than those adapted for use with an external display screen or monitor; hand-held games with liquid crystal display

OWNER OF JAPAN , REG. NO. 5584150, DATED 05-24-2013, EXPIRES 05-24-2023

The mark consists of a square, a triangle, a circle and a letter "X" each within a circle.

SER. NO. 87-693,096, FILED 11-21-2017

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,667,771**

**Registered Feb. 05, 2019**

**Int. Cl.: 16, 26**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku
Tokyo, JAPAN 108-0075

CLASS 16: Stamp affixing machines being office requisites; addressing machines; inking ribbons; typewriters, electric or non-electric; electric staplers for offices; envelope sealing machine for offices; stamp obliterating machines being office requisites; drawing instruments; relief duplicators; franking machines for office use; rotary duplicators; paper shredders for office use; electric pencil sharpeners; hygienic hand towels of paper; towels of paper; table napkins of paper; handkerchiefs of paper; hand towels of paper; cards for trading other than card games; toilet paper; postcard paper; filter paper; printing paper; paper and cardboard; Cards being stationery; crayons; felt writing pens; Seals being stationery; bookmarkers; mechanical pencils; sketch books; Stickers being stationery; note books; pen cases; ball-point pens; stapling presses, non-electric; memo pads containing adhesive on one side of the sheets for attachment to surfaces; tags containing adhesive on one side of the sheets for attachment to surfaces; pencils; plastic underlays for writing paper, namely, art pads; painting sets for artists; photographic albums; pocket memorandum books; rubber erasers; drafting rulers for stationery and office use; pen and pencil holders; envelopes for stationery use; adhesive tapes for stationery or household purposes; stationery cases; writing pads; catalogues in the fields of video games, music and cinemas; calendars; graphic art prints; computer magazines; computer game instruction manuals; newsletters in the field of computer games, music and videos; pamphlets in the field of video games, computer games, music and cinemas; specification manuals for video game programs; strategic manuals for video games; song books; picture postcards; sheet music; magazines in the field of video games, computer games, music and cinemas; printed timetables; instruction manuals in the field of video games and computer games; books in the field of video games, computer games, music and cinemas; newspapers; geographical maps; diaries; printed photographs; photograph stands

CLASS 26: Sewing kits; darning needles; crochet hooks; bodkins; marking pins; sewing machine needles; sewing needles with an oval eye; lacing needles; shoemakers' needles; embroidery needles; hand-knitting needles; tatami needles; needles; entomological pins; binding needles; saddlers' needles; canvas needles; knitting needles; sewing needles; rug hooks; haberdashery, except thread, being trimming for clothing; corset busks; whalebones for corset manufacture; eyelets for clothing; Ribbons for clothing; ribbons of textile materials for clothing; decorative ribbons for clothing; elastic ribbons for clothing; ribbons of textile for packaging and for wrapping; jacquard lace; lace, except embroidery lace; Frills being lacework; lace for edgings; Festoons in the nature of embroidery; gold embroidery; silver



Director of the United States
Patent and Trademark Office

embroidery; embroidery; frills for clothing trimming; Chenille being passementerie; skirt flounces for clothing trimming; Tinsels being trimming for clothing; false hems being trimming for clothing; Picot being lace; lace trimmings; cords for rimming, for clothing; twisted cords for rimming clothing; passementerie; tassels; edgings for clothing; fringes; braids; woollen laces; darning lasts; needle cases of precious metal; boxes of precious metal for needles; sewing boxes; sewing thimbles; bobbins for retaining embroidery floss or wool, not parts of machines; pin cushions; needle cases; boxes for needles; boxes, not of precious metal, for needles; cases adapted to hold knitting needles; artificial garlands; artificial flowers; trouser clips for cyclists; expanding bands for holding sleeves; armbands for holding sleeves; Armbands being clothing accessories; Appliques being haberdashery; artificial corsages; scarf clips not being jewelry; buckles being clothing accessories; pins, other than jewellery; brooches; belt buckles; monogram tabs for marking linen; numerals for marking linen being appliques; letters for marking linen being appliques; ornamental adhesive patches for jackets; clothing buckles; Ornamental novelty badges for wear; Rosettes being haberdashery; brooches for clothing; belt buckles of precious metal for clothing; buckles of precious metal being clothing accessories; prize ribbons; heat adhesive patches for repairing textile articles; heat adhesive patches for decoration of textile articles; ornamental novelty badges in the form of buttons; artificial blossoms for attachment to clothing; Ostrich feathers being clothing accessories; feathers being clothing accessories; Birds' feathers being clothing accessories; Hat trimmings not of precious metal; brassards; Top-knots being pompoms for arts and crafts; beard restraints for the food service industry; decorative bows for clothing; zippers for bags; hooks for corsets; zip fasteners; zipper pulls; shirt buttons; stud buttons; snap fasteners; fastenings for suspenders; Slide fasteners in the nature of zippers; dress body fasteners; beads, other than for making jewellery; zipper fasteners; hook and loop fasteners; blouse fasteners; belt clasps; buttons; hooks for clothing; mica spangles for clothing; collar supports being collar stays; novelty buttons; spangles for clothing; buttons for clothing; Clothing fasteners, namely, snap buttons; strap buckles; hook and pile fastening tapes; artificial plants; outdoor artificial foliage; artificial fruit; artificial topiaries; artificial flowers of textile; artificial flowers of plastics; artificial flowers of paper; artificial trees other than Christmas trees; artificial vegetables; false beards; false moustaches; shoe buckles; shoe eyelets; shoe laces; metal fasteners for shoes and boots; shoe ornaments, not of precious metal, namely, shoe trimmings; shoe fasteners; shoe hooks in the nature of fasteners for use in the manufacture of shoes; Bonnet pins, other than for jewelry

The mark consists of an intertwined letter "P" and "S".

PRIORITY DATE OF 03-01-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1390575 DATED 03-10-2017, EXPIRES 03-10-2027

SER. NO. 79-227,459, FILED 03-10-2017

<div style="border:1px solid">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# THE LAST OF US

**Reg. No. 5,392,159**

**Registered Jan. 30, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

SONY INTERACTIVE ENTERTAINMENT AMERICA L (CALIFORNIA LIMITED LIABILITY COMPANY)
2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94404

CLASS 25: Headgear, namely, hats; Jackets; Shirts

FIRST USE 9-5-2012; IN COMMERCE 6-14-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4403964

SER. NO. 86-324,363, FILED 06-30-2014



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# THE LAST OF US

**Reg. No. 4,800,895**

**Registered Aug. 25, 2015**

**Corrected Oct. 20, 2015**

**Int. Cls.: 16, 20, 26, 28 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
2207 BRIDGEPOINTE PKWY.
SAN MATEO, CA 94404

FOR: ART PRINTS; BLANK JOURNAL BOOKS; COMIC BOOKS; NOTE BOOKS; PICTURE BOOKS; POSTERS; PRINTED MATERIALS, NAMELY, NOVELS AND SERIES OF FICTION BOOKS AND SHORT STORIES FEATURING SCENES AND CHARACTERS BASED ON VIDEO GAMES; TEMPORARY TATTOO TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-31-2014; IN COMMERCE 10-31-2014.

FOR: STATUES OF RESIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-31-2014; IN COMMERCE 10-31-2014.

FOR: ORNAMENTAL NOVELTY PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 10-31-2014; IN COMMERCE 10-31-2014.

FOR: COLLECTIBLE TOY FIGURES; PLUSH TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-31-2014; IN COMMERCE 10-31-2014.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING AN ON-LINE COMPUTER GAME, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-14-2013; IN COMMERCE 6-14-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,403,964.

SER. NO. 86-324,492, FILED 6-30-2014.



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.   *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.   *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# THE LAST OF US

**Reg. No. 4,810,333**

**Registered Sep. 8, 2015**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
2207 BRIDGEPOINTE PKWY.
SAN MATEO, CA 94404

FOR: BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-31-2014; IN COMMERCE 10-31-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,403,964.

SN 86-976,898, FILED 6-30-2014.

JENNY PARK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at**  http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# THE LAST OF US

**Reg. No. 4,800,895**

**Registered Aug. 25, 2015**

**Int. Cls.: 16, 20, 26, 28, and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
2207 BRIDGEPOINTE PKWY.
SAN MATEO, CA 94404

FOR: ART PRINTS; BLANK JOURNAL BOOKS; COMIC BOOKS; NOTE BOOKS; PICTURE BOOKS; POSTERS; PRINTED MATERIALS, NAMELY, NOVELS AND SERIES OF FICTION BOOKS AND SHORT STORIES FEATURING SCENES AND CHARACTERS BASED ON VIDEO GAMES; TEMPORARY TATTOO TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-31-2014; IN COMMERCE 10-31-2014.

FOR: STATUES OF RESIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-31-2014; IN COMMERCE 10-31-2014.

FOR: ORNAMENTAL NOVELTY PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 10-31-2014; IN COMMERCE 10-31-2014.

FOR: ACTION FIGURES; FITTED COVERS SPECIALLY ADAPTED TO PROTECT VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; FITTED PLASTIC FILMS KNOWN AS SKINS FOR COVERING AND PROTECTING ELECTRONIC GAMING APPARATUS, NAMELY, HANDHELD ELECTRONIC GAME DEVICES; PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR HANDHELD VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-31-2014; IN COMMERCE 10-31-2014.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING AN ON-LINE COMPUTER GAME, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-14-2013; IN COMMERCE 6-14-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

**Reg. No. 4,800,895**  OWNER OF U.S. REG. NO. 4,403,964.

SN 86-324,492, FILED 6-30-2014.

JENNY PARK, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at**  http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# UNCHARTED

**Reg. No. 4,735,481**

**Registered May 12, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
2207 BRIDGEPOINTE PKWY.
SAN MATEO, CA 94404

FOR: COMPUTER GAME SOFTWARE AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-19-2007; IN COMMERCE 11-19-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,538,968.

SN 85-281,611, FILED 3-30-2011.

JOHN DWYER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,642,869**

**Registered Nov. 25, 2014**

**Int. Cls.: 9, 24, 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT EUROPE LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
10 GREAT MARLBOROUGH STREET
LONDON, W1F 7LP, UNITED KINGDOM

FOR: COMPUTER GAME AND VIDEO GAME SOFTWARE; COMPUTER CABLES AND COMPUTER PERIPHERALS FOR USE WITH COMPUTER AND VIDEO GAMES AND COMPUTER AND VIDEO GAME CONSOLES; DOWNLOADABLE SCREENSAVERS AND WALLPAPERS; CASES ADAPTED FOR ALL THE AFOREMENTIONED GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BED LINEN, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, SHIRTS, TOPS, BOTTOMS, TROUSERS, SCARVES, GLOVES, SHORTS, T-SHIRTS, JACKETS, COATS, DRESSES, SKIRTS, TIES, SOCKS, STOCKINGS, SWEATERS, JUMPERS, VESTS, UNDERWEAR, ROBES, BATHROBES, DRESSING GOWNS; FOOTWEAR; HEADGEAR, NAMELY, CAPS, VISORS, HATS, BEANIES, BERETS, SWEATBANDS, BONNETS, BASEBALL CAPS, AND HEADSCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, DOLLS, STUFFED TOYS, PLUSH TOYS, BOARD GAMES, PUZZLES, JIGSAW PUZZLES, ACTION FIGURES, TOY FIGURINES, BALLS FOR GAMES, TOY BUILDING BLOCKS, DICE, PLAYING CARDS, BATS FOR GAMES, RACKETS, NETS FOR SPORTS, BASEBALL GLOVES, SCALE MODEL KITS, SKIPPING ROPES, TOY MASKS, SNOW GLOBES, PUNCHING BAGS, BOXING GLOVES, GOLF BALLS, GOLF CLUBS, GOLF BAGS; COMPUTER AND VIDEO GAME CONSOLES FOR USE WITH EXTERNAL MONITORS, CONTROLLERS AND PERIPHERALS IN THE NATURE OF JOYSTICKS FOR COMPUTER AND VIDEO GAMES AND COMPUTER AND VIDEO GAME CONSOLES, VIDEO GAME INTERACTIVE REMOTE CONTROL UNITS, GAMING HEADSETS ADAPTED FOR USE IN PLAYING VIDEO GAMES, VIDEO GAME INTERACTIVE CONTROL FLOOR PADS AND MATS, AND VIRTUAL REALITY HEADSETS AND HELMETS ADAPTED FOR USE IN PLAYING VIDEO GAMES; HANDHELD ELECTRONIC GAMES; BAGS AND CASES ADAPTED FOR THE AFOREMENTIONED GOODS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF GOODS AS WELL AS PRODUCT PACKAGING, CONSISTING OF A STITCHED SACK CHARACTER

*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,642,869** HAVING A ZIPPER LOCATED ON ITS TORSO AND STITCHING AROUND THE TOP AND SIDES OF ITS HEAD.

PRIORITY DATE OF 12-20-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1131138 DATED 6-20-2012, EXPIRES 6-20-2022.

SEC. 2(F) AS TO DOLLS, STUFFED TOYS, PLUSH TOYS, ACTION FIGURES, TOY FIGURINES, IN INTERNATIONAL CLASS 28.

SER. NO. 79-118,675, FILED 6-20-2012.

ANDREW LEASER, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL**
> **TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE**
> **DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# THE LAST OF US

**Reg. No. 4,403,964**

**Registered Sep. 17, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
2207 BRIDGEPOINTE PKWY.
SAN MATEO, CA 94404

FOR: COMPUTER GAME SOFTWARE AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-5-2012; IN COMMERCE 6-14-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-491,650, FILED 12-9-2011.

JANET LEE, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,554,534

United States Patent and Trademark Office

Registered Dec. 30, 2008

Corrected

OG Date Sep. 1, 2009

## TRADEMARK
## PRINCIPAL REGISTER



SONY COMPUTER ENTERTAINMENT INC. (JAPAN CORPORATION)
2-6-21, MINAMI-AOYAMA
MINATO-KU, TOKYO, JAPAN 107-0062
OWNER OF U.S. REG. NO. 2,098,696.
THE MARK CONSISTS OF THE OVER-ALL, THREE-DIMENSIONAL CONFIG-URATION OF A GAME CONTROLLER.
SEC. 2(F).

FOR: CONTROLLERS FOR HDD PLAYERS, CONTROLLERS FOR HDD RECORDERS, CONTROLLERS FOR DVD PLAYERS, CONTROLLERS FOR DVD RECORDERS, CONTROLLERS FOR CD PLAYERS, CONTROLLERS FOR CD RE-CORDERS, CONTROLLERS FOR OPTI-CAL MAGNETIC DISC PLAYERS, CONTROLLERS FOR OPTICAL MAG-NETIC DISC RECORDERS, CONTROL-LERS FOR OPTICAL DISC PLAYERS, CONTROLLERS FOR COMPUTERS, CONTROLLERS FOR TV RECEIVERS, CONTROLLERS FOR RADIO RECEI-VERS, CONTROLLERS FOR DIGITAL TERRESTRIAL TUNERS, CONTROLLERS FOR PDA'S, CONTROLLERS FOR SOUND RECORDING MACHINES AND APPARATUS, CONTROLLERS FOR BROADCASTING MACHINES AND AP-PARATUS, CONTROLLERS FOR WIRE-LESS COMMUNICATION MACHINES AND APPARATUS, CONTROLLERS FOR ELECTRICAL COMMUNICATION MA-CHINES AND INSTRUMENTS, CON-TROLLERS FOR ELECTRONIC MACHINES AND INSTRUMENTS, CON-TROLLERS FOR ARCADE VIDEO GAME MACHINES, CONTROLLERS FOR CON-SUMER VIDEO GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 11-11-2006; IN COMMERCE 11-17-2006.

SER. NO. 76-667,514, FILED 10-13-2006.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 1, 2009.*

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,554,534

**United States Patent and Trademark Office**

Registered Dec. 30, 2008

## TRADEMARK
### PRINCIPAL REGISTER



SONY COMPUTER ENTERTAINMENT INC. (JA-
PAN CORPORATION)
2-6-21, MINAMI-AOYAMA
MINATO-KU, TOKYO, JAPAN 107-0062

FOR: CONTROLLERS FOR HDD PLAYERS, CON-
TROLLERS FOR HDD RECORDERS, CONTROL-
LERS FOR DVD PLAYERS, CONTROLLERS FOR
DVD RECORDERS, CONTROLLERS FOR CD
PLAYERS, CONTROLLERS CD RECORDERS,
CONTROLLERS FOR OPTICAL MAGNETIC DISC
PLAYERS, CONTROLLERS FOR OPTICAL MAG-
NETIC DISC RECORDERS, CONTROLLERS FOR
OPTICAL DISC PLAYERS, CONTROLLERS FOR
COMPUTERS, CONTROLLERS FOR TV RECEI-
VERS, CONTROLLERS FOR RADIO RECEIVERS,
CONTROLELRS FOR DIGITAL TERRESTRIAL TU-
NERS, CONTROLLERS FOR PDA'S, CONTROL-
LERS FOR SOUND RECORDING MACHINES
AND APPARAUTS, CONTROLLERS FOR BROAD-
CASTING MACHINES AND APPARATUS, CON-
TROLLERS FOR WIRELESS COMMUNICATION
MACHINES AND APPARATUS, CONTROLLERS

FOR ELECTRICAL COMMUNCIATION MA-
CHINES AND INSTRUMENTS, CONTROLLERS
FOR ELECTRONIC MACHINES AND INSTRU-
MENTS, CONTROLLERS FOR ARCADE VIDEO
GAME MACHINES, CONTROLLERS FOR CONSU-
MER VIDEO GAMES, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 11-11-2006; IN COMMERCE 11-17-2006.

OWNER OF U.S. REG. NO. 2,098,696.

THE MARK CONSISTS OF THE OVERALL,
THREE-DIMENSIONAL CONFIGURATION OF A
GAME CONTROLLER.

SEC. 2(F).

SN 76-667,514, FILED 10-13-2006.

ROBIN CHOSID, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,468,429**

## United States Patent and Trademark Office

Registered July 15, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# GRAN TURISMO

KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.,
2-6-21, MINAMI-AOYMA
MINATO-KU TOKYO, 107-0062, JAPAN

FOR: CLOTHING, NAMELY, T-SHIRTS AND
SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-22-2005; IN COMMERCE 2-22-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,434,947 AND
2,608,621.

THE ENGLISH TRANSLATION OF "GRAN TUR-
ISMO" IS "GRAND TOURISM".

SN 76-623,626, FILED 12-7-2004.

TRACY WHITTAKER-BROWN, EXAMINING AT-
TORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,064,169

Registered Feb. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# GOD OF WAR

SONY COMPUTER ENTERTAINMENT AMERI-
CA INC. (DELAWARE CORPORATION)
919 EAST HILLSDALE BOULEVARD
FOSTER CITY, CA 94404

FOR: COMPUTER GAME SOFTWARE AND VI-
DEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 3-22-2005; IN COMMERCE 3-22-2005.

SN 76-585,993, FILED 4-9-2004.

PAULA MAYS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# HORIZON ZERO DAWN

**Reg. No. 6,448,762**

**Registered Aug. 10, 2021**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Sony Interactive Entertainment LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)
2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94044

CLASS 9: Computer game software downloadable from a global computer network

FIRST USE 6-15-2015; IN COMMERCE 8-7-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-389,618, FILED 12-17-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GHOST OF TSUSHIMA

**Reg. No. 6,428,579**

**Registered Jul. 20, 2021**

**Int. Cl.: 9, 16, 41**

**Service Mark**

**Trademark**

**Principal Register**

Sony Interactive Entertainment LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94404

CLASS 9: Video game software

FIRST USE 10-30-2017; IN COMMERCE 7-17-2020

CLASS 16: Picture books

FIRST USE 10-30-2017; IN COMMERCE 10-20-2020

CLASS 41: Providing temporary use of non-downloadable game software

FIRST USE 10-30-2017; IN COMMERCE 10-16-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-715,871, FILED 12-11-2017



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# DEMON'S SOULS

**Reg. No. 6,383,009**

**Registered Jun. 15, 2021**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 9: Downloadable electronic game programs; downloadable video game programs; downloadable computer programs for use with consumer video game apparatus; downloadable computer software programs for use with handheld electronic game apparatus; downloadable computer software programs for use with arcade video game machines; cases for smartphones; computer game software, recorded; downloadable computer game software; computer programs, recorded for home video game machines; downloadable computer programs for smartphones for playing video games; downloadable image files containing artwork, text, audio, video and Internet Web links relating to video games; downloadable music files; electronic publications, downloadable in the nature of books, manuals, magazines, newspapers in the field of video games, game software, music and video movies

CLASS 41: Entertainment services, namely, providing online video games; entertainment information; providing online electronic publications, not downloadable in the nature of books, manuals, magazines, newspapers in the field of video games, game software, music and video movies; providing online videos, not downloadable, featuring video games; providing online music, not downloadable; electronic game services provided online from a computer network; organization of video game competitions; providing amusement arcade services; amusement park services; gaming services in the nature of conducting online computer game tournaments; organization of games

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 06-11-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1551449 DATED 07-13-2020, EXPIRES 07-13-2030

SER. NO. 79-294,152, FILED 07-13-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# DEATH STRANDING

**Reg. No. 6,002,881**

**Registered Mar. 03, 2020**

**Int. Cl.: 9, 25**

**Trademark**

**Principal Register**

SONY INTERACTIVE ENTERTAINMENT LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)
2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94404

CLASS 9: video game software

FIRST USE 6-13-2016; IN COMMERCE 11-8-2019

CLASS 25: Clothing, namely, t-shirts

FIRST USE 6-13-2016; IN COMMERCE 11-25-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-107,685, FILED 07-18-2016



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# BLOOD & TRUTH

**Reg. No. 5,892,540**

**Registered Oct. 22, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Sony Interactive Entertainment LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)
2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94404

CLASS 9: Video game software; virtual reality game software

FIRST USE 10-30-2017; IN COMMERCE 5-28-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-052,261, FILED 07-25-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# DAYS GONE

**Reg. No. 5,829,242**

**Registered Aug. 06, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

SONY INTERACTIVE ENTERTAINMENT LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94404

CLASS 9: Video game software

FIRST USE 6-13-2016; IN COMMERCE 4-26-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-859,120, FILED 12-28-2015



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# INSOMNIAC
### GAMES

**Reg. No. 5,618,719**

**Registered Nov. 27, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Insomniac Games, Inc.  (CALIFORNIA CORPORATION)
Suite 550
2255 N. Ontario Street
Burbank, CALIFORNIA 91504

CLASS 9: Interactive video game programs; Virtual reality software for playing video games; Downloadable electronic game software for use on mobile and cellular phones

FIRST USE 9-7-2018; IN COMMERCE 9-7-2018

The mark consists of the word "INSOMNIAC" in stylized capital letters with the graphic image of opposing semi-circles substituted for the capital letter "O", and the word "GAMES" in smaller stylized letters appearing beneath and offset to the right of the word "INSOMNIAC".

OWNER OF U.S. REG. NO. 4716573, 3102840, 2158179

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 87-614,093, FILED 09-19-2017

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# HORIZON ZERO DAWN

**Reg. No. 5,396,802**

**Registered Feb. 06, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

SONY INTERACTIVE ENTERTAINMENT AMERICA L (CALIFORNIA LIMITED LIABILITY COMPANY)
2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94404

CLASS 9: video game software

FIRST USE 6-15-2015; IN COMMERCE 2-28-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-662,304, FILED 06-15-2015



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# RATCHET & CLANK

**Reg. No. 4,841,517**

**Registered Oct. 27, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
2207 BRIDGEPOINTE PKWY
SAN MATEO, CA 94404

FOR: COMPUTER GAME SOFTWARE; DOWNLOADABLE COMPUTER GAME SOFTWARE VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES; VIDEO GAME SOFTWARE , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2002; IN COMMERCE 10-1-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-627,412, FILED 5-12-2015.

BILL DAWE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# Bloodborne

**Reg. No. 4,791,550**

**Registered Aug. 11, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
2207 BRIDGEPOINTE PKWY.
SAN MATEO, CA 94404

FOR: COMPUTER GAME SOFTWARE; DOWNLOADABLE COMPUTER GAME SOFTWARE VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES; VIDEO GAME SOFTWARE , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-24-2015; IN COMMERCE 3-24-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-262,151, FILED 4-24-2014.

BRIN ANDERSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# HELLDIVERS

**Reg. No. 4,756,623**

**Registered June 16, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
2207 BRIDGEPOINTE PKWY.
SAN MATEO, CA 94404

FOR: COMPUTER GAME SOFTWARE; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-1-2015; IN COMMERCE 3-2-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-042,209, FILED 8-19-2013.

ANGELA M. MICHELI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# JAK AND DAXTER

**Reg. No. 4,285,981**

**Registered Feb. 5, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
919 E. HILLSDALE BLVD.
FOSTER CITY, CA 944042175

FOR: COMPUTER GAME SOFTWARE; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-4-2001; IN COMMERCE 12-4-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,605,862, 3,038,243, AND 3,598,082.

SER. NO. 85-659,212, FILED 6-22-2012.

CAROLINE WOOD, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# INFAMOUS

**Reg. No. 4,183,157**

**Registered July 31, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
919 EAST HILLSDALE BLVD.
FOSTER CITY, CA 94404

FOR: COMPUTER GAME SOFTWARE AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-26-2009; IN COMMERCE 5-26-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-491,654, FILED 12-9-2011.

JANET LEE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** **Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# JOURNEY

**Reg. No. 4,172,195**

**Registered July 10, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
919 E. HILLSDALE BLVD.
FOSTER CITY, CA 94404

FOR: COMPUTER GAME SOFTWARE AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-7-2012; IN COMMERCE 3-13-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-057,815, FILED 6-8-2010.

JOHN DWYER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:*** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# LittleBigPlanet

**Reg. No. 3,946,611**

**Registered Apr. 19, 2011**

**Int. Cls.: 9, 28 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT EUROPE LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
10 GREAT MARLBOROUGH STREET
LONDON, UNITED KINGDOM W1F7LP

FOR: COMPUTER GAME SOFTWARE; ELECTRONIC HANDHELD DEVICES FOR THE WIRELESS RECEIPT, STORAGE AND/OR TRANSMISSION OF DATA AND MESSAGES; DOWNLOADABLE ELECTRONIC PUBLICATIONS, NAMELY, MAGAZINES AND NEWS-LETTERS, RELATING TO COMPUTER AND VIDEO GAMING; SOUND AND/OR VIDEO RECORDINGS RELATING TO COMPUTER AND VIDEO GAMING; DOWNLOADABLE DIGITAL SOUND AND/OR VIDEO RECORDINGS RELATING TO COMPUTER AND VIDEO GAMING; BAGS AND CASES ADAPTED OR SHAPED TO CONTAIN ELECTRONIC GAMES AND HANDHELD ELECTRONIC GAMES, ALL FOR USE WITH AN EXTERNAL DISPLAY SCREEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PUZZLES; ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR TELEVISION RECEIVERS ONLY; HANDHELD ELECTRONIC GAMES, NAMELY, HANDHELD UNIT FOR PLAYING ELECTRONIC GAMES; ELECTRONIC GAMING APPARATUS OTHER THAN ADAPTED FOR USE WITH TELEVISION RECEIVERS; BAGS AND CASES ADAPTED OR SHAPED TO CONTAIN ELECTRONIC GAMES AND HANDHELD ELECTRONIC GAMES, ALL NOT FOR USE WITH AN EXTERNAL DISPLAY SCREEN, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: HOSTING ON-LINE WEB FACILITIES FOR INTERACTIVE GAME PLAY; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FOR FEATURING GAME PLAYER INFORMATION, INCLUDING INFORMATION REGARDING A PLAYER'S IDEN-TITY AND THE PLAYER'S PREFERENCES; HOSTING VIDEO AND COMPUTER GAMES OR PARTS OF VIDEO OR COMPUTER GAMES CREATED BY OTHERS ON COMPUTER SERVICES FOR A GLOBAL NETWORK, IN CLASS 42 (U.S. CLS. 100 AND 101).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2448670A, FILED 3-7-2007, REG. NO. 2448670A, DATED 5-28-2010, EXPIRES 3-7-2017.

SER. NO. 77-272,467, FILED 9-5-2007.

JOHN E. MICHOS, EXAMINING ATTORNEY





Director of the United States Patent and Trademark Office

Int. Cls.: 9, 16, and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, and 107

Reg. No. 3,259,104

## United States Patent and Trademark Office

Registered July 3, 2007

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

# KILLZONE

SONY COMPUTER ENTERTAINMENT EUROPE LIMITED (UNITED KINGDOM CORPORATION)
30 GOLDEN SQUARE
LONDON, UNITED KINGDOM W1F 9LD

FOR: COMPUTER AND VIDEO GAME SOFTWARE; COMPUTER AND VIDEO GAME DISCS; DVD'S FEATURING AUDIO AND VIDEO RECORDINGS RELATING TO COMPUTER AND VIDEO GAMES, AND COMPUTER AND VIDEO GAMES SOFTWARE AND PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2004; IN COMMERCE 10-1-2004.

FOR: MANUALS FEATURING INSTRUCTIONAL INFORMATION RELATING TO COMPUTER AND VIDEO GAMES; PUBLICATIONS NAMELY MAGAZINES RELATING TO COMPUTER AND VIDEO GAMES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-1-2004; IN COMMERCE 10-1-2004.

FOR: PROVISION OF ONLINE ENTERTAINMENT IN THE NATURE OF PROVISION OF ONLINE COMPUTER AND VIDEO GAMING; PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE COMPUTER AND VIDEO GAMES AND COMPUTER AND VIDEO GAME PROGRAMS, FROM A COMPUTER DATABASE OR VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-1-2004; IN COMMERCE 10-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-324,057, FILED 11-6-2003.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,102,840

Registered June 13, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# INSOMNIAC

INSOMNIAC GAMES, INC. (CALIFORNIA COR-
PORATION)

2255 N. ONTARIO STREET, SUITE 550

BURBANK, CA 91504

FOR: VIDEO GAME SOFTWARE, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-19-1996; IN COMMERCE 11-19-1996.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,158,179 AND
2,711,211.

SER. NO. 76-641,459, FILED 6-23-2005.

SUSAN LESLIE DUBOIS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,158,179

## United States Patent and Trademark Office

Registered May 19, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INSOMNIAC GAMES

INSOMNIAC GAMES, INC. (CALIFORNIA COR-
PORATION)
100 UNIVERSAL CITY PLAZA, 488–7A
UNIVERSAL CITY, CA 91608

FOR: VIDEO GAME SOFTWARE AND
VIDEO GAME COMPACT DISCS, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11–19–1996; IN COMMERCE
11–19–1996.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "GAMES", APART FROM THE
MARK AS SHOWN.

SER. NO. 75–158,012, FILED 8–29–1996.

LORETTA C. BECK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 2,158,179

Registered May 19, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INSOMNIAC GAMES

INSOMNIAC GAMES, INC. (CALIFORNIA COR-
PORATION)
100 UNIVERSAL CITY PLAZA, 488–7A
UNIVERSAL CITY, CA 91608

FOR: VIDEO GAME SOFTWARE AND
VIDEO GAME COMPACT DISCS, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11–19–1996; IN COMMERCE
11–19–1996.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "GAMES", APART FROM THE
MARK AS SHOWN.

SER. NO. 75–158,012, FILED 8–29–1996.

LORETTA C. BECK, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**SAN DIEGO STUDIO**

**Reg. No. 6,329,559**

**Registered Apr. 20, 2021**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Sony Interactive Entertainment LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94404

CLASS 9: Recorded video game software

FIRST USE 3-17-2019; IN COMMERCE 3-17-2020

The mark consists of letter "S" in stylized block form directly adjacent and to the left of a solid black shape suggestive of the the letter "D". The words "San Diego Studio" appear directly beneath the stylized "SD".

No claim is made to the exclusive right to use the following apart from the mark as shown: "SAN DIEGO STUDIO"

SER. NO. 88-550,131, FILED 07-30-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,927,189**

**Registered Dec. 03, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

SONY INTERACTIVE ENTERTAINMENT LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)

2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94404

CLASS 9: Video game software; virtual reality game software

FIRST USE 10-30-2017; IN COMMERCE 5-28-2019

The mark consists of the literal elements "BLOOD & TRUTH" appearing in slanted text and vertically positioned with the word "BLOOD" positioned directly above "& TRUTH".

SER. NO. 87-665,424, FILED 10-30-2017

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,993,920**

**Registered July 5, 2016**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
2207 BRIDGEPOINTE PKWY.
SAN MATEO, CA 94404

FOR: COMPUTER GAME SOFTWARE; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-22-2014; IN COMMERCE 7-14-2015.

FOR: PROVIDING A WEBSITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELD(S) OF COMPUTER GAMES AND VIDEO GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-22-2014; IN COMMERCE 7-22-2014.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SANTA MONICA STUDIO", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "SANTA MONICA STUDIO" IN STYLIZED BLACK LETTERS BELOW A PARALLELOGRAM WITH TWO OPPOSED POINTED CORNERS AND TWO OPPOSED CURVED CORNERS, COMPRISED OF CURVED BARS.

SN 86-347,378, FILED 7-24-2014.

JENNY PARK, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,856,474**

**Registered Nov. 17, 2015**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
2207 BRIDGEPOINTE PKWY.
SAN MATEO, CA 94404

FOR: COMPUTER GAME SOFTWARE; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-22-2014; IN COMMERCE 7-14-2015.

FOR: PROVIDING A WEBSITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELD(S) OF COMPUTER GAMES AND VIDEO GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-22-2014; IN COMMERCE 7-22-2014.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SANTA MONICA STUDIO", APART FROM THE MARK AS SHOWN.

THE COLOR(S) BROWN, DARK RED, RED, LIGHT RED, BEIGE, AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A PARALLELOGRAM WITH TWO OPPOSED POINTED CORNERS AND TWO OPPOSED CURVED CORNERS, COMPRISED OF CURVED BARS FROM THE LEFT TO THE RIGHT IN THE COLORS BROWN, DARK RED, RED, LIGHT RED, AND BEIGE, AND THE BLACK WORDING "SANTA MONICA STUDIO" APPEARING BELOW FOR THE PARALLELOGRAM.

SN 86-343,658, FILED 7-21-2014.

JENNY PARK, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL
## TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



SAN DIEGO

STUDIO

**Reg. No. 4,254,118**

**Registered Dec. 4, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT AMERICA LLC (DELAWARE LIMITED LIABILITY COMPANY)
919 E. HILLSDALE BLVD.
FOSTER CITY, CA 944042175

FOR: COMPUTER GAME SOFTWARE; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-19-2010; IN COMMERCE 5-19-2010.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SAN DIEGO STUDIO", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A WAVE DESIGN FORMING THE HIGHLY STYLIZED LETTERS "SD" WITH THE WORDS "SAN DIEGO" ABOVE AND THE WORD "STUDIO" BELOW.

SER. NO. 85-656,171, FILED 6-19-2012.

ELIZABETH HUGHITT, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SACKBOY

**Reg. No. 3,915,492**

**Registered Feb. 8, 2011**

**Int. Cls.: 9, 14, 16, 18, 24, 25, 26, 28, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SONY COMPUTER ENTERTAINMENT EUROPE LIMITED (UNITED KINGDOM LIMITED
   LIABILITY COMPANY)
10 GREAT MARLBOROUGH STREET
LONDON, UNITED KINGDOM W1F7LP

FOR: COMPUTER AND VIDEO GAME SOFTWARE; COMPUTER AND VIDEO GAME
PROGRAMS; COMPUTER AND VIDEO GAME APPARATUS, NAMELY, COMPUTER AND
VIDEO GAME JOYSTICKS, GAME CONTROLLERS FOR COMPUTER AND VIDEO GAMES,
COMPUTER AND VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY
SCREEN OR MONITOR; COMPUTER SOFTWARE FOR VIDEO GAMING; COMPUTER
HARDWARE; COMPUTER PERIPHERALS; COMPUTER SOFTWARE FOR USING DIGITAL
IMAGES AS WALLPAPERS OR SCREENSAVERS FOR COMPUTERS AND FOR HANDHELD
ELECTRONIC GAMES; CAMERAS; EXPOSED CAMERA FILMS; AUDIO AND/OR VIDEO
APPARATUS, NAMELY, APPARATUS FOR THE RECORDING, TRANSMISSION AND RE-
PRODUCTION OF SOUND AND IMAGES; BAGS AND CASES ADAPTED OR SHAPED TO
CONTAIN COMPUTER AND VIDEO GAME SOFTWARE, COMPUTER AND VIDEO GAME
PROGRAMS, COMPUTER AND VIDEO GAME APPARATUS, NAMELY, COMPUTER AND
VIDEO GAME JOYSTICKS, GAME CONTROLLERS FOR COMPUTER AND VIDEO GAMES,
COMPUTER AND VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY
OR MONITOR, COMPUTER SOFTWARE FOR VIDEO GAMING, COMPUTER HARDWARE,
COMPUTER PERIPHERALS, COMPUTER SOFTWARE FOR USING DIGITAL IMAGES AS
WALLPAPERS OR SCREENSAVERS FOR COMPUTERS AND FOR HANDHELD ELECTRON-
IC GAMES, CAMERAS, EXPOSED CAMERA FILMS, AUDIO AND/OR VIDEO APPARATUS,
NAMELY, APPARATUS FOR THE RECORDING, TRANSMISSION AND REPRODUCTION
OF SOUND AND IMAGES; HANDHELD UNIT FOR PLAYING ELECTRONIC GAMES FOR
USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FOR: HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2,
27, 28 AND 50).

FOR: PRINTED MATTER, NAMELY, PRINTED CALENDARS, PHOTOS, POSTERS,
MAGAZINES, BOOKLETS, BROCHURES, HANDOUTS IN THE FIELD OF COMPUTER AND
VIDEO GAMES; BOOKS IN THE FIELD OF COMPUTER AND VIDEO GAMES; STATIONERY,
PAPER BADGES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BAGS, NAMELY, TOTE BAGS, ATHLETIC BAGS, BAGGAGE IN THE NATURE OF
CARRY-ON BAGS; LUGGAGE; PURSES; WALLETS; UMBRELLAS, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, TOWELS; BEDDING, NAMELY, BED
SHEETS, BED LINEN, IN CLASS 24 (U.S. CLS. 42 AND 50).



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,915,492**   FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEAT SHIRTS, DRESSES, PANTS, SOCKS; FOOTWEAR; HEADWEAR, NAMELY, CAPS, HATS; GOODS MADE FROM LEATHER OR IMITATION LEATHER, NAMELY, BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BUTTONS; ORNAMENTAL NOVELTY BADGES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, TOY FIGURINES; HANDHELD UNIT FOR PLAYING ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY OR MONITOR; SPORTING EQUIPMENT AND APPARATUS, NAMELY, SPORTS, RUBBER AND PLAYGROUND BALLS; BAGS AND CASES ADAPTED OR SHAPED TO CONTAIN HANDHELD UNIT FOR PLAYING ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY OR MONITOR; BAGS AND CASES ADAPTED OR SHAPED TO CONTAIN COMPUTER AND VIDEO GAME CONSOLES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY OR MONITOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ELECTRONIC GAMES SERVICES PROVIDED BY MEANS OF THE INTERNET, NAMELY, PROVIDING REVIEWS OF COMPUTER GAMES AND PROVIDING INFORMA-TION IN THE FIELD OF COMPUTER GAMES; PROVIDING ON-LINE COMPUTER GAMES; PROVIDING A WEB-BASED SYSTEM AND ON-LINE PORTAL FOR CUSTOMERS TO PARTICIPATE IN ON-LINE GAMING, OPERATION AND COORDINATION OF GAME TOURNAMENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: HOSTING ON-LINE WEB FACILITIES FOR OTHERS FOR ORGANIZING AND CON-DUCTING ONLINE MEETINGS, GATHERINGS, INTERACTIVE DISCUSSIONS AND INTER-ACTIVE GAME PLAY; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEBPAGES FEATURING GAME PLAYER INFORMATION, INCLUDING INFORMATION REGARDING A PLAYER'S IDENTITY AND THE PLAYER'S PREFERENCES; PROVIDING A WEB SITE FEATURING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE ALLOWING WEB SITE USERS TO UPLOAD, POST AND DISPLAY ONLINE MUSIC, VIDEO AND AUDIO RECORDINGS FOR SHARING WITH OTHERS FOR ENTERTAINMENT PUR-POSES; COMPUTER PROGRAMMING SERVICES, NAMELY, CONTENT CREATION AND DEVELOPMENT OF VIRTUAL AND INTERACTIVE IMAGES AND ENVIRONMENTS; HOSTING COMPUTER NETWORKS FEATURING AN ON-LINE 3D VIRTUAL ENVIRON-MENT FEATURING A WIDE VARIETY OF USER-DEFINED SUBJECT MATTER, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2494575, FILED 8-7-2008, REG. NO. 2494575, DATED 12-19-2008, EXPIRES 8-7-2018.

SER. NO. 77-665,020, FILED 2-6-2009.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**United States Patent and Trademark Office**

Reg. No. 3,679,767

Registered Sep. 8, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# SECRET AGENT CLANK

SONY COMPUTER ENTERTAINMENT AMERI-CA INC. (DELAWARE CORPORATION)

919 E. HILLSDALE BLVD.

FOSTER CITY, CA 94404

FOR: COMPUTER GAME SOFTWARE AND VI-DEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-17-2008; IN COMMERCE 6-17-2008.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,813,681 AND 3,427,747.

SER. NO. 77-701,471, FILED 3-27-2009.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cls.: 9, 18, and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 36, 38, 39, and 41

**United States Patent and Trademark Office**

Reg. No. 3,509,850

Registered Sep. 30, 2008

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.,
2-6-21, MINAMI-AOYMA
MINATO-KU TOKYO, 107-0062, JAPAN

FOR: COMPUTER GAME SOFTWARE AND VI-
DEO GAME SOFTWARE , IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 2-22-2005; IN COMMERCE 2-22-2005.

FOR: BAGS, NAMELY, ATTACHÉ CASES, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-22-2005; IN COMMERCE 2-22-2005.

FOR: CLOTHING, NAMELY, T-SHIRTS AND
SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-22-2005; IN COMMERCE 2-22-2005.

OWNER OF U.S. REG. NOS. 2,608,621 AND
3,052,719.

THE MARK CONSISTS OF THE HIGHLY STY-
LIZED LETTERS, "GT".

SN 77-975,827, FILED 12-7-2004.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,149,183

Registered Sep. 26, 2006

**TRADEMARK**
**PRINCIPAL REGISTER**

# TWISTED METAL

SONY COMPUTER ENTERTAINMENT AMERI-
CA INC. (DELAWARE CORPORATION)

919 EAST HILLSDALE BOULEVARD

FOSTER CITY, CA 94404

FOR: COMPUTER GAME SOFTWARE AND VI-
DEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 6-18-2001; IN COMMERCE 6-18-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,592,701 AND
2,753,882.

SN 76-590,562, FILED 5-5-2004.

AMEETA JORDAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# DAYS GONE

**Reg. No. 5,829,242**

**Registered Aug. 06, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

SONY INTERACTIVE ENTERTAINMENT LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
2207 Bridgepointe Parkway
San Mateo, CALIFORNIA 94404

CLASS 9: Video game software

FIRST USE 6-13-2016; IN COMMERCE 4-26-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-859,120, FILED 12-28-2015



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

Reg. No. 3,145,954

Registered Sep. 19, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# SLY COOPER

SONY COMPUTER ENTERTAINMENT AMERI-
CA INC. (DELAWARE CORPORATION)

919 EAST HILLSDALE BOULEVARD

FOSTER CITY, CA 94404

    FOR: COMPUTER GAME SOFTWARE AND VI-
DEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

    FIRST USE 9-14-2004; IN COMMERCE 9-14-2004.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NO. 2,760,092.

    THE NAME SLY COOPER DOES NOT IDENTIFY
A LIVING INDIVIDUAL.

    SN 76-585,988, FILED 4-9-2004.

VERNA BETH RIRIE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

**Reg. No. 3,052,719**

Registered Jan. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# GRAN TURISMO

KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.
2-6-21, MINAMI-AOYMA
MINATO-KU TOKYO, 107-0062, JAPAN

FOR: COMPUTER GAME SOFTWARE AND VI-
DEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 4-21-1998; IN COMMERCE 4-21-1998.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF GRAN TUR-
ISMO IS GREAT TOURISM.

SER. NO. 76-623,628, FILED 12-7-2004.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cls.: 14 and 18

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 41, and 50

**United States Patent and Trademark Office**

Reg. No. 3,029,636

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION),
AKA SONY COMPUTER ENTERTAINMENT
INC.,
1-1, AKASAKA 7-CHOME
MINATO-KU, TOKYO, JAPAN 107-0052

FOR: JEWELRY, NAMELY, WATCHES, NECK-
LACES, BRACELETS, EARRINGS, CUFF LINKS,
AND TIE PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

FIRST USE 3-31-2001; IN COMMERCE 3-31-2001.

FOR: TRAVELING BAGS, BACKPACKS, SUITCA-
SES, BRIEFCASES, TRUNKS, UMBRELLAS, PARA-
SOLS AND WALKING STICKS, WHIPS,
HARNESSES AND SADDLERY, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-31-2000; IN COMMERCE 1-31-2000.

SN 76-346,989, FILED 12-11-2001.

MICHAEL ENGEL, EXAMINING ATTORNEY

Int. Cls.: 9 and 28

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,993,560

Registered Sep. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-TERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT INC.

1-1 AKASAKA 7-CHOME

MINATO-KU, TOKYO, JAPAN

FOR: BATTERIES; ELECTRIC WIRES; ELECTRIC CABLES; CINEMATOGRAPHIC APPARATUS, NAMELY, PROJECTORS, CINEMATOGRAPHIC CAMERAS, EDITING MACHINES, AND SOUND RECORDING APPARATUS; ELECTRICAL COM-MUNICATION APPARATUS, NAMELY, TELE-PHONE SETS, FACSIMILE MACHINES, TELEVISION RECEIVERS, TELEVISION TRANS-MITTERS, RADIO RECEIVERS, RADIO TRANS-MITTERS, COMPACT DISC PLAYERS, TAPE RECORDERS, RECORD PLAYERS, VIDEO CAM-ERAS AND LOUD SPEAKERS; PHONOGRAPH RE-CORDS FEATURING MUSIC AND ENCODED MAGNETIC CARDS, SHEETS AND TAPES FEA-TURING MUSIC; MOUSE PADS; ELECTRONIC MACHINES AND THEIR PARTS/FITTINGS, NAME-LY, COMPUTERS, CENTRAL PROCESSING UNITS, KEYBOARDS FOR COMPUTERS, PRINTERS FOR COMPUTERS, ELECTROSTATIC COPYING MA-CHINES, ELECTRONIC MICROSCOPES, DESK-TOP COMPUTERS, WORD PROCESSORS, THER-MISTORS, DIODES AND TRANSISTORS; SLOT MA-CHINES; ELECTRIC CALCULATORS; MAGNETIC DISCS, MAGNETIC TAPES, OPTICAL DISCS, MAG-NETO-OPTICAL DISCS, CD-ROM AND DVD-ROM CARRYING GRAPHICS AND TEXT DATA OF GENERAL INTEREST MAGAZINES, NONFICTION BOOKS, STORY BOOKS, NEWSPAPERS, MAPS, PHOTOGRAPHIC AND DRAWINGS; ELECTRO-NIC CIRCUITS, HARD-DISCS, HARD-DISC DRI-VERS, MAGNETIC DISCS, MAGNETIC TAPES, OPTICAL DISCS, MAGNETO-OPTICAL DISCS, CD-ROM AND DVD-ROM CARRYING VIDEO GAME PROGRAMS FOR VIDEO GAME APPARATUS FOR BOTH PERSONAL AND COMMERCIAL USE; ELEC-TRONIC CIRCUITS; HARD-DISCS, HARD-DISC DRIVERS, MAGNETIC DISCS, MAGNETIC TAPES,

OPTICAL DISCS, MAGNETO-OPTICAL DISCS, CD-ROM, DVD-ROM CARRYING COMPUTER OPER-ATING SYSTEM SOFTWARE; CONTROLLERS, JOYSTICKS, MEMORY CARDS, VOLUME CON-TROLLERS, MOUSE, HARD-DISCS, HARD-DISC DRIVERS, FLOPPY DISC DRIVERS, CD-ROM DRI-VERS, DVD-ROM DRIVERS, DATA STORAGE DE-VICES AND PARTS/FITTINGS FOR USE WITH VIDEO GAME APPARATUS FOR PERSONAL USE; CONTROLLERS, JOYSTICKS, MEMORY CARDS, VOLUME CONTROLLERS, MOUSE, HARD-DISCS, HARD-DISC DRIVERS, FLOPPY DISC DRIVERS CD-ROM DRIVERS, DVD-ROM DRIVERS, DATA STORAGE DEVICES AND PARTS/FITTINGS FOR COMPUTERS; ROM CARTRIDGES CARRYING PROGRAMS FOR GAME APPARATUS WITH LI-QUID CRYSTAL DISPLAY; MEMORY CARDS; COMPUTERS OF OTHER KINDS; HELMETS FOR SKIING; EGG CANDLERS; ELECTRIC AUTOMAT-IC DOOR OPENERS; VIDEO GAME MACHINES FOR USE WITH TELEVISION; AND EARPHONES FOR USE WITH GAME APPARATUS WITH LIQUID CRYSTAL DISPLAY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: STAND ALONE VIDEO GAMES AND COIN OPERATED VIDEO GAMES; GAME MACHINES, NAMELY, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES; BILLIARD EQUIPMENT, NAMELY, CUE STICKS, BILLIARD TABLES AND BILLIARD BALLS; GO GAME EQUIPMENT (JAPA-NESE BOARD GAME); SHOGI GAME EQUIPMENT (JAPANESE CHESS); DICE; SUGOROKU GAMES (JAPANESE PARCHEESI); DICE CUPS; DIAMOND GAMES; CHESS GAMES; CHECKERS; CONJURING APPARATUS, NAMELY A TOOL USED IN A MA-GIC TRICK; DOMINOS; MAHJONG EQUIPMENT; TOYS, NAMELY, BLOCK TOYS, BUILDING BLOCK TOYS, BUILDING GAMES, DARTS, TOY MASKS, TOY MOBILES, TOY VEHICLES, TOY PISTOLS, PLAY BALLOONS, PLUSH TOYS, PUPPETS, PLAY RATTLES, RING GAMES, ROCKING HORSES, DOLL'S ROOMS, TOY SPINNING TOPS, SWINGS,

TEDDY BEARS; DOLLS; TOYS FOR DOMESTIC PETS; SPORTING AND GYMNASTIC IMPLEMENTS, NAMELY, BASEBALL OR SOFTBALL IMPLEMENTS, NAMELY, BASEBALL GLOVES, BASEBALLS, SOFTBALLS, RUBBER BASEBALLS, NETS, BATS, BAT CASES, CATCHER'S MASKS, CATCHER'S MITTS, CHEST PROTECTORS; TENNIS AND BADMINTON IMPLEMENTS, NAMELY, TENNIS BALLS, SHUTTLECOCKS, SOFT TENNIS BALLS, NETS, TENNIS AND BADMINTON RACKETS, GUTS FOR RACKETS, RACKET CASES; TABLE TENNIS IMPLEMENTS, NAMELY, TABLES FOR TABLE TENNIS, NETS, BALLS, RACKETS, PADDLES, BATS, RACKET CASES; HOCKEY IMPLEMENTS, NAMELY, HOCKEY STICKS, KNEE GUARDS, LEG GUARDS, HOCKEY GLOVES, HOCKEY PUCKS, HOCKEY BALLS, CHEST PROTECTORS; GOLF IMPLEMENTS, NAMELY, GOLF BAGS, GOLF CLUBS, GREEN MARKERS, TEES, GOLF GLOVES, GOLF BALLS, TRAINING MATS; BOWLING IMPLEMENTS, NAMELY, BOWLING GLOVES, BOWLING BALL CASES, BOWLING BALLS; SKIING IMPLEMENTS, NAMELY, SEAL SKIN COVERINGS FOR SKIS, SKIS, EDGES FOR SKIS, SKI CASES, SKI BINDINGS, SCRAPERS FOR SKIS, STOCKS FOR SKIS; SKATING IMPLEMENTS, NAMELY, ICE SKATE BLADES, ICE SKATES, ROLLER SKATES; BOXING IMPLEMENTS, NAMELY, BOXING GLOVES, SAND BAGS, PUNCHING BALLS, BANDAGES, MOUTHPIECES; ARCHERY IMPLEMENTS, NAMELY, BOWSTRINGS, BRACERS, ARM GUARDS, TARGETS, ARROWS, QUIVERS, BOWS FOR JAPANESE ARCHERY, BOWS; GYMNASTIC APPLIANCES, NAMELY, POMMEL HORSES, SPRING BOARDS, STATIONARY RINGS, HORIZONTAL BARS, VAULTING BUCKS AND HORSES, TAKE-OFF PLANKS, BALANCE BEAMS, PARALLEL BARS; SWIM FINS AND FLIPPERS, SNORKELS, SPEAR GUNS, SAILS AND SAILBOARDS FOR BOARDSAILING; STATIONARY EXERCISE BICYCLES AND ROLLERS THEREFOR, CHEST EXPANDERS; GATEBALL EQUIPMENT, NAMELY, STICKS, BALLS, GATES AND GOAL POLES; SURF BOARDS; ATHLETIC SUPPORTERS; WATER-SKIS; SKATEBOARDS; SKIPPING ROPES; WAX FOR SKIS; AND FISHING TACKLE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF JAPAN REG. NO. 4480846, DATED 6-8-2001, EXPIRES 6-8-2011.

OWNER OF JAPAN REG. NO. 4479548, DATED 6-1-2001, EXPIRES 6-1-2011.

SER. NO. 76-139,008, FILED 10-2-2000.

DOUGLAS LEE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,757,385
Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.,
1-1, AKASAKA 7-CHOME
MINATO-KU, TOKYO, JAPAN 107-0052

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS,
SWEATERS, PARKAS, OUTER COATS, PANTS,
ATHLETIC SUITS, SHORTS, HATS, HOODS, SHOES
AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

SN 76-975,468, FILED 12-11-2001.

DOUGLAS LEE, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

Reg. No. 2,757,385

## United States Patent and Trademark Office

Registered Aug. 26, 2003

### TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.,
1-1, AKASAKA 7-CHOME
MINATO-KU, TOKYO, JAPAN 107-0052

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS,
SWEATERS, PARKAS, OUTER COATS, PANTS,
ATHLETIC SUITS, SHORTS, HATS, HOODS, SHOES
AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

SN 76-975,468, FILED 12-11-2001.

DOUGLAS LEE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,754,313
Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.,
1-1, AKASAKA 7-CHOME
MINATO-KU, TOKYO, JAPAN 107-0052

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS,
SWEATERS, PARKAS, OUTER COATS, PANTS,

ATHLETIC SUITS, SHORTS, HATS, HOODS, SHOES
AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

SN 76-975,469, FILED 12-11-2001.

DOUGLAS LEE, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 2,754,313

Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.,
1-1, AKASAKA 7-CHOME
MINATO-KU, TOKYO, JAPAN 107-0052

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS,
SWEATERS, PARKAS, OUTER COATS, PANTS,

ATHLETIC SUITS, SHORTS, HATS, HOODS, SHOES
AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

SN 76-975,469, FILED 12-11-2001.

DOUGLAS LEE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,728,079**

## United States Patent and Trademark Office

Registered June 17, 2003

### TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-TERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT INC.,
1-1, AKASAKA 7-CHOME
MINATO-KU, TOKYO, JAPAN 107-0052

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, SWEATERS, PARKAS, OUTER COATS, PANTS,

ATHLETIC SUITS, SHORTS, HATS, HOODS, SHOES AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

SN 76-975,421, FILED 12-11-2001.

MICHAEL ENGEL, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

Reg. No. 2,728,079

## United States Patent and Trademark Office

Registered June 17, 2003

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.,
1-1, AKASAKA 7-CHOME
MINATO-KU, TOKYO, JAPAN 107-0052

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS,
SWEATERS, PARKAS, OUTER COATS, PANTS,

ATHLETIC SUITS, SHORTS, HATS, HOODS, SHOES
AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

SN 76-975,421, FILED 12-11-2001.

MICHAEL ENGEL, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,404,325**

**United States Patent and Trademark Office**   Registered Nov. 14, 2000

## TRADEMARK
### PRINCIPAL REGISTER



NAUGHTY DOG, INC. (VIRGINIA CORPORATION)
1315 THIRD STREET PROMENADE, SUITE 500
SANTA MONICA, CA 90401

　　FOR: INTERACTIVE VIDEO GAME PROGRAMS
AND INTERACTIVE VIDEO GAMES COMPRISED
OF COMPUTER HARDWARE AND SOFTWARE, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9–9–1996; IN COMMERCE 9–9–1996.
OWNER OF U.S. REG. NO. 2,036,776.
　　THE TRADEMARK DESIGN (PAW PRINT) IS
LINED FOR THE COLOR RED.

　　SER. NO. 75–882,982, FILED 12–28–1999.

AMY THOMAS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,404,325

Registered Nov. 14, 2000

## TRADEMARK
### PRINCIPAL REGISTER



NAUGHTY DOG, INC. (VIRGINIA CORPORATION)
1315 THIRD STREET PROMENADE, SUITE 500
SANTA MONICA, CA 90401

   FOR: INTERACTIVE VIDEO GAME PROGRAMS AND INTERACTIVE VIDEO GAMES COMPRISED OF COMPUTER HARDWARE AND SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9–9–1996; IN COMMERCE 9–9–1996.
OWNER OF U.S. REG. NO. 2,036,776.
   THE TRADEMARK DESIGN (PAW PRINT) IS LINED FOR THE COLOR RED.

   SER. NO. 75–882,982, FILED 12–28–1999.

AMY THOMAS, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,109,353

## United States Patent and Trademark Office

Registered Oct. 28, 1997

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION)
1-22 AKASAKA 8-CHOME
MINATO-KU TOKYO 107, JAPAN

FOR: BOOKS AND MAGAZINES FEATUR-
ING COMPUTER GAMES, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-29-1997; IN COMMERCE
1-29-1997.

THE STIPPLING SHOWN IN THE DRAWING
IS A FEATURE OF THE MARK AND DOES
NOT INDICATE COLOR.

THE MARK CONSISTS OF THE STYLIZED
LETTERS "PS" AND DESIGN.

SN 74–488,112, FILED 2–4–1994.

G. T. GLYNN, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

**United States Patent and Trademark Office**

Reg. No. 2,109,353

Registered Oct. 28, 1997

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION)
1-22 AKASAKA 8-CHOME
MINATO-KU TOKYO 107, JAPAN

FOR: BOOKS AND MAGAZINES FEATUR-
ING COMPUTER GAMES, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 1-29-1997; IN COMMERCE
1-29-1997.

THE STIPPLING SHOWN IN THE DRAWING
IS A FEATURE OF THE MARK AND DOES
NOT INDICATE COLOR.

THE MARK CONSISTS OF THE STYLIZED
LETTERS "PS" AND DESIGN.

SN 74-488,112, FILED 2-4-1994.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,036,776

**United States Patent and Trademark Office**    Registered Feb. 11, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## NAUGHTY DOG

NAUGHTY DOG, INC. (VIRGINIA CORPORA-
  TION)
755 POTOMAC RIVER ROAD
MCLEAN, VA 22102

  FOR: INTERACTIVE VIDEO GAME PRO-
GRAMS AND INTERACTIVE VIDEO GAMES
COMPRISED OF COMPUTER HARDWARE

AND SOFTWARE, IN CLASS 28 (U.S. CLS. 22,
23, 38 AND 50).
  FIRST USE 6–0–1989; IN COMMERCE
6–0–1989.

  SER. NO. 75–022,127, FILED 11–20–1995.

H. M. FISHER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# PLAY LIKE NEVER BEFORE

**Reg. No. 6,451,015**
**Registered Aug. 17, 2021**
**Corrected Nov. 14, 2023**
**Int. Cl.: 9, 28, 35, 38, 41**
**Service Mark**
**Trademark**
**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 9: Downloadable and recorded video game software; recorded game software; downloadable and recorded computer game software; recorded computer game software; downloadable mobile game software; downloadable game software; virtual reality headsets; * programs for consumer video game consoles with camera functions * [ cameras for video game consoles; ] chargers for game console controllers; downloadable software in the nature of a mobile application for playing games; downloadable computer application software for playing video and computer games; downloadable computer software for streaming audio and video content on mobile phones, tablets, personal computers, and televisions; battery chargers for video game machines; battery chargers used for controllers for game consoles; virtual reality headsets for use in video gaming

CLASS 28: Video game consoles; controllers for game consoles; * gaming headphones specially adapted for use in consumer video games * [ video gaming headsets specially adapted for use in playing video games; ] remote controls for video game consoles

CLASS 35: Online retail store services featuring video game software, video game * apparatus * [ hardware, ] and video game accessories; online retail store services featuring downloadable game software, audio, and video; online retail store services featuring virtual goods, namely, * image data relating to * emoticons, badges, images, icons, tools, weapons, food items, clothing, and currency for use in online virtual worlds

CLASS 38: Transmission and delivery of video and audiovisual content in the fields of gaming and entertainment via the internet through a subscription service; electronic transmission and streaming of digital media content for others via cloud-based computer networks; streaming of audio, visual and audiovisual material via a computer network in the fields of gaming and entertainment; video-on-demand transmission services in the fields of gaming and entertainment; transmission and streaming of subscription-based audiovisual content in the fields of gaming and entertainment via the internet; data transmission and telecommunication services, namely, transmission of voice, data, and documents via telecommunications networks, transmission of webcasts, wireless telephone services; telecommunication services, namely, transmission of voice, data, and documents via telecommunications networks, transmission of webcasts, wireless telephone services

CLASS 41: Provision of non-downloadable games on the Internet; organizing competitions in the field of video games; entertainment services relating to esports, namely, arranging and conducting e-sports competitions; games services, namely, providing online video games, conducting live poker games, and providing games of chance provided via computer networks and global communication networks; entertainment services, namely, providing on-line video and computer games; entertainment services, namely, providing temporary use of online non-downloadable

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



video and computer games; entertainment services, namely, providing information in the field of gaming

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-24-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1559290 DATED 06-29-2020, EXPIRES 06-29-2030

SER. NO. 79-297,547, FILED 06-29-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# PLAY LIKE NEVER BEFORE

**Reg. No. 6,451,015**

**Registered Aug. 17, 2021**

**Corrected Sep. 19, 2023**

**Int. Cl.: 9, 28, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc. (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 9: Downloadable and recorded video game software; recorded game software; downloadable and recorded computer game software; recorded computer game software; downloadable mobile game software; downloadable game software; virtual reality headsets; * programs for consumer video game consoles with camera functions * [ cameras for video game consoles; ] chargers for game console controllers; downloadable software in the nature of a mobile application for playing games; downloadable computer application software for playing video and computer games; downloadable computer software for streaming audio and video content on mobile phones, tablets, personal computers, and televisions; battery chargers for video game machines; battery chargers used for controllers for game consoles; virtual reality headsets for use in video gaming

CLASS 28: Video game consoles; controllers for game consoles; * gaming headphones specially adapted for use in consumer video games * [ video gaming headsets specially adapted for use in playing video games; ] remote controls for video game consoles

CLASS 35: Online retail store services featuring video game software, video game * apparatus * [ hardware ], and video game accessories; online retail store services featuring downloadable game software, audio, and video; online retail store services featuring virtual goods, namely, * image data relating to * emoticons, badges, images, icons, tools, weapons, food items, clothing, and currency for use in online virtual worlds

CLASS 38: Transmission and delivery of video and audiovisual content in the fields of gaming and entertainment via the internet through a subscription service; electronic transmission and streaming of digital media content for others via cloud-based computer networks; streaming of audio, visual and audiovisual material via a computer network in the fields of gaming and entertainment; video-on-demand transmission services in the fields of gaming and entertainment; transmission and streaming of subscription-based audiovisual content in the fields of gaming and entertainment via the internet; data transmission and telecommunication services, namely, transmission of voice, data, and documents via telecommunications networks, transmission of webcasts, wireless telephone services; telecommunication services, namely, transmission of voice, data, and documents via telecommunications networks, transmission of webcasts, wireless telephone services

CLASS 41: Provision of non-downloadable games on the Internet; organizing competitions in the field of video games; entertainment services relating to esports, namely, arranging and conducting e-sports competitions; games services, namely, providing online video games, conducting live poker games, and providing games of chance provided via computer networks and global communication networks; entertainment services, namely, providing on-line video and computer games; entertainment services, namely, providing temporary use of online non-downloadable

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



video and computer games; entertainment services, namely, providing information in the field of gaming

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-24-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1559290 DATED 06-29-2020, EXPIRES 06-29-2030

SER. NO. 79-297,547, FILED 06-29-2020

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,784,229**

**Registered Jul. 12, 2022**

**Int. Cl.: 9, 11, 14, 16, 18, 25, 28**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc. (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 9: downloadable video game programs for arcade video game machines; batteries for hand-held games with liquid crystal displays; batteries for home video game consoles used with televisions; batteries for mobile computer terminals; cleaning discs for cleaning the lens of DVD drives used in computers and digital video recorders; earphones; consumer electronic products, namely, audio amplifiers, audio speakers, audio receivers, electrical audio and speaker connectors; home theater systems comprising television receivers, DVD players, audio amplifiers and audio speakers; audio recorders; video recorders; digital cameras; television receivers; modems; headphones; microphones for telecommunication apparatus; headphones for mobile computer terminals; microphones for mobile computer terminals; earphones for mobile computer terminals; straps for mobile phones; smart phones; cellular phones; set-top boxes; optical disc players; compact disc recorders, namely, optical disc recorders; DVD recorders; compact disc players; compact disc recorders; video disc players; navigation apparatus for vehicles, namely, on-board computers; receiving tuners for television broadcasting; web cameras; video cameras; head-mounted video displays; 3D spectacles, namely, 3D active-shutter eyewear; viewing devices, namely, 3D display devices, 3D television monitors, 3D video monitors, 3D LCD monitors, and 3D computer monitors; liquid crystal display (LCD) televisions; MP3 players; MP4 players; plasma display panel (PDP) televisions; thin film transistor-liquid crystal display panels; keyboards for computers; memory cards exclusively for use with hand-held games with liquid crystal displays; downloadable computer programs via mobile computer terminals for using the internet and worldwide web; mobile computer terminal devices; keyboards for mobile computer terminals; mouse for mobile computer terminals; memory cards for mobile computer terminals; remote controllers for mobile computer terminals; battery chargers for mobile computer terminals; downloadable game programs for mobile phones; downloadable computer game software; downloadable computer programs for document management; downloadable computer screen saver software; downloadable computer software for encryption; downloadable computer software for organizing and viewing digital images and photographs; downloadable computer software for processing digital images; downloadable computer software for processing digital music files; downloadable computer software for use in relation to digital animation and special effects of images; downloadable music-composition software; downloadable computer software to control and improve audio equipment sound quality; downloadable virtual reality game software; memory cards for



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



home video game consoles used with televisions; computer optical mouse; electronic tags for goods; personal digital assistants; touch panels for computers; tablet computers; downloadable computer operating programs; downloadable computer game programs; electronic book readers; computer joysticks for use of game; recorded game programs for home video game consoles used with televisions; recorded game programs for hand-held games with liquid crystal displays; downloadable game character images for video games and computer games; recorded video discs and video tapes featuring entertainment in the nature of action adventure, drama, comedy, romance, science fiction, horror and mystery; prerecorded audio compact discs featuring music; phonograph records featuring music; sound recorded magnetic cards, sheets and tapes; downloadable music files via the Internet; downloadable standby images in the field of automobiles, cats, dogs and game characters for cellular telephones; downloadable ring tones for mobile phones; downloadable electronic publications in the nature of books, manuals, magazines, newspapers in the field of video games, game software, music and video movies; earphones for home video game consoles used with televisions; headphones for home video game consoles used with televisions; microphones for home video game consoles used with televisions; keyboards for home video game consoles used with televisions; web cameras exclusively for use with home video game consoles used with televisions; earphones exclusively for use with hand-held games with liquid crystal displays; headphones exclusively for use with hand-held games with liquid crystal displays; microphones exclusively for use with hand-held games with liquid crystal displays; keyboards exclusively for use with hand-held games with liquid crystal displays; mouse exclusively for use with hand-held games with liquid crystal displays

CLASS 11: lamps; lamp shades; lights for vehicles; lighting apparatus for vehicles; electric lamps; electric waffle irons

CLASS 14: key holders being key chains; trophies of precious metals; commemorative cups made of precious metal; earrings; tie pins; tie clips; necklaces; bracelets; pendants; medals; lockets; insignias of precious metal; badges of precious metal; rings being jewelry; jewelry; cuff links; chronometers; stopwatches; watch and clock springs; pocket watches; atomic clocks; watch glasses; straps for wristwatches; watch bands and straps; watch chains; clock cases being part of clocks; automobile clocks; clock and watch hands; table clocks; wall clocks; alarm clocks; wristwatches; clocks; watches

CLASS 16: drawing instruments; mimeographs; electric pencil sharpeners; hygienic paper; towels of paper; table napkins of paper; handkerchiefs of paper; hand towels of paper; filter paper; toilet paper; postcard paper; writing paper; printing paper; bookmarkers; photographic albums; scrapbook albums; paper gift cards being stationery; crayons; felt writing pens; seals, stationery; mechanical pencils; sketchbooks; stickers, stationery; printed note books; pen cases; stapling presses, non-electric; ball-point pens; pocket memorandum books; memo pads containing adhesive on one side of the sheets for attachment to surfaces; pencils; plastic underlays for writing paper, namely, art pads; printed picture postcards; drawing boards; rubber erasers; adhesive tapes for stationery or household purposes; drafting rulers for stationery and office use; stands for pens and pencils; envelopes; writing pads; paper tags containing adhesive on one side of the sheets for attachment to surfaces; address stamps; ruled paper; inkstones; printed postcards; pencil point protectors; printed greeting cards; pencil lead holders; scrapbooks; printed score-cards; printed score-books; inking pads; pastels; palettes for painters; felt marking pens; hand-held paper knives; pen clips; penholders; pen nibs; printed musical greeting cards; loose-leaf pads; stamp cases; stamp stands; paper stationery; correcting tapes for type and documents; paper folders; letter racks; binding strips for bookbinding; writing slates; slate pencils; printed price tags; terrestrial globes; steel pens; account slip pads; stencil paper; date stamps; moulds for modelling clays; chalks; numbering stamps; wristbands for the retention of writing instruments; writing implements; sealing stamps; protractors as drawing instruments; paperweights; adhesive bands for stationery or household purposes; plotting papers; ink sticks; fountain pens; semi-finished business card paper; modelling clay; writing brushes; letter paper; printed catalogues in the fields of video

games, music and cinemas; printed calendars; printed newsletters in the field of computer games, music and videos; printed pamphlets in the field of video games, computer games, music and cinemas; printed specification manuals for video game programs; printed strategic manuals for video games; printed song books; printed sheet music; printed magazines in the field of video games, computer games, music and cinemas; printed timetables; printed instruction manuals in the field of video games, computer games, music and cinemas; printed books in the field of video games, computer games, music and cinemas; printed newspapers; printed geographical maps; printed diaries; printed photographs; photograph stands

CLASS 18: Clothing for domestic pets; dog collars; dog shoes; purses; key cases; Gladstone bags; suitcases; handbags; beach bags; briefcases; Boston bags; schoolchildren's backpacks; rucksacks; leather shoulder belts; shoulder bags; chain mesh purses; pocket wallets; carry-on bags; folding briefcases; school satchels; business card cases; travelling trunks; garment bags for travel; card cases for contactless IC cards; unfitted vanity cases; beach umbrellas; umbrellas and their parts; umbrella covers; umbrella handles; frames for umbrellas or parasols; rainproof parasols; telescopic umbrellas; parasols; frames for umbrellas; metal parts of umbrellas; bags for umbrellas; walking sticks; canes; metal parts of canes and walking-sticks; handles for canes and walking-sticks; riding saddles; saddle cloths for horses; bridoons; reins; horse bits; whips; horse collars; pads for horse saddles; blinkers for horses; saddlery; harness fittings; horse blankets

CLASS 25: Blazers; button down shirts; capes; collars for clothing; coveralls; down jackets; dress shirts; dress suits; dust coats; fishermen's jackets; golf shirts; golf trousers; gowns; jeans; jogging suits; jump suits; jumpers; knit shirts; clothing layettes; morning coats; nightgowns; rain wear; slacks; snow suits; snowboard jackets; snowboard trousers; sports jackets; sweat shirts; sweat suits; t-shirts; trench coats; wind coats; evening dresses; overcoats; cardigans; jackets for clothing; jogging pants; sweat pants; ski jackets; ski pants; sport shirts; trousers; pants; sweaters; chasubles; topcoats; dresses; parkas; blouses; vests; pelisses; polo shirts; ponchos; mantles; raincoats; shirts for suits; shirts; open-necked shirts; school uniforms; wristbands for clothing; brassieres; briefs; corsets being clothing; panties; peignoirs; shorts; sleepwear; bathrobes; undershirts; girdles; chemises; underpants; tights; dress shields; night gowns; negligees; pajamas; panties, shorts and briefs; hosiery; underwear; nightwear; bathing suits; swimsuits; swimming caps; bow ties; ear muffs; leg-warmers; stoles; bandanas; gloves as clothing; sleep masks; puttees and neck gaiters; scarfs; stockings; socks; neckties; neckerchieves; pelerines; mufflers as neck scarves; baseball caps; cap visors; children's headwear; golf caps; hoods; sweatbands; wimples; shower caps; nightcaps; caps for headwear; hats; suspender belts; waist belts; braces for clothing; waistbands; belts for clothing; anglers' shoes; ballet shoes; deck-shoes; footwear; insoles for footwear; shoe soles; sneakers; snow boots; inner soles; sandals and beach shoes; training shoes; rain boots; leather shoes; women's shoes; winter boots; infants' shoes and boots; tips for footwear; tongue or pullstrap for shoes and boots; protective metal members for shoes and boots; metal fittings for Japanese style wooden clogs; wooden bodies of Japanese style clogs; sandal-clogs; slipper soles; Japanese style sandals of felt; soles for Japanese style sandals; uppers for Japanese style sandals; Japanese style sandals of leather; toe straps for Japanese style wooden clogs; uppers of woven rattan for Japanese style sandals; sports over uniforms; headbands; anorak; handball shoes; tennis shoes; golf shoes; soccer shoes; ski suits for competition; football boots; studs for football boots; hockey shoes; bowling shoes; boxing shoes; wind-jackets; rugby shoes; climbing boots; baseball shoes; footwear for track and field athletics; horse-riding boots; wetsuits for water-skiing

CLASS 28: Coin-operated arcade video game machines; amusement game machines for use in amusement parks other than arcade video game machines; toy action figures; cards for trading card games; mini-car toys; toy model rockets; battery-powered computer game with LCD screen; electronic games for the teaching of children; electronic targets for games and sports; electronic action toys; home video game console

machines used with televisions; handset cradles for home video game consoles used with televisions; game controllers for home video game consoles used with televisions; joysticks exclusively for use with home video game consoles used with televisions; parts and accessories for home video game consoles used with televisions, namely, joysticks for video games; protective carrying cases specially adapted for handheld video games; hand-held games with liquid crystal displays; mounts connectable to AC adapters and D-terminal cables exclusively for use with hand-held games with liquid crystal displays, all sold as a unit; mounts exclusively for use with hand-held games with liquid crystal displays, all sold as a unit; molded toy figures; model toys, namely, toy model cars, toy model hobbycraft kits, toy model kit cars, toy model train sets, toy model vehicles and related accessories sold as units; radio control receivers and transmitters for model toys, namely, remote controlled cars, trains and airplanes; motor controllers for model toys, namely, remote controlled cars, trains and airplanes; dolls; dice games; game cards; game equipment set sold as a unit comprised primarily of a playing board and playing cards and also including rules of play, dry erase boards and erasers, markers, a timer and T-shirts; chess games; checker sets; playing cards; trading card games; dominoes; magic tricks; billiard equipment; golf ball markers; golf clubs; golf bags; surfboards; ski cases; ski bindings; golf tees; bowling bags; boxing gloves; rackets for tennis or badminton; guts for rackets for tennis or badminton; racket cases for tennis or badminton; roller skates; stationary exercise bicycles and rollers therefor; baseball gloves

The mark consists of "PS" in stylized text.

OWNER OF INTERNATIONAL REGISTRATION 1189774 DATED 03-08-2013, EXPIRES 03-08-2023

SER. NO. 79-320,697, FILED 07-02-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PLAY HAS NO LIMITS

**Reg. No. 6,770,411**
**Registered Jun. 28, 2022**
**Int. Cl.: 9, 28, 35, 38, 41**
**Service Mark**
**Trademark**
**Principal Register**

Sony Interactive Entertainment Inc. (JAPAN CORPORATION)
1-7-1 Konan, Minato-ku
Tokyo, JAPAN 108-0075

CLASS 9: Downloadable video game software; downloadable computer game software; downloadable mobile game software; downloadable game software; virtual reality headsets; cameras for video game consoles; electronic devices to charge controllers for game consoles; downloadable software in the nature of a mobile application for playing games; downloadable computer application software featuring video and computer games; downloadable software for streaming audio and video content on mobile phones, tablets, personal computers, and televisions; downloadable computer software for playing video and computer games; batteries, electric; battery chargers for video game machines; battery chargers used for controllers for game consoles; telecommunication machines and apparatus, namely, fax machines; personal digital assistants; personal computers; computers and computer peripheral devices; gaming headsets, namely, headsets for virtual reality games

CLASS 28: Video game consoles; controllers for game consoles; gaming headsets, namely, audio and visual headsets for use in playing video games; remote controls for game consoles

CLASS 35: Online retail store services featuring video games, video game hardware, and video game accessories; online retail store services featuring downloadable games, audio, and video; online retail store services featuring virtual goods, namely, emoticons, badges, images, icons, tools, weapons, food items, clothing, and currency for use in online virtual worlds

CLASS 38: Transmission and delivery of video and audiovisual content in the field of gaming via the Internet through a subscription service

CLASS 41: Providing temporary use of non-downloadable game software; organizing competitions in the field of video games; entertainment services relating to esports, namely, organization of electronic gaming competitions; games services, namely, conducting online computer game tournaments provided via computer networks and global communication networks; entertainment services, namely, providing on-line video and computer games; entertainment services, namely, providing temporary use of online non-downloadable computer application software featuring video and computer games; entertainment services, namely, providing information in the field of video and



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



computer gaming; on-line entertainment services, namely, providing a web-based system and on-line portal for customers to participate in on-line gaming, operation and coordination of game tournaments, leagues and tours for recreational computer game playing purposes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAMAICA APPLICATION NO. 080102, FILED 03-12-2020, REG. NO. 6409198, DATED 06-30-2021, EXPIRES 06-30-2031

SER. NO. 90-014,211, FILED 06-22-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# PS4

**Reg. No. 6,763,918**

**Registered Jun. 21, 2022**

**Int. Cl.: 9, 28, 36**

**Service Mark**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan, Minato-ku
Tokyo, JAPAN 108-0075

CLASS 9: Downloadable game software; recorded game software; downloadable virtual reality game software; recorded computer virtual reality game software; battery chargers used for controllers for game consoles; external computer hard drives; gaming headsets for use in playing video games; cameras for video game consoles

FIRST USE 11-15-2013; IN COMMERCE 11-15-2013

CLASS 28: Video game consoles; controllers for game consoles; game controllers for computer games; controllers for game consoles in the nature of motion controllers

FIRST USE 11-15-2013; IN COMMERCE 11-15-2013

CLASS 36: Financial services, namely, providing a virtual currency for use by members of an on-line community via a global computer network

FIRST USE 11-15-2013; IN COMMERCE 11-15-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-565,762, FILED 03-08-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# DUALSHOCK

**Reg. No. 6,010,231**
**Registered Mar. 17, 2020**
**Corrected Jan. 18, 2022**
**Int. Cl.: 14, 16, 18, 20, 21, 25**
**Trademark**
**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 14: Key rings; clocks and watches; ornaments of precious metal in the nature of jewellery; precious metals

CLASS 16: Printed matter, namely, books, magazines, printed sheet music, and manuals featuring computer games and video games; printed books featuring video games, computer games, music and cinemas; stationery; plastic materials for packaging, namely, plastic film for use as wrapping and packaging material in the field of computer games and video games; paper for wrapping and packaging; cardboard packaging; plastic bubble packs for wrapping or packaging; printed packaging materials of paper; note books; pens; photograph stands; paper and cardboard; table napkins of paper

CLASS 18: Bags, namely, daypacks, knapsacks, hiking bags, hipsacks, travelling bags, all-purpose carrying bags, tote bags, shoulder bags, messenger bags, handbags, clutch bags, boston bags, charm bags, gladstone bags, and sports bags; luggage; purses; wallets; umbrellas; vanity cases, not fitted; key cases

CLASS 20: Cushions; pillows; tables; desks; chairs; stools; mirrors; bookshelves; display shelves; sofas; furniture

CLASS 21: Household and kitchen utensils, namely, bottle openers, kitchen tongs, cooking forks, serving forks, carving forks, serving tongs and turners; cooking utensils, non-electric, namely, basting spoons, grills, batter dispenser and wire baskets; beverage glassware; crystal being glassware, namely, beverage glassware; mugs; coffee cups

CLASS 25: Clothing, namely, jerseys, sweaters, rainwear, sweatshirts, tee-shirts, shirts, pants, socks, skirts and dresses; coats; sweaters; shirts; nightwear; underwear; tee-shirts; gloves and mittens; neckties; bandanas; mufflers as neck scarves; socks; [ footwear; shoes; ] headgear, namely, hats, and visors being headwear; caps being headwear; belts being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-10-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1461100 DATED 01-22-2019, EXPIRES 01-22-2029

SER. NO. 79-256,518, FILED 01-22-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PS5

**Reg. No. 6,496,058**
**Registered Sep. 28, 2021**
**Int. Cl.: 9, 28, 41**
**Service Mark**
**Trademark**
**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan, Minato-ku
Tokyo, JAPAN 108-0075

CLASS 9: Interactive computer software, namely, downloadable and recorded computer game software; Downloadable and recorded interactive entertainment software for playing games; Downloadable and recorded interactive multimedia software for playing games; Downloadable and recorded interactive computer software enabling exchange of information; Downloadable interactive entertainment software for playing video games; Downloadable and recorded computer game software; Downloadable and recorded game development software; Downloadable and recorded virtual reality game software; Downloadable and recorded augmented reality game software; Downloadable game related software applications in the nature of computer game programs; Downloadable game related software applications in the nature of a mobile application for playing games; Downloadable and recorded software programs for playing video games; Downloadable and recorded computer software, namely, game engine software for video game development and operation; Downloadable and recorded computer game software for use on mobile and cellular phones; Downloadable and recorded electronic game software for mobile phones; Downloadable game software applications for mobile phones; Optical discs featuring video games; Video game software recorded on magnetic discs; Video streaming devices, namely, digital media streaming devices; Data communications hardware, namely, personal computers, tablet computers, mobile phones, smartphones, television apparatus; Devices for streaming media content over local wireless networks, namely, digital media streaming devices; Interactive data transfer apparatus, namely, personal computers, tablet computers, mobile phones, smartphones, televisions; Wireless computer peripherals; Data storage devices and media, namely, pre-recorded CD-ROMs, flash memories, and USB flash drives featuring computer games; Computer game discs; Data carriers for computers having software recorded thereon, namely, pre-recorded CD-ROMs, flash memories, and USB flash drives featuring computer games; Memory storage devices, namely, computer hardware; Apparatus for the reproduction of data; Apparatus for the reproduction of images; Digital signal processing apparatus, namely, digital signal processors; Multimedia apparatus and instruments, namely, personal computers, tablet computers, mobile phones, smartphones, televisions; Recording apparatus, namely, blank CD-ROMs, flash memories, and USB flash drives; Downloadable media, namely, audio files, video recordings, multimedia files in the field of video games; Electronic publications, downloadable, namely, books, magazines, manuals, newsletters in the field



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



of video games; Computer peripheral devices; Computer peripheral equipment; Downloadable video game software; Recorded video game software; Virtual reality headsets; Cameras for video game consoles; Electronic devices to charge batteries in controllers for game consoles

CLASS 28: Computer game apparatus, namely, a video game console; Hand-held consoles for playing video games; Interactive gaming chairs for video games in the nature of video game machines; video game consoles; controllers for game consoles; controllers for game consoles in the nature of keyboards and mice sold together as a unit; controllers for game consoles in the nature of motion controllers; controllers for game consoles in the nature of flight sticks; controllers for game consoles in the nature of racing steering wheels; gaming headsets adapted for use in playing video games

CLASS 41: Interactive entertainment services, namely, providing temporary use of non-downloadable interactive electronic games; Providing on-line non-downloadable music and films via a video-on-demand service via communications networks by means of computer terminals, fiber optic networks and telephones; provision of non-downloadable films and television programs via a video-on-demand source; providing on-line non-downloadable videos in the field of video games and music via a video-on-demand service via communications networks by means of computer terminals, fiber optic networks and telephones; providing on-line non-downloadable images and pictures about fictional characters appearing in games and animations; providing non-downloadable photographic images containing artwork via communications networks by means of computer terminals, fiber optic networks and telephones; providing non-downloadable videos in the field of education, culture, entertainment or sports via communications networks by means of computer terminals, fiber optic networks and telephones; providing non-downloadable music and video featuring television programs using a video-on-demand service via computer network communications; providing non-downloadable music and video featuring television programs using video-on-demand and pay-per-view television services; movie showing, movie film production, and movie film distribution; providing non-downloadable video and audio for computer games via communications networks by means of computer terminals, fiber optic networks and telephones; providing non-downloadable music via the Internet or computer network; providing non-downloadable music via the Internet, computer network, cable network, computer network using an on-demand service and interactive communication using mobile phones; providing non-downloadable audio and video featuring presentation of theatrical performances via the Internet, computer network, cable network, computer network using an on-demand service and interactive communication using mobile phones; providing non-downloadable photographic images and animation films via the Internet, computer network, cable network, computer network using an on demand service and interactive communication using mobile phones; providing computer games via the Internet, computer network, cable network, computer network using an on-demand service and interactive communication using mobile phones; providing non-downloadable video, still and moving images containing film and television programs and artwork by streaming via the Internet; providing non-downloadable films via the Internet or computer network; providing on-line non-downloadable music via an on-demand service and information relating thereto; providing non-downloadable videos in the field of video games for a television program featuring regional information via the Internet or computer network; providing non-downloadable videos containing television programs via the Internet or computer network; providing non-downloadable films via an on-demand service via cable network, computer network and the Internet; providing non-downloadable videos containing films and television programs via an on-demand service via cable network, computer network and the Internet; providing non-downloadable films via an on-demand service via interactive communication using mobile phones; direction or presentation of live show performances; organization, arranging and conducting of live music concerts; live performances by a musical group; presentation of musical performances; production and distribution of interactive television programs; production and distribution of cable television or television programs; production and distribution

of radio programs; production and distribution of television programs for cable television providers; production and distribution of television quiz programs, television prize programs, television game programs, and television entertainment programs for others; production and distribution of programs for television, cable television, radio, satellite radio, movies and film; production and distribution of educational television programs by means of computer networks; production and distribution of television programs in the field of news; production and distribution of radio or television programs featuring regional information; production and distribution of radio or television programs featuring traditional Japanese culture; production of radio or television programs; organization of sporting events in the field of football, hockey, golf, car races, basketball, baseball, soccer, lacrosse, volleyball, tennis, curling, squash, swimming, cycling; organization of sporting competitions; organization, production, presentation and conducting of events for the purpose of cultural exchange between people and regions; organization, production, presentation and conducting of events related to cultural exchange between Japan and overseas; organization, production, presentation and conducting of live talk show events; organization of social entertainment events excluding movies, shows, plays, musical performances, sports, horse races, bicycle races, boat races and auto races; providing non-downloadable videos, music and lyrics for karaoke via communications networks by means of computer terminals, fiber optic networks and telephones; providing amusement facilities; providing online, non-downloadable electronic match games via communications networks by means of computer terminals, fiber optic networks and telephones; providing online, non-downloadable electronic games via communications networks by means of home video game machines and personal computers; providing online, non-downloadable electronic games via communications networks by means of mobile telephone or computer terminals; game services, namely, provision of online electronic games provided by means of communications by computer terminals, optical fiber networks or mobile telephone; rental of cinematographic machines and apparatus; rental of cine-films; rental of records or sound-recorded magnetic tapes; rental of image-recorded magnetic tapes; news reporters services using the Internet; news reporters services and providing information relating thereto; news reporters services; Entertainment services, namely, providing online video games; entertainment in the nature of video game competitions; providing temporary use of non-downloadable game software

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAMAICA APPLICATION NO. 078827, FILED 10-03-2019, REG. NO. 2065031, DATED 06-16-2020, EXPIRES 01-28-2030

SER. NO. 88-777,749, FILED 01-29-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PLAY LIKE NEVER BEFORE

**Reg. No. 6,451,015**
**Registered Aug. 17, 2021**
**Int. Cl.: 9, 28, 35, 38, 41**
**Service Mark**
**Trademark**
**Principal Register**

Sony Interactive Entertainment Inc. (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 9: Downloadable and recorded video game software; recorded game software; downloadable and recorded computer game software; recorded computer game software; downloadable mobile game software; downloadable game software; virtual reality headsets; cameras for video game consoles; chargers for game console controllers; downloadable software in the nature of a mobile application for playing games; downloadable computer application software for playing video and computer games; downloadable computer software for streaming audio and video content on mobile phones, tablets, personal computers, and televisions; battery chargers for video game machines; battery chargers used for controllers for game consoles; virtual reality headsets for use in video gaming

CLASS 28: Video game consoles; controllers for game consoles; video gaming headsets specially adapted for use in playing video games; remote controls for video game consoles

CLASS 35: Online retail store services featuring video game software, video game hardware, and video game accessories; online retail store services featuring downloadable game software, audio, and video; online retail store services featuring virtual goods, namely, emoticons, badges, images, icons, tools, weapons, food items, clothing, and currency for use in online virtual worlds

CLASS 38: Transmission and delivery of video and audiovisual content in the fields of gaming and entertainment via the internet through a subscription service; electronic transmission and streaming of digital media content for others via cloud-based computer networks; streaming of audio, visual and audiovisual material via a computer network in the fields of gaming and entertainment; video-on-demand transmission services in the fields of gaming and entertainment; transmission and streaming of subscription-based audiovisual content in the fields of gaming and entertainment via the internet; data transmission and telecommunication services, namely, transmission of voice, data, and documents via telecommunications networks, transmission of webcasts, wireless telephone services; telecommunication services, namely, transmission of voice, data, and documents via telecommunications networks, transmission of webcasts, wireless telephone services

CLASS 41: Provision of non-downloadable games on the Internet; organizing competitions in the field of video games; entertainment services relating to esports, namely, arranging and conducting e-sports competitions; games services, namely, providing online video games, conducting live poker games, and providing games of chance provided via computer networks and global communication networks; entertainment services, namely, providing on-line video and computer games; entertainment services, namely, providing temporary use of online non-downloadable video and computer games; entertainment services, namely, providing information in



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



the field of gaming

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-24-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1559290 DATED 06-29-2020, EXPIRES 06-29-2030

SER. NO. 79-297,547, FILED 06-29-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# DUALSENSE

**Reg. No. 6,367,785**
**Registered Jun. 01, 2021**
**Int. Cl.: 9, 28**
**Trademark**
**Principal Register**

Sony Interactive Entertainment Inc.  (JAPAN CORPORATION)
1-7-1 Konan, Minato-ku
Tokyo, JAPAN 108-0075

CLASS 9: Video game software downloadable from a global computer network; downloadable video game software; recorded video game software; downloadable computer game software; computer game software downloadable from a global computer network; recorded computer game software; electronic docking stations; battery chargers for video game machines; battery chargers used for controllers for game consoles

CLASS 28: Controllers for game consoles; game controllers for computer games; computer game consoles for use with an external display screen or monitor; video game consoles; video game consoles for use with an external display screen or monitor; video game interactive hand held remote controls for playing electronic games; video game interactive remote control units

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF UNITED KINGDOM , REG. NO. UK00003484908, DATED 08-11-2020, EXPIRES 04-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAMAICA APPLICATION NO. 079684, FILED 01-29-2020

SER. NO. 88-891,823, FILED 04-28-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# DUALSHOCK

**Reg. No. 6,010,231**

**Registered Mar. 17, 2020**

**Int. Cl.: 14, 16, 18, 20, 21, 25**

**Trademark**

**Principal Register**

Sony Interactive Entertainment Inc. (JAPAN CORPORATION)
1-7-1 Konan,
Minato-ku Tokyo 108-0075
JAPAN

CLASS 14: Key rings; clocks and watches; ornaments of precious metal in the nature of jewellery; precious metals

CLASS 16: Printed matter, namely, books, magazines, printed sheet music, and manuals featuring computer games and video games; printed books featuring video games, computer games, music and cinemas; stationery; plastic materials for packaging, namely, plastic film for use as wrapping and packaging material in the field of computer games and video games; paper for wrapping and packaging; cardboard packaging; plastic bubble packs for wrapping or packaging; printed packaging materials of paper; note books; pens; photograph stands; paper and cardboard; table napkins of paper

CLASS 18: Bags, namely, daypacks, knapsacks, hiking bags, hipsacks, travelling bags, all-purpose carrying bags, tote bags, shoulder bags, messenger bags, handbags, clutch bags, boston bags, charm bags, gladstone bags, and sports bags; luggage; purses; wallets; umbrellas; vanity cases, not fitted; key cases

CLASS 20: Cushions; pillows; tables; desks; chairs; stools; mirrors; bookshelves; display shelves; sofas; furniture

CLASS 21: Household and kitchen utensils, namely, bottle openers, kitchen tongs, cooking forks, serving forks, carving forks, serving tongs and turners; cooking utensils, non-electric, namely, basting spoons, grills, batter dispenser and wire baskets; beverage glassware; crystal being glassware, namely, beverage glassware; mugs; coffee cups

CLASS 25: Clothing, namely, jerseys, sweaters, rainwear, sweatshirts, tee-shirts, shirts, pants, socks, skirts and dresses; coats; sweaters; shirts; nightwear; underwear; tee-shirts; gloves and mittens; neckties; bandanas; mufflers as neck scarves; socks; footwear; shoes; headgear, namely, hats, and visors being headwear; caps being headwear; belts being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-10-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1461100 DATED 01-22-2019, EXPIRES 01-22-2029

SER. NO. 79-256,518, FILED 01-22-2019

Director of the United States
Patent and Trademark Office



---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# PSVR

**Reg. No. 5,000,799**

**Registered Jul. 19, 2016**

**Int. Cl.: 9, 28**

**Trademark**

**Principal Register**

Kabushiki Kaisha Sony Computer Entertainment (also trading as Sony Computer Entertainment Inc.) (JAPAN CORPORATION)
1-7-1 Konan
Minato-ku Tokyo 108-0075
JAPAN

CLASS 9: Cellular phone; cell phone straps; earphones for mobile computer terminals; headphones; microphones; earphones; smart phones; webcams; set-top boxes; head-mounted video displays; micro-displays, namely, head mounted video displays and near eye video displays; parts and accessories for micro-display, namely, cable connectors, power supplies and transformers; virtual reality game headsets; video processors; software and firmware for video drivers and video processing; personal video display screens; personal video display devices in the nature of wearable displays for viewing digital content including virtual reality, augmented reality, and mixed reality content; downloadable computer game programs for cellular phones, mobile computer terminals, set-top boxes, DVD players connected to network and television sets connected to network; downloadable computer game programs; downloadable video game programs; game programs for home video game machines; game programs for hand-held games with liquid crystal displays; downloadable or installable computer and video game programs for home video game machines; downloadable or installable additional image data for home video game machines; downloadable or installable computer and video game programs for hand-held games with liquid crystal displays; downloadable or installable additional image data for hand-held games with liquid crystal displays; downloadable image file containing artwork, text, audio, video, games and internet web links relating to sporting and cultural activities; downloadable images for cellular phones and mobile computer terminals; downloadable stand by image for cellular phones; downloadable ring tones for mobile phones; downloadable electronic publications in the nature of books, manuals, magazines, newspapers in the field of video games, game software, music and video movies; earphones for home video game machines; headphones for home video game machines; microphones for home video game machines; keyboards for home video game machines; mouse for home video game machines; webcams exclusively for use with home video game machines; earphones exclusively for use with hand-held games with liquid crystal displays; headphones exclusively for use with hand-held games with liquid crystal displays; microphones exclusively for use with hand-held games with liquid crystal displays; keyboards exclusively for use with hand-held games with liquid crystal displays; mouse exclusively for use with hand-held games with liquid crystal displays

CLASS 28: Home video game machines; handset cradles for home video game machines; game controllers for home video game machines; joysticks exclusively for use with home video game machines; protective carrying cases specially adapted for handheld video games; hand-held games with liquid crystal displays; support stands exclusively for use with hand-held games with liquid crystal displays; mounts exclusively for hand-held games with liquid crystal displays; dolls; game cards included in this class; trading card games

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

PRIORITY DATE OF 09-04-2015 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1282587 DATED 09-11-2015, EXPIRES 09-11-2025

The wording "PSVR" has no meaning in a foreign language.

SER. NO. 79-180,233, FILED 09-11-2015

CARYN GLASSER, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
### United States Patent and Trademark Office

# DUALSHOCK

**Reg. No. 4,498,083**

**Registered Mar. 18, 2014**

**Int. Cls.: 9 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

KABUSHIKI KAISHA COMPUTER ENTERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMEN INC.
1-7-1 KONAN, MINATO-KU
TOKYO, JAPAN

FOR: COMPUTER GAME SOFTWARE; ELECTRONIC DOCKING STATIONS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-1997; IN COMMERCE 10-26-2000.

FOR: COMPUTER GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GAME CONTROLLERS FOR COMPUTER GAMES; VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; VIDEO GAME INTER-ACTIVE HAND HELD REMOTE CONTROLS FOR PLAYING ELECTRONIC GAMES; VIDEO GAME INTERACTIVE REMOTE CONTROL UNITS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-30-1997; IN COMMERCE 10-26-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,431,970.

SER. NO. 86-037,050, FILED 8-13-2013.

IRA J. GOODSAID, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PlayStation

**Reg. No. 4,430,716**

**Registered Nov. 12, 2013**

**Int. Cls.: 9, 28, 35, 37, 38, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

KABUSHIKI KAISHA SONY COMPUTER ENTERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT INC.
2-6-21, MINAMI-AOYAMA
MINATO-KU
TOKYO, JAPAN 107-0062

FOR: SCIENTIFIC, NAUTICAL, SURVEYING, PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, WEIGHING, MEASURING, SIGNALING, CHECKING, SUPERVISION, LIFE-SAVING AND TEACHING APPARATUS AND INSTRUMENTS, NAMELY, PHOTOGRAPHIC CAMERAS AND BLANK RECORDING OPTICAL DISCS; APPARATUS AND INSTRUMENTS FOR CONDUCTING, SWITCHING, TRANSFORMING, ACCUMULATING, REGULATING OR CONTROLLING ELECTRICITY, NAMELY, ADAPTERS, ELECTRIC BATTERIES, ELECTRIC SWITCHES, AND ELECTRIC WIRES; APPARATUS FOR RECORDING, TRANSMISSION, REPRODUCTION OF SOUND OR IMAGES, NAMELY, PHONOGRAPH RECORD PLAYERS, CD AND DVD PLAYERS, AND AUDIO AND VIDEO TAPE RECORD-ERS; BLANK AND PRE-RECORDED MAGNETIC DATA CARRIERS, BLANK AND PRE-RECORDED RECORDABLE DISCS; AUTOMATIC VENDING MACHINES AND MECHAN-ISMS FOR COIN-OPERATED APPARATUS; CASH REGISTERS, CALCULATING MACHINES, DATA PROCESSING EQUIPMENT AND COMPUTERS; FIRE-EXTINGUISHING APPARATUS; AUDIO TAPE PLAYERS; AUDIO TAPE RECORDERS; AUDIO DISC PLAYERS; AUDIO DISC RECORDERS; COMPACT DISC PLAYERS; COMPACT DISC RECORDERS; RADIO SIGNAL TUNERS; AUDIO RECEIVERS; AUDIO AMPLIFIERS; AUDIO SPEAKERS; TWEETERS; WOOFERS; HEADPHONES; EARPHONES; MICROPHONES; INTEGRATED CIRCUIT RECORDERS; PLASMA DISPLAY PANEL TELEVISIONS; LIQUID CRYSTAL DISPLAY TELEVISIONS; TELEVISION RECEIVERS; LIQUID CRYSTAL DISPLAYS; LIQUID CRYSTAL DISPLAY PROJECTORS; CATHODE RAY TUBES; VIDEO TAPE RECORDERS; DVD PLAYERS; DVD RECORDERS; HARD DISC AUDIO PLAYERS; HARD DISC AUDIO RECORDERS; HARD DISC VIDEO PLAYERS; HARD DISC VIDEO RECORDERS; VIDEO SCREENS; SET TOP BOXES; VIDEO CAMERAS; DIGITAL STILL CAMERAS AND DIGITAL PHOTO APPARATUS; CAMERAS AND PHOTOGRAPHIC APPARATUS, NAMELY, PHOTO-GRAPHIC CAMERAS AND PHOTOGRAPHIC FLASHBULBS; CARRYING BAGS, SADDLE BAGS, COVERS, CASES, CASINGS AND SUITCASES FOR VIDEO CAMERAS; CARRYING BAGS, SADDLE BAGS, COVERS, CASES, CASINGS AND SUITCASES FOR DIGITAL STILL CAMERAS AND DIGITAL PHOTO APPARATUS; CARRYING BAGS, SADDLE BAGS, COVERS, CASES, CASINGS AND SUITCASES FOR CAMERAS AND PHOTOGRAPHIC APPARATUS; MOBILE PHONES; FACSIMILE MACHINES; AUDIO PLAYERS FOR AUTO-MOBILE USE; RADIO RECEIVERS FOR AUTOMOBILE USE; COMPACT DISC CHANGERS,



*Deputy Director of the United States Patent and Trademark Office*

**Reg. No. 4,430,716**  NAMELY, PLAYERS FOR AUTOMOBILE USE; TELEPHONE APPARATUS; MOBILE DATA TERMINALS; COMPUTERS; CENTRAL PROCESSING UNITS; OPTICAL DISC DRIVES; MAGNETIC COMPUTER DISC DRIVES; MAGNETO-OPTICAL COMPUTER DISC DRIVES; COMPUTER MONITORS; COMPUTER KEYBOARDS; COMPUTER MICE; COMPUTER AUDIO SPEAKERS; WEB CAMERAS; CARRYING BAGS, SADDLE BAGS, COVERS, CASES, CASINGS AND SUITCASES FOR COMPUTERS; COMPUTER GAME SOFTWARE AND PROGRAMS; COMPUTER MEMORIES; MEMORY COMPUTER CHIPS; COMPUTER SOFTWARE AND PROGRAMS FOR USE IN DATABASE MANAGEMENT, USE AS A SPREADSHEET, AND WORD PROCESSING; SCANNERS; PRINTERS; BLANK MAGNETIC COMPUTER TAPES; BLANK OPTICAL DISCS; BLANK MAGNETIC DISCS; BLANK MAGNETO-OPTICAL DISCS; SEMI-CONDUCTORS; INTEGRATED CIRCUITS; MAGNETIC COMPUTER TAPES FEATURING MUSIC, MOVIES, IMAGES, ANIMATION AND TEXTS; OPTICAL DISCS FEATURING MUSIC, MOVIES, IMAGES, ANIMATION AND TEXTS; MAGNETIC COMPUTER DISCS FEATURING MUSIC, MOVIES, IMAGES, ANIMATION AND TEXTS; MAGNETO-OPTICAL COMPUTER DISCS FEATURING MUSIC, MOVIES, IMAGES, ANIMATION AND TEXTS; INTEGRATED CIRCUIT CHIPS AND CARDS RECORDING MEDIA FEATURING MUSIC, MOVIES, IMAGES, ANIMATION AND TEXTS; BLANK INTEGRATED CIRCUIT CHIPS AND CARDS RECORDING MEDIA; MEMORY CARDS; BLANK FLOPPY COMPUTER DISKS; BLANK COMPACT DISCS; BLANK DIGITAL VERSATILE DISCS; BLANK VIDEO CASSETTE TAPES; BLANK DIGITAL VIDEO CASSETTE TAPES; BLANK DIGITAL AUDIO CASSETTE TAPES; BLANK AUDIO CASSETTE TAPES; DATA TRANSMISSION CABLES, NAMELY, USB CABLES, ETHERNET CABLES, FIBER OPTIC CABLES, MODEM CABLES, AND PROPRIETARY DATA TRANSMISSION CABLES; CAR NAVIGATION COMPUTERS; USB FLASH MEMORY CARDS; WET AND DRY BATTERY CELLS; MANGANESE BATTERY CELLS; ALKALINE BATTERY CELLS; NICKEL-CADMIUM BATTERIES; LITHIUM-ION BATTERIES; RECHARGEABLE BATTERIES; BATTERY CHARGERS; ACCUMULATOR BATTERIES; SOLAR BATTERIES; DOWNLOADABLE AND HAND-HELD ELECTRONIC DICTIONARIES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINES, BOOKS, MANUALS, AND NEWSLETTERS; DOWNLOADABLE MUSICAL SOUND RECORDINGS; ELECTROSTATIC COPYING MACHINES; ELECTRIC CABLES; OPTICAL CABLES; ELECTRIC POWER PLUGS; ALTERNATING CURRENT ADAPTERS; ELECTRIC SWITCHES; ELECTRIC RELAYS; HAND-HELD VIDEO GAME MACHINES, CONSUMER VIDEO GAME MACHINES FOR USE WITH TELEVISIONS AND VIDEO GAME CONSOLES ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; CONSUMER VIDEO GAME SOFTWARE; ELECTRIC WIRES; EYE GLASSES; SUNGLASSES; BAGS, SADDLE BAGS, COVERS, CASES AND CASINGS FOR EYE GLASSES; ELECTRIC AND ELECTRONIC PENS; VIDEO TELEPHONES; WORD PROCESSORS; DATA PROCESSING EQUIPMENT AND DATA PROCESSORS; CD-ROM PLAYERS FEATURING A MULTI DISC CHANGERS FOR COMPUTERS; VIDEO GAME CARTRIDGES; AUDIOVISUAL TEACHING APPARATUS, NAMELY, OVERHEAD MULTIMEDIA PROJECTORS; DUST MASKS, RESPIRATORY MASKS FOR NON-MEDICAL PURPOSES; OZONISERS; TRIPODS FOR CAMERAS AND PHOTOGRAPHIC APPARATUS, NAMELY, PHOTOGRAPHIC CAMERAS AND PHOTOGRAPHIC PROJECTORS; CONTACT LENSES; INTERFACES FOR COMPUTERS; WRIST REST FOR USE WITH COMPUTERS; JUKEBOXES; CABINETS FOR LOUDSPEAKERS; SLIDE PROJECTORS; TRANSCEIVERS; TRANSISTORS; BAR-CODE READERS; PRINTED CIRCUITS; HEAD CLEANING TAPES FOR VIDEO RECORDER; MOUSE PADS; MODEMS; LASERS, NOT FOR MEDICAL PURPOSES; HOLOGRAM APPARATUS; RADAR APPARATUS; PHONOGRAPH RECORDS FEATURING MUSIC, AND SOUND RECORDINGS; RECORD PLAYERS; TONE ARMS FOR RECORD PLAYERS; NEEDLES FOR RECORD PLAYERS; SPEED REGULATORS FOR RECORD PLAYERS; CLEANING APPARATUS FOR PHONOGRAPH RECORDS; EXPOSED CINEMATOGRAPHIC FILMS; APPLIANCES FOR EDITING CINEMATOGRAPHIC FILMS; CINEMATOGRAPHIC CAMERAS; PROJECTION SCREENS; OPTICAL LAMPS AND FLASH LAMPS FOR CAMERAS; PROJECTION APPARATUS, NAMELY, TRANSPARENCY PROJECTION APPARATUS AND SLIDE OR PHOTOGRAPH PROJECTION APPARATUS; MICROSCOPES; OPTICAL LENSES; OPTICAL CHARACTER READERS; VENDING MACHINES; STANDS FOR PHOTOGRAPHIC APPARATUS; PHOTO TELEGRAPHY APPARATUS; PHOTOGRAPHIC VIEWFINDERS; ELECTRONIC TAGS FOR GOODS; APPARATUS AND

**Reg. No. 4,430,716** INSTRUMENTS FOR ASTRONOMY, NAMELY, TELESCOPES, STAR FINDERS, AND PLANETARIUM PROJECTORS; REMOTE CONTROL DEVICES FOR VIDEO FREQUENCY APPARATUS AND MACHINES; REMOTE CONTROL DEVICES FOR AUDIO FREQUENCY APPARATUS AND MACHINES; REMOTE CONTROL DEVICES FOR ELECTRONIC APPAR-ATUS AND MACHINES; POUCHES, CARRYING BAGS, COVERS AND CASES FOR PORTABLE COMPUTERS AND PORTABLE GAME CONSOLES; STRAPS FOR MOBILE PHONES, PORTABLE COMPUTERS, PORTABLE GAME CONSOLES, PHOTOGRAPHIC AND CINEMATOGRAPHIC APPARATUS; ONE SEGMENT BANDWIDTH TUNER; ELEC-TRICAL MOUNTING CRADLES FOR MONITORS AND MONITORS; HANDSET CRADLES FOR MOBILE COMPUTER TERMINALS; WIRELESS CONTROLLERS FOR VIDEO GAME MACHINES; WIRELESS COMPUTER KEYPADS; STANDS FOR VIDEO GAMES MACHINES; SMART PHONES; PERSONAL DIGITAL ASSISTANTS; ELECTRONIC BOOK READERS; SOFTWARE AND PROGRAMS FOR USE WITH PORTABLE TELEPHONES, SMART PHONES; DOWNLOADABLE INTERACTIVE, COMPUTER, VIDEO AND ELECTRONIC GAME PRO-GRAMS VIA MOBILE COMPUTER TERMINALS OR VIA THE INTERNET; ELECTRONIC PUBLICATIONS, NAMELY, BOOKS, MAGAZINES, AND MANUALS; RECORDABLE OR RECORDED ON COMPUTER MEDIA; ADAPTERS FOR MEMORY CARTRIDGES AND MEMORY CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GAMES AND PLAYTHINGS, NAMELY, ARCADE GAMES, BOARD GAMES, DART GAMES, PLAY FIGURES, PLAY HOUSES, AND PLAY MONEY; GYMNASTIC AND SPORTING, NAMELY, GYMNASTIC APPARATUS, GYMNASTIC PARALLEL BARS, HO-RIZONTAL BARS, SPRING BOARDS, ATHLETIC WRIST AND JOINT SUPPORTS, AND ADHESIVE UNDER-EYE GLARE REDUCTION STRIPS; DECORATIONS FOR CHRISTMAS TREES; STAND ALONE PORTABLE VIDEO GAME MACHINES AND STAND ALONE VIDEO OUTPUT GAME MACHINES AND ARCADE-TYPE ELECTRONIC VIDEO GAMES; AUTOMATIC AND COIN-OPERATED AMUSEMENT MACHINES; BOARD GAMES; PLAYING CARDS; GOLF CLUBS; CONJURING APPARATUS, NAMELY, MAGIC TRICKS; DARTS; DOLLS; DOLLS' CLOTHES; AMUSEMENT PARK RIDES; FISHING TACKLE; TABLES FOR INDOOR FOOTBALL; GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, NAMELY, MONITOR GAMES AND MARBLES GAMES; GAMES, NAMELY, MAH JONG GAMES AND PARLOR GAMES; GLOVES FOR GAMES, NAMELY, BASEBALL GLOVES AND BOXING GLOVES; APPLI-ANCES FOR GYMNASTICS, NAMELY, GYMNASTIC VAULTING HORSES AND POMMEL HORSES; MACHINES FOR PHYSICAL EXERCISES, NAMELY, EXERCISE BANDS, TRAINING BARS, AND ROWING MACHINES; RACKETS; RADIO-CONTROLLED TOY VEHICLES; SKIS; SURF BOARDS; TOYS, NAMELY, CRIB TOYS, DOG TOYS, AND DRAWING TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ADVERTISING SERVICES; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION CONSULTANCY; PROVIDING OFFICE FUNCTIONS; ON-LINE ADVERTISING ON A COMPUTER NETWORK; TELEVISION ADVERTISING AGENCIES; RADIO ADVERTISING AGENCIES; BUSINESS AUDITING; AUCTIONEERING; ECONOMIC FORECASTING; AD-VERTISING AGENCIES; MARKETING RESEARCH; CONDUCTING MARKETING STUDIES; PROFESSIONAL BUSINESS CONSULTANCY; PROVIDING BUSINESS INFORMATION SERVICES; OFFICE MACHINES AND EQUIPMENT RENTAL; RENTAL OF VENDING MACHINES; COMMERCIAL OR INDUSTRIAL MANAGEMENT ASSISTANCE; ORGANIZ-ATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; EMPLOY-MENT AGENCIES; PROCUREMENT SERVICES, NAMELY, PURCHASING OFFICE PRODUCTS AND OFFICE FURNITURE FOR OTHERS; IMPORT-EXPORT AGENCIES; RE-TAIL STORES SERVICES FEATURING A VARIETY OF CONSUMER ELECTRONICS TO CONSUMERS FROM SHOPS; ONLINE RETAIL STORE SERVICES FEATURING A VARIETY OF CONSUMER ELECTRONICS MUSIC, AND IMAGES OR VIDEOS TO CONSUMERS FROM SHOPS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: BUILDING CONSTRUCTION; REPAIR OF ALARMS, AUTOMOBILES, AND COM-PUTER HARDWARE; INSTALLATION OF ELECTRICAL SYSTEMS, APPLIANCES, AND WINDOWS; INSTALLATION, MAINTENANCE AND REPAIR OF COMPUTER HARDWARE;

**Reg. No. 4,430,716** BOILER CLEANING AND REPAIR; FILM PROJECTOR REPAIR AND MAINTENANCE; FURNITURE RESTORATION; AIR CONDITIONING APPARATUS INSTALLATION AND REPAIR; OFFICE MACHINES AND EQUIPMENT INSTALLATION, MAINTENANCE AND REPAIR; PHOTOGRAPHIC APPARATUS REPAIR; INTERFERENCE SUPPRESSION SERVICES FOR ELECTRICAL APPARATUS; TELEPHONE INSTALLATION AND REPAIR; ELECTRIC APPLIANCE INSTALLATION AND REPAIR; MAINTENANCE AND REPAIR OF DVD PLAYERS; MAINTENANCE AND REPAIR OF DVD RECORDERS; MAINTENANCE AND REPAIR OF COMPACT DISC PLAYERS; MAINTENANCE AND REPAIR OF COMPACT DISC RECORDERS; MAINTENANCE AND REPAIR OF VIDEO CAMERAS; MAINTENANCE AND REPAIR OF DIGITAL STILL CAMERAS AND DIGITAL PHOTO APPARATUS; MAINTENANCE AND REPAIR OF COMPUTER PRINTERS; MAINTENANCE AND REPAIR OF CINEMATOGRAPHIC CAMERAS; MAINTENANCE AND REPAIR OF TRIPODS FOR CAMERAS AND PHOTOGRAPHIC APPARATUS; MAINTENANCE AND REPAIR OF VIDEO RECORDERS; MAINTENANCE AND REPAIR OF TELEVISION RECEIVERS; MAINTENANCE AND REPAIR OF ANTENNAS FOR TELEVISION RECEIVERS AND MOBILE PHONES; MAINTENANCE AND REPAIR OF VIDEO SCREENS; MAINTENANCE AND REPAIR OF PROJECTION SCREENS; MAINTENANCE AND REPAIR OF LCD PROJECTORS; MAINTENANCE AND REPAIR OF REMOTE CONTROL DEVICES FOR VIDEO FREQUENCY APPARATUS AND MACHINES; MAINTENANCE AND REPAIR OF REMOTE CONTROL DEVICES FOR AUDIO FREQUENCY APPARATUS AND MACHINES; MAINTENANCE AND REPAIR OF REMOTE CONTROL DEVICES FOR ELECTRONIC APPARATUS AND MACHINES; MAINTENANCE AND REPAIR OF RADIO RECEIVERS; MAINTENANCE AND REPAIR OF PORTABLE AUDIO PLAYERS; MAINTENANCE AND REPAIR OF AUDIO TAPE RECORDERS; MAINTENANCE AND REPAIR OF AUDIO TAPE PLAYERS; MAINTENANCE AND REPAIR OF AUDIO DISC PLAYERS; MAINTENANCE AND REPAIR OF AUDIO DISC RECORDERS; MAINTENANCE AND REPAIR OF SOUND TRANSMISSION APPARATUS; MAINTENANCE AND REPAIR OF SOUND RECORDING APPARATUS; MAINTENANCE AND REPAIR OF SOUND REPRODUCTION APPARATUS; MAINTENANCE AND REPAIR OF RADIO CASSETTE RECORDERS; MAINTENANCE AND REPAIR OF INTEGRATED CIRCUIT RECORDERS; MAINTENANCE AND REPAIR OF AUDIO AMPLIFIERS; MAINTENANCE AND REPAIR OF AUDIO SPEAKERS; MAINTENANCE AND REPAIR OF HEADPHONES; MAINTENANCE AND REPAIR OF EARPHONES; MAINTENANCE AND REPAIR OF MICROPHONES; MAINTENANCE AND REPAIR OF TELEPHONE APPARATUS; MAINTENANCE AND REPAIR OF MOBILE PHONES; MAINTENANCE AND REPAIR OF TRANSCEIVERS; MAINTENANCE AND REPAIR OF ELECTRIC TELECOMMUNICATION MACHINES AND APPARATUS; MAINTENANCE AND REPAIR OF CAR AUDIO APPARATUS; MAINTENANCE AND REPAIR OF CAR RADIO APPARATUS; MAINTENANCE AND REPAIR OF CAR NAVIGATION APPARATUS; COMPUTER MAINTENANCE AND REPAIR; MAINTENANCE AND REPAIR OF COMPUTER DRIVES; MAINTENANCE AND REPAIR OF DISC DRIVES; MAINTENANCE AND REPAIR OF WEB CAMERAS; MAINTENANCE AND REPAIR OF SEMI-CONDUCTOR PRODUCTION MACHINES AND APPARATUS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: TELECOMMUNICATIONS SERVICES, NAMELY, LOCAL AND LONG DISTANCE TRANSMISSION OF VOICE, DATA, GRAPHICS BY MEANS OF TELEPHONE, TELEGRAPHIC, CABLE, AND SATELLITE TRANSMISSIONS; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; COMMUNICATIONS BY COMPUTER TERMINALS; CELLULAR TELEPHONE COMMUNICATION; THE DELIVERY OF MESSAGES BY ELECTRONIC TRANSMISSION; TELEVISION BROADCASTING; AUDIO TELECONFERENCING SERVICES; FACSIMILE TRANSMISSION; RENTAL OF FACSIMILE APPARATUS; ON-LINE SERVICES, NAMELY, MESSAGE SENDING; RENTAL OF MESSAGE SENDING APPARATUS; RENTAL OF MODEMS; RADIO BROADCASTING; SATELLITE TRANSMISSION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; PROVIDING INFORMATION ABOUT TELECOMMUNICATIONS; RENTAL OF TELECOMMUNICATION EQUIPMENT; ELECTRONIC MAIL; ELECTRONIC BULLETIN BOARD SERVICES; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; RENTAL OF TELEPHONES; WIRE SERVICE, NAMELY, THE TRANSMISSION OF NEWS;

**Reg. No. 4,430,716** PAGING SERVICES; CABLE TELEVISION BROADCASTING, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING LIVE AND ON-LINE CLASSES, SEMINARS, AND WORKSHOPS IN THE FIELD OF VIDEOGAMES AND COMPUTER HARDWARE OR SOFTWARE; PROVIDING OF TRAINING SERVICES IN THE FIELD OF VIDEOGAMES AND COMPUTER HARDWARE OR SOFTWARE; ENTERTAINMENT IN THE NATURE OF MUSICAL GROUP, TELEVISION COMEDY SERIES, AND ETHNIC FESTIVAL; AND ENTERTAINMENT IN THE NATURE OF LIVE STAGE PERFORMANCES IN THE NATURE OF PLAYS AND CONCERTS; LECTURE FOR HIRE BY AN INDIVIDUAL; ORGANIZING EXHIBITIONS FOR SPORTING AND CULTURAL PURPOSES; RENTAL OF AUDIO EQUIPMENT; PROVIDED ON-LINE ELECTRONIC GAME SERVICES FROM A COMPUTER NETWORK; PROVIDING ON-LINE NON-DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINES, BOOKS, MANUALS, NEWSLETTERS IN THE FIELD OF VIDEOGAMES AND COMPUTER HARDWARE OR SOFTWARE; PROVIDING AMUSEMENT ARCADE SERVICES; ELECTRONIC DESKTOP PUBLISHING FOR OTHERS; DIGITAL IMAGING SERVICES; ENTERTAINMENT TELEVISION SERVICES, NAMELY, AN ON-GOING SERIES PROVIDED THROUGH CABLE TELEVISION, WEB CASTS, AND RADIO BROADCASTS IN THE FIELD OF VIDEOGAMES AND COMPUTER HARDWARE OR SOFTWARE; RENTAL OF CAMCORDERS; VIDEOTAPE FILM PRODUC- TION; RENTAL OF VIDEO CASSETTE RECORDERS; MICROFILMING FOR OTHERS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS; RENTAL OF RADIO AND TELEVISION SETS; RADIO ENTERTAINMENT SERVICES, NAMELY, RADIO PROGRAMS FEATURING PERFORMANCES BY A FICTIONAL CHARACTER AND RADIO PERSONAL- ITY; PROVIDING RECREATION FACILITIES, NAMELY, HUNTING AND FISHING; PROVIDING INFORMATION IN THE FIELD OF RECREATIONAL ACTIVITIES; PROVIDING SPORTS FACILITIES; MOVIE STUDIOS; FILM PRODUCTION; RENTAL OF CINE-FILMS; MOVIE THEATRES; RENTAL OF MOVIE PROJECTORS AND ACCESSORIES; ENTERTAIN- MENT IN THE NATURE OF LIVE PERFORMANCES; EDUCATIONAL EXAMINATION; ORGANIZATION OF SHOWS FOR CULTURAL PURPOSES; PROVIDING INFORMATION IN THE FIELD WITH HIGHER EDUCATION TUITION; ENTERTAINMENT INFORMATION; PHOTOGRAPHY; TEACHING IN THE FIELD OF MUSIC AND REMEDIAL READING; RENTAL OF LIGHTING APPARATUS FOR THEATRICAL SETS OR TELEVISION STUDIOS; TRANSLATION; RENTAL OF SOUND RECORDINGS; DUBBING; RECORDING STUDIO SERVICES; RENTAL OF VIDEOTAPES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SCIENTIFIC AND TECHNOLOGICAL SERVICES AND RESEARCH AND DESIGN RELATING THERETO, NAMELY, PHARMACEUTICAL RESEARCH AND DEVELOPMENT AND COMPUTER CONSULTATION IN THE FIELD OF WEB SITE DESIGN AND WEB SITE IMPLEMENTATION; INDUSTRIAL ANALYSIS AND RESEARCH SERVICES IN THE FIELD OF PHARMACEUTICAL RESEARCH AND DEVELOPMENT AND COMPUTER CONSULTA- TION IN THE FIELD OF WEB SITE DESIGN AND WEB SITE IMPLEMENTATION; DESIGN AND DEVELOPMENT OF COMPUTER HARDWARE AND SOFTWARE; BIOLOGICAL RE- SEARCH; CHEMICAL ANALYSIS; CHEMICAL RESEARCH; CHEMISTRY SERVICES, NAMELY, CHEMISTRY CONSULTATION AND RESEARCH IN THE FIELD OF CHEMISTRY; RECOVERY OF COMPUTER DATA; COMPUTER PROGRAMMING; DUPLICATION OF COMPUTER PROGRAMS; COMPUTER RENTAL; INSTALLATION OF COMPUTER SOFT- WARE; MAINTENANCE OF COMPUTER SOFTWARE; UPDATING OF COMPUTER SOFT- WARE FOR OTHERS; COMPUTER SYSTEM DESIGN; CONVERSION OF DATA OR DOCU- MENTS FROM PHYSICAL TO ELECTRONIC MEDIA; CREATING AND MAINTAINING WEB SITES FOR OTHERS; DATA CONVERSION OF COMPUTER PROGRAMS AND DATA NOT PHYSICAL CONVERSION; INDUSTRIAL DESIGN; HOSTING COMPUTER WEB SITES OF OTHERS ON A COMPUTER SERVER FOR A GLOBAL COMPUTER NETWORK; MECHANICAL RESEARCH; QUALITY CONTROL FOR OTHERS; RESEARCH AND DEVEL- OPMENT OF NEW PRODUCTS FOR OTHERS; RENTAL OF COMPUTER SOFTWARE; STYLING, NAMELY, INTERIOR STYLING SERVICES AND SPECIAL EVENT STYLING SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING SEARCH ENGINES FOR OB-

**Reg. No. 4,430,716**    TAINING DATA ON A GLOBAL COMPUTER NETWORK, IN CLASS 42 (U.S. CLS. 100 AND 101).

OWNER OF ERPN CMNTY TM OFC REG. NO. 009230467, DATED 12-22-2010, EXPIRES 12-22-2020.

OWNER OF U.S. REG. NOS. 2,087,964, 3,807,081 AND OTHERS.

THE MARK CONSISTS OF STYLIZED VERSION OF "PLAYSTATION".

SER. NO. 85-093,015, FILED 7-26-2010.

WARREN L. OLANDRIA, EXAMINING ATTORNEY

> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> ### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 3,147,147

## United States Patent and Trademark Office

Registered Sep. 26, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# PSP

KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.
2-6-21, MINAMI-AOYAMA
MINATO-KU, TOKYO 107-0062, JAPAN

FOR: HAND-HELD GAMES WITH LIQUID CRYS-
TAL DISPLAYS, INCLUDING EXCLUSIVE EAR-
PHONES CONNECTED AND USED FOR HAND-
HELD GAMES WITH LIQUID CRYSTAL DISPLAYS
AND OTHER ACCESSORIES; POCKET-SIZED
ELECTRONIC GAMES, NAMELY, HAND-HELD
UNIT FOR PLAYING ELECTRONIC GAMES, IN
CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF JAPAN REG. NO. 4833162, DATED 1-
21-2005, EXPIRES 1-21-2015.

SER. NO. 76-597,644, FILED 6-16-2004.

SUE LAWRENCE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,102,506

Registered June 13, 2006

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SONY COMPUTER EN-
TERTAINMENT (JAPAN CORPORATION), TA
SONY COMPUTER ENTERTAINMENT INC.
1 - 1, AKASAKA 7-CHOME
MINATO- KU
TOKYO, JAPAN 1070052

FOR: ELECTRIC SWITCHES; ELECTRIC RE-
LAYS; CIRCUIT BREAKERS; POWER CONTROL-
LERS; CURRENT RECTIFIERS; ELECTRIC
CONNECTORS; ELECTRIC CIRCUIT CLOSERS;
ELECTRIC CAPACITOR; ELECTRIC RESISTORS;
LOCAL SWITCHES; POWER DISTRIBUTING
BOXES; SWITCHBOARDS; FUSES FOR ELECTRIC
CURRENT; LIGHTNING ARRESTERS; ELECTRIC
TRANSFORMERS; INDUCTION VOLTAGE REGU-
LATORS; ROTARY INVERTORS; DRY CELL BAT-
TERIES; WET CELL BATTERIES;
ACCUMULATORS; PHOTOVOLTAIC CELLS; ELEC-
TRIC WIRES; ELECTRIC CABLES; PHOTOGRAPH-
IC APPARATUS AND INSTRUMENTS, NAMELY,
PHOTOGRAPHIC CAMERAS, PHOTOGRAPHIC
PROJECTORS, AND PHOTOGRAPHIC SLIDE
TRANSPARENCIES; CINEMATOGRAPHIC APPA-
RATUS, NAMELY, MOTION PICTURE CAMERAS
AND VIDEO RECORDERS; OPTICAL APPARATUS
AND INSTRUMENTS, NAMELY OPTICAL INSPEC-
TION APPARATUS FOR INDUSTRIAL USE, OPTI-
CAL LENS SIGHTS, OPTICAL MIRRORS, AND
CONTACT LENSES; TELEPHONE ANSWERING
MACHINES OR TELEPHONE; TELETYPEWRI-
TERS; FACSIMILE MACHINES; AUDIO FREQUEN-
CY TRANSMISSION APPARATUS;
BROADCASTING APPARATUS, NAMELY, RADIO,
TELEVISION SETS, AMPLIFIERS, AND AUDIO
SPEAKERS; RADIO COMMUNICATION APPARA-
TUS, NAMELY, TRANSMITTERS AND RECEI-
VERS; RADIO BEACON APPARATUS; REMOTE
CONTROL TELEMETERING UNITS; AUDIO FRE-
QUENCY APPARATUS, NAMELY, TAPE RECOR-
DERS, DISK RECORDERS, RECORD PLAYERS,
AND COMPACT DISK PLAYERS; AUDIO FRE-
QUENCY APPARATUS, NAMELY, TAPE RECOR-

DERS, DISK RECORDERS, RECORD PLAYERS,
AND COMPACT DISK PLAYERS; VIDEO FRE-
QUENCY APPARATUS, NAMELY, VIDEO CAM-
ERAS; ANTENNA; LOUDSPEAKERS;
PHONOGRAPHIC RECORDS FEATURING MUSIC;
ENCODED MAGNETIC CARDS; ENCODED MAG-
NETIC SHEETS; PRERECORDED COMPACT DISCS
FEATURING MUSIC; PRERECORDED MAGNETIC
TAPE FEATURING MUSIC; METRONOMES; JACK-
ETS FOR COMPUTER DISKS; ELECTROSTATIC
COPYING MACHINES; COMPUTERS; COMPUTER
PERIPHERALS; COMPUTER SOFTWARE FOR EN-
CRYPTION; ELECTRON MICROSCOPES; ELEC-
TRONIC DESK CALCULATORS; WORD
PROCESSORS; VACUUM TUBES; RECTIFIER
TUBES; CATHODE RAY TUBES; DISCHARGE
TUBES; THERMISTORS; DIODES; TRANSISTORS;
INTEGRATED CIRCUITS; LARGE SCALE INTE-
GRATED CIRCUITS; VIDEO GAME MACHINES
FOR USE WITH TELEVISIONS; VIDEO GAME
SOFTWARE; SLOT MACHINES; MAGNETIC
CORES; ELECTRICAL WIRES, NAMELY, RESIS-
TANCE WIRES; EXPOSED CINEMATOGRAPHIC
FILMS; EXPOSED SLIDE FILMS; PHOTOGRAPHIC
SLIDE TRANSPARENCIES; SLIDE FILM MOUNTS;
PUNCHED CARD OFFICE MACHINES; COMPACT
DISCS, OPTICAL DISCS AND MAGNETIC DISCS
ALL FEATURING NEWS, SPORTS, MUSIC AND
ENTERTAINMENT; VIDEO GAMES ACCESSORIES,
NAMELY, CONTROLLERS, JOYSTICKS, MEMORY
CARDS, VOLUME CONTROLLERS VIDEO GAME
CARTRIDGES AND COMPUTER MOUSE, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

OWNER OF JAPAN REG. NO. 4615265, DATED 10-
25-2002, EXPIRES 10-25-2012.

OWNER OF JAPAN REG. NO. 4336802, DATED 11-
19-1999, EXPIRES 11-19-2009.

SER. NO. 75-774,092, FILED 8-12-1999.

PRISCILLA MILTON, EXAMINING ATTORNEY

SER. NO. 75-774,092, FILED 8-12-1999.

PRISCILLA MILTON, EXAMINING ATTORNEY

**Int. Cls.: 14 and 18**

**Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 41, and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,029,637**

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# PlayStation

KABUSHIKI KAISHA SONY COMPUTER EN-TERTAINMENT (JAPAN CORPORATION), TA SONY COMPUTER ENTERTAINMENT INC., 1-1, AKASAKA 7-CHOME MINATO-KU, TOKYO, JAPAN 107-0052

FOR: JEWELRY, NAMELY, WATCHES, NECK-LACES, BRACELETS, EARRINGS, CUFF LINKS, AND TIE PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-30-2005; IN COMMERCE 9-30-2005.

FOR: TRAVELING BAGS, BACKPACKS, SUITCA-SES, BRIEFCASES, TRUNKS, UMBRELLAS, PARA-SOLS AND WALKING STICKS, WHIPS, HARNESSES AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-0-1997; IN COMMERCE 12-0-1997.

SN 76-346,998, FILED 12-11-2001.

MICHAEL ENGEL, EXAMINING ATTORNEY